ATLAS DATA PRIVACY CORPORATION as assignee of individuals who are Covered Persons;

JANE DOE-1, a law enforcement officer; JANE DOE-2, a law enforcement officer;

EDWIN MALDONADO; SCOTT MALONEY; JUSTYNA MALONEY; PATRICK COLLIGAN; PETER ANDREYEV; WILLIAM SULLIVAN

v.

THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS APPLICATIONS INC., THOMSON REUTERS ENTERPRISE CENTRE GMBH, and WEST PUBLISHING CORPORATION,

 Appellant