# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
ATLAS DATA PRIVACY CORP., et al. v. THOMSON REUTERS CORP., et al., No. 25-1570

APPEAL FROM DISTRICT COURT:
District: District of New Jersey
D.C. Docket No.: 1:24-cv-4269
Date proceedings initiated in D.C.: March 21, 2024
Date Notice of Appeal filed: March 31, 2025
USCA No.: 25-1570

## COUNSEL ON APPEAL

**Appellant(s)**: Thomson Reuters Corporation, Thomson Reuters Canada Limited, Thomson Reuters Enterprise GmbH, and West Publishing Corporation
Name of Counsel: Michael Berry, Marcel Pratt, Anna Kaul, of Ballard Spahr LLP
Name of Party(ies): Thomson Reuters Corporation, Thomson Reuters Canada Limited, Thomson Reuters Enterprise GmbH, and West Publishing Corporation
Address: 1735 Market St., 51st Fl., Philadelphia, PA 19103
Telephone No.: (215) 665-8500
Fax No.: (215) 864-8999
E-mail: berrym@ballardspahr.com, prattm@ballardspahr.com, kaula@ballardspahr.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Rajiv D. Parikh; Jessica A. Merejo; Kathleen B. Einhorn of PEM Law LLP
Name of Party(ies): Atlas Data Privacy Corporation, Jane Doe-1, Jane Doe-2, Patrick Colligan, Edwin Maldonado, Scott Maloney, Justyna Maloney, William Sullivan, and Peter Andreyev
Address: 1 Boland Drive, Suite 101, West Orange, NJ 07052
Telephone No.: 973.577.5500
Fax No.:
E-mail: rparikh@pemlawfirm.com; jmerejo@pemlawfirm.com; keinhorn@pemlawfirm.com

Name of Counsel: See attached addendum
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?  Yes ☐  No ☑
Appeals Docket No.:

Was there a previous appeal in case?  Yes ☐  No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?　　Yes ☐　　No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Yes ☑　　No ☐

If you answered yes to either "a" or "b" please provide:
Case Name: See attached addendum of consolidated cases
D.C. Docket No.: _____
Court or Agency: _____
Docket Number: _____
Citation, if reported: _____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify: _____

2. TORTS
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify: _____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify: _____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify: _____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify: _____
☑ OTHER Specify: NJSA 56:8-166.1, et seq.

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this __11th__ day of __April__, 20__25__ .

Signature of Counsel: /s/Marcel Pratt

# ADDENDUM TO CIVIL APPEAL INFORMATION STATEMENT (FOR NO. 25-1570)

**Counsel on Appeal** (cont. from page 1 of Civil Appeal Information Statement):

**For Appellee(s):**

| | |
|---|---|
| Name of Counsel: | Adam R. Shaw; Mark C. Mao; Eric M. Palmer; Samantha D. Parrish of Boies Schiller Flexner LLP |
| Names of Party(ies): | Atlas Data Privacy Corporation, Jane Doe-1, Jane Doe-2, Edwin Maldonado and Peter Andreyev |
| Address: | 30 S. Pearl Street, 12th Floor, Albany, NY 12207 |
| Telephone No.: | 518-434-0600 |
| Email: | ashaw@bsfllp.com; mmao@bsfllp.com; epalmer@bsfllp.com; sparrish@bsfllp.com |

| | |
|---|---|
| Name of Counsel: | Kashif T. Chand, Esq. |
| Names of Party(ies): | Intervenor, Attorney General New Jersey |
| Address: | Office of Attorney General of New Jersey, 124 Halsey Street, 5th Floor, Newark, NJ 07102 |
| Telephone No.: | 908-705-3958 |
| Email: | Kashif.chand@law.njoag.gov |

| | |
|---|---|
| Name of Counsel: | Liza B. Fleming, Esq. |
| Names of Party(ies): | Intervenor, Attorney General New Jersey |
| Address: | Office of Attorney General of New Jersey, RJ Hughes Justice Complex, 25 Market St., PO Box 080, Trenton, N.J. 08625 |
| Telephone No.: | 609-292-3508 |
| Email: | Liza.Fleming@njoag.gov |

**Other Pending Cases** (cont. from page 2 of Civil Appeal Information Statement):

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. We Inform, LLC, et al.* |
| D.C. Docket No.: | 1:24-cv-4037-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1555 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp. et al. v. Infomatics, LLC, et al.* |
| D.C. Docket No.: | 1:24-cv-4037-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1556 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. The People Searchers, LLC* |
| D.C. Docket No.: | 1:24-cv-4045-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1557 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Deluxe Corporation, et al.* |
| D.C. Docket No.: | 1:24-cv-4080-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1559 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Quantarium Alliance, LLC* |
| D.C. Docket No.: | 1:24-cv-4098-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1560 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Yardi Systems, Inc., et al.* |
| Docket No.: | 1:24-cv-4103-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1561 |

| | |
|---|---|
| Case Name: | *Atlas Data Privacy Corp., et al v. Digital Safety Products, LLC* |
| D.C. Docket No.: | 1:24-cv-4141-HB |
| Court or Agency: | United States District Court for the District of New Jersey |
| Docket No.: | 25-1562 |

Case Name: *Atlas Data Privacy Corp., et al v. Civil Data Research*
D.C. Docket No.: 1:24-cv-04143-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1563

Case Name: *Atlas Data Privacy Corp., et al v. Scalable Commerce, LLC*
D.C. Docket No.: 1:24-cv-04160-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1564

Case Name: *Atlas Data Privacy Corp., et al v. Labels & Lists, Inc.*
Docket No.: 1:24-cv-4174-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1565

Case Name: *Atlas Data Privacy Corp., et al v. Innovis Data Solutions Inc.,*
D.C. Docket No.: 1:24-cv-4176-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1566

Case Name: *Atlas Data Privacy Corp., et al v. Accurate Append, Inc.*
D.C. Docket No.: 1:24-cv-4178-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1567

Case Name: *Atlas Data Privacy Corp., et al v. Zillow, Inc., et al.*
D.C. Docket No.: 1:24-cv-04256-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1568

Case Name: *Atlas Data Privacy Corp., et al v. Equimine, Inc., et al.*
Docket No.: 1:24-cv-04261 -HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1569

Case Name: *Atlas Data Privacy Corp., et al. v. DM Group, Inc., et al.*
D.C. Docket No.: 1:24-cv-04075-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1558

Case Name: *Atlas Data Privacy Corp., et al v. Melissa Data Corp., et al.*
D.C. Docket No.: 1:24-cv-4292-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1571

Case Name: *Atlas Data Privacy Corp., et al v. Restoration of America, et al.*
D.C. Docket No.: 1:24-cv-4324-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1572

Case Name: *Atlas Data Privacy Corp., et al v. i360, LLC, et al.*
Docket No.: 1:24-cv-4345-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1573

Case Name: *Atlas Data Privacy Corp., et al v. GoHunt, LLC, et al.*
D.C. Docket No.: 1:24-cv-04380-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1574

Case Name: *Atlas Data Privacy Corp., et al v. Accuzip, Inc.,*
D.C. Docket No.: 1:24-cv-4383-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1575

Case Name: *Atlas Data Privacy Corp., et al v. Synaptix Technology, LLC*
D.C. Docket No.: 1:24-cv-4385-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1576

Case Name: *Atlas Data Privacy Corp., et al v. Joy Rockwell Enter., Inc..*
Docket No.: 1:24-cv-4389-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1577

Case Name: *Atlas Data Privacy Corp., et al v. Fortnoff Financial, LLC,*
D.C. Docket No.: 1:24-cv-04390-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1578

Case Name: *Atlas Data Privacy Corp., et al v. MyHeritage, Ltd., et al.*
D.C. Docket No.: 1:24-cv-4392-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1579

Case Name: *Atlas Data Privacy Corp., et al v. E-Merges.com, Inc.*
D.C. Docket No.: 1:24-cv-4434-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1580

Case Name: *Atlas Data Privacy Corp., et al v. Nuwber, Inc., et al.*
Docket No.: 1:24-cv-04609-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1581

Case Name: *Atlas Data Privacy Corp., et al v. RocketReach LLC, et al.*
D.C. Docket No.: 1:24-cv-4664-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1582

Case Name: *Atlas Data Privacy Corp., et al v. Belles Camp Comm., Inc.,*
D.C. Docket No.: 1:24-cv-04949-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1583

Case Name: *Atlas Data Privacy Corp., et al v. PropertyRadar, Inc., et al.*
D.C. Docket No.: 1:24-cv-5600-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1584

Case Name: *Atlas Data Privacy Corp., et al v. The Alesco Group, L.L.C.*
Docket No.: 1:24-cv-5656-MB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1585

Case Name: *Atlas Data Privacy Corp., et al v. Searchbug, Inc.*
D.C. Docket No.: 1:24-cv-05658-MB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1586

Case Name: *Atlas Data Privacy Corp., et al. v. Amerilist, Inc., et al.*
D.C. Docket No.: 1:24-cv-05775-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1587

Case Name: *Atlas Data Privacy Corp., et al. v. US Data Corporation, et al.*
D.C. Docket No.: 1:24-cv-7324-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1588

Case Name: *Atlas Data Privacy Corp., et al. v. Smarty, LLC, et al.*
Docket No.: 1:24-cv-8075-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1589

Case Name: *Atlas Data Privacy Corp., et al. v. Compact Inform. Sys., LLC*
D.C. Docket No.: 1:24-cv-8451-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1590

Case Name: *Atlas Data Privacy Corp., et al. v. Darkowl, LLC, et al.*
D.C. Docket No.: 1:24-cv-10600-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1591

Case Name: *Atlas Data Privacy Corp., et al. v. Spy Dialer, Inc.*
D.C. Docket No.: 1:24-cv-11023-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1592

Case Name: *Atlas Data Privacy Corp., et al. v. Lighthouse List Co., LLC*
D.C. Docket No.: 1:24-cv-11443-HB
Court or Agency: United States District Court for the District of New Jersey
Docket No.: 25-1593