Nos. 25-1555 through 25-1578; 25-1580 through 25-1593; 25-1676; and 25-1677
(Consolidated)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

———————————

ATLAS DATA PRIVACY CORP., AS ASSIGNEE OF INDIVIDUALS WHO ARE COVERED
PERSONS; JANE DOE 1, A LAW ENFORCEMENT OFFICER; JANE DOE 2,
A LAW ENFORCEMENT OFFICER; EDWIN MALDONADO; SCOTT MALONEY;
JUSTYNA MALONEY; PATRICK COLLIGAN;
PETER ANDREYEV; AND WILLIAM SULLIVAN,

PLAINTIFFS-APPELLEES,

*v.*

WE INFORM LLC, ET AL.

DEFENDANTS-APPELLANTS.

On Appeal from the Order and Memorandum of the United States District Court
for the District of New Jersey dated November 26, 2024

## JOINT APPENDIX
## Volume 2 of 4
## (JA143 through JA481)

Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER LOCKE LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540
(609) 452-0808
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com
*Attorneys for Defendants-Appellants*
*RocketReach LLC (No. 25-1582);*
*Deluxe Corp. (No. 25-1559); Proper-*
*tyRadar Inc. (No. 25-1584); and DM*
*Group Inc. (No. 25-1558)*

Marcel S. Pratt
Michael Berry
Anna Kaul
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 864-8500
prattm@ballardspahr.com
berrym@ballardspahr.com
kaula@ballardspahr.com
*Attorneys for Defendants-Appellants*
*Thomson Reuters Corporation,*
*Thomson Reuters Canada Limited, Thom-*
*son Reuters Enterprise Centre GmbH, and*
*West Publishing Corp. (No. 25-1570)*

[*Additional Counsel on Following Pages*]

*Counsel Continued from Cover Page*:

Robert T. Szyba
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, NY 10018
(212) 218-5500
rszyba@seyfarth.com

*Attorneys for Defendants-Appellants
We Inform, LLC (No. 25-1555);
Infomatics, LLC (No. 25-1556); and
The People Searchers, LLC
(No. 25-1557)*

Clair E. Wischusen
**GORDON REES SCULLY MANSUKHANI
LLP**
291 W. Mt. Pleasant Avenue, Suite 3310
Livingston, NJ 070369
(973) 549-2500
cwischusen@grsm.com

*Attorneys for Defendants-Appellants
Quantarium Alliance, LLC and
Quantarium Group, LLC (No. 25-1560)*

Derek L. Shaffer
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com

-and-

Owen B. Smitherman
300 West 6th St, Suite 2010
Austin, TX 78701
(737) 667-6100
owensmitherman@quinnemanuel.com

*Attorneys for Defendant-Appellant
Yardi Systems, Inc. (No. 25-1561)*

Eric H. Lubin
**LOMURRO, MUNSON, LLC**
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, NJ 07728
(732) 414-0300
ELubin@lomurrolaw.com

*Attorneys for Defendants-Appellants
Digital Safety Products, LLC (No.
25-1562); Civil Data Research (No.
25-1563); and Scalable Commerce &
National Data Analytics (No. 25-1564)*

Ryan J. Cooper
Renier Pierantoni
**COOPER, LLC – COUNSELORS AT LAW**
108 N. Union Ave., Suite 4
Cranford, NJ 07016
ryan@cooperllc.com
renier@cooperllc.com

*Attorneys for Defendant-Appellant*
*Labels & Lists, Inc. (No. 25-1565)*

Jill A. Guldin
**PIERSON FERDINAND LLP**
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
(856) 896-409
jill.guldin@pierferd.com

-and –

Jason A. Spak
**FISHERBROYLES LLP**
6360 Broad Street #5262
Pittsburgh, PA 15206
(412) 401-2000
jason.spak@fisherbroyles.com

*Attorneys for Defendant-Appellant*
*Innovis Data Solutions, Inc.*
*(No. 25-1566)*

John E. MacDonald
**CONSTANGY, BROOKS, SMITH &**
**PROPHETE, LLP**
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
(609) 454-0096
jmacdonald@constangy.com

*Attorneys for Defendants-Appellants*
*Accurate Append, Inc. (No. 25-1567);*
*and Restoration of America, Inc. and*
*Voter Reference Foundation, LLC*
*(No. 25-1572)*

Samantha L. Southall
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
(215) 665-3800
samantha.southall@bipc.com

*Attorneys for Defendants-Appellants*
*Zillow Inc. and Zillow Group, Inc.*
*(No. 25-1568)*

Frederick W. Alworth
Kevin R. Reich
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
falworth@gibbonslaw.com
kreich@gibbonslaw.com

*Attorneys for Defendant-Appellant*
*Equimine, Inc. (No. 25-1569)*

Michael P. O'Mullan
**RIKER DANZIG LLP**
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
(973) 451-8477
momullan@riker.com

*Attorneys for Defendant-Appellant*
*Melissa Data Corporation*
*(No. 25-1571)*

Richard J.L. Lomuscio
**STINSON LLP**
100 Wall Street, Suite 201
New York, NY 10005
(646) 883-7471
richard.lomuscio@stinson.com

*Attorneys for Defendant-Appellant*
*i360, LLC (No. 25-1573)*

David E. Sellinger
Aaron Van Nostrand
**GREENBERG TRAURIG LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
(973) 443-3557
sellingerd@gtlaw.com
vannostranda@gtlaw.com

*Attorneys for Defendants-Appellants*
*GoHunt, LLC, GoHunt Management*
*Holdings, LLC, and GoHunt*
*Management Holdings II, LLC*
*(No. 25-1574)*

Kelly M. Purcaro
Kory Ann Ferro
**GREENSPOON MARDER**
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ 07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

-and-

Jennifer Fiorica Delgado
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07068
(646) 414-6962
jdelgado@lowenstein.com

*Attorneys for Defendant-Appellant*
*AccuZip, Inc. (No. 25-1575)*

Matthew S. AhKao
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
One Riverfront Plaza, Suite 800
Newark, NJ 07102
(973) 577-6260
Matthew.AhKao@lewisbrisbois.com

*Attorneys for Defendant-Appellant*
*Synaptix Technology, LLC*
*(No. 25-1576)*

Kelly M. Purcaro
Kory Ann Ferro
**GREENSPOON MARDER**
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ 07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant-Appellant*
*Joy Rockwell Enterprises, Inc. d/b/a*
*PostcardMania PCM LLC (No. 25-1577)*

J. Timothy McDonald
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA 30326
(404) 541-2906
Tim.McDonald@ThompsonHine.com

-and-

Steven G. Stransky
(admission pending)
127 Public Square, #3900
Cleveland, OH 44114
(216) 566-5500
Steve.Stransky@ThompsonHine.com

*Attorneys for Defendant-Appellant*
*Fortnoff Financial, LLC (No. 25-1578)*

Clair E. Wischusen
**GORDON REES SCULLY MANSUKHANI LLP**
MANSUKHANI LLP
291 W. Mt. Pleasant Avenue, Suite 3310
Livingston, NJ 07039
(973) 549-2500
cwischusen@grsm.com

*Attorneys for Defendant-Appellant Nuwber, Inc. (No. 25-1581)*

H. Mark Stichel
**RKW, LLC**
10075 Red Run Blvd., 4th Floor
Owings Mills, MD 21117
(443) 379-8987
HMStichel@RKWlawgroup.com

*Attorneys for Defendant-Appellant E-Merges.com, Inc. (No. 25-1580)*

Kelly M. Purcaro
Kory Ann Ferro
**GREENSPOON MARDER**
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ 07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant-Appellant The Alesco Group, L.L.C. (improperly pled as Alesco AI, LLC, Alesco Marketing Solutions, L.L.C., Stat Resource Group Inc., and Response Solutions Group, LLC) (No. 25-1585)*

Stephen M. Orlofsky
Philip N. Yannella
Thomas P. Cialino
**BLANK ROME LLP**
300 Carnegie Center, Suite 220
Princeton, NJ 08540
(609) 750-2646
Stephen.Orlofsky@BlankRome.com
Philip.Yannella@BlankRome.com
Thomas.Cialino@BlankRome.com

*Attorneys for Defendant-Appellant Belles Camp Communications, Inc. (No. 25-1583)*

Kelly M. Purcaro
Kory Ann Ferro
**GREENSPOON MARDER**
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ 07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant-Appellant
Amerilist, Inc. (No. 25-1587)*

Kelly M. Purcaro
Kory Ann Ferro
**GREENSPOON MARDER**
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ 07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant-Appellant
Searchbug, Inc. (No. 25-1586)*

Kenneth D. Friedman
**MANATT, PHELPS & PHILLIPS, LLP**
7 Times Square
New York, NY 10036
(212) 790-4500
kfriedman@manatt.com

*Attorneys for Defendant-Appellant
Smarty, LLC d/b/a SmartyStreets, LLC
(No. 25-1589)*

Kelly M. Purcaro
Kory Ann Ferro
**GREENSPOON MARDER**
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ 07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant-Appellant
US Data Corporation (No. 25-1588)*

Kelly M. Purcaro
Kory Ann Ferro
**GREENSPOON MARDER**
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, NJ 07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

-and-

**RAJ FERBER PLLC**
Kiran Raj
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 827-9785
kiran@rajferber.com

*Attorneys for Defendant-Appellant
DarkOwl, LLC (No. 25-1591)*

Jared K. Levy
**WOOD, SMITH, HENNING & BERMAN
LLP**
400 Connell Drive, Suite 1100
Berkeley Heights, NJ 07922
(973) 265-9901
jlevy@wshblaw.com

*Attorneys for Defendants-Appellants
Compact Information Systems, LLC,
Accudata Integrated Marketing, Inc.,
Alumnifinder, ASL Marketing, Inc.,
College Bound Selection Services,
Deepsync Labs, Homedata, and Student
Research Group (No. 25-1590)*

Ronald L. Davison
**STARR, GERN, DAVISON & RUBIN, P.C.**
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640
(973) 403-9200
rdavison@starrgern.com

*Attorneys for Defendant-Appellant
Lighthouse List Company, LLC
(No. 25-1593)*

Christopher Nucifora
Timothy M. Ortolani
**KAUFMAN DOLOWICH LLP**
Court Plaza North
25 Main Street, Suite 500
Hackensack, NJ 07601
(201) 708-8207
cnucifora@kaufmandolowich.com tor-
tolani@kaufmandolowich.com

*Attorneys for Defendant-Appellant Spy
Dialer, Inc. (No. 25-1592)*

Jared M. Wichnovitz
**LAW OFFICES OF JARED M.**
**WICHNOVITZ, P.C.**
50 Harrison Street, Suite 206
P.O. Box 631
Hoboken, NJ 07030
(732) 765-2157
jared@wichnovitzlaw.com

*Attorney for Defendant-Appellant*
*Greenlight Venture Corp.*
*(No. 25-1677)*

William Wendell Cheney, III
Andrew W. Sheppard
**FREEMAN MATHIS & GARY, LLP**
3 Executive Campus, Suite 350
Cherry Hill, NJ 08002
(856) 406-1268, 1262
wcheney@fmglaw.com
Andrew.sheppard@fmglaw.com

*Attorney for Defendant-Appellant*
*First Direct, Inc. (No. 25-1676)*

# TABLE OF CONTENTS
## (JOINT APPENDIX)

**Page**

**Volume 1 of 4:**
**(JA001 to JA142)**

Joint Petition for Leave to File Appeal Under 28 U.S.C. §1292(b),
dated December 12, 2024....................................................................JA001

Order denying Defendants' Consolidated Motion to Dismiss,
dated November 26, 2024 .................................................................JA073

Memorandum denying Consolidated Motion to Dismiss,
dated on November 26, 2024 ...........................................................JA082

Order pursuant to 28 U.S.C. §1292(b), dated December 2, 2024 ....................JA124

Order of USCA granting Petition for Leave to Appeal,
dated March 18, 2025 (Atlas Data Privacy Corporation v.
*We Inform, LLC* No. 24-0437-HB ("*We Inform*")(ECF 44)............................JA138

**Volume 2 of 4:**
**(JA143 to JA481)**

District Court Docket Entries for *Atlas Data Privacy Corp. et al. v.*
*We Inform, LLC, et al.*, No. 24-cv-04037-HB ..................................JA143

District Court Docket Entries for *Atlas Data Privacy Corp. et al. v.*
*Infomatics, LLC, et al.*, No. 24-cv-04041-HB ..................................JA152

District Court Docket Entries for *Atlas Data Privacy Corp., et al v.*
*The People Searchers, LLC, et al.*, No. 24-cv-04045-HB ..............................JA159

District Court Docket Entries for *Atlas Data Privacy Corp., et al v.*
*DM Group, Inc., et al.*, No. 24-cv-04075-HB  ..................................JA167

District Court Docket Entries for *Atlas Data Privacy Corp., et al v.*
*Deluxe Corporation, et al.*, No. 24-cv-04080-HB  ..........................JA177

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Quantarium Alliance, LLC, et al.*, No. 24-cv-04098-HB ...............................JA188

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Yardi Systems, Inc., et al.*,  No. 24-cv-04103-HB ...........................JA196

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Digital Safety Products, LLC, et al.*, No. 24-cv-04141-HB ...........................JA204

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Civil Data Research*, No. 24-cv-04143-HB .....................................JA212

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Scalable Commerce, LLC*, No. 24-cv-04160-HB ...........................JA220

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Labels & Lists, Inc.*, No. 24-cv-04174-HB .....................................JA228

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Innovis Data Solutions Inc.*, No. 24-cv-04176-HB .........................JA238

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Accurate Append, Inc.*, No. 24-cv-04178-HB .................................JA248

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Zillow, Inc., et al.*, No. 24-cv-04256-HB .......................................JA256

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Equimine, Inc., et al.*, No. 24-cv-04261-HB ....................................JA266

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Thomson Reuters Corp., et al.*, No. 24-cv-04269-HB .....................................JA274

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Melissa Data Corp., et al.*, No. 24-cv-04292-HB ...........................JA286

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Restoration of America, et al.*, No. 24-cv-04324-HB .....................................JA295

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. i360, LLC, et al.*, No. 24-cv-04345-HB ............................................................ JA304

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. GoHunt, LLC, et al.*, No. 24-cv-04380-HB .................................................... JA313

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Accuzip, Inc., et al.*, No. 24-cv-04383-HB ...................................................... JA321

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Synaptix Technology, LLC,et al.*, No. 24-cv-04385-HB ................................. JA329

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Joy Rockwell Enterprises, Inc., et al.*,  No. 24-cv-04389-HB ......................... JA338

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Fortnoff Financial, LLC, et al.*, No. 24-cv-04390-HB .................................... JA346

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. MyHeritage, Ltd., et al.*, No. 24-cv-04392-HB................................................. JA355

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. E-Merges.com, Inc.*,  No. 24-cv-04434-HB ...................................................... JA365

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Nuwber, Inc., et al.*, No. 24-cv-04609-HB ....................................................... JA373

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. RocketReach LLC, et al.*, No. 24-cv-04664-HB  .............................................. JA382

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Belles Camp Communications, Inc., et al.*, No. 24-cv-04949-HB ................... JA392

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. PropertyRadar, Inc., et al.*, No. 24-cv-05600-HB ........................................... JA401

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. The Alesco Group, L.L.C., et al.*, No. 24-cv-05656-HB .................................. JA409

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Searchbug, Inc., et al.*, No. 24-cv-05658-HB ...................................................JA417

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Amerilist, Inc., et al.*, No. 24-cv-05775-HB ..............................................JA424

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. US Data Corporation, et al.*, No. 24-cv-07324-HB .........................................JA431

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Smarty, LLC, et al.*, No. 24-cv-08075-HB........................................................JA437

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Compact Information Systems, LLC, et al.*, No. 24-cv-08451-HB...................JA445

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Darkowl, LLC, et al.*, No. 1:24-cv-10600........................................................JA454

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Spy Dialer, Inc., et al.*, No. 1:24-cv-11023-HB.................................................JA461

District Court Docket Entries for *Atlas Data Privacy Corp., et al v. Lighthouse List Company, LLC, et al.*, No. 24-cv-11443-HB ..........................JA467

District Court Docket Entries for *Atlas Data Privacy Corp., et al. v. First Direct Inc., et al.*, No. 25-cv-01480-HB ..................................................JA472

District Court Docket Entries for *Atlas Data Privacy Corp., et al. v. Greenflight Venture Corp., et al.*, No. 25-cv-01517-HB.................................JA477

**Volume 3 of 4:**
**(JA482 to JA820)**

Complaint, dated February 23, 2024 (*We Inform*, ECF 1-1) ............................ JA482

Complaint, dated February 8, 2024, filed in *Atlas Data Privacy Corp. v. Zillow, Inc.*, No. 24-cv-04256-HB (ECF 1-1)) .................................................. JA510

Complaint, dated February 13, 2024, filed in *Atlas Data Privacy Corp. v. DM Group Inc.*, No. 24-cv 04075-HB (ECF 1-1) ............................................ JA534

Complaint, dated February 13, 2024, filed in *Atlas Data Privacy Corp. v. Innovis Data Solutions Inc.*, No. 24-cv-04176-HB (ECF 1-1) ......................... JA556

Complaint, dated October 16, 2024, filed in *Atlas Data Privacy Corp. v. Dark Owl, LLC*, No. 24-cv-10600-HB (ECF 1-1) ............................................. JA580

Complaint, dated February 15, 2024, filed in *Atlas Data Privacy Corp. v. Thomson Reuters Corp.*, No. 24-cv-04269-HB (ECF 1-2) ............................... JA605

Complaint, dated February 9, 2024, filed in *Atlas Data Privacy Corp. v. Smarty, LLC*, No. 24-cv-08075-HB (ECF 1-2) .................................................. JA630

Complaint, dated February 8, 2024, filed in *Atlas Data Privacy Corp. v. E-Merges.com Inc.*, No. 24-cv-04434-HB (ECF 1-1) ....................................... JA655

Complaint, dated February 8, 2024, filed in *Atlas Data Privacy Corp. v. Restoration of America, et al.*, No. 24-cv-04324-HB (ECF 1-1) ...................... JA679

Order setting deadlines for the filing of certain motions and briefs, and staying action until further order of the Court, dated May 8, 2024 (*We Inform,* ECF 15) ......................................................................................... JA704

Order setting facial challenge schedule and vacating Court's orders of May 8, 2024 and June 3, 2024, dated July 10, 2024 (*We Inform,* ECF 22) ......................................................................................... JA721

Order vacating Court's Order of July 10, 2024; setting schedule for facial challenge; and staying actions pending further order of the Court, dated August 15, 2024 (*We Inform,* ECF 24) ............................................................ JA738

Declaration of Serrin Turner in Support of Defendants' Consolidated
Motion to Dismiss, dated June 10, 2024, filed in *Atlas Data Privacy Corp. v.
Lightbox Parent, L.P.*, No. 24-cv-04105-HB ("*Lightbox*")
(ECF 27-1) ...................................................................................................JA755

Exhibit 1 – Complaint in *Atlas Data Privacy Corporation v.
Blackbaud Inc.*, Case No. 24-cv-3993-HB (*Lightbox*, ECF 27-2) ...................JA756

\* \* \*

Exhibit 10 – Genova Burns LLC's 2023 "Annual Report of
Governmental Affairs Agent" filed with the New Jersey
Elections Law Enforcement Commission on February 14, 2024
(*Lightbox*, ECF 27-11).............................................................................JA780

Exhibit 11 – Atlas Data Privacy Corporation's Filing
Certificate with the State of New Jersey Department of Treasury,
filed on January 12, 2024 (*Lightbox*, ECF 27-12).................................JA792

\* \* \*

Exhibit 13 – Article from New Jersey Cops Magazine entitled
"The Right to Privacy and to Attend the Mini Convention"
(*Lightbox*, ECF 27-14).............................................................................JA796

Exhibit 14 – Exemplar of Atlas Daniel's Law Service Terms
(*Lightbox*, ECF 27-15).............................................................................JA800

Exhibit 15 – Spreadsheet reflecting the timestamps of a sample
of 100 emails sent by Atlas Mail to Defendant CoStar Realty
Information, Inc. (*Lightbox*, ECF 27-16) ...............................................JA815

Certificate of Service Pursuant to Federal Rule of Appellate
Procedure 25(d) .......................................................................................JA819

**Volume 4 of 4**
**Filed Under Seal**
**(JA821 to JA870)**

Declaration of Serrin Turner in Support of Defendants' Consolidated
Motion to Dismiss, dated June 10, 2024 (*Lightbox*, ECF 28) ......................... JA821

Exhibit 2 –mortgage records (*Lightbox*, ECF 28-1) ............................. JA836

Exhibit 3 – mortgage records (*Lightbox*, ECF 28-2) ............................. JA838

Exhibit 4 –mortgage records (*Lightbox*, ECF 28-3) ............................. JA849

Exhibit 5 –LinkedIn page (*Lightbox*, ECF 28-4) .................................. JA851

Exhibit 6 - public realtor profile (*Lightbox*, ECF 28-5) ........................ JA857

Exhibit 7 – Press release dated January 22, 2025
(*Lightbox*, ECF 28-6)............................................................................. JA860

Exhibit 8 – Retirement announcement (*Lightbox*, ECF 28-7) .............. JA863

Exhibit 9 – Wells Fargo business profile (*Lightbox*, ECF 28-8) ........... JA865

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04037-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION et al v. WE INFORM, LLC et al | Date Filed: 03/20/2024 |
| Assigned to: Judge Harvey Bartle (EDPA), III | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |

Related Cases: 1:24-cv-11023-HB
     1:24-cv-10600-HB
     1:24-cv-11443-HB
     1:25-cv-01535-HB
     1:25-cv-00237-HB
     1:25-cv-01517-HB

Jurisdiction: Diversity

Case in other court: Third Circuit, 25-01555
        Superior Court of New Jersey, Morris County, MRS-L-000379-24

Cause: 28:1332 Diversity-Notice of Removal

## Plaintiff

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **JESSICA A MEREJO**
PEM LAW LLP
1 BOLAND DRIVE
STE 101
WEST ORANGE, NJ 07052
973-577-5500
Email: jmerejo@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**JANE DOE-1, A LAW ENFORCEMENT OFFICER**

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2, A LAW ENFORCEMENT OFFICER**

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**POLICE OFFICER SCOTT MALONEY**

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                    represented by   **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WE INFORM, LLC**                    represented by   **ROBERT T. SZYBA**
SEYFARTH SHAW LLP
620 EIGHTH AVENUE
32 FLOOR
NEW YORK, NY 10018
212-218-3351
Fax: 917-344-1174
Email: rszyba@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10, FICTITIOUS
NAMES OF UNKNOWN INDIVIDUALS**

**Defendant**

**ABC COMPANIES 1-10, FICTITIOUS
NAMES OF UNKNOWN ENTITIES**

**Intervenor**

**ATTORNEY GENERAL OF NEW
JERSEY**                    represented by   **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PATRICK JAMES MISALE**
NJ OFFICE OF ATTORNEY GENERAL,
DIVISION OF LAW
DATA PRIVACY AND CYBERSECURITY
124 HALSEY ST
5TH FLOOR
NEWARK, NJ 07101

609-696-4369
Email: patrick.misale@law.njoag.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2024 | 1 | NOTICE OF REMOVAL by WE INFORM, LLC from Superior Court of New Jersey, Morris County, case number MRS-L-000379-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15199024), filed by WE INFORM, LLC. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(SZYBA, ROBERT) (Entered: 03/20/2024) |
| 03/20/2024 | 2 | Diversity Disclosure Statement by WE INFORM, LLC. (SZYBA, ROBERT) (Entered: 03/20/2024) |
| 03/20/2024 | 3 | Corporate Disclosure Statement by WE INFORM, LLC. (SZYBA, ROBERT) (Entered: 03/20/2024) |
| 03/20/2024 | | Case Assigned to Judge Claire C. Cecchi and Magistrate Judge Jessica S. Allen. (ak, ) (Entered: 03/21/2024) |
| 03/26/2024 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendant's time to answer, move, or otherwise respond to Complaint... (SZYBA, ROBERT) (Entered: 03/26/2024) |
| 03/27/2024 | | Clerk`s Text Order - The document 4 Application for Clerk's Order to Ext Answer/Proposed Order submitted by WE INFORM, LLC has been GRANTED. The answer due date has been set for 4/10/2024. (ld, ) (Entered: 03/27/2024) |
| 04/02/2024 | 5 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024.(aw, ) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Jessica S. Allen and Judge Claire C. Cecchi no longer assigned to case. (aw, ) (Entered: 04/02/2024) |
| 04/08/2024 | 6 | ORDER scheduling status conference and staying action until 4/18/24, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/08/2024) |
| 04/10/2024 | 7 | TEXT ORDER REALLOCATING CASE. Case Number 2:24-cv-4037 reallocated to Camden as 1:24-4037. So Ordered by Chief Judge Renee Marie Bumb on April 10, 2024. (bf, ) (Entered: 04/10/2024) |
| 04/10/2024 | 8 | STIPULATION *And Proposed Consent Order extending Defendant's time to answer, move, or otherwise respond to Plaintiffs' Complaint* by WE INFORM, LLC. (SZYBA, ROBERT) (Entered: 04/10/2024) |
| 04/18/2024 | 9 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/19/2024) |
| 04/18/2024 | 10 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/24. (ar1, ) (Entered: 04/19/2024) |

| 04/18/2024 | 11 | ORDER scheduling status conference and staying matter through 5/7/24, ( Status Conference set for 5/7/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 18, 2024. (bf, ) (Entered: 04/19/2024) |
|---|---|---|
| 04/22/2024 | 12 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/22/2024 | 13 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs.' motions to remand, ( Status Conference set for 5/7/2024 at 02:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 22, 2024. (bf, ) (Entered: 04/22/2024) |
| 05/07/2024 | 14 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/08/2024) |
| 05/08/2024 | 15 | ORDER setting deadlines for the filing of certain motions and briefs, and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/24. (ar1, ) (Entered: 05/09/2024) |
| 05/09/2024 | 16 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/10/2024) |
| 05/09/2024 | 17 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (sms2) (Entered: 05/14/2024) |
| 06/03/2024 | 18 | ORDER directing any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, file a petition with brief on or before 6/15/24. Signed by Judge Harvey Bartle (EDPA), III on June 3, 2024. (bf, ) (Entered: 06/03/2024) |
| 06/11/2024 | 19 | Letter from Robert T. Szyba, Esq. notifying the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed today under ECF No. 27-33 in the action captioned as Atlas Data Privacy Corporation, et al. v. Costar Group, Inc., et al., Civil Action No. 1:24-cv-4111. (SZYBA, ROBERT) (Entered: 06/11/2024) |
| 06/11/2024 | 20 | Letter from Robert T. Szyba of Seyfarth Shaw LLP on behalf of defendant We Inform, LLC, clarifying that Defendant joins the Consolidated Motion which was filed under ECF |

| | | |
|---|---|---|
| | | No. 27 in the action captioned as Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al., Civil Action No. 1:24-cv-4105 re 19 Letter,. (SZYBA, ROBERT) Modified on 6/11/2024 (js). (Entered: 06/11/2024) |
| 06/13/2024 | 21 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 22 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
| 08/06/2024 | 23 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 24 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | 25 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 23 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 26 | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA), III. Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 10/01/2024 | 27 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (db, ) (Entered: 10/02/2024) |
| 10/02/2024 | 28 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
| 10/08/2024 | 29 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |

| 10/10/2024 | 30 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
|---|---|---|
| 11/26/2024 | 31 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 11/26/2024 | 32 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 33 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 34 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/05/2024 | 35 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/05/2024) |
| 12/06/2024 | 36 | NOTICE of Appearance by PATRICK JAMES MISALE on behalf of ATTORNEY GENERAL OF NEW JERSEY (MISALE, PATRICK) (Entered: 12/06/2024) |
| 12/10/2024 | 37 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 12/10/2024) |
| 12/10/2024 | 38 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, A LAW ENFORCEMENT OFFICER, JANE DOE-2, A LAW ENFORCEMENT OFFICER, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 39 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 40 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 41 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/14/2025 | 42 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2)** |

| | | |
|---|---|---|
| | | **MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/7/2025. Redacted Transcript Deadline set for 3/17/2025. Release of Transcript Restriction set for 5/15/2025. (dmw) (Entered: 02/14/2025) |
| 02/25/2025 | 43 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/18/2025 | 44 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 45 | MOTION to Dismiss by WE INFORM, LLC. Responses due by 4/7/2025. (Attachments: # 1 Memorandum Memorandum Brief, # 2 Declaration Declaration, # 3 Text of Proposed Order Proposed Order)(SZYBA, ROBERT) (Entered: 03/18/2025) |
| 03/18/2025 | 46 | Letter from Defendant We Inform. (SZYBA, ROBERT) (Entered: 03/18/2025) |
| 03/18/2025 | | Set Deadlines as to 45 MOTION to Dismiss. Motion set for 4/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mag) (Entered: 03/19/2025) |
| 03/21/2025 | 47 | NOTICE of Appearance by JESSICA A MEREJO on behalf of All Plaintiffs (MEREJO, JESSICA) (Entered: 03/21/2025) |
| 03/24/2025 | 48 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/25/2025 | | USCA Filing fee: $ 605, receipt number NEW51715. (js) (Entered: 03/25/2025) |
| 03/25/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/25/2025) |
| 03/26/2025 | 49 | NOTICE OF APPEAL by WE INFORM, LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/26/2025) |
| 03/27/2025 | 50 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/31/2025 | 51 | USCA Case Number 25-1555 for 49 Notice of Appeal (USCA), filed by WE INFORM, LLC. USCA Case Manager Laurie (Document Restricted - Court Only) (lr) (Entered: |

| | | 03/31/2025) |
|---|---|---|
| 04/02/2025 | 52 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 53 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

|  |
|---|
| **PACER Service Center** |
| **Transaction Receipt** |
| 04/03/2025 12:03:20 |

| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04037-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

JA151

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04041-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION et al v. INFOMATICS, LLC et al | Date Filed: 03/20/2024 |
| Assigned to: Judge Harvey Bartle (EDPA), III | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |
| Related Cases: 1:24-cv-11023-HB | Jurisdiction: Diversity |

Related Cases: 1:24-cv-11023-HB
               1:24-cv-10600-HB
               1:24-cv-11443-HB
               1:25-cv-01535-HB
               1:25-cv-00237-HB
               1:25-cv-01517-HB

Case in other court: Third Circuit, 25-01556
               Superior Court of New Jersey, Bergen County, BER-L-000872-24

Cause: 28:1332 Diversity-(Citizenship)

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**          represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1, A LAW ENFORCEMENT OFFICER**          represented by **JANE DOE-1, A LAW ENFORCEMENT OFFICER**
PRO SE

**Plaintiff**

**JANE DOE-2, A LAW ENFORCEMENT OFFICER**          represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**          represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**INFOMATICS, LLC**                              represented by **ROBERT T. SZYBA**
                                                 SEYFARTH SHAW LLP
                                                 620 EIGHTH AVENUE
                                                 32 FLOOR
                                                 NEW YORK, NY 10018
                                                 212-218-3351
                                                 Fax: 917-344-1174
                                                 Email: rszyba@seyfarth.com
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10, FICTITIOUS
NAMES OF UNKNOWN INDIVIDUALS**

**Defendant**

**ABC COMPANIES 1-10 FICTITIOUS
NAMES OF UNKNOWN ENTITIES**

**Intervenor**

**ATTORNEY GENERAL OF NEW
JERSEY**                                         represented by **KASHIF TARAQ CHAND**
                                                 NEW JERSEY DIVISION OF LAW
                                                 124 HALSEY STREET
                                                 5TH FLOOR
                                                 NEWARK, NJ 07101
                                                 908-705-3958
                                                 Email: kashif.chand@law.njoag.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**Genova Burns LLC**
494 Broad Street
6th Floor
Newark, NJ 07102
9735330777

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 03/20/2024 | 1 | NOTICE OF REMOVAL by INFOMATICS, LLC from Superior Court of New Jersey, Bergen County, case number BER-L-000872-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15199452), filed by INFOMATICS, LLC. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(SZYBA, ROBERT) (Entered: 03/20/2024) |
| 03/20/2024 | 2 | Diversity Disclosure Statement by INFOMATICS, LLC. (SZYBA, ROBERT) (Entered: 03/20/2024) |
| 03/20/2024 | 3 | Corporate Disclosure Statement by INFOMATICS, LLC. (SZYBA, ROBERT) (Entered: 03/20/2024) |

| | | |
|---|---|---|
| 03/20/2024 | | Case Assigned to Judge Claire C. Cecchi and Magistrate Judge James B. Clark. (ak, ) (Entered: 03/21/2024) |
| 03/26/2024 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendant's time to answer, move, or otherwise respond to Complaint... (SZYBA, ROBERT) (Entered: 03/26/2024) |
| 03/27/2024 | | Clerk`s Text Order - The document 4 submitted by INFOMATICS, LLC has been GRANTED. The answer due date has been set for 4/10/2024. (sm) (Entered: 03/27/2024) |
| 04/02/2024 | 5 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024. (aw, ) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Judge Claire C. Cecchi and Magistrate Judge James B. Clark no longer assigned to case. (aw, ) (Entered: 04/02/2024) |
| 04/08/2024 | 6 | ORDER scheduling conference and staying action until 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/08/2024) |
| 04/10/2024 | 7 | TEXT ORDER REALLOCATING CASE. Case Number 2:24-cv-4041 reallocated to Camden as 1:24-4041.. So Ordered by Chief Judge Renee Marie Bumb on April 10, 2024. (bf, ) (Entered: 04/10/2024) |
| 04/10/2024 | 8 | STIPULATION *And Proposed Consent Order Extending Defendant's time to answer, move, or otherwise respond to Plaintiffs' Complaint.* by INFOMATICS, LLC. (SZYBA, ROBERT) (Entered: 04/10/2024) |
| 04/18/2024 | 9 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/19/2024) |
| 04/18/2024 | 10 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/24. (ar1, ) (Entered: 04/19/2024) |
| 04/18/2024 | 11 | ORDER scheduling status conference and staying matter through 5/7/24, ( Status Conference set for 5/7/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 18, 2024. (bf, ) (Entered: 04/19/2024) |
| 04/22/2024 | 12 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |

| 04/22/2024 | 13 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs.' motions to remand, ( Status Conference set for 5/7/2024 at 02:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 22, 2024. (bf, ) (Entered: 04/22/2024) |
|---|---|---|
| 05/07/2024 | 14 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/08/2024) |
| 05/08/2024 | 15 | ORDER setting deadlines for the filing of certain motions and briefs, and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/24. (ar1, ) (Entered: 05/09/2024) |
| 05/09/2024 | 16 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/10/2024) |
| 05/09/2024 | 17 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (sms2) (Entered: 05/14/2024) |
| 06/03/2024 | 18 | ORDER directing any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, file a petition with brief on or before 6/15/24. Signed by Judge Harvey Bartle (EDPA), III on June 3, 2024. (bf, ) (Entered: 06/03/2024) |
| 06/11/2024 | 19 | Letter from Robert T. Szyba, Esq. notifying the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed today under ECF No. 27-33 in the action captioned as Atlas Data Privacy Corporation, et al. v. Costar Group, Inc., et al., Civil Action No. 1:24-cv-4111. (SZYBA, ROBERT) (Entered: 06/11/2024) |
| 06/11/2024 | 20 | Letter from Robert T. Szyba of Seyfarth Shaw LLP on behalf of defendant Infomatics, LLC, clarifying that Defendant joins the Consolidated Motion which was filed under ECF No. 27 in the action captioned as Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al., Civil Action No. 1:24-cv-4105 re 19 Letter,. (SZYBA, ROBERT) (Entered: 06/11/2024) |
| 06/13/2024 | 21 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |

| 07/10/2024 | 22 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
|---|---|---|
| 08/06/2024 | 23 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 24 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc.. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | 25 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 23 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 26 | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 10/01/2024 | 27 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (db, ) (Entered: 10/02/2024) |
| 10/02/2024 | 28 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
| 10/08/2024 | 29 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/10/2024 | 30 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 31 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 32 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 33 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |

JA156

| | | |
|---|---|---|
| 12/02/2024 | [34](#) | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | [35](#) | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | [36](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm) (Entered: 12/10/2024) |
| 12/10/2024 | [37](#) | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, A LAW ENFORCEMENT OFFICER, JANE DOE-2, A LAW ENFORCEMENT OFFICER, PETER ANDREYEV identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | [38](#) | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | [39](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET, ) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | [40](#) | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | [41](#) | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | [42](#) | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |

| 03/11/2025 | 43 | NOTICE by Genova Burns LLC (BURNS, JAMES) (Entered: 03/11/2025) |
|---|---|---|
| 03/18/2025 | 44 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 45 | Letter from Defendant Informatics. (SZYBA, ROBERT) (Entered: 03/18/2025) |
| 03/18/2025 | 46 | MOTION to Dismiss by INFOMATICS, LLC. Responses due by 4/7/2025. (Attachments: # 1 Memorandum Memorandum Brief, # 2 Declaration Declaration, # 3 Text of Proposed Order Proposed Order)(SZYBA, ROBERT) (Entered: 03/18/2025) |
| 03/24/2025 | 47 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/25/2025 |  | USCA Filing fee: $605, receipt number NEW51718. (sms2) (Entered: 03/25/2025) |
| 03/25/2025 |  | Notice to Court of Appeals re USCA Filing Fee Received. (sms2) (Entered: 03/25/2025) |
| 03/27/2025 | 48 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 49 | NOTICE OF APPEAL by INFOMATICS, LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 50 | USCA Case Number 25-1556 for 49 Notice of Appeal (USCA), filed by INFOMATICS, LLC. USCA Case Manager Laurie (Document Restricted - Court Only) (lr) (Entered: 03/31/2025) |
| 04/02/2025 | 51 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 52 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 12:06:17 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04041-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04045-HB

ATLAS DATA PRIVACY CORPORATION et al v. THE PEOPLE
SEARCHERS, LLC et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases:  1:24-cv-11023-HB
　　　　　　　 1:24-cv-10600-HB
　　　　　　　 1:24-cv-11443-HB
　　　　　　　 1:25-cv-01535-HB
　　　　　　　 1:25-cv-00237-HB
　　　　　　　 1:25-cv-01517-HB
Case in other court:  Third Circuit, 25-01557
　　　　　　　　　　 Superior Court of New Jersey, Morris County,
　　　　　　　　　　 MRS-L-000257-24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/20/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY**
**CORPORATION**

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1, A LAW ENFORCEMENT**
**OFFICER**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2, A LAW ENFORCEMENT**
**OFFICER**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **EDWIN MALDONADO**
PRO SE

**Plaintiff**

**SCOTT MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**                     represented by   **RAJIV D. PARIKH**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                      represented by   **RAJIV D. PARIKH**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                    represented by   **RAJIV D. PARIKH**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**THE PEOPLE SEARCHERS, LLC**           represented by   **ROBERT T. SZYBA**
                                                         SEYFARTH SHAW LLP
                                                         620 EIGHTH AVENUE
                                                         32 FLOOR
                                                         NEW YORK, NY 10018
                                                         212-218-3351
                                                         Fax: 917-344-1174
                                                         Email: rszyba@seyfarth.com
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10, FICTITIOUS
NAMES OF UNKNOWN INDIVIDUALS**

**Defendant**

**ABC COMPANIES 1-10 FICTITIOUS
NAMES OF UNKNOWN ENTITIES**

**Intervenor**

**ATTORNEY GENERAL OF NEW
JERSEY**                                represented by   **KASHIF TARAQ CHAND**
                                                         NEW JERSEY DIVISION OF LAW
                                                         124 HALSEY STREET
                                                         5TH FLOOR
                                                         NEWARK, NJ 07101
                                                         908-705-3958
                                                         Email: kashif.chand@law.njoag.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**Genova Burns LLC**
494 Broad Street
6th Floor
Newark, NJ 07102
9735330777

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2024 | 1 | NOTICE OF REMOVAL by THE PEOPLE SEARCHERS, LLC from Superior Court of New Jersey, Morris County, case number MRS-L-000257-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15199546), filed by THE PEOPLE SEARCHERS, LLC. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(SZYBA, ROBERT) (Entered: 03/20/2024) |
| 03/20/2024 | 2 | Diversity Disclosure Statement by THE PEOPLE SEARCHERS, LLC. (SZYBA, ROBERT) (Entered: 03/20/2024) |
| 03/20/2024 | 3 | Corporate Disclosure Statement by THE PEOPLE SEARCHERS, LLC. (SZYBA, ROBERT) (Entered: 03/20/2024) |
| 03/20/2024 | | Case Assigned to Judge William J. Martini and Magistrate Judge Leda D. Wettre. (ak, ) (Entered: 03/21/2024) |
| 03/26/2024 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendant's time to answer, move, or otherwise respond to Complaint... (SZYBA, ROBERT) (Entered: 03/26/2024) |
| 03/27/2024 | | Clerk`s Text Order - The document 4 Application for Clerk's Order to Ext Answer/Proposed Order submitted by THE PEOPLE SEARCHERS, LLC has been GRANTED. The answer due date has been set for 4/10/2024. (lag, ) (Entered: 03/27/2024) |
| 04/02/2024 | 5 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 04/02/24. (aw, ) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Judge William J. Martini and Magistrate Judge Leda D. Wettre no longer assigned to case. (aw, ) (Entered: 04/02/2024) |
| 04/08/2024 | 6 | ORDER scheduling status conference and staying action until 4/18/24, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/08/2024) |
| 04/10/2024 | 7 | TEXT ORDER Case Number 2:24-cv-4045 reallocated to Camden as 1:24-cv-4045. So Ordered by Chief Judge Renee Marie Bumb on April 10, 2024. (bf, ) (Entered: 04/10/2024) |
| 04/10/2024 | 8 | STIPULATION *And Proposed Consent Order Extending Defendant's time to answer, move, or otherwise respond to Plaintiffs' Complaint* by THE PEOPLE SEARCHERS, LLC. (SZYBA, ROBERT) (Entered: 04/10/2024) |

| 04/18/2024 | 9 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/19/2024) |
| --- | --- | --- |
| 04/18/2024 | 10 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/24. (ar1, ) (Entered: 04/19/2024) |
| 04/22/2024 | 11 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/22/2024 | 12 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs.' motions to remand ( Status Conference set for 5/7/2024 at 02:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 22, 2024. (bf, ) (Entered: 04/22/2024) |
| 05/07/2024 | 13 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell 856-576-7018) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/08/2024) |
| 05/08/2024 | 14 | ORDER setting deadlines for the filing of certain motions and briefs, and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/24. (ar1, ) (Entered: 05/09/2024) |
| 05/09/2024 | 15 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/10/2024) |
| 05/09/2024 | 16 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (sms2) (Entered: 05/14/2024) |
| 06/03/2024 | 17 | ORDER directing any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, file a petition with brief on or before 6/15/24. Signed by Judge Harvey Bartle (EDPA), III on June 3, 2024. (bf, ) (Entered: 06/03/2024) |
| 06/11/2024 | 18 | Letter from Robert T. Szyba, Esq. notifying the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed today under ECF No. 27-33 in the |

| | | action captioned as Atlas Data Privacy Corporation, et al. v. Costar Group, Inc., et al., Civil Action No. 1:24-cv-4111. (SZYBA, ROBERT) (Entered: 06/11/2024) |
|---|---|---|
| 06/11/2024 | 19 | Letter from Robert T. Szyba of Seyfarth Shaw LLP on behalf of defendant The People Searchers, LLC clarifying that Defendant joins the Consolidated Motion which was filed under ECF No. 27 in the action captioned as Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al., Civil Action No. 1:24-cv-4105 re 18 Letter,. (SZYBA, ROBERT) (Entered: 06/11/2024) |
| 06/13/2024 | 20 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 21 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
| 08/06/2024 | 22 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 23 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | 24 | Letter from regarding Notice of Supplemental Submission re 22 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion)(PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 25 | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 10/01/2024 | 26 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 Attorney List) (db, ) (Entered: 10/02/2024) |
| 10/02/2024 | 27 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
| 10/08/2024 | 28 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to |

| | | |
|---|---|---|
| | | Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/10/2024 | 29 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 30 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 31 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 32 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 33 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 34 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 35 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 36 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, A LAW ENFORCEMENT OFFICER, JANE DOE-2, A LAW ENFORCEMENT OFFICER, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 37 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 38 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 39 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 40 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2)** |

| | | |
|---|---|---|
| | | **MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 41 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/11/2025 | 42 | NOTICE by Genova Burns LLC (BURNS, JAMES) (Entered: 03/11/2025) |
| 03/18/2025 | 43 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 44 | MOTION to Dismiss by THE PEOPLE SEARCHERS, LLC. Responses due by 4/7/2025. (Attachments: # 1 Memorandum Memorandum Brief, # 2 Declaration Declaration, # 3 Text of Proposed Order Proposed Order)(SZYBA, ROBERT) (Entered: 03/18/2025) |
| 03/18/2025 | 45 | Letter from Defendant Peoples Searchers. (SZYBA, ROBERT) (Entered: 03/18/2025) |
| 03/24/2025 | 46 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/25/2025 | | USCA Filing fee: $605, receipt number NEW51717. (sms2) (Entered: 03/25/2025) |
| 03/25/2025 | | Notice to Court of Appeals re USCA Filing Fee Received. (sms2) (Entered: 03/25/2025) |
| 03/27/2025 | 47 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 48 | NOTICE OF APPEAL by THE PEOPLE SEARCHERS, LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 49 | USCA Case Number 25-1557 for 48 Notice of Appeal (USCA), filed by THE PEOPLE SEARCHERS, LLC. USCA Case Manager Laurie (Document Restricted - Court Only) (lr) (Entered: 03/31/2025) |
| 04/02/2025 | 50 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |

| 04/02/2025 | 51 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |
|---|---|---|

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2025 12:08:09 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04045-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04075-HB

ATLAS DATA PRIVACY CORPORATION et al v. DM GROUP, INC. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
                1:24-cv-10600-HB
                1:24-cv-11443-HB
                1:25-cv-01535-HB
                1:25-cv-00237-HB
                1:25-cv-01517-HB
Case in other court:  Third Circuit, 25-01558
                         Superior Court of New Jersey - Middlesex
                         County, MID-L-000990-24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/21/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE -1**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**POLICE OFFICER SCOTT MALONEY**            represented by   **RAJIV D. PARIKH**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**POLICE OFFICER SCOTT MALONEY**            represented by   **SCOTT MALONEY**
                                                            PRO SE

**Plaintiff**

**JUSTYNA MALONEY**                         represented by   **RAJIV D. PARIKH**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                        represented by   **RAJIV D. PARIKH**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**

**Plaintiff**

**WILLIAM SULLIVAN**                        represented by   **RAJIV D. PARIKH**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DM GROUP, INC.**                          represented by   **MELISSA ANNE CHUDEREWICZ**
                                                            TROUTMAN PEPPER LOCKE LLP
                                                            301 CARNEIGIE CENTER BOULEVARD
                                                            SUITE 4000
                                                            PRINCETON, NJ 08543
                                                            609-951-4118
                                                            Fax: 609-452-1147
                                                            Email: melissa.chuderewicz@troutman.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **STEPHANIE L. JONAITIS**
                                                            TROUTMAN PEPPER LOCKE LLP
                                                            301 CARNEGIE CENTER
                                                            SUITE 400
                                                            PRINCETON, NJ 08543
                                                            609-951-4212
                                                            Email: stephanie.jonaitis@troutman.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **ANGELO A. STIO , III**

TROUTMAN PEPPER LOCKE LLP
301 CARNEGIE CENTER
STE 400
PRINCETON, NJ 08648
609-452-0808
Fax: 609-451-1147
Email: angelo.stio@troutman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**

**Defendant**

**COMPANIES 1-10**

**Intervenor**

**ATTORNEY GENERAL OF NEW**          represented by   **KASHIF TARAQ CHAND**
**JERSEY**                                            NEW JERSEY DIVISION OF LAW
                                                      124 HALSEY STREET
                                                      5TH FLOOR
                                                      NEWARK, NJ 07101
                                                      908-705-3958
                                                      Email: kashif.chand@law.njoag.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2024 | 1 | NOTICE OF REMOVAL by DM GROUP, INC. from Superior Court of New Jersey - Middlesex County, case number MID-L-000990-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15203225), filed by DM GROUP, INC.. (Attachments: # 1 Exhibit Copy of Complaint, # 2 Exhibit Service Package)(STIO, ANGELO) (Entered: 03/21/2024) |
| 03/21/2024 | 2 | DECLARATION of Angelo A. Stio III re 1 Notice of Removal, by DM GROUP, INC.. (Attachments: # 1 Exhibit 1, # 2 Civil Cover Sheet 2)(STIO, ANGELO) (Entered: 03/21/2024) |
| 03/21/2024 | | Case Assigned to Judge Evelyn Padin and Magistrate Judge Leda D. Wettre. (ak, ) (Entered: 03/22/2024) |
| 03/22/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (lag, ) (Entered: 03/22/2024) |
| 03/22/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (lag, ) (Entered: 03/22/2024) |

| 03/22/2024 | 3 | Diversity Disclosure Statement by DM GROUP, INC.. (STIO, ANGELO) (Entered: 03/22/2024) |
|---|---|---|
| 03/26/2024 | 4 | Exhibit to 1 Notice of Removal, *Civil Cover Sheet* by DM GROUP, INC.. (STIO, ANGELO) (Entered: 03/26/2024) |
| 03/27/2024 | 5 | Application and Proposed Order for Clerk's Order to extend time to answer as to DM Group, Inc... (STIO, ANGELO) (Entered: 03/27/2024) |
| 03/27/2024 | 6 | NOTICE of Appearance by MELISSA ANNE CHUDEREWICZ on behalf of DM GROUP, INC. (CHUDEREWICZ, MELISSA) (Entered: 03/27/2024) |
| 03/28/2024 | | Clerk`s Text Order - The document 5 Application for Clerk's Order to Ext Answer/Proposed Order submitted by DM GROUP, INC. has been GRANTED. The answer due date has been set for 4/11/2024. (lag, ) (Entered: 03/28/2024) |
| 04/02/2024 | 7 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 04/02/24. (aw, ) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Judge Evelyn Padin and Magistrate Judge Leda D. Wettre no longer assigned to case. (aw, ) (Entered: 04/02/2024) |
| 04/03/2024 | 8 | APPLICATION/PETITION for Extension of Time for by DM GROUP, INC.. (STIO, ANGELO) (Entered: 04/03/2024) |
| 04/08/2024 | 9 | ORDER scheduling status conference and staying matter until 4/18/24, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/10/2024 | 10 | TEXT ORDER REALLOCATING AND REASSIGNING CASE. Case Number 2:24-cv-4075 reallocated to Camden as 1:24-cv-4075. Case reassigned to Judge Harvey Bartle (EDPA), III for all further proceedings. Judge Evelyn Padin and Magistrate Judge Leda D. Wettre no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 4/10/2024. (alg) (Entered: 04/10/2024) |
| 04/10/2024 | 11 | APPLICATION/PETITION for Pro Hac Vice Admission of Ronald I Raether for by DM GROUP, INC.. (Attachments: # 1 Declaration of A Stio, # 2 Declaration of R. Raether, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 04/10/2024) |
| 04/11/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The Request for Pro Hac Vic admission filed by Angelo Stio on 4/10/2024 was submitted incorrectly as an Application/Petition 11 . PLEASE SUBMIT a Motion using the Motion to Appear Pro Hac Vice event. This submission will remain on the docket unless otherwise ordered by the court. (dmr) (Entered: 04/11/2024) |
| 04/11/2024 | 12 | Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Ronald Raether to Appear Pro Hac Vice)* by DM GROUP, INC.. (Attachments: # 1 Declaration of A Stio, # 2 Declaration of R. Raether, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 04/11/2024) |
| 04/11/2024 | | Set Deadlines as to 12 Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Ronald Raether to Appear Pro Hac Vice)*. Motion set for 5/6/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an |

| | | |
|---|---|---|
| | | automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 04/11/2024) |
| 04/12/2024 | 13 | Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Michael Schwartz to Appear Pro Hac Vice)* by DM GROUP, INC.. (Attachments: # 1 Declaration of A Stio, # 2 Declaration of A. M. Schwartz, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 04/12/2024) |
| 04/15/2024 | | Set Deadlines as to 13 Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Michael Schwartz to Appear Pro Hac Vice)*. Motion set for 5/6/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jab) (Entered: 04/15/2024) |
| 04/15/2024 | 14 | ORDER granting 12 Motion for Leave to Appear Pro Hac Vice Ronald Raether. Signed by Judge Harvey Bartle (EDPA), III on 4/15/2024. (aji, ) (Entered: 04/16/2024) |
| 04/15/2024 | 15 | ORDER granting 13 Motion for Leave to Appear Pro Hac Vice as to Michael Schwartz. Signed by Judge Harvey Bartle (EDPA), III on 4/15/2024. (aji, ) (Entered: 04/16/2024) |
| 04/17/2024 | 16 | Letter from Signatory Defendants regarding CMC. (STIO, ANGELO) (Entered: 04/17/2024) |
| 04/17/2024 | 17 | Notice of Request by Pro Hac Vice Michael A. Schwartz to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15292568.) (STIO, ANGELO) (Entered: 04/17/2024) |
| 04/18/2024 | | Pro Hac Vice counsel, MICHAEL A. SCHWARTZ, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (dmr) (Entered: 04/18/2024) |
| 04/18/2024 | 18 | Notice of Request by Pro Hac Vice Ronald I Raether to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15295368.) (STIO, ANGELO) (Entered: 04/18/2024) |
| 04/18/2024 | | Pro Hac Vice counsel, RONALD I. RAETHER, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (sms2) (Entered: 04/18/2024) |
| 04/18/2024 | 19 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) . (Entered: 04/19/2024) |
| 04/18/2024 | 20 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/24. (ar1, ) (Entered: 04/19/2024) |
| 04/22/2024 | 21 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal |

| | | |
|---|---|---|
| | | utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/22/2024 | 22 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs.' motions to remand, ( Status Conference set for 5/7/2024 at 02:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 22, 2024. (bf, ) (Entered: 04/22/2024) |
| 05/06/2024 | 23 | Letter from Angelo Stio to the Honorable Harvey Bartle III regarding May 7, 2024 Case Management Conference. (STIO, ANGELO) (Entered: 05/06/2024) |
| 05/07/2024 | 24 | Letter from from Rajiv D. Parikh regarding status and case management. (PARIKH, RAJIV) (Entered: 05/07/2024) |
| 05/07/2024 | 25 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/08/2024) |
| 05/08/2024 | 27 | ORDER setting deadlines for the filing of certain motions and briefs, and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/24. (ar1, ) (Entered: 05/09/2024) |
| 05/09/2024 | 26 | Letter from Angelo Stio to the Honorable Harvey Bartle III regarding Joint Request to Extend Time to Submit Requests for Production of Documents and Rule 30(B)(6) Notice. (STIO, ANGELO) (Entered: 05/09/2024) |
| 05/09/2024 | 28 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/10/2024) |
| 05/09/2024 | 30 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (sms2) (Entered: 05/14/2024) |
| 05/10/2024 | 29 | Letter from Angelo Stio to the Honorable Harvey Bartle III regarding Jurisdictional Discovery. (STIO, ANGELO) (Entered: 05/10/2024) |
| 05/31/2024 | 31 | Letter from Angelo A. Stio, III. (Attachments: # 1 Exhibit A to letter, # 2 Exhibit B to letter, # 3 Exhibit C to letter, # 4 Exhibit D to letter)(STIO, ANGELO) (Entered: 05/31/2024) |
| 06/03/2024 | 32 | ORDER directing any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, file a petition with brief on or before 6/15/24. Signed by Judge Harvey Bartle (EDPA), III on June 3, 2024. (bf, ) (Entered: 06/03/2024) |
| 06/10/2024 | 33 | Letter from Angelo Stio - Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint. (STIO, ANGELO) (Entered: 06/10/2024) |

| | | |
|---|---|---|
| 06/13/2024 | 34 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 35 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
| 07/26/2024 | 36 | NOTICE of Appearance by STEPHANIE L. JONAITIS on behalf of DM GROUP, INC. (JONAITIS, STEPHANIE) (Entered: 07/26/2024) |
| 08/06/2024 | 37 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/09/2024 | 38 | Letter from Angelo A. Stio, III. (STIO, ANGELO) (Entered: 08/09/2024) |
| 08/15/2024 | 39 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | 40 | Letter from regarding Notice of Supplemental Submission re 37 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion)(PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 41 | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 10/01/2024 | 42 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (1) Attorney List) (db). (Entered: 10/02/2024) |
| 10/02/2024 | 43 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
| 10/08/2024 | 44 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |

| | | |
|---|---|---|
| 10/10/2024 | 45 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 46 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 11/26/2024 | 47 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 48 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 49 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 50 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 51 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 52 | Corporate Disclosure Statement by WILLIAM SULLIVAN, ATLAS DATA PRIVACY CORPORATION, JANE DOE -1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 53 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 54 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 55 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 56 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal |

| | | |
|---|---|---|
| | | utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 57 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/18/2025 | 58 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 59 | MOTION to Dismiss *(Consolidated)* by DM GROUP, INC.. (Attachments: # 1 Brief, # 2 Declaration of A. Stio, # 3 Exhibit A to A. Stio Declaration, # 4 Exhibit B to A. Stio Declaration, # 5 Exhibit C to A. Stio Declaration, # 6 Text of Proposed Order, # 7 Certificate of Service)(STIO, ANGELO) (Entered: 03/18/2025) |
| 03/18/2025 | | Set Deadlines as to 59 MOTION to Dismiss *(Consolidated)*. Motion set for 4/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mag) (Entered: 03/19/2025) |
| 03/20/2025 | | USCA Filing fee: $ 605, receipt number NEW51678. (js) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/21/2025) |
| 03/24/2025 | 60 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 61 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 62 | NOTICE OF APPEAL by DM GROUP, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 63 | USCA Case Number 25-1558 for 62 Notice of Appeal (USCA), filed by DM GROUP, INC.. USCA Case Manager Laurie (Document Restricted - Court Only) (lr) (Entered: 03/31/2025) |
| 04/02/2025 | 64 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |

CM/ECF LIVE - U.S. District Court for the District of New Jersey

| 04/02/2025 | 65 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/03/2025 12:10:00 | | |
| PACER Login: | chuderem | Client Code: | 544877.010130 |
| Description: | Docket Report | Search Criteria: | 1:24-cv-04075-HB Start date: 1/1/1980 End date: 4/3/2025 |
| Billable Pages: | 9 | Cost: | 0.90 |

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04080-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION et al v. DELUXE CORPORATION et al | Date Filed: 03/21/2024 |
| | Jury Demand: None |
| Assigned to: Judge Harvey Bartle (EDPA), III | Nature of Suit: 440 Civil Rights: Other |
| Related Cases: 1:24-cv-11023-HB | Jurisdiction: Diversity |

ATLAS DATA PRIVACY CORPORATION et al v. DELUXE
CORPORATION et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
              1:24-cv-10600-HB
              1:24-cv-11443-HB
              1:25-cv-01535-HB
              1:25-cv-00237-HB
              1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01559
              Superior Court of New Jersey - Bergen
              County, BER-L-000821-24
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 03/21/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY**
**CORPORATION**

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JA177

**POLICE OFFICER SCOTT MALONEY**                    represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**JUSTYNA MALONEY**                    represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**PATRICK COLLIGAN**                    represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**PETER ANDREYEV**                    represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**WILLIAM SULLIVAN**                    represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**DELUXE CORPORATION**                    represented by    **MELISSA ANNE CHUDEREWICZ**
TROUTMAN PEPPER LOCKE LLP
301 CARNEIGIE CENTER BOULEVARD
SUITE 4000
PRINCETON, NJ 08543
609-951-4118
Fax: 609-452-1147
Email: melissa.chuderewicz@troutman.com
*ATTORNEY TO BE NOTICED*

**STEPHANIE L. JONAITIS**
TROUTMAN PEPPER LOCKE LLP
301 CARNEGIE CENTER
SUITE 400
PRINCETON, NJ 08543
609-951-4212
Email: stephanie.jonaitis@troutman.com
*ATTORNEY TO BE NOTICED*

**ANGELO A. STIO , III**
TROUTMAN PEPPER LOCKE LLP

301 CARNEGIE CENTER
STE 400
PRINCETON, NJ 08648
609-452-0808
Fax: 609-451-1147
Email: angelo.stio@troutman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**

**Defendant**

**COMPANIES 1-10**

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**   represented by   **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2024 | 1 | NOTICE OF REMOVAL by DELUXE CORPORATION from Superior Court of New Jersey - Bergen County, case number BER-L-000821-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15203293), filed by DELUXE CORPORATION. (Attachments: # 1 Exhibit A, # 2 Index B)(STIO, ANGELO) (Entered: 03/21/2024) |
| 03/21/2024 | 2 | DECLARATION of Angelo A. Stio III re 1 Notice of Removal, by DELUXE CORPORATION. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(STIO, ANGELO) (Entered: 03/21/2024) |
| 03/21/2024 | 3 | Corporate Disclosure Statement by DELUXE CORPORATION identifying None as Corporate Parent.. (STIO, ANGELO) (Entered: 03/21/2024) |
| 03/21/2024 | | Case Assigned to Judge Claire C. Cecchi and Magistrate Judge Andre M. Espinosa. (ak, ) (Entered: 03/22/2024) |
| 03/22/2024 | 4 | Diversity Disclosure Statement by DELUXE CORPORATION. (STIO, ANGELO) (Entered: 03/22/2024) |
| 03/26/2024 | 5 | Exhibit to 1 Notice of Removal, *Civil Cover Sheet* by DELUXE CORPORATION. (STIO, ANGELO) (Entered: 03/26/2024) |
| 03/27/2024 | 6 | Application and Proposed Order for Clerk's Order to extend time to answer as to Deluxe Corporation.. (STIO, ANGELO) (Entered: 03/27/2024) |
| 03/27/2024 | 7 | NOTICE of Appearance by MELISSA ANNE CHUDEREWICZ on behalf of DELUXE CORPORATION (CHUDEREWICZ, MELISSA) (Entered: 03/27/2024) |
| 03/28/2024 | | Clerk`s Text Order - The 6 Application for Clerk's Order to Ext Answer/Proposed Order submitted by DELUXE CORPORATION has been GRANTED. The answer due date has |

| | | been set for 4/11/2024. (mxw, ) (Entered: 03/28/2024) |
|---|---|---|
| 04/02/2024 | 8 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 04/02/24. (aw, ) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle, III added. Judge Claire C. Cecchi and Magistrate Judge Andre M. Espinosa no longer assigned to case. (aw, ) (Entered: 04/02/2024) |
| 04/04/2024 | 9 | Letter from Angelo A. Stio III. (STIO, ANGELO) (Entered: 04/04/2024) |
| 04/08/2024 | 10 | ORDER scheduling status conference and staying action through 4/18/24, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/10/2024 | 11 | TEXT ORDER REALLOCATING AND REASSIGNING CASE. Case Number 2:24-cv-4080 reallocated to Camden as 1:24-cv-4080. Case reassigned to Judge Harvey Bartle (EDPA), III for all further proceedings. Judge Claire C. Cecchi and Magistrate Judge Andre M. Espinosa no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 4/10/2024. (alg) (Entered: 04/10/2024) |
| 04/11/2024 | 12 | Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Ronald Raether to Appear Pro Hac Vice)* by DELUXE CORPORATION. (Attachments: # 1 Declaration of A Stio, # 2 Declaration of R. Raether, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 04/11/2024) |
| 04/12/2024 | | Set Deadlines as to 12 Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Ronald Raether to Appear Pro Hac Vice)*. Motion set for 5/6/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 04/12/2024) |
| 04/12/2024 | 13 | Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Alan Wingfield to Appear Pro Hac Vice)* by DELUXE CORPORATION. (Attachments: # 1 Declaration of A Stio, # 2 Declaration of A. Wingfield, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 04/12/2024) |
| 04/15/2024 | | Set Deadlines as to 13 Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Alan Wingfield to Appear Pro Hac Vice)*. Motion set for 5/6/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jab) (Entered: 04/15/2024) |
| 04/16/2024 | 14 | ORDER Granting 12 Motion for Leave to Appear Pro Hac Vice as to Ronald I. Raether, Jr. Signed by Judge Harvey Bartle (EDPA), III on 4/15/2024. (js) (Entered: 04/16/2024) |
| 04/16/2024 | 15 | ORDER Granting 13 Motion for Leave to Appear Pro Hac Vice as to Alan D. Wingfield. Signed by Judge Harvey Bartle (EDPA), III on 4/15/2024. (js) (Entered: 04/16/2024) |
| 04/16/2024 | 16 | MOTION for Leave to Appear Pro Hac Vice by All Plaintiffs. (Attachments: # 1 Certification In support of PHV Motion, # 2 Text of Proposed Order)(PARIKH, RAJIV) (Entered: 04/16/2024) |
| 04/16/2024 | 17 | MOTION for Leave to Appear Pro Hac Vice by All Plaintiffs. (Attachments: # 1 Certification In support of PHV Motion, # 2 Text of Proposed Order)(PARIKH, RAJIV) |

| | | (Entered: 04/16/2024) |
|---|---|---|
| 04/16/2024 | 18 | MOTION for Leave to Appear Pro Hac Vice by All Plaintiffs. (Attachments: # 1 Certification In support of PHV Motion, # 2 Text of Proposed Order)(PARIKH, RAJIV) (Entered: 04/16/2024) |
| 04/16/2024 | 19 | MOTION for Leave to Appear Pro Hac Vice by All Plaintiffs. (Attachments: # 1 Certification In support of PHV Motion, # 2 Text of Proposed Order)(PARIKH, RAJIV) (Entered: 04/16/2024) |
| 04/17/2024 | | Set Deadlines as to 16 MOTION for Leave to Appear Pro Hac Vice, 17 MOTION for Leave to Appear Pro Hac Vice, 18 MOTION for Leave to Appear Pro Hac Vice, 19 MOTION for Leave to Appear Pro Hac Vice. Motion set for 5/20/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 04/17/2024) |
| 04/17/2024 | | CLERK'S QUALITY CONTROL MESSAGE - In the future when choosing parties please choose each party individually. Do NOT select the ALL PLAINTIFFS or ALL DEFENDANTS button. (sms2) (Entered: 04/17/2024) |
| 04/17/2024 | 20 | Letter from Signatory Defendants regarding CMC. (STIO, ANGELO) (Entered: 04/17/2024) |
| 04/17/2024 | 22 | ORDER granting 17 Motion for Leave to Appear Pro Hac Vice as to James Lee. Signed by Judge Harvey Bartle (EDPA), III on 4/17/2024. (aji, ) (Entered: 04/18/2024) |
| 04/17/2024 | 23 | ORDER granting 18 Motion for Leave to Appear Pro Hac Vice as to Hsiao (Mark) C. Mao. Signed by Judge Harvey Bartle (EDPA), III on 4/17/2024. (aji, ) (Entered: 04/18/2024) |
| 04/17/2024 | 24 | ORDER granting 19 Motion for Leave to Appear Pro Hac Vice as to Adam Shaw. Signed by Judge Harvey Bartle (EDPA), III on 4/17/2024. (aji, ) (Entered: 04/18/2024) |
| 04/18/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The Motions for Leave to Appear Pro Hac Vice 16 and 19 submitted by RAJIV D. PARIKH on 4/16/2024 appear to be duplicates. The 16 Motion with the incorrect case number listed has been terminated. These submissions will remain on the docket unless otherwise ordered by the court. This message is for informational purposes only. (jab) (Entered: 04/18/2024) |
| 04/18/2024 | | Reset Deadlines as to 18 MOTION for Leave to Appear Pro Hac Vice , 17 MOTION for Leave to Appear Pro Hac Vice , 19 MOTION for Leave to Appear Pro Hac Vice . Motion set for 5/20/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jab) (Entered: 04/18/2024) |
| 04/18/2024 | 21 | Notice of Request by Pro Hac Vice Alan D. Wingfield to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15294690.) (STIO, ANGELO) (Entered: 04/18/2024) |
| 04/18/2024 | 25 | Notice of Request by Pro Hac Vice Ronald I Raether to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15295980.) (STIO, ANGELO) (Entered: 04/18/2024) |
| 04/18/2024 | | Pro Hac Vice counsel, ALAN D. WINGFIELD and RONALD I. RAETHER, have been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (sms2) (Entered: 04/18/2024) |

| 04/18/2024 | 27 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/22/2024) |
|---|---|---|
| 04/18/2024 | 29 | ORDER directing parties to file any motions to remand & supporting briefs on or before 5/3/24 and provide to each defendant and defendant's counsel a list of covered persons under Daniel's Law who requested deletion of certain information on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on April 18, 2024. (bf, ) (Entered: 04/23/2024) |
| 04/22/2024 | 26 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs.' motions to remand, ( Status Conference set for 5/7/2024 at 02:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 22, 2024. (bf, ) (Entered: 04/22/2024) |
| 04/22/2024 | 28 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/25/2024 | | Pro Hac Vice fee: ADAM SHAW, JAMES LEE, and HSIAO (MARK) MAO $ 750, receipt number TRE138235. (mlh) (Entered: 04/25/2024) |
| 05/01/2024 | 30 | Notice of Request by Pro Hac Vice Adam R. Shaw, Esq. to receive Notices of Electronic Filings. (PARIKH, RAJIV) (Entered: 05/01/2024) |
| 05/02/2024 | | Pro Hac Vice counsel, ADAM R. SHAW, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (dmr) (Entered: 05/02/2024) |
| 05/06/2024 | 31 | Letter from Angelo Stio to the Honorable Harvey Bartle III regarding May 7, 2024 Case Management Conference. (STIO, ANGELO) (Entered: 05/06/2024) |
| 05/07/2024 | 32 | Letter from from Rajiv D. Parikh regarding status and case management. (PARIKH, RAJIV) (Entered: 05/07/2024) |
| 05/08/2024 | 37 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/14/2024) |
| 05/09/2024 | 33 | Letter from Angelo Stio to the Honorable Harvey Bartle III regarding Joint Request to Extend Time to Submit Requests for Production of Documents and Rule 30(B)(6) Notice. (STIO, ANGELO) (Entered: 05/09/2024) |
| 05/09/2024 | 35 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal |

| | | |
|---|---|---|
| | | utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/09/2024 | 36 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (sms2) (Entered: 05/14/2024) |
| 05/10/2024 | 34 | Letter from Angelo Stio to the Honorable Harvey Bartle III regarding Jurisdictional Discovery. (STIO, ANGELO) (Entered: 05/10/2024) |
| 05/31/2024 | 38 | Letter from Angelo A. Stio, III. (Attachments: # 1 Exhibit A to letter, # 2 Exhibit B to letter, # 3 Exhibit C to letter, # 4 Exhibit D to letter)(STIO, ANGELO) (Entered: 05/31/2024) |
| 06/03/2024 | 39 | ORDER directing any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, file a petition with brief on or before 6/15/24. Signed by Judge Harvey Bartle (EDPA), III on June 3, 2024. (bf, ) (Entered: 06/03/2024) |
| 06/10/2024 | 40 | Letter from Angelo Stio - Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint. (STIO, ANGELO) (Entered: 06/10/2024) |
| 06/13/2024 | 41 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 42 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
| 07/26/2024 | 43 | NOTICE of Appearance by STEPHANIE L. JONAITIS on behalf of DELUXE CORPORATION (JONAITIS, STEPHANIE) (Entered: 07/26/2024) |
| 08/06/2024 | 44 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/09/2024 | 45 | Letter from Angelo A. Stio, III. (STIO, ANGELO) (Entered: 08/09/2024) |
| 08/15/2024 | 46 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | 47 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 44 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/23/2024 | 48 | First MOTION for Leave to Appear Pro Hac Vice *Eric Palmer* by ATLAS DATA PRIVACY CORPORATION. (Attachments: # 1 Certification Eric Palmer, # 2 Certification Rajiv D. Parikh, # 3 Text of Proposed Order)(PARIKH, RAJIV) (Entered: 08/23/2024) |

| 08/26/2024 | | Set Deadlines as to 48 First MOTION for Leave to Appear Pro Hac Vice *Eric Palmer*. Motion set for 9/16/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 08/26/2024) |
| 08/27/2024 | 49 | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 09/30/2024 | 50 | MOTION for Leave to Appear Pro Hac Vice by All Plaintiffs. (Attachments: # 1 Certification of Rajiv Parikh, # 2 Certification of Eric Palmer, # 3 Text of Proposed Order, # 4 Certificate of Service)(PARIKH, RAJIV) (Entered: 09/30/2024) |
| 09/30/2024 | 51 | ORDER granting 50 Motion for Leave to Appear Pro Hac Vice as to Eric Palmer, Esq., etc. Signed by Judge Harvey Bartle (EDPA), III on 9/30/2024. (lm) (Entered: 09/30/2024) |
| 10/01/2024 | 52 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (db, ) (Entered: 10/02/2024) |
| 10/02/2024 | 53 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
| 10/08/2024 | 54 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/10/2024 | 55 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/15/2024 | 56 | Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Timothy St. George to Appear Pro Hac Vice)* by DELUXE CORPORATION. (Attachments: # 1 Declaration of A. Stio, # 2 Declaration of T. St. George, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 11/15/2024) |
| 11/18/2024 | | Set Deadlines as to 56 Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Timothy St. George to Appear Pro Hac Vice)*. Motion set for 12/16/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 11/18/2024) |
| 11/26/2024 | 57 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |

| | | |
|---|---|---|
| 11/26/2024 | [58](#) | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | [59](#) | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | [60](#) | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | [66](#) | ORDER granting [61](#) Motion for Leave to Appear Pro Hac Vice as to Timothy J. St. George, Esq. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (aji, ) (Entered: 12/12/2024) |
| 12/02/2024 | [67](#) | ORDER granting Pro Hac Vice as to JULIA BRONT. Motion for Pro Hac Vice not filed by Counsel in this case. Signed by Judge Harvey Bartle (EDPA), III on 12/13/2024. (aji, ) (Entered: 12/13/2024) |
| 12/06/2024 | [61](#) | Consent MOTION for Leave to Appear Pro Hac Vice *of Timothy J. St. George* by DELUXE CORPORATION. (Attachments: # [1](#) Declaration of A Stio, # [2](#) Declaration of T. St. George, # [3](#) Text of Proposed Order, # [4](#) Certificate of Service)(STIO, ANGELO) (Entered: 12/06/2024) |
| 12/06/2024 | | Set Deadlines as to [61](#) Consent MOTION for Leave to Appear Pro Hac Vice *of Timothy J. St. George*. Motion set for 1/6/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (js) (Entered: 12/06/2024) |
| 12/06/2024 | [62](#) | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | [63](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | [64](#) | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | [65](#) | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 12/13/2024 | [68](#) | Notice of Request by Pro Hac Vice Timothy St. George to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15875982.) (STIO, ANGELO) (Entered: 12/13/2024) |
| 12/13/2024 | | Pro Hac Vice counsel, TIMOTHY J. ST. GEORGE, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and |

| | | |
|---|---|---|
| | | file papers, enter appearances and receive payments on judgments, decrees or orders. (mag) (Entered: 12/13/2024) |
| 12/19/2024 | 69 | NOTICE by DELUXE CORPORATION *withdrawal of appearance, including electronic notification, of Pro Hac Vice counsel Alan D. Wingfield* (STIO, ANGELO) (Entered: 12/19/2024) |
| 01/14/2025 | 70 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 71 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 72 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 73 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/18/2025 | 74 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 75 | Letter from Angelo A. Stio III. (STIO, ANGELO) (Entered: 03/18/2025) |
| 03/20/2025 | | USCA Filing fee: $ 605, receipt number NEW51681. (js) Modified on 3/21/2025 (js). (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received (js) (Entered: 03/21/2025) |
| 03/24/2025 | 76 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |

| 03/27/2025 | 77 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| --- | --- | --- |
| 03/28/2025 | 78 | NOTICE OF APPEAL by DELUXE CORPORATION. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 79 | USCA Case Number 25-1559 for 78 Notice of Appeal (USCA), filed by DELUXE CORPORATION. USCA Case Manager Laurie (Document Restricted - Court Only) (lr) (Entered: 03/31/2025) |
| 04/02/2025 | 80 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 81 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 04/03/2025 12:11:38 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04080-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04098-HB

ATLAS DATA PRIVACY CORPORATION v. QUANTARIUM
ALLIANCE, LLC et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
               1:24-cv-10600-HB
               1:24-cv-11443-HB
               1:25-cv-01535-HB
               1:25-cv-00237-HB
               1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01560
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/22/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

## Plaintiff

**ATLAS DATA PRIVACY
CORPORATION**
*as assignee of individuals who are Covered
Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**JANE DOE-1, A LAW ENFORCEMENT
OFFICER**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**JANE DOE-2, A LAW ENFORCEMENT
OFFICER**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**SCOTT MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**                represented by   **RAJIV D. PARIKH**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**               represented by   **RAJIV D. PARIKH**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                 represented by   **RAJIV D. PARIKH**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**               represented by   **RAJIV D. PARIKH**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**QUANTARIUM ALLIANCE, LLC**       represented by   **CLAIR ELIZABETH WISCHUSEN**
                                                  GORDON & REES
                                                  290 W MT PLEASANT AVENUE
                                                  SUITE 3310
                                                  LIVINGSTON, NJ 07039
                                                  973-549-2500
                                                  Email: cwischusen@grsm.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **THOMAS MICHAEL KENNY**
                                                  SPIRO HARRISON & NELSON
                                                  363 BLOOMFIELD AVENUE
                                                  SUITE 2C
                                                  MONTCLAIR, NJ 07042
                                                  973-232-0881
                                                  Email: tkenny@shnlegal.com
                                                  *TERMINATED: 12/10/2024*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**QUANTARIUM GROUP, LLC**          represented by   **CLAIR ELIZABETH WISCHUSEN**
                                                  (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FRANCESCA SIMONE**
Spiro Harrison & Nelson
363 Bloomfield Avenue
Suite 2c
Montclair, NJ 07042
973-744-2100
Fax: 973-232-0887
Email: fsimone@shnlegal.com
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL KENNY**
(See above for address)
*TERMINATED: 12/10/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10, FICTITIOUS NAMES OF UNKNOWN INDIVIDUALS**

**Defendant**

**ABC COMPANIES 1-10 FICTITIOUS NAMES OF UNKNOWN ENTITIES**

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**                    represented by  **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2024 | 1 | NOTICE OF REMOVAL by QUANTARIUM ALLIANCE, LLC, QUANTARIUM GROUP, LLC from Superior Court of New Jersey, Law Division, Bergen County, case number BER-L-00878-24. ( Filing and Admin fee $ 405 receipt number CNJDC-15205267), filed by QUANTARIUM ALLIANCE, LLC, QUANTARIUM GROUP, LLC. (Attachments: # 1 Exhibit A, Initial Service Documents, # 2 Exhibit B, Affidavit of Service, # 3 Civil Cover Sheet)(KENNY, THOMAS) (Entered: 03/22/2024) |
| 03/22/2024 | 2 | Corporate Disclosure Statement by QUANTARIUM ALLIANCE, LLC, QUANTARIUM GROUP, LLC. (KENNY, THOMAS) (Entered: 03/22/2024) |
| 03/22/2024 | | Case Assigned to Judge Stanley R. Chesler and Magistrate Judge Andre M. Espinosa. (ak, ) (Entered: 03/25/2024) |
| 03/26/2024 | 3 | Application and Proposed Order for Clerk's Order to extend time to answer. (KENNY, THOMAS) (Entered: 03/26/2024) |

| 03/26/2024 | | Clerk`s Text Order - The document 3 submitted by QUANTARIUM GROUP, LLC, QUANTARIUM ALLIANCE, LLC has been GRANTED. The answer due date has been set for 4/15/2024. (sm) (Entered: 03/26/2024) |
| --- | --- | --- |
| 04/02/2024 | 4 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 04/02/24. (aw, ) (Entered: 04/02/2024) |
| 04/03/2024 | | Judge Harvey Bartle (EDPA), III added. Judge Stanley R. Chesler and Magistrate Judge Andre M. Espinosa no longer assigned to case. (aw, ) (Entered: 04/03/2024) |
| 04/08/2024 | 5 | ORDER scheduling status conference and staying matter through 4/18/24, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/10/2024 | 6 | TEXT ORDER REALLOCATING CASE to Camden; Case Number 3:24-cv-4098 reallocated to Camden as Case Number 1:24-cv-4098. So Ordered by Chief Judge Renee Marie Bumb on 4/10/2024. (eaj) (Entered: 04/10/2024) |
| 04/18/2024 | 7 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/19/2024) |
| 04/18/2024 | 8 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/24. (ar1, ) (Entered: 04/19/2024) |
| 04/19/2024 | 9 | NOTICE of Appearance by FRANCESCA SIMONE on behalf of QUANTARIUM GROUP, LLC (SIMONE, FRANCESCA) (Entered: 04/19/2024) |
| 04/22/2024 | 10 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/22/2024 | 11 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs.' motions to remand, ( Status Conference set for 5/7/2024 at 02:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 22, 2024. (bf, ) (Entered: 04/22/2024) |
| 05/08/2024 | 14 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/14/2024) |
| 05/09/2024 | 12 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2)** |

| | | |
|---|---|---|
| | | **MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/09/2024 | 13 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (sms2) (Entered: 05/14/2024) |
| 06/03/2024 | 15 | ORDER directing any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, file a petition with brief on or before 6/15/24. Signed by Judge Harvey Bartle (EDPA), III on June 3, 2024. (bf, ) (Entered: 06/03/2024) |
| 06/11/2024 | 16 | Letter from Thomas M. Kenny. (KENNY, THOMAS) (Entered: 06/11/2024) |
| 06/13/2024 | 17 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 18 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
| 08/06/2024 | 19 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 20 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | 21 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 19 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 22 | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 10/01/2024 | 23 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 Attorney List) (db, ) (Entered: 10/02/2024) |
| 10/02/2024 | 24 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. |

| | | Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
|---|---|---|
| 10/08/2024 | 25 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/10/2024 | 26 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 27 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 28 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 29 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 30 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 31 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 32 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 33 | Substitution of Attorney - Attorney THOMAS MICHAEL KENNY terminated. Attorney CLAIR ELIZABETH WISCHUSEN for QUANTARIUM ALLIANCE, LLC,CLAIR ELIZABETH WISCHUSEN for QUANTARIUM GROUP, LLC added.. (WISCHUSEN, CLAIR) (Entered: 12/10/2024) |
| 12/10/2024 | 34 | Corporate Disclosure Statement by JANE DOE-2, A LAW ENFORCEMENT OFFICER, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN, ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, A LAW ENFORCEMENT OFFICER identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 35 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 36 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: |

| | | # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
|---|---|---|
| 01/22/2025 | 37 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 38 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 39 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8700). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/18/2025 | 40 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 41 | MOTION to Dismiss for Lack of Jurisdiction *(Supplemental Memorandum to Consolidated Motion to Dismiss for Lack of Personal Jurisdiction)* by QUANTARIUM ALLIANCE, LLC, QUANTARIUM GROUP, LLC. (WISCHUSEN, CLAIR) (Entered: 03/18/2025) |
| 03/18/2025 | 42 | Letter re 41 MOTION to Dismiss for Lack of Jurisdiction *(Supplemental Memorandum to Consolidated Motion to Dismiss for Lack of Personal Jurisdiction)*. (WISCHUSEN, CLAIR) (Entered: 03/18/2025) |
| 03/19/2025 | 43 | AFFIDAVIT in Support filed by QUANTARIUM ALLIANCE, LLC, QUANTARIUM GROUP, LLC re 41 MOTION to Dismiss for Lack of Jurisdiction *(Supplemental Memorandum to Consolidated Motion to Dismiss for Lack of Personal Jurisdiction)* (WISCHUSEN, CLAIR) (Entered: 03/19/2025) |
| 03/24/2025 | 44 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |

| 03/26/2025 | | Notice of Appeal Filing fee: $ 605, receipt number TRE143259 paid by Ronald Giller. (jal, ) Modified on 3/26/2025 (jal, ). (Entered: 03/26/2025) |
|---|---|---|
| 03/26/2025 | | Notice to Court of Appeals re Filing Fee Received. (jal, ) (Entered: 03/26/2025) |
| 03/27/2025 | 45 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 46 | NOTICE OF APPEAL by QUANTARIUM ALLIANCE, LLC, QUANTARIUM GROUP, LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 47 | USCA Case Number 25-1560 for 46 Notice of Appeal (USCA), filed by QUANTARIUM ALLIANCE, LLC, QUANTARIUM GROUP, LLC. USCA Case Manager Laurie (Document Restricted - Court Only) (lr) (Entered: 03/31/2025) |
| 04/02/2025 | 48 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 49 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 12:13:07 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04098-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

<span style="color:green">APPEAL</span>

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04103-HB

ATLAS DATA PRIVACY CORPORATION et al v. YARDI
SYSTEMS, INC. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
             1:24-cv-10600-HB
             1:24-cv-11443-HB
             1:25-cv-01535-HB
             1:25-cv-00237-HB
             1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01561
             Superior Court of New Jersey, BER-L-000856-
             24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/22/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY**
**CORPORATION**
*as assignee of individuals who are Covered*
*Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**                                  represented by  **RAJIV D. PARIKH**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**
**JUSTYNA MALONEY**                                represented by  **RAJIV D. PARIKH**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**
**PATRICK COLLIGAN**                               represented by  **RAJIV D. PARIKH**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Plaintiff**
**PETER ANDREYEV**                                 represented by  **RAJIV D. PARIKH**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


V.

**Defendant**
**YARDI SYSTEMS, INC.**                            represented by  **ANTHONY J. STALTARI**
                                                                  QUINN EMANUAL URQUHART &
                                                                  SULLIVAN, LLP
                                                                  295 5TH AVE
                                                                  NEW YORK, NY 10016
                                                                  212-849-7000
                                                                  Email: anthonystaltari@quinnemanuel.com
                                                                  *ATTORNEY TO BE NOTICED*


**Defendant**
**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**
**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**
**ATTORNEY GENERAL OF NEW**                        represented by  **KASHIF TARAQ CHAND**
**JERSEY**                                                        NEW JERSEY DIVISION OF LAW
                                                                  124 HALSEY STREET
                                                                  5TH FLOOR
                                                                  NEWARK, NJ 07101
                                                                  908-705-3958
                                                                  Email: kashif.chand@law.njoag.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2024 | 1 | NOTICE OF REMOVAL by YARDI SYSTEMS, INC. from Superior Court of New Jersey, Bergen County, case number BER-L-000856-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15206162), filed by YARDI SYSTEMS, INC.. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(Staltari, Anthony) (Entered: 03/22/2024) |
| 03/22/2024 | 2 | Corporate Disclosure Statement by YARDI SYSTEMS, INC.. (Staltari, Anthony) (Entered: 03/22/2024) |
| 03/22/2024 | 3 | Diversity Disclosure Statement by YARDI SYSTEMS, INC.. (Staltari, Anthony) (Main Document 3 replaced on 3/25/2024) (dam, ). (Entered: 03/22/2024) |
| 03/22/2024 | | Case Assigned to Judge Susan D. Wigenton and Magistrate Judge Michael A. Hammer. (ak, ) (Entered: 03/25/2024) |
| 03/25/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 3 Diversity Disclosure Statement filed by Anthony Staltari on 3/22/2024 was uploaded prior to being flattened. Before uploading fillable forms to ECF you must flatten the file to prevent other users from manipulating or editing the information. The easiest way to flatten a PDF form is by selecting Print to PDF and saving the flattened form, other PDF software may differ. Please visit our website under Flattening PDF Forms for guidance. Your document has been corrected. This message is for informational purposes only. (dam) (Entered: 03/25/2024) |
| 03/25/2024 | 4 | Diversity Disclosure Statement by YARDI SYSTEMS, INC.. (Staltari, Anthony) (Entered: 03/25/2024) |
| 03/25/2024 | 5 | Application and Proposed Order for Clerk's Order to extend time to answer as to Yardi Systems, Inc. Attorney Anthony J. Staltari for YARDI SYSTEMS, INC. added. (Staltari, Anthony) (Entered: 03/25/2024) |
| 03/26/2024 | | Clerk`s Text Order - The document 5 Application for Clerk's Order to Ext Answer/Proposed Order submitted by YARDI SYSTEMS, INC. has been GRANTED. The answer due date has been set for 4/12/2024. (adc, ) (Entered: 03/26/2024) |
| 04/02/2024 | 6 | ORDER ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 04/02/24. (aw, ) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Michael A. Hammer and Judge Susan D. Wigenton no longer assigned to case. (aw, ) (Entered: 04/02/2024) |
| 04/05/2024 | 7 | NOTICE of Appearance by Anthony J. Staltari on behalf of YARDI SYSTEMS, INC. (Staltari, Anthony) (Entered: 04/05/2024) |
| 04/05/2024 | 8 | Letter from Anthony J. Staltari to Judge Bartle re: Request for Extension of time for Defendant Yardi Systems, Inc. to answer, move or otherwise respond to the Complaint. (Attachments: # 1 Text of Proposed Order)(Staltari, Anthony) (Entered: 04/05/2024) |
| 04/08/2024 | 9 | ORDER scheduling status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |

| 04/09/2024 | [10](#) | Letter from Anthony J. Staltari to Hon. Harvey Bartle III re: pro hac vice admission of Viola Trebicka, John Wall Baumann, and Xi ("Tracy") Gao. (Attachments: # [1](#) Declaration of Anthony J. Staltari, # [2](#) Declaration of Viola Trebicka, # [3](#) Declaration of John Baumann, # [4](#) Declaration of Xi ("Tracy") Gao, # [5](#) Text of Proposed Order)(Staltari, Anthony) (Entered: 04/09/2024) |
| --- | --- | --- |
| 04/10/2024 | 11 | TEXT ORDER REALLOCATING CASE to Camden; Case Number 3:24-cv-4096 reallocated to Camden as Case Number 1:24-cv-4103. So Ordered by Chief Judge Renee Marie Bumb on 4/10/2024. (eaj) (Entered: 04/10/2024) |
| 04/18/2024 | [12](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # [1](#) Attorney List) (db, ) . (Entered: 04/19/2024) |
| 04/18/2024 | [13](#) | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/24. (ar1, ) (Entered: 04/19/2024) |
| 04/22/2024 | [14](#) | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/22/2024 | [15](#) | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs.' motions to remand, ( Status Conference set for 5/7/2024 at 02:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 22, 2024. (bf, ) (Entered: 04/22/2024) |
| 04/24/2024 | [16](#) | MOTION for Leave to Appear Pro Hac Vice by YARDI SYSTEMS, INC.. (Attachments: # [1](#) Declaration of Anthony J. Staltari, # [2](#) Declaration of Viola Trebicka, # [3](#) Declaration of John Baumann, # [4](#) Declaration of Ella Hallwass, # [5](#) Declaration of Xi ("Tracy") Gao, # [6](#) Text of Proposed Order)(Staltari, Anthony) (Entered: 04/24/2024) |
| 04/25/2024 | | Set Deadlines as to [16](#) MOTION for Leave to Appear Pro Hac Vice . Motion set for 5/20/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jab) (Entered: 04/25/2024) |
| 04/29/2024 | [17](#) | ORDER granting [16](#) Motion for Leave to Appear Pro Hac Vice as to Viola Trebicka, John Wall Baumann, Ella Hallwass and Xi ("Tracy") Gao. Signed by Judge Harvey Bartle (EDPA), III on 4/25/2024. (dmw) (Entered: 04/29/2024) |
| 05/07/2024 | [22](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # [1](#) Attorney Sign-In Sheet) (bf, ) (Entered: 05/09/2024) |
| 05/08/2024 | [23](#) | ORDER setting deadlines for the filing of certain motions and briefs, and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/24. |

| | | (ar1, ) (Entered: 05/09/2024) |
|---|---|---|
| 05/09/2024 | 18 | Notice of Request by Pro Hac Vice Viola Trebicka to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15353392.) (Staltari, Anthony) (Entered: 05/09/2024) |
| 05/09/2024 | 19 | Notice of Request by Pro Hac Vice John Wall Baumann to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15353616.) (Staltari, Anthony) (Entered: 05/09/2024) |
| 05/09/2024 | 20 | Notice of Request by Pro Hac Vice Ella Hallwass to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15353694.) (Staltari, Anthony) (Entered: 05/09/2024) |
| 05/09/2024 | 21 | Notice of Request by Pro Hac Vice Xi Gao to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15353783.) (Staltari, Anthony) (Entered: 05/09/2024) |
| 05/09/2024 | | Pro Hac Vice counsel, ELLA HALLWASS, VIOLA TREBICKA, JOHN WALL BAUMANN and XI GAO, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (sms2) (Entered: 05/09/2024) |
| 05/09/2024 | 24 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/10/2024) |
| 05/09/2024 | 25 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (sms2) (Entered: 05/14/2024) |
| 06/03/2024 | 26 | ORDER directing any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, file a petition with brief on or before 6/15/24. Signed by Judge Harvey Bartle (EDPA), III on June 3, 2024. (bf, ) (Entered: 06/03/2024) |
| 06/10/2024 | 27 | Letter from Anthony J. Staltari to the Honorable Harvey Bartle III, Re: Yardi joins in the consolidated motion to dismiss. (Staltari, Anthony) (Entered: 06/10/2024) |
| 06/13/2024 | 28 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |

| 07/10/2024 | 29 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
|---|---|---|
| 08/06/2024 | 30 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 31 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | 32 | Letter from Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 30 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion)(PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 33 | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 10/01/2024 | 34 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 Attorney List) (db, ) (Entered: 10/02/2024) |
| 10/02/2024 | 35 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
| 10/08/2024 | 36 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/10/2024 | 37 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 38 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 39 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b) (6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 40 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |

| 12/02/2024 | 41 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
|---|---|---|
| 12/06/2024 | 42 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 43 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 44 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 45 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 46 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 47 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 48 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 49 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |

JA202

| 03/18/2025 | [50](#) | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | [51](#) | Letter from re: Yardi Systems, Inc.'s joinder in the consolidated motion to dismiss. (STALTARI, ANTHONY) (Entered: 03/18/2025) |
| 03/20/2025 | [52](#) | NOTICE OF INTERLOCUTORY APPEAL by YARDI SYSTEMS, INC.. Filing fee $ 605, receipt number ANJDC-16106501. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (STALTARI, ANTHONY) (Entered: 03/20/2025) |
| 03/24/2025 | [53](#) | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | [54](#) | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/31/2025 | [55](#) | USCA Case Number 25-1561 for [52](#) Notice of Interlocutory Appeal, filed by YARDI SYSTEMS, INC.. USCA Case Manager Laurie (Document Restricted - Court Only) (lr) (Entered: 03/31/2025) |
| 04/02/2025 | [56](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | [57](#) | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2025 12:14:45 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04103-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04141-HB

ATLAS DATA PRIVACY CORPORATION et al v. DIGITAL SAFETY PRODUCTS, LLC
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
              1:24-cv-10600-HB
              1:24-cv-11443-HB
              1:25-cv-01535-HB
              1:25-cv-00237-HB
              1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01562
              SUPERIOR COURT OF NEW JERSEY,
              MIDDLESEX COUNTY, MID L 814 24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/25/2024
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*on behalf of*
individuals who are Covered Persons.

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JA204

**WILLIAM SULLIVAN**                    represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DIGITAL SAFETY PRODUCTS, LLC**        represented by **ERIC HARRIS LUBIN**
LOMURRO MUNSON COMER BROWN
& SCHOTTLAND
4 Paragon Way, Suite 100
SUITE 100
FREEHOLD, NJ 07728
732-414-0300
Email: elubin@lomurrolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ANDREW BLAKE BROOME**
Lomurro Law
4 Paragon Way
Suite 100
Freehold, NJ 07728
742-414-0300
Email: abroome@lomurrolaw.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**      represented by **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**Genova Burns LLC**
494 Broad Street
6th Floor
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 03/25/2024 | 1 | NOTICE OF REMOVAL by DIGITAL SAFETY PRODUCTS, LLC from New Jersey Superior Court, Middlesex County, case number MID-L-814-24. ( Filing and Admin fee $ |

| | | |
|---|---|---|
| | | 405 receipt number ANJDC-15209111), filed by DIGITAL SAFETY PRODUCTS, LLC. (LUBIN, ERIC) (Entered: 03/25/2024) |
| 03/25/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed did not include a Civil Cover Sheet (JS-44), which is required to be submitted along with the initial pleading, as indicated in the Attorney Case Opening Guide. Please complete and file a Civil Cover Sheet using the event Exhibit (to Document) found under Civil/Other Filings/Other Documents. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (jjc, ) (Entered: 03/25/2024) |
| 03/25/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (jjc, ) (Entered: 03/25/2024) |
| 03/25/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (jjc, ) (Entered: 03/25/2024) |
| 03/26/2024 | 2 | Corporate Disclosure Statement by DIGITAL SAFETY PRODUCTS, LLC. (LUBIN, ERIC) (Main Document 2 replaced on 3/26/2024) (amv). (Entered: 03/26/2024) |
| 03/26/2024 | | Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni added. (jdg) (Entered: 03/26/2024) |
| 03/26/2024 | 3 | Diversity Disclosure Statement by DIGITAL SAFETY PRODUCTS, LLC. (LUBIN, ERIC) (Entered: 03/26/2024) |
| 03/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The Corporate Disclosure Statement 2 filed by ERIC LUBIN on 3/26/24 was uploaded prior to being flattened. Before uploading fillable forms to ECF you must flatten the file to prevent other users from manipulating or editing the information. The easiest way to flatten a PDF form is by selecting Print to PDF and saving the flattened form, other PDF software may differ. Please visit our website under Flattening PDF Forms for guidance. Your document has been corrected. This message is for informational purposes only. (amv) (Entered: 03/26/2024) |
| 03/28/2024 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Digital Safety Products, LLC.. (LUBIN, ERIC) (Entered: 03/28/2024) |
| 04/01/2024 | | Clerk`s Text Order - The document 4 Application for Clerk's Order to Ext Answer/Proposed Order submitted by DIGITAL SAFETY PRODUCTS, LLC has been GRANTED. The answer due date has been set for 4/15/2024. (jal, ) (Entered: 04/01/2024) |
| 04/01/2024 | 5 | Exhibit to 1 Notice of Removal, QC - Civil Cover Sheet JS44,, by DIGITAL SAFETY PRODUCTS, LLC. (LUBIN, ERIC) (Entered: 04/01/2024) |
| 04/02/2024 | 6 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024.(gxh) (Entered: 04/02/2024) |

| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Michael A. Shipp no longer assigned to case. (gxh) (Entered: 04/02/2024) |
|---|---|---|
| 04/04/2024 | 7 | NOTICE of Appearance by ANDREW BLAKE BROOME on behalf of DIGITAL SAFETY PRODUCTS, LLC (BROOME, ANDREW) (Entered: 04/04/2024) |
| 04/08/2024 | 8 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 9 | TEXT ORDER REALLOCATING AND REASSIGNING CASE. Case Number 3:24-cv-4141 reallocated to Camden as 1:24-cv-4141. Case reassigned to Judge Harvey Bartle (EDPA), III for all further proceedings. Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (alg) (Entered: 04/09/2024) |
| 04/18/2024 | 10 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/19/2024) |
| 04/18/2024 | 11 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered Persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/24. (ar1, ) (Entered: 04/19/2024) |
| 04/22/2024 | 12 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/22/2024 | 13 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs.' motions to remand, ( Status Conference set for 5/7/2024 at 02:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 22, 2024. (bf, ) (Entered: 04/22/2024) |
| 05/07/2024 | 14 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 15 | ORDER setting deadlines for filing certain motions & briefs and staying action until further order of the Court. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 16 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, |

| | | |
|---|---|---|
| | | or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/09/2024 | 17 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (sms2) (Entered: 05/14/2024) |
| 06/03/2024 | 18 | ORDER directing any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, file a petition with brief on or before 6/15/24. Signed by Judge Harvey Bartle (EDPA), III on June 3, 2024. (bf, ) (Entered: 06/03/2024) |
| 06/10/2024 | 19 | Letter from Eric H. Lubin. (LUBIN, ERIC) (Entered: 06/10/2024) |
| 06/13/2024 | 20 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 21 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
| 08/06/2024 | 22 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 23 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | 24 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 22 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 25 | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 10/01/2024 | 26 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 27 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
| 10/08/2024 | 28 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1)** |

| | | |
|---|---|---|
| | | **REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/10/2024 | 29 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 30 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 31 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 32 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 33 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 34 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 35 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 36 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, PATRICK COLLIGAN, PETER ANDREYEV, EDWIN MALDONADO, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 37 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 38 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 39 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in |

|  |  | this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
|---|---|---|
| 02/18/2025 | 40 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 41 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/13/2025 | 42 | NOTICE by Genova Burns LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 43 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/20/2025 |  | USCA Filing fee: $ 605, receipt number NEW51683. (js) (Entered: 03/21/2025) |
| 03/21/2025 |  | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/21/2025) |
| 03/24/2025 | 44 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 45 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 46 | NOTICE OF APPEAL by DIGITAL SAFETY PRODUCTS, LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 47 | USCA Case Number 25-1562 for 46 Notice of Appeal (USCA), filed by DIGITAL SAFETY PRODUCTS, LLC. USCA Case Manager Laurie (Document Restricted - Court Only) (lr (Entered: 03/31/2025) |
| 04/02/2025 | 48 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |

| 04/02/2025 | 49 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |
|---|---|---|

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 12:18:41 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04141-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

JA211

<span style="color:green">APPEAL</span>

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04143-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION et al v. CIVIL DATA RESEARCH | Date Filed: 03/25/2024 |
| Assigned to: Judge Harvey Bartle (EDPA), III | Jury Demand: None |
| Related Cases: 1:24-cv-11023-HB | Nature of Suit: 440 Civil Rights: Other |
| 1:24-cv-10600-HB | Jurisdiction: Diversity |

ATLAS DATA PRIVACY CORPORATION et al v. CIVIL DATA RESEARCH
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
          1:24-cv-10600-HB
          1:24-cv-11443-HB
          1:25-cv-01535-HB
          1:25-cv-00237-HB
          1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01563
          SUPERIOR COURT OF NEW JERSEY
          MERCER COUNTY, MER L 00292 24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/25/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **ATLAS DATA PRIVACY CORPORATION**<br>*as assignee of individuals who are Covered Persons* | represented by | **RAJIV D. PARIKH**<br>PEM LAW LLP<br>1 BOLAND DRIVE<br>SUITE 101<br>WEST ORANGE, NJ 07052<br>973-585-5330<br>Email: rparikh@pemlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **EDWIN MALDONADO** | represented by | **RAJIV D. PARIKH**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **POLICE OFFICER SCOTT MALONEY** | represented by | **RAJIV D. PARIKH**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **JUSTYNA MALONEY** | represented by | **RAJIV D. PARIKH**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**PATRICK COLLIGAN**                    represented by **RAJIV D. PARIKH**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                    represented by **RAJIV D. PARIKH**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**                          represented by **JANE DOE-1**
*a law enforcement officer*             PRO SE

**Plaintiff**

**JANE DOE- 2**                         represented by **JANE DOE- 2**
*law enforcement officer*               PRO SE

V.

**Defendant**

**CIVIL DATA RESEARCH, LLC**            represented by **ERIC HARRIS LUBIN**
                                        LOMURRO MUNSON COMER BROWN
                                        & SCHOTTLAND
                                        4 Paragon Way, Suite 100
                                        SUITE 100
                                        FREEHOLD, NJ 07728
                                        732-414-0300
                                        Email: elubin@lomurrolaw.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **ANDREW BLAKE BROOME**
                                        Lomurro Law
                                        4 Paragon Way
                                        Suite 100
                                        Freehold, NJ 07728
                                        742-414-0300
                                        Email: abroome@lomurrolaw.com
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**

represented by **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2024 | 1 | NOTICE OF REMOVAL by CIVIL DATA RESEARCH from Superior Court of New Jersey, Mercer County, case number MER-L-292-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15209266), filed by CIVIL DATA RESEARCH.(LUBIN, ERIC) (Entered: 03/25/2024) |
| 03/25/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed did not include a Civil Cover Sheet (JS-44), which is required to be submitted along with the initial pleading, as indicated in the Attorney Case Opening Guide. Please complete and file a Civil Cover Sheet using the event Exhibit (to Document) found under Civil/Other Filings/Other Documents. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (jjc, ) (Entered: 03/25/2024) |
| 03/25/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (jjc, ) (Entered: 03/25/2024) |
| 03/25/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (jjc, ) (Entered: 03/25/2024) |
| 03/26/2024 | 2 | Corporate Disclosure Statement by CIVIL DATA RESEARCH. (LUBIN, ERIC) (Entered: 03/26/2024) |
| 03/26/2024 | 3 | Diversity Disclosure Statement by CIVIL DATA RESEARCH. (LUBIN, ERIC) (Entered: 03/26/2024) |
| 03/26/2024 | | Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni added. (jal, ) (Entered: 03/26/2024) |

| 03/28/2024 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Civil Data Research, LLC.. (LUBIN, ERIC) (Entered: 03/28/2024) |
| 04/01/2024 | 5 | Exhibit to 1 Notice of Removal, QC - Civil Cover Sheet JS44,, by CIVIL DATA RESEARCH, LLC. (LUBIN, ERIC) (Entered: 04/01/2024) |
| 04/01/2024 | | Clerk`s Text Order - The 4 Application for Clerk's Order Extending Time to Answer submitted by CIVIL DATA RESEARCH, LLC has been GRANTED. The answer due date has been set for 4/15/2024. (jdg) (Entered: 04/01/2024) |
| 04/02/2024 | 6 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024.(gxh) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Michael A. Shipp no longer assigned to case. (gxh) (Entered: 04/02/2024) |
| 04/04/2024 | 7 | NOTICE of Appearance by ANDREW BLAKE BROOME on behalf of CIVIL DATA RESEARCH, LLC (BROOME, ANDREW) (Entered: 04/04/2024) |
| 04/08/2024 | 8 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 9 | TEXT ORDER REALLOCATING AND REASSIGNING CASE. Case Number 3:24-cv-4143 reallocated to Camden as 1:24-cv-4143. Case reassigned to Judge Harvey Bartle (EDPA), III for all further proceedings. Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (Entered: 04/09/2024) |
| 04/18/2024 | 10 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/22/2024) |
| 04/18/2024 | 15 | ORDER directing parties to file any motions to remand & supporting briefs on or before 5/3/24 and provide to each defendant and defendant's counsel a list of covered persons under Daniel's Law who requested deletion of certain information on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on April 18, 2024. (bf, ) (Entered: 04/23/2024) |
| 04/22/2024 | 11 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/22/2024 | 12 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs.' motions to remand, ( Status Conference set for 5/7/2024 at 02:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 22, 2024. (bf, ) (Entered: 04/22/2024) |

| | | |
|---|---|---|
| 04/23/2024 | 14 | ORDER directing parties to file any motions to remand & supporting briefs on or before 5/3/24 and provide to each defendant and defendant's counsel a list of covered persons under Daniel's Law who requested deletion of certain information on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on April 18, 2024. (bf, ) (Entered: 04/23/2024) |
| 05/07/2024 | 16 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 17 | ORDER setting deadlines for filing certain motions & briefs and staying action until further order of the Court. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 18 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/09/2024 | 19 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (sms2) (Entered: 05/14/2024) |
| 06/03/2024 | 20 | ORDER directing any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, file a petition with brief on or before 6/15/24. Signed by Judge Harvey Bartle (EDPA), III on June 3, 2024. (bf, ) (Entered: 06/03/2024) |
| 06/10/2024 | 21 | Letter from Eric H. Lubin. (LUBIN, ERIC) (Entered: 06/10/2024) |
| 06/13/2024 | 22 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 23 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
| 08/06/2024 | 24 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |

| 08/15/2024 | 25 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
|---|---|---|
| 08/20/2024 | 26 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 24 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 27 | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 10/01/2024 | 28 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 29 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
| 10/08/2024 | 30 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/10/2024 | 31 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 32 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 33 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 34 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 35 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 36 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |

| 12/10/2024 | 37 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| --- | --- | --- |
| 12/10/2024 | 38 | Corporate Disclosure Statement by WILLIAM SULLIVAN, ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE- 2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 39 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 40 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 41 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 42 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 43 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/13/2025 | 44 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 45 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/20/2025 | | USCA Filing fee: $ 605, receipt number NEW51684. (js) (Entered: 03/21/2025) |

| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/21/2025) |
|---|---|---|
| 03/24/2025 | 46 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 47 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 48 | NOTICE OF APPEAL by CIVIL DATA RESEARCH, LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 49 | USCA Case Number 25-1563 for 48 Notice of Appeal (USCA), filed by CIVIL DATA RESEARCH, LLC. USCA Case Manager Laurie (Document Restricted - Court Only) (lr) (Entered: 03/31/2025) |
| 04/02/2025 | 50 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 51 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 12:20:30 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04143-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04160-HB

ATLAS DATA PRIVACY CORPORATION et al v. SCALABLE COMMERCE, LLC et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
              1:24-cv-10600-HB
              1:24-cv-11443-HB
              1:25-cv-01535-HB
              1:25-cv-00237-HB
              1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01564
              New Jersey Superior Court, Bergen County, BER-L-771-24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/25/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE 1-10 DOE**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**POLICE OFFICER SCOTT MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**                  represented by  **RAJIV D. PARIKH**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                 represented by  **RAJIV D. PARIKH**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                   represented by  **RAJIV D. PARIKH**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                 represented by  **RAJIV D. PARIKH**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SCALABLE COMMERCE, LLC**           represented by  **ERIC HARRIS LUBIN**
                                                    LOMURRO MUNSON COMER BROWN
                                                    & SCHOTTLAND
                                                    4 Paragon Way, Suite 100
                                                    SUITE 100
                                                    FREEHOLD, NJ 07728
                                                    732-414-0300
                                                    Email: elubin@lomurrolaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **ANDREW BLAKE BROOME**
                                                    Lomurro Law
                                                    4 Paragon Way
                                                    Suite 100
                                                    Freehold, NJ 07728
                                                    742-414-0300
                                                    Email: abroome@lomurrolaw.com
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL DATA ANALYTICS, LLC**     represented by  **ANDREW BLAKE BROOME**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **ERIC HARRIS LUBIN**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**                represented by    **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2024 | 1 | NOTICE OF REMOVAL by SCALABLE COMMERCE, LLC, NATIONAL DATA ANALYTICS, LLC from Superior Court of New Jersey, Bergen County, case number BER-L-771-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15209999), filed by SCALABLE COMMERCE, LLC, NATIONAL DATA ANALYTICS, LLC.(LUBIN, ERIC) (Entered: 03/25/2024) |
| 03/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (jr) (Entered: 03/26/2024) |
| 03/26/2024 | | Case assigned to Judge Susan D. Wigenton and Magistrate Judge James B. Clark. (jr) (Entered: 03/26/2024) |
| 03/26/2024 | 2 | Corporate Disclosure Statement by SCALABLE COMMERCE, LLC. (LUBIN, ERIC) (Entered: 03/26/2024) |
| 03/26/2024 | 3 | Corporate Disclosure Statement by NATIONAL DATA ANALYTICS, LLC. (LUBIN, ERIC) (Entered: 03/26/2024) |
| 03/26/2024 | 4 | Diversity Disclosure Statement by NATIONAL DATA ANALYTICS, LLC, SCALABLE COMMERCE, LLC. (LUBIN, ERIC) (Entered: 03/26/2024) |
| 03/28/2024 | 5 | Application and Proposed Order for Clerk's Order to extend time to answer as to Scalable Commerce, LLC and National Data Analytics, LLC.. (LUBIN, ERIC) (Entered: 03/28/2024) |
| 04/01/2024 | | Clerk`s Text Order - The 5 Application for Clerk's Order to Ext Answer/Proposed Order submitted by SCALABLE COMMERCE, LLC, NATIONAL DATA ANALYTICS, LLC has been GRANTED. The answer due date has been set for 4/15/2024. (mxw, ) (Entered: 04/01/2024) |
| 04/01/2024 | 6 | Exhibit to 1 Notice of Removal, by NATIONAL DATA ANALYTICS, LLC, SCALABLE COMMERCE, LLC. (LUBIN, ERIC) (Entered: 04/01/2024) |
| 04/02/2024 | 7 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 04/02/24. (aw, ) (Entered: 04/02/2024) |

| | | |
|---|---|---|
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge James B. Clark and Judge Susan D. Wigenton no longer assigned to case. (aw, ) (Entered: 04/02/2024) |
| 04/04/2024 | 8 | NOTICE of Appearance by ANDREW BLAKE BROOME on behalf of NATIONAL DATA ANALYTICS, LLC, SCALABLE COMMERCE, LLC (BROOME, ANDREW) (Entered: 04/04/2024) |
| 04/08/2024 | 9 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/10/2024 | 10 | TEXT ORDER REALLOCATING AND REASSIGNING CASE. Case Number 2:24-cv-4160 reallocated to Camden as 1:24-cv-4160. Case reassigned to Judge Harvey Bartle (EDPA), III for all further proceedings. Judge Susan D. Wigenton and Magistrate Judge James B. Clark no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 4/10/2024. (alg) (Entered: 04/10/2024) |
| 04/18/2024 | 11 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/22/2024) |
| 04/18/2024 | 14 | ORDER directing parties to file any motions to remand & supporting briefs on or before 5/3/24 and provide to each defendant and defendant's counsel a list of covered persons under Daniel's Law who requested deletion of certain information on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on April 18, 2024. (bf, ) (Entered: 04/23/2024) |
| 04/22/2024 | 12 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/22/2024 | 13 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs.' motions to remand, ( Status Conference set for 5/7/2024 at 02:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 22, 2024. (bf, ) (Entered: 04/22/2024) |
| 05/07/2024 | 15 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 16 | ORDER setting deadlines for filing certain motions & briefs and staying action until further order of the Court. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 17 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, |

| | | |
|---|---|---|
| | | or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/09/2024 | 18 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 06/03/2024 | 19 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/10/2024 | 20 | Letter from Eric H. Lubin. (LUBIN, ERIC) (Entered: 06/10/2024) |
| 06/13/2024 | 21 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 22 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
| 08/06/2024 | 23 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 24 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | 25 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 23 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 26 | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 10/01/2024 | 27 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 28 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |

| | | |
|---|---|---|
| 10/08/2024 | 29 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/10/2024 | 30 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 31 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 32 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 33 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 34 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 35 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 36 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 37 | Corporate Disclosure Statement by PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN, ATLAS DATA PRIVACY CORPORATION, JANE 1-10 DOE, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 38 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 39 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 40 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with |

| | | |
|---|---|---|
| | | supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 41 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 42 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/18/2025 | 43 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/20/2025 | | USCA Filing fee: $ 605, receipt number NEW51682. (js) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/21/2025) |
| 03/24/2025 | 44 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 45 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 46 | NOTICE OF APPEAL by SCALABLE COMMERCE, LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 47 | USCA Case Number 25-1564 for 46 Notice of Appeal (USCA), filed by SCALABLE COMMERCE, LLC. USCA Case Manager Laurie (Document Restricted - Court Only) (lr) (Entered: 03/31/2025) |
| 04/02/2025 | 48 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |

| 04/02/2025 | 49 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

---

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 12:22:10 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04160-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04174-HB

ATLAS DATA PRIVACY CORPORATION et al v. LABELS & LISTS, INC
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
               1:24-cv-10600-HB
               1:24-cv-11443-HB
               1:25-cv-01535-HB
               1:25-cv-00237-HB
               1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01565
               N.J. Superior Court - Bergen County, BER-L-812-24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/25/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **JESSICA A MEREJO**
PEM LAW LLP
1 BOLAND DRIVE
STE 101
WEST ORANGE, NJ 07052
973-577-5500
Email: jmerejo@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**POLICE OFFICER SCOTT MALONEY**          represented by   **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**          represented by   **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**          represented by   **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**          represented by   **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**          represented by   **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**              represented by  **JESSICA A MEREJO**
*a law enforcement officer*                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**              represented by  **JESSICA A MEREJO**
*a law enforcement officer*                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LABELS & LISTS, INC**           represented by  **RYAN JOHN COOPER**
COOPER, LLC
108 N. UNION AVE.
SUITE 4
CRANFORD, NJ 07016
908-514-8830
Email: ryan@cooperllc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW**     represented by  **KASHIF TARAQ CHAND**
**JERSEY**                              NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2024 | 1 | NOTICE OF REMOVAL by LABELS & LISTS, INC from N.J. Superior Court - Bergen County, case number BER-L-812-24. ( Filing and Admin fee $ 405 receipt number BNJDC-15210894), filed by LABELS & LISTS, INC. (Attachments: # 1 Declaration of J Criddle w exhibit)(COOPER, RYAN) (Entered: 03/25/2024) |

| | | |
|---|---|---|
| 03/25/2024 | 2 | MOTION for Recusal by LABELS & LISTS, INC. (Attachments: # 1 Brief, # 2 Declaration of M Isaak, # 3 Text of Proposed Order)(COOPER, RYAN) (Entered: 03/25/2024) |
| 03/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed did not include a Civil Cover Sheet (JS-44), which is required to be submitted along with the initial pleading, as indicated in the Attorney Case Opening Guide. Please complete and file a Civil Cover Sheet using the event Exhibit (to Document) found under Civil/Other Filings/Other Documents. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (jr) (Entered: 03/26/2024) |
| 03/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (jr) (Entered: 03/26/2024) |
| 03/26/2024 | | Case assigned to Judge William J. Martini and Magistrate Judge James B. Clark. (jr) (Entered: 03/26/2024) |
| 03/26/2024 | 3 | Exhibit to 1 Notice of Removal, *Civil Cover Sheet* by LABELS & LISTS, INC. (COOPER, RYAN) (Entered: 03/26/2024) |
| 03/26/2024 | 4 | Corporate Disclosure Statement by LABELS & LISTS, INC. (COOPER, RYAN) (Entered: 03/26/2024) |
| 03/26/2024 | | Set Deadlines as to 2 MOTION for Recusal. Motion set for 5/6/2024 before Magistrate Judge James B. Clark. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jd, ) (Entered: 03/26/2024) |
| 03/26/2024 | 5 | Letter from M Isaak & R Cooper re 2 MOTION for Recusal . (COOPER, RYAN) (Entered: 03/26/2024) |
| 03/27/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The State Court Complaint at ECF No. 1 -1 - Exhibit 1, pg. 17 submitted on 3/25/2024 appears to have address information that does not match the court's records for this case as to RAJIV D. PARIKH, Counsel for Plaintiff. Please refer to the court's website at www.njd.uscourts.gov for information and instructions on maintaining your account. (jd, ) Modified on 3/27/2024 (jd, ). (Entered: 03/27/2024) |
| 03/28/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (jd, ) (Entered: 03/28/2024) |
| 03/28/2024 | 6 | Diversity Disclosure Statement by LABELS & LISTS, INC. (COOPER, RYAN) (Entered: 03/28/2024) |
| 03/28/2024 | 7 | CERTIFICATE OF SERVICE by LABELS & LISTS, INC re 1 Notice of Removal, 2 MOTION for Recusal (COOPER, RYAN) (Entered: 03/28/2024) |

| 03/29/2024 | 8 | Application and Proposed Order for Clerk's Order to extend time to answer as to Plaintiffs' Complaint.. (COOPER, RYAN) (Entered: 03/29/2024) |
|---|---|---|
| 04/01/2024 | | Clerk`s Text Order - The document 8 Application for Clerk's Order to Ext Answer/Proposed Order submitted by LABELS & LISTS, INC has been GRANTED. The answer due date has been set for 4/15/2024. (qa, ) (Entered: 04/01/2024) |
| 04/02/2024 | 9 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 04/02/24. (aw, ) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge James B. Clark and Judge William J. Martini no longer assigned to case. (aw, ) (Entered: 04/02/2024) |
| 04/03/2024 | 10 | TEXT ORDER terminating 2 Motion for Recusal as moot. SO ORDERED by Chief Judge Renee Marie Bumb on 4/3/2024. (eaj, ) (Entered: 04/03/2024) |
| 04/08/2024 | 11 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/10/2024 | 12 | TEXT ORDER REALLOCATING AND REASSIGNING CASE. Case Number 2:24-cv-4174 reallocated to Camden as 1:24-cv-4174. Case reassigned to Judge Harvey Bartle (EDPA), III for all further proceedings. Judge William J. Martini and Magistrate Judge James B. Clark no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 4/10/2024. (alg) (Entered: 04/10/2024) |
| 04/18/2024 | 13 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/22/2024) |
| 04/18/2024 | 17 | ORDER directing parties to file any motions to remand & supporting briefs on or before 5/3/24 and provide to each defendant and defendant's counsel a list of covered persons under Daniel's Law who requested deletion of certain information on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on April 18, 2024. (bf, ) (Entered: 04/23/2024) |
| 04/22/2024 | 14 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/22/2024 | 15 | ORDER scheduling status conference and staying action through 5/7/24 except pltfs.'motions to remand,, ( Status Conference set for 5/7/2024 at 02:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 22, 2024. (bf, ) (Entered: 04/22/2024) |
| 04/22/2024 | 16 | Consent MOTION for Leave to Appear Pro Hac Vice *by M Isaak, J Kilcup, and A Giza* by LABELS & LISTS, INC. (Attachments: # 1 Declaration of R Cooper, # 2 Declaration of M |

JA232

| | | |
|---|---|---|
| | | Isaak, # 3 Declaration of J Kilcup, # 4 Declaration of A Giza, # 5 Text of Proposed Order) (COOPER, RYAN) (Entered: 04/22/2024) |
| 04/24/2024 | | Set Deadlines as to 16 Consent MOTION for Leave to Appear Pro Hac Vice *by M Isaak, J Kilcup, and A Giza*. Motion set for 5/20/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jab) (Entered: 04/24/2024) |
| 04/24/2024 | 18 | ORDER, Granting 16 Motion for Leave to Appear Pro Hac Vice (Misha Isaak, James Kilcup and Alexandra Giza). Signed by Judge Harvey Bartle (EDPA), III on 4/24/2024. (js) (Entered: 04/24/2024) |
| 04/29/2024 | | Pro Hac Vice fee received as to Misha Isaak, James Kilcup and Alexandra Giza: $ 750, receipt number 138261 (jdg) (Entered: 04/29/2024) |
| 04/29/2024 | 19 | Notice of Request by Pro Hac Vice M Isaak to receive Notices of Electronic Filings. (COOPER, RYAN) (Entered: 04/29/2024) |
| 04/29/2024 | 20 | Notice of Request by Pro Hac Vice J Kilcup to receive Notices of Electronic Filings. (COOPER, RYAN) (Entered: 04/29/2024) |
| 04/29/2024 | 21 | Notice of Request by Pro Hac Vice A Giza to receive Notices of Electronic Filings. (COOPER, RYAN) (Entered: 04/29/2024) |
| 04/30/2024 | | Pro Hac Vice counsel, MISHA ISAAK, JAMES A, KILCUP and ALEXANDRA GIZA, have been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (dmr) (Entered: 04/30/2024) |
| 05/07/2024 | 22 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 23 | ORDER setting deadlines for filing certain motions & briefs and staying action until further order of the Court. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 24 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/09/2024 | 25 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |

| 06/03/2024 | 26 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
|---|---|---|
| 06/10/2024 | 27 | MOTION to Dismiss by LABELS & LISTS, INC. Responses due by 7/15/2024. (COOPER, RYAN) (Entered: 06/10/2024) |
| 06/11/2024 | | Set Deadlines as to 27 MOTION to Dismiss . Motion set for 7/15/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 06/11/2024) |
| 06/13/2024 | 28 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 29 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
| 08/06/2024 | 30 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 31 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | 32 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 30 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 33 | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 10/01/2024 | 34 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 35 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
| 10/08/2024 | 36 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2)** |

| | | |
|---|---|---|
| | | **MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/10/2024 | 37 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 38 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 39 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 40 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 41 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 42 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 43 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 44 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, EDWIN MALDONADO, JANE DOE-1, JANE DOE-2, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 45 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 46 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 47 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in |

| | | this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
|---|---|---|
| 02/18/2025 | 48 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 49 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/18/2025 | 50 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 51 | MOTION to Dismiss by LABELS & LISTS, INC. (COOPER, RYAN) (Entered: 03/18/2025) |
| 03/18/2025 | | Set Deadlines as to 51 MOTION to Dismiss. Motion set for 4/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mag) (Entered: 03/19/2025) |
| 03/20/2025 | 52 | NOTICE of Appearance by JESSICA A MEREJO on behalf of All Plaintiffs (MEREJO, JESSICA) (Entered: 03/20/2025) |
| 03/20/2025 | 53 | NOTICE OF INTERLOCUTORY APPEAL as to 39 Order, by LABELS & LISTS, INC. Filing fee $ 605, receipt number ANJDC-16105410. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. Appeal Record due by 4/1/2025. (COOPER, RYAN) (Entered: 03/20/2025) |
| 03/24/2025 | 54 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 55 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |

| 03/31/2025 | 56 | USCA Case Number 25-1565 for 53 Notice of Interlocutory Appeal, filed by LABELS & LISTS, INC. USCA Case Manager Laurie (Document Restricted - Court Only) (lr) (Entered: 03/31/2025) |
| 04/02/2025 | 57 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 58 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/03/2025 12:23:50 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04174-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04176-HB

ATLAS DATA PRIVACY CORPORATION et al. v. INNOVIS DATA SOLUTIONS INC. et al.
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
          1:24-cv-10600-HB
          1:24-cv-11443-HB
          1:25-cv-01535-HB
          1:25-cv-00237-HB
          1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01566
          SUPERIOR COURT OF NEW JERSEY,
          MORRIS COUNTY, MRS L 000285 24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/25/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **JESSICA A MEREJO**
PEM LAW LLP
1 BOLAND DRIVE
STE 101
WEST ORANGE, NJ 07052
973-577-5500
Email: jmerejo@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**                          represented by   **JESSICA A MEREJO**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **RAJIV D. PARIKH**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**                        represented by   **JESSICA A MEREJO**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **RAJIV D. PARIKH**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                       represented by   **JESSICA A MEREJO**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **RAJIV D. PARIKH**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                         represented by   **JESSICA A MEREJO**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **RAJIV D. PARIKH**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                       represented by   **JESSICA A MEREJO**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **RAJIV D. PARIKH**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**                      represented by    **JESSICA A MEREJO**
*a law enforcement officer*                          (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **RAJIV D. PARIKH**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**                      represented by    **JESSICA A MEREJO**
*a law enforcement officer*                          (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **RAJIV D. PARIKH**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**INNOVIS DATA SOLUTIONS, INC.**    represented by    **JILL ANN GULDIN**
                                                     PIERSON FERDINAND LLP
                                                     ONE LIBERTY PLACE
                                                     1650 MARKET STREET
                                                     SUITE 3600
                                                     PHILADELPHIA, PA 19103
                                                     609-896-4096
                                                     Fax: 856-494-1566
                                                     Email: jill.guldin@pierferd.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW**         represented by    **KASHIF TARAQ CHAND**
**JERSEY**                                           NEW JERSEY DIVISION OF LAW
                                                     124 HALSEY STREET
                                                     5TH FLOOR

JA240

NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**GENOVA BURNS, LLC**                 represented by  **JAMES M. BURNS**
GENOVA BURNS LLC
494 BROAD STREET
NEWARK, NJ 07102
973-535-7101
Email: jburns@genovaburns.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2023 | 14 | ORDER: Plaintiffs, on or before May 3, 2024, shall file any motions to remand and any supporting briefs. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 03/25/2024 | 1 | NOTICE OF REMOVAL by INNOVIS DATA SOLUTIONS INC. from Morris County Superior Court, case number MRS-L-000285-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15210997), filed by INNOVIS DATA SOLUTIONS INC.. (Attachments: # 1 Exhibit Ex A - Morris County Complaint, # 2 Exhibit Ex B - State Court Notice) (GULDIN, JILL) (Entered: 03/25/2024) |
| 03/25/2024 | | Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni added. (mlh) (Entered: 03/28/2024) |
| 03/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Party Information is to be entered in **CAPITAL LETTERS**. DO NOT select a party if it is not in CAPITAL LETTERS or if it does not reflect the EXACT name as is found in the pleading, Create a new party. . The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (jjc, ) (Entered: 03/26/2024) |
| 03/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed did not include a Civil Cover Sheet (JS-44), which is required to be submitted along with the initial pleading, as indicated in the Attorney Case Opening Guide. Please complete and file a Civil Cover Sheet using the event Exhibit (to Document) found under Civil/Other Filings/Other Documents. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (jjc, ) (Entered: 03/26/2024) |
| 03/26/2024 | 2 | Exhibit to 1 Notice of Removal, QC - Civil Cover Sheet JS44,, by INNOVIS DATA SOLUTIONS INC.. (GULDIN, JILL) (Entered: 03/26/2024) |
| 03/27/2024 | 3 | Application and Proposed Order for Clerk's Order to extend time to answer as to DEFENDANT INNOVIS DATA SOLUTIONS, INC... (GULDIN, JILL) (Entered: 03/27/2024) |

| 03/28/2024 | | Clerk`s Text Order - The document 3 Application for Clerk's Order to Ext Answer/Proposed Order submitted by INNOVIS DATA SOLUTIONS, INC. has been GRANTED. The answer due date has been set for 4/15/2024. (mlh) (Entered: 03/28/2024) |
| --- | --- | --- |
| 04/02/2024 | 4 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024.(gxh) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Michael A. Shipp no longer assigned to case. (gxh) (Entered: 04/02/2024) |
| 04/08/2024 | 5 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 6 | TEXT ORDER REALLOCATING AND REASSIGNING CASE. Case Number 3:24-cv-4176 reallocated to Camden as 1:24-cv-4176. Case reassigned to Judge Harvey Bartle (EDPA), III for all further proceedings. Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (alg) (Entered: 04/09/2024) |
| 04/10/2024 | 7 | MOTION for Leave to Appear Pro Hac Vice by INNOVIS DATA SOLUTIONS, INC.. (Attachments: # 1 Certification of Jason A. Spak, Esq., # 2 Certification of Jill A. Guldin, Esq., # 3 Text of Proposed Order)(GULDIN, JILL) (Entered: 04/10/2024) |
| 04/10/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 7 Motion for Leave to Appear Pro Hac Vice submitted by JILL ANN GULDIN on 4/10/2024 contains an improper signature. Only the filing user is permitted to sign electronically filed documents with an s/. PLEASE RESUBMIT THE Certification of Jason A. Spak ONLY WITH A SCANNED SIGNATURE. This submission will remain on the docket unless otherwise ordered by the court. (sms2) (Entered: 04/10/2024) |
| 04/10/2024 | | Set Deadlines as to 7 MOTION for Leave to Appear Pro Hac Vice . Motion set for 5/6/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 04/10/2024) |
| 04/10/2024 | 8 | Certification on behalf of INNOVIS DATA SOLUTIONS, INC. Re 7 Motion for Leave to Appear Pro Hac Vice, QC - Electronic signature does not match e-filer,. (GULDIN, JILL) (Entered: 04/10/2024) |
| 04/16/2024 | 9 | Letter from Jill A. Guldin, Esq.. (GULDIN, JILL) (Entered: 04/16/2024) |
| 04/16/2024 | 10 | ORDER Granting 7 Motion for Leave to Appear Pro Hac Vice as to Jason A. Spak. Signed by Judge Harvey Bartle (EDPA), III on 4/15/2024. (js) (Entered: 04/16/2024) |
| 04/18/2024 | 11 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db ) (Entered: 04/22/2024) |
| 04/22/2024 | 12 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with |

|  |  | Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
|---|---|---|
| 04/22/2024 | 13 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/26/2024 |  | Pro Hac Vice fee as to Jason A. Spak: $ 250, receipt number CAM14997 (dmr) (Entered: 04/26/2024) |
| 04/30/2024 | 15 | Notice of Request by Pro Hac Vice JASON A. SPAK to receive Notices of Electronic Filings. (GULDIN, JILL) (Entered: 04/30/2024) |
| 05/01/2024 |  | Pro Hac Vice counsel, JASON A. SPAK, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (jab) (Entered: 05/01/2024) |
| 05/07/2024 | 16 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 17 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 18 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/09/2024 | 19 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 06/03/2024 | 20 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/11/2024 | 21 | Letter from Defendant re Joinder in Consolidated Motion to Dismiss. (GULDIN, JILL) (Entered: 06/11/2024) |
| 06/13/2024 | 22 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN** |

| | | |
|---|---|---|
| | | **TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | [23](#) | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
| 08/06/2024 | [24](#) | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # [1](#) Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | [25](#) | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | [26](#) | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re [24](#) Brief. (Attachments: # [1](#) Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | [27](#) | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 10/01/2024 | [28](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | [29](#) | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
| 10/08/2024 | [30](#) | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/10/2024 | [31](#) | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | [32](#) | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | [33](#) | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is |

| | | |
|---|---|---|
| | | unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 34 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 35 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 36 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 37 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 38 | Corporate Disclosure Statement by WILLIAM SULLIVAN, JANE DOE-1, JANE DOE-2, ATLAS DATA PRIVACY CORPORATION, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 39 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 40 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 41 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 42 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 43 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1)** |

|  |  | REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
|---|---|---|
| 03/13/2025 | 44 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 45 | MOTION to Dismiss by INNOVIS DATA SOLUTIONS, INC.. Responses due by 4/7/2025. (Attachments: # 1 Exhibit Declaration of J. Spak, # 2 Exhibit INNOVIS PAGES, # 3 Exhibit SITES WE REMOVE, # 4 Exhibit ATLAS FOR LEO, # 5 Exhibit Brief in Support of Motion, # 6 Exhibit proposed Order)(GULDIN, JILL) (Entered: 03/18/2025) |
| 03/18/2025 |  | Set Deadlines as to 45 MOTION to Dismiss. Motion set for 4/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 03/18/2025) |
| 03/18/2025 | 46 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/20/2025 |  | USCA Filing fee: $ 605, receipt number CAM15386. (mag) (Entered: 03/20/2025) |
| 03/20/2025 |  | Notice to Court of Appeals, Re: USCA Filing Fee Received. (mag) (Entered: 03/20/2025) |
| 03/24/2025 | 47 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/25/2025 | 48 | NOTICE of Appearance by JESSICA A MEREJO on behalf of All Plaintiffs (MEREJO, JESSICA) (Entered: 03/25/2025) |
| 03/27/2025 | 49 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 50 | NOTICE OF APPEAL by INNOVIS DATA SOLUTIONS, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 51 | USCA Case Number 25-1566 for 50 Notice of Appeal (USCA), filed by INNOVIS DATA SOLUTIONS, INC.. USCA Case Manager Laurie (Document Restricted - Court Only) (lr) (Entered: 03/31/2025) |
| 04/02/2025 | 52 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 53 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

CM/ECF LIVE - U.S. District Court for the District of New Jersey

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2025 12:25:45 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04176-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

JA247

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04178-HB

ATLAS DATA PRIVACY CORPORATION et al v. ACCURATE APPEND, INC. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
               1:24-cv-10600-HB
               1:24-cv-11443-HB
               1:25-cv-01535-HB
               1:25-cv-00237-HB
               1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01567
               Superior Court of New Jersey, Middlesex
               County, MID-L-000848-24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/25/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JA248

| | | |
|---|---|---|
| **SCOTT MALONEY** | represented by | **RAJIV D. PARIKH** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **JUSTYNA MALONEY** | represented by | **RAJIV D. PARIKH** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **PATRICK COLLIGAN** | represented by | **RAJIV D. PARIKH** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **PETER ANDREYEV** | represented by | **RAJIV D. PARIKH** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **WILLIAM SULLIVAN** | represented by | **RAJIV D. PARIKH** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **ACCURATE APPEND, INC.** | represented by | **JOHN E. MACDONALD** |
| | | CONSTANGY, BROOKS, SMITH & |
| | | PROPHETE, LLP. |
| | | 3120 PRINCETON PIKE |
| | | SUITE 301 |
| | | LAWRENCEVILLE, NJ 08648 |
| | | 609-357-1183 |
| | | Fax: 609-844-1102 |
| | | Email: |
| | | JMACDONALD@CONSTANGY.COM |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW**          represented by  **KASHIF TARAQ CHAND**
**JERSEY**                                           NEW JERSEY DIVISION OF LAW
                                                     124 HALSEY STREET
                                                     5TH FLOOR
                                                     NEWARK, NJ 07101
                                                     908-705-3958
                                                     Email: kashif.chand@law.njoag.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*


V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2024 | 1 | NOTICE OF REMOVAL by ACCURATE APPEND, INC. from Superior Court of Middlesex County, case number MID-L-000848-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15211064), filed by ACCURATE APPEND, INC.. (Attachments: # 1 Exhibit A (State Court Complaint & Documents Served), # 2 Declaration of John E. MacDonald, Esq., # 3 Exhibit 1-5 to Declaration of JEM)(MACDONALD, JOHN) (Entered: 03/25/2024) |
| 03/26/2024 | 2 | Corporate Disclosure Statement by ACCURATE APPEND, INC.. (MACDONALD, JOHN) (Entered: 03/26/2024) |
| 03/28/2024 | 3 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendant Accurate Append, Inc.. Attorney JOHN E. MACDONALD for ACCURATE APPEND, INC. added. (MACDONALD, JOHN) (Entered: 03/28/2024) |
| 03/30/2024 | | Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni added. (jjc, ) (Entered: 03/30/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Plaintiff Attorney Information,Cause of Action,Nature of Suit,Party Information . The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (amv) (Entered: 04/01/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed did not include a Civil Cover Sheet (JS-44), which is required to be submitted along with the initial pleading, as indicated in the Attorney Case Opening Guide. Please complete and file a Civil Cover Sheet using the event Exhibit (to Document) found under Civil/Other Filings/Other Documents. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (amv) (Entered: 04/01/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or |

| | | proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (amv) (Entered: 04/01/2024) |
|---|---|---|
| 04/01/2024 | | Clerk`s Text Order - The 3 Application for Clerk's Order to Ext Answer/Proposed Order submitted by ACCURATE APPEND, INC. has been GRANTED. The answer due date has been set for 4/15/2024. (amv) (Entered: 04/01/2024) |
| 04/01/2024 | 4 | Exhibit to QC - Civil Cover Sheet JS44,, 1 Notice of Removal, by ACCURATE APPEND, INC.. (MACDONALD, JOHN) (Entered: 04/01/2024) |
| 04/01/2024 | 5 | Diversity Disclosure Statement by ACCURATE APPEND, INC.. (MACDONALD, JOHN) (Entered: 04/01/2024) |
| 04/02/2024 | 6 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024.(gxh) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Michael A. Shipp no longer assigned to case. (gxh) (Entered: 04/02/2024) |
| 04/08/2024 | 7 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/10/2024 | 8 | TEXT ORDER REALLOCATING AND REASSIGNING CASE. Case Number 3:24-cv-4178 reallocated to Camden as 1:24-cv-4178. Case reassigned to Judge Harvey Bartle (EDPA), III for all further proceedings. Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 4/10/2024. (alg) (Entered: 04/10/2024) |
| 04/18/2024 | 10 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/22/2024) |
| 04/18/2024 | 11 | ORDER: Plaintiffs, on or before May 3, 2024, shall file any motions to remand and any supporting briefs. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 04/22/2024 | 9 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/22/2024 | 12 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/24/2024) |

| 05/08/2024 | 15 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/14/2024) |
|---|---|---|
| 05/09/2024 | 13 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/09/2024 | 14 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 06/03/2024 | 16 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/11/2024 | 17 | MOTION for Joinder *of Consolidated Motion to Dismiss* by ACCURATE APPEND, INC.. (MACDONALD, JOHN) (Entered: 06/11/2024) |
| 06/12/2024 | | Set Deadlines as to 17 MOTION for Joinder *of Consolidated Motion to Dismiss*. Motion set for 7/15/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 06/12/2024) |
| 06/13/2024 | 18 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 06/17/2024 | 19 | Supplemental MOTION for Joinder *of Consolidated Motion to Dismiss* by ACCURATE APPEND, INC.. (MACDONALD, JOHN) (Entered: 06/17/2024) |
| 06/20/2024 | | Set Deadlines as to 19 Supplemental MOTION for Joinder *of Consolidated Motion to Dismiss*. Motion set for 7/15/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 06/20/2024) |

| 07/10/2024 | 20 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (bf, ) (Entered: 07/10/2024) |
|---|---|---|
| 08/06/2024 | 21 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 22 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | 23 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 21 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 24 | ORDER scheduling Oral Argument on defts.' motions to dismiss for 10/1/2024 at 01:30 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on August 27, 2024. (bf, ) (Entered: 08/27/2024) |
| 10/01/2024 | 25 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 26 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
| 10/08/2024 | 27 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/10/2024 | 28 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 29 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 11/26/2024 | 30 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 31 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |

| 12/02/2024 | 32 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
|---|---|---|
| 12/06/2024 | 33 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 34 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 35 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 36 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 37 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 38 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 39 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 40 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript |

| | | |
|---|---|---|
| | | Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/13/2025 | 41 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 42 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/19/2025 | 43 | Letter from John E. MacDonald, Esq.. (MACDONALD, JOHN) (Entered: 03/19/2025) |
| 03/21/2025 | | Filing fee: $605, receipt number NEW51700. (sms2) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals re Filing Fee Received. (sms2) (Entered: 03/21/2025) |
| 03/24/2025 | 44 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 45 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 46 | NOTICE OF APPEAL by ACCURATE APPEND, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 47 | USCA Case Number 25-1567 for 46 Notice of Appeal (USCA), filed by ACCURATE APPEND, INC. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg ) (Entered: 03/31/2025) |
| 04/02/2025 | 48 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 49 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 12:28:20 | | |
| **PACER Login:** | chuderem | **Client Code:** 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** 1:24-cv-04178-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 8 | **Cost:** 0.80 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04256-HB

ATLAS DATA PRIVACY CORPORATION v. ZILLOW, INC. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Case: 1:24-cv-11023-HB
Case in other court: Third Circuit, 25-01568
              Superior Court of New Jersey, County of
              Bergen, BER-L-000874-24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/27/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **JESSICA A MEREJO**
PEM LAW LLP
1 BOLAND DRIVE
STE 101
WEST ORANGE, NJ 07052
973-577-5500
Email: jmerejo@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE 1**
*a law enforcement officer*

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE 2**
*a law enforcement officer*

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

JA256

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**                  represented by   **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**                    represented by   **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**                  represented by   **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                 represented by   **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                   represented by   **JESSICA A MEREJO**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                    represented by    **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ZILLOW, INC.**                    represented by    **MELISSA JEAN BAYLY**
BUCHANAN INGERSOLL & ROONEY
550 BROAD STREET
SUITE 810
NEWARK, NJ 07102
973-424-5604
Email: melissa.bayly@bipc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KRISTA ANN ROSE**
Buchanan Ingersoll & Rooney PC
Litigation
50 S 16th Street
Suite 3200
Philadelphia, PA 19102
215-665-5334
Email: krista.rose@bipc.com
*ATTORNEY TO BE NOTICED*

**JACQUELINE M. WEYAND**
BUCHANAN INGERSOLL & ROONEY
PC
550 BROAD STREET
SUITE 810
NEWARK, NJ 07102-4582
212-440-4488
Email: jacqueline.weyand@bipc.com
*TERMINATED: 09/05/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ZILLOW GROUP, INC.**                    represented by    **MELISSA JEAN BAYLY**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **KRISTA ANN ROSE**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **JACQUELINE M. WEYAND**
                                                          (See above for address)
                                                          *TERMINATED: 09/05/2024*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES l-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW**           represented by    **KASHIF TARAQ CHAND**
**JERSEY**                                              NEW JERSEY DIVISION OF LAW
                                                        124 HALSEY STREET
                                                        5TH FLOOR
                                                        NEWARK, NJ 07101
                                                        908-705-3958
                                                        Email: kashif.chand@law.njoag.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2024 | 1 | NOTICE OF REMOVAL by ZILLOW GROUP, INC., ZILLOW, INC. from Superior Court of New Jersey, Bergen County, case number BER-L-000874-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15218703), filed by ZILLOW GROUP, INC., ZILLOW, INC.. (Attachments: # 1 Exhibit A - Copy of the Complaint and commencement documents, # 2 Certificate of Service, # 3 Civil Cover Sheet)(WEYAND, JACQUELINE) (Entered: 03/27/2024) |
| 03/27/2024 | 2 | Corporate Disclosure Statement by ZILLOW, INC. identifying Zillow Group, Inc. as Corporate Parent.. (WEYAND, JACQUELINE) (Entered: 03/27/2024) |
| 03/27/2024 | 3 | Corporate Disclosure Statement by ZILLOW GROUP, INC. identifying NONE as Corporate Parent.. (WEYAND, JACQUELINE) (Entered: 03/27/2024) |

| 03/29/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Party Information - when entering parties, enter all the parties in the latest complaint. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (jr) (Entered: 03/29/2024) |
|---|---|---|
| 03/29/2024 | | Case assigned to Judge Evelyn Padin and Magistrate Judge Michael A. Hammer. (jr) (Entered: 03/29/2024) |
| 04/02/2024 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Complaint.. (Attachments: # 1 Certificate of Service)(WEYAND, JACQUELINE) (Entered: 04/02/2024) |
| 04/02/2024 | | Clerk`s Text Order - The document 4 Application for Clerk's Order to Ext Answer/Proposed Order submitted by ZILLOW GROUP, INC., ZILLOW, INC. has been GRANTED. The answer due date has been set for 4/17/2024. (qa, ) (Entered: 04/02/2024) |
| 04/02/2024 | 5 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 04/02/24. (aw, ) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Michael A. Hammer and Judge Evelyn Padin no longer assigned to case. (aw, ) (Entered: 04/02/2024) |
| 04/04/2024 | 6 | Letter from Defendants Requesting Status Conference and Other Relief. (WEYAND, JACQUELINE) (Entered: 04/04/2024) |
| 04/08/2024 | 7 | Letter from Rajiv D. Parikh, Esq. in response to defendants letter re 6 Letter. (PARIKH, RAJIV) (Entered: 04/08/2024) |
| 04/08/2024 | 8 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/10/2024 | 9 | TEXT ORDER REALLOCATING CASE. Case Number 2:24-cv-4256 reallocated to Camden as 1:24-cv-4256. So Ordered by Chief Judge Renee Marie Bumb on 4/10/2024. (gxh) (Entered: 04/10/2024) |
| 04/16/2024 | 10 | MOTION for Leave to Appear Pro Hac Vice *regarding Samantha Southall* by ZILLOW GROUP, INC., ZILLOW, INC.. (Attachments: # 1 Certification of Jacqueline M. Weyand in Support of Application for Pro Hac Vice Admission regarding Samantha Southall, # 2 Certification of Samantha Southall in Support of Application for her Pro Hac Vice Admission, # 3 Text of Proposed Order)(WEYAND, JACQUELINE) (Entered: 04/16/2024) |
| 04/16/2024 | | Set Deadlines as to 10 MOTION for Leave to Appear Pro Hac Vice *regarding Samantha Southall*. Motion set for 5/20/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 04/16/2024) |
| 04/18/2024 | 11 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) . (Entered: 04/22/2024) |

| 04/18/2024 | 14 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
|---|---|---|
| 04/22/2024 | 12 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/22/2024 | 13 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/24/2024 | 15 | ORDER Denying without prejudice 10 Motion for Leave to Appear Pro Hac Vice as to Samantha Southall. Signed by Judge Harvey Bartle (EDPA), III on 4/24/2024. (dmr) (Entered: 04/24/2024) |
| 05/01/2024 | 16 | MOTION for Leave to Appear Pro Hac Vice *regarding Samantha Southall* by ZILLOW GROUP, INC., ZILLOW, INC.. (Attachments: # 1 Certification of Samantha Southall in Support of Application for Pro Hac Vice Admission, # 2 Text of Proposed Order) (WEYAND, JACQUELINE) (Entered: 05/01/2024) |
| 05/02/2024 | | Set Deadlines as to 16 MOTION for Leave to Appear Pro Hac Vice *regarding Samantha Southall*. Motion set for 6/3/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 05/02/2024) |
| 05/07/2024 | 17 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/10/2024) |
| 05/08/2024 | 19 | ORDER setting deadlines for filing certain motions & briefs and staying action until further order of the Court. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 18 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript |

| | | Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/10/2024) |
| --- | --- | --- |
| 05/09/2024 | 21 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/14/2024 | 20 | ORDER Granting 16 Motion for Leave to Appear Pro Hac Vice as to Samantha Southall. Signed by Judge Harvey Bartle (EDPA), III on 5/2/2024. (dmr) (Entered: 05/14/2024) |
| 06/03/2024 | 22 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/10/2024 | 23 | Letter from Zillow Defendants Joining Consolidated Motion to Dismiss. (WEYAND, JACQUELINE) (Entered: 06/10/2024) |
| 06/13/2024 | 24 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 25 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 26 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 27 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on August 15, 2024. (bf, ) (Entered: 08/15/2024) |
| 08/20/2024 | 28 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 26 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 29 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/05/2024 | 30 | NOTICE of Appearance by MELISSA JEAN BAYLY on behalf of ZILLOW GROUP, INC., ZILLOW, INC. (BAYLY, MELISSA) (Entered: 09/05/2024) |
| 09/05/2024 | 31 | Substitution of Attorney - Attorney JACQUELINE M. WEYAND terminated. Attorney MELISSA JEAN BAYLY for ZILLOW GROUP, INC.,MELISSA JEAN BAYLY for ZILLOW, INC. added.. (BAYLY, MELISSA) (Entered: 09/05/2024) |

| | | |
|---|---|---|
| 09/13/2024 | 32 | Letter from Melissa J. Bayly re Joinder in Defendants' Consolidated Reply. (BAYLY, MELISSA) (Entered: 09/13/2024) |
| 09/26/2024 | 33 | NOTICE of Appearance by KRISTA ANN ROSE on behalf of ZILLOW GROUP, INC., ZILLOW, INC. (ROSE, KRISTA) (Entered: 09/26/2024) |
| 10/01/2024 | 34 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 35 | ORDER, The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (db, ) (Entered: 10/02/2024) |
| 10/08/2024 | 36 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/10/2024 | 37 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 10/14/2024 | 38 | Letter from Zillow Joining Supplemental Memorandum of Law. (BAYLY, MELISSA) (Entered: 10/14/2024) |
| 11/26/2024 | 39 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 11/26/2024 | 42 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 12/03/2024) |
| 12/02/2024 | 40 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 41 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 43 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 44 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 12/10/2024) |

| | | |
|---|---|---|
| 12/10/2024 | 45 | Corporate Disclosure Statement by JANE DOE 1, JANE DOE 2, ATLAS DATA PRIVACY CORPORATION, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 46 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 47 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 48 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 49 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 50 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8700). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/18/2025 | 51 | Letter from Zillow, Inc. and Zillow Group, Inc. Joining the Consolidated Motion to Dismiss Brief. (ROSE, KRISTA) (Entered: 03/18/2025) |
| 03/18/2025 | 52 | MOTION to Dismiss *Plaintiffs' Complaint* by ZILLOW GROUP, INC., ZILLOW, INC.. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(ROSE, KRISTA) (Entered: 03/18/2025) |
| 03/18/2025 | 53 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |

| 03/19/2025 | | Set Deadlines as to 52 MOTION to Dismiss *Plaintiffs' Complaint*. Motion set for 4/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 03/19/2025) |
|---|---|---|
| 03/20/2025 | 54 | NOTICE of Appearance by JESSICA A MEREJO on behalf of All Plaintiffs (MEREJO, JESSICA) (Entered: 03/20/2025) |
| 03/21/2025 | | USCA Filing Fee: $ 605, receipt number NEW51686. (mag) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (mag) (Entered: 03/21/2025) |
| 03/24/2025 | 55 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 56 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 57 | NOTICE OF APPEAL by ZILLOW GROUP, INC., ZILLOW, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 58 | USCA Case Number 25-1568 for 57 Notice of Appeal (USCA), filed by ZILLOW GROUP, INC., ZILLOW, INC. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |
| 04/02/2025 | 59 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 60 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2025 12:30:10 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04256-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

<span style="color:green">APPEAL</span>

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04261-HB

ATLAS DATA PRIVACY CORPORATION v EQUIMINE, INC.
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
              1:24-cv-10600-HB
              1:24-cv-11443-HB
              1:25-cv-01535-HB
              1:25-cv-00237-HB
              1:25-cv-01517-HB
Case in other court:  Third Circuit, 25-1569
        SUPERIOR COURT OF NEW JERSEY,
        MONMOUTH COUNTY, MON L 000535 24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/27/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JA266

| | | |
|---|---|---|
| **JUSTYNA MALONEY** | represented by | **RAJIV D. PARIKH**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **PATRICK COLLIGAN** | represented by | **RAJIV D. PARIKH**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **PETER ANDREYEV** | represented by | **RAJIV D. PARIKH**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **WILLIAM SULLIVAN** | represented by | **RAJIV D. PARIKH**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **ATLAS DATA PRIVACY CORPORATION**<br>*as assignee of individuals who are Covered Persons* | represented by | **RAJIV D. PARIKH**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **EQUIMINE, INC.**<br>*doing business as*<br>PROPSTREAM | represented by | **FREDERICK W. ALWORTH**<br>GIBBONS, PC<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310<br>(973) 596-4500<br>Email: falworth@gibbonslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**KEVIN REED REICH**<br>GIBBONS PC<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102<br>973-596-4689<br>Email: kreich@gibbonslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

| | | |
|---|---|---|
| **ATTORNEY GENERAL OF NEW JERSEY** | represented by | **KASHIF TARAQ CHAND** |
| | | NEW JERSEY DIVISION OF LAW |
| | | 124 HALSEY STREET |
| | | 5TH FLOOR |
| | | NEWARK, NJ 07101 |
| | | 908-705-3958 |
| | | Email: kashif.chand@law.njoag.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2024 | 1 | NOTICE OF REMOVAL by EQUIMINE, INC. D/B/A PROPSTREAM from Superior Court of New Jersey, Monmouth County, case number MON-L-535-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15219063), filed by EQUIMINE, INC. D/B/A PROPSTREAM. (Attachments: # 1 Exhibit A - Copies of all State Court filings, # 2 Exhibit B - Declaration of Kevin R. Reich with exhibits, # 3 Exhibit C - Notice of Filing Notice of Removal, # 4 Civil Cover Sheet, # 5 Certification Pursuant to Local Civil Rule 11.2, # 6 Certificate of Service)(REICH, KEVIN) (Entered: 03/27/2024) |
| 03/27/2024 | 2 | Corporate Disclosure Statement by EQUIMINE, INC. D/B/A PROPSTREAM identifying Stewart Information Services Corp. as Corporate Parent.. (REICH, KEVIN) (Entered: 03/27/2024) |
| 03/27/2024 | 3 | Diversity Disclosure Statement by EQUIMINE, INC. D/B/A PROPSTREAM. (REICH, KEVIN) (Entered: 03/27/2024) |
| 03/27/2024 | | Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni added. (mlh) (Entered: 03/28/2024) |
| 04/01/2024 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Plaintiff's Complaint.. (Attachments: # 1 Certificate of Service)(REICH, KEVIN) (Entered: 04/01/2024) |
| 04/01/2024 | | Clerk`s Text Order - The 4 Application for Clerk's Order Extending Time to Answer Proposed Order submitted by EQUIMINE, INC. has been GRANTED. The answer due date has been set for 4/17/2024. (jdg) (Entered: 04/01/2024) |
| 04/02/2024 | 5 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United |

| | | |
|---|---|---|
| | | States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024. (gxh) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Michael A. Shipp no longer assigned to case. (gxh) (Entered: 04/02/2024) |
| 04/08/2024 | 6 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 7 | TEXT ORDER REALLOCATING CASE. Case Number 3:24-cv-4261 reallocated to Camden as 1:24-cv-4261. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (eaj) (Entered: 04/10/2024) |
| 04/18/2024 | 8 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) . (Entered: 04/22/2024) |
| 04/18/2024 | 11 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 04/22/2024 | 9 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/22/2024 | 10 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 05/07/2024 | 12 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell 856-576-7018) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 13 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 14 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/09/2024 | 15 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file |

| | | |
|---|---|---|
| | | with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 06/03/2024 | [16](#) | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/10/2024 | [17](#) | Letter from Kevin R. Reich, Esq. joining Consolidated Motion to Dismiss Plaintiffs' Complaint. (REICH, KEVIN) (Entered: 06/10/2024) |
| 06/13/2024 | [18](#) | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | [19](#) | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | [20](#) | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # [1](#) Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | [21](#) | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | [22](#) | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re [20](#) Brief. (Attachments: # [1](#) Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | [23](#) | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 10/01/2024 | [24](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | [25](#) | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |

| 10/08/2024 | 26 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (lm, ) (Entered: 10/09/2024) |
| 10/08/2024 | 27 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
| 10/09/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please note the Transcript attached to docket entry 27 filed by the Clerk's office on 10/8/2024 was docketed in error as duplicative. Please disregard. (tf, ) (Entered: 10/09/2024) |
| 10/10/2024 | 28 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 29 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 11/26/2024 | 30 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 31 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 32 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 33 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 34 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 35 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA |

| | | |
|---|---|---|
| | | MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 36 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 37 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 38 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 39 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 40 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/13/2025 | 41 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 42 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 43 | Letter from Kevin R. Reich, Esq. joining Consolidated Motions to Dismiss Plaintiffs' Complaint. (REICH, KEVIN) (Entered: 03/18/2025) |
| 03/18/2025 | 44 | BRIEF , *Supplemental Brief in Support of Defendants' Consolidated Motion to Dismiss the Complaint for Lack of Personal Jurisdiction* (Attachments: # 1 Declaration of Brian Tepfer, # 2 Certificate of Service)(REICH, KEVIN) (Entered: 03/18/2025) |
| 03/20/2025 | | USCA Filing fee: $ 605, receipt number CAM143171. (js) (Entered: 03/20/2025) |

| 03/20/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/20/2025) |
|---|---|---|
| 03/24/2025 | 45 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/24/2025 | 46 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 47 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 48 | NOTICE OF APPEAL by EQUIMINE, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 49 | USCA Case Number 25-1569 for 48 Notice of Appeal (USCA), filed by EQUIMINE, INC.. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |
| 04/02/2025 | 50 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 51 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2025 12:31:36 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04261-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
### CIVIL DOCKET FOR CASE #: 1:24-cv-04269-HB

ATLAS DATA PRIVACY CORPORATION et al v. THOMSON REUTERS CORPORATION et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Case: 1:24-cv-11023-HB
Case in other court: Third Circuit, 25-01570
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/27/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**

represented by **RAJIV D. PARIKH**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**          represented by   **RAJIV D. PARIKH**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**               represented by   **RAJIV D. PARIKH**
*a law enforcement officer*                    (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**               represented by   **RAJIV D. PARIKH**
*a law enforcement officer*                    (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**THOMSON REUTERS**          represented by   **MICHAEL LOUIS BERRY**
**CORPORATION**                                Ballard Spahr LLP
                                               1735 Market St.
                                               51st Floor
                                               Philadelphia, PA 19103
                                               215-988-9773
                                               Email: berrym@ballardspahr.com
                                               *ATTORNEY TO BE NOTICED*

                                               **MARCEL S. PRATT**
                                               BALLARD SPAHR LLP
                                               1735 MARKET STREET
                                               51ST FLOOR
                                               PHILADELPHIA, PA 19103
                                               215-864-8506
                                               Email: prattm@ballardspahr.com
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**THOMSON REUTERS HOLDINGS**  represented by   **MICHAEL LOUIS BERRY**
**INC.**                                       (See above for address)
*TERMINATED: 12/10/2024*                       *ATTORNEY TO BE NOTICED*

                                               **MARCEL S. PRATT**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **THOMSON REUTERS CANADA LIMITED** | represented by **MICHAEL LOUIS BERRY**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**MARCEL S. PRATT**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **THOMSON REUTERS APPLICATIONS INC.**<br>*TERMINATED: 12/10/2024* | represented by **MICHAEL LOUIS BERRY**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**MARCEL S. PRATT**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Defendant**

| | |
|---|---|
| **THOMSON REUTERS ENTERPRISE CENTRE GMBH** | represented by **MICHAEL LOUIS BERRY**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**MARCEL S. PRATT**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **WEST PUBLISHING CORPORATION** | represented by **MICHAEL LOUIS BERRY**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**MARCEL S. PRATT**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2024 | 1 | NOTICE OF REMOVAL by THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS HOLDINGS, INC., THOMSON REUTERS APPLICATIONS, INC., THOMSON REUTERS CORPORATION from Superior Court of New Jersey Morris County, case number MRS L 000320 24. ( Filing and Admin fee $ 405 receipt number ANJDC-15219326), filed by THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS HOLDINGS, INC., THOMSON REUTERS APPLICATIONS, INC., THOMSON REUTERS CORPORATION. (Attachments: # 1 Civil Cover Sheet, # 2 |

| | | |
|---|---|---|
| | | Exhibit A - State Court Docket, # 3 Exhibit B - Declaration)(PRATT, MARCEL) (Entered: 03/27/2024) |
| 03/29/2024 | | Case assigned to Judge Evelyn Padin and Magistrate Judge Michael A. Hammer. (jr) (Entered: 03/29/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (wh) (Entered: 04/01/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a corporate disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (wh) (Entered: 04/01/2024) |
| 04/01/2024 | 2 | Application and Proposed Order for Clerk's Order to extend time to answer as to Plaintiffs' Complaint.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(PRATT, MARCEL) (Entered: 04/01/2024) |
| 04/02/2024 | | Clerk`s Text Order - The document 2 Application for Clerk's Order to Ext Answer/Proposed Order submitted by THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS APPLICATIONS INC., and THOMSON REUTERS CORPORATION has been GRANTED. The answer due date has been set for 4/17/2024. (wh) (Entered: 04/02/2024) |
| 04/02/2024 | 3 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 04/02/24. (aw, ) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Michael A. Hammer and Judge Evelyn Padin no longer assigned to case. (aw, ) (Entered: 04/02/2024) |
| 04/03/2024 | 4 | Corporate Disclosure Statement by THOMSON REUTERS APPLICATIONS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC.. (PRATT, MARCEL) (Entered: 04/03/2024) |
| 04/08/2024 | 5 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 6 | TEXT ORDER REALLOCATING CASE. Case Number 2:24-cv-4269 reallocated to Camden as 1:24-cv-4269. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (gxh) (Entered: 04/09/2024) |
| 04/17/2024 | 7 | MOTION for Leave to Appear Pro Hac Vice *for John W. Scott* by THOMSON REUTERS APPLICATIONS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC.. (PRATT, MARCEL) (Entered: 04/17/2024) |

| 04/17/2024 | 8 | Letter from Marcel Pratt to Honorable Judge Bartle. (PRATT, MARCEL) (Entered: 04/17/2024) |
|---|---|---|
| 04/17/2024 | 9 | ORDER granting 7 Motion for Leave to Appear Pro Hac Vice as to John W. Scott. Signed by Judge Harvey Bartle (EDPA), III on 4/17/2024. (lm) (Entered: 04/18/2024) |
| 04/18/2024 | | Set Deadlines as to 7 MOTION for Leave to Appear Pro Hac Vice *for John W. Scott*. Motion set for 5/20/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 04/18/2024) |
| 04/18/2024 | 10 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/22/2024) |
| 04/18/2024 | 13 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 04/22/2024 | 11 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/22/2024 | 12 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/25/2024 | 14 | Notice of Request by Pro Hac Vice John W. Scott to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15318395.) (PRATT, MARCEL) (Entered: 04/25/2024) |
| 04/26/2024 | | Pro Hac Vice counsel, JOHN W. SCOTT, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (sms2) (Entered: 04/26/2024) |
| 05/03/2024 | 15 | MOTION to Remand *(consolidated)* by All Plaintiffs. (Attachments: # 1 Brief, # 2 Certification of Rajiv D. Parikh, # 3 Exhibit A - F to certification, # 4 Certification pursuant to L. Civ. R. 11.2, # 5 Text of Proposed Order)(PARIKH, RAJIV) (Entered: 05/03/2024) |
| 05/07/2024 | 16 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/09/2024) |

| 05/08/2024 | 17 | ORDER setting deadlines for the filing of certain motions and briefs, and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/24. (ar1, ) (Entered: 05/09/2024) |
|---|---|---|
| 05/09/2024 | 18 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/10/2024) |
| 05/14/2024 | 19 | ORDER: The Court will conduct a Status Conference on 6/3/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 5/13/2024. (eh, ) (Entered: 05/14/2024) |
| 06/03/2024 | 20 | Letter from Rajiv D. Parikh, Esq. regarding Subject Matter Jurisdiction Discovery Disputes. (Attachments: # 1 Text of Proposed Order regarding Jurisdiction Discovery) (PARIKH, RAJIV) (Entered: 06/03/2024) |
| 06/03/2024 | 21 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 6/3/2024. Order to be entered. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 06/03/2024) |
| 06/03/2024 | 22 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/03/2024 | 23 | ORDER setting deadlines for production of certain documents, parties to meet and briefs to be filed. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/05/2024) |
| 06/10/2024 | 24 | Letter from Marcel Pratt - - Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint. (PRATT, MARCEL) (Entered: 06/10/2024) |
| 06/13/2024 | 25 | ORDER directing parties to report status of discussions regarding pltfs.' production of a privilege log on or before 6/20/24. Signed by Judge Harvey Bartle (EDPA), III on 6/13/2024. (bf, ) (Entered: 06/13/2024) |
| 06/13/2024 | 26 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 06/14/2024 | 27 | NOTICE of Appearance by MICHAEL LOUIS BERRY on behalf of THOMSON REUTERS APPLICATIONS INC., THOMSON REUTERS CANADA LIMITED, |

| | | |
|---|---|---|
| | | THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC. (BERRY, MICHAEL) (Entered: 06/14/2024) |
| 06/14/2024 | 28 | NOTICE by THOMSON REUTERS APPLICATIONS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC. *of Supplemental Brief in Support of Consolidated Motion to Dismiss* (BERRY, MICHAEL) (Entered: 06/14/2024) |
| 06/20/2024 | 29 | ORDER directing pltfs. to produce a privilege log to defts. on or before 7/31/2024 purs. to terms set forth in letter dated 6/19/24. Signed by Judge Harvey Bartle (EDPA), III on 6/20/2024. (db, ) (Entered: 06/20/2024) |
| 07/10/2024 | 30 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 07/24/2024 | 31 | ORDER vacating 6/3/2024 Order re: discovery & subject matter jurisdiction briefing; setting briefing schedule for opposition to motion for remand, etc. Signed by Judge Harvey Bartle (EDPA), III on 7/24/2024. (lm, ) (Entered: 07/24/2024) |
| 08/06/2024 | 32 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 33 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 34 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 32 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 35 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/13/2024 | 36 | BRIEF *in Support of Defendants' Consolidated Motion to Dismiss Plaintiff's Complaint* (BERRY, MICHAEL) (Entered: 09/13/2024) |
| 09/16/2024 | 37 | RESPONSE in Opposition filed by THOMSON REUTERS APPLICATIONS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC. re 15 MOTION to Remand *(consolidated)* (Attachments: # 1 Exhibit 1)(BERRY, MICHAEL)<br><br>NOTICE TO COUNSEL: Counsel is advised that pursuant to Local Civil Rule 5.3(c)(2), a single, consolidated motion to seal shall be filed within 14 days following the completed briefing of the materials sought to be sealed, or within 14 days following the date on which the last of such materials was filed under temporary seal if the motion is resolved, unless otherwise directed by the Court. (Entered: 09/16/2024) |
| 09/16/2024 | 38 | RESPONSE in Opposition filed by THOMSON REUTERS APPLICATIONS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC. re 15 MOTION to Remand *(consolidated)* (Attachments: # 1 Exhibit 1-3)(BERRY, MICHAEL) (Entered: 09/16/2024) |
| 09/26/2024 | 39 | ORDER, The Court will hold Oral Argument on Tuesday, October 22, 2024 at 10:00 a.m. in Courtroom No. 1 in the United States Courthouse in Camden, New Jersey regarding the |

| | | |
|---|---|---|
| | | motions of Plaintiffs to remand the above actions to the Superior Court of New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 09/26/2024. (db, ) (Entered: 09/26/2024) |
| 09/30/2024 | 40 | NOTICE by THOMSON REUTERS APPLICATIONS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC. *Withdrawal of Appearance of John Scott* (PRATT, MARCEL) (Entered: 09/30/2024) |
| 10/01/2024 | 41 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 42 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 43 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
| 10/10/2024 | 44 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 10/10/2024 | 45 | RESPONSE in Support filed by All Plaintiffs re 15 MOTION to Remand *(consolidated)* (Attachments: # 1 Certification of Rajiv Parikh, # 2 Exhibit A, # 3 Certificate of Service) (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 10/11/2024 | 46 | BRIEF *(Supplemental) of the Thomson Reuters Defendants in Support of Their Motion to Dismiss Plaintiff's Complaint* (BERRY, MICHAEL) (Entered: 10/11/2024) |
| 10/22/2024 | 47 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Motion Hearing held on 10/22/2024 re 15 MOTION to Remand *(consolidated)* filed by PETER ANDREYEV, SCOTT MALONEY, WILLIAM SULLIVAN, JUSTYNA MALONEY, ATLAS DATA PRIVACY CORPORATION, PATRICK COLLIGAN, EDWIN MALDONADO, JANE DOE-1, JANE DOE-2. Motion taken under advisement. (Court Reporter, Sharon Ricci (267-249-8780)) (lm, ) (Additional attachment(s) added on 10/22/2024: # 1 ATTORNEY SIGN-IN SHEET) (lm). (Entered: 10/22/2024) |

| 10/28/2024 | 48 | Transcript of Motion hearing held on 10/22/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 11/18/2024. Redacted Transcript Deadline set for 12/2/2024. Release of Transcript Restriction set for 1/27/2025. (lm) (Entered: 10/29/2024) |
| 11/13/2024 | 49 | Proposed Order *to Seal Documents Filed in Connection with Plaintiffs' Motion to Remand* by All Plaintiffs. (Attachments: # 1 Exhibit 1 to Proposed Order to Seal Documents) (MEREJO, JESSICA) (Entered: 11/13/2024) |
| 11/20/2024 | 51 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/20/2024. (lm) (Entered: 11/21/2024) |
| 11/20/2024 | 52 | ORDER granting 15 Motion to Remand. Signed by Judge Harvey Bartle (EDPA), III on 11/20/2024. (lm, ) (Entered: 11/21/2024) |
| 11/21/2024 | 50 | Letter from Marcel S. Pratt and Michael Berry Seeking Stay of Transmittal to State Court. (Attachments: # 1 Text of Proposed Order)(BERRY, MICHAEL) (Entered: 11/21/2024) |
| 11/21/2024 | 53 | Transmittal Letter for remanded case to Morris County Courthouse Washington & Court Streets Morristown, NJ 07963-0910 State No: MRS-L-000320-24. Mailed certified copy of the Order remanding case. (lm, ) (Entered: 11/21/2024) |
| 11/21/2024 |  | ***Civil Case Terminated. (lm, ) (Entered: 11/21/2024) |
| 11/21/2024 | 54 | Letter from Marcel S. Pratt, Michael Berry. (Attachments: # 1 Exhibit A)(BERRY, MICHAEL) (Entered: 11/21/2024) |
| 11/21/2024 | 55 | ORDER re Important Notice scheduling a telephone conference for 11/21/2024 at 12:00 p.m. (EST) before the Honorable Harvey Bartle III. Signed by Judge Harvey Bartle (EDPA), III on 11/21/2024. (dmr) (Entered: 11/21/2024) |
| 11/21/2024 | 56 | ORDER: (1) The Clerk's Office shall refrain from mailing a certified copy of the Remand Order in this action to the Superior Court of New Jersey, Law Division in Morris County until further notice; (2) Defendants shall file any Motion for Reconsideration together with a supporting brief on or before December 2, 2024; and (3) Plaintiffs shall file any opposing brief on or before December 10, 2024. Signed by Judge Harvey Bartle (EDPA), III on 11/21/2024. (lm) (Entered: 11/21/2024) |
| 12/02/2024 | 57 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA) III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 58 | MOTION for Reconsideration re 52 Order on Motion to Remand by THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS APPLICATIONS INC.. (Attachments: # 1 Brief, # 2 Ex. 1- transcript excerpt, # 3 Proposed Order)(PRATT, MARCEL) (Entered: 12/02/2024) |
| 12/02/2024 |  | CLERK'S QUALITY CONTROL MESSAGE - Please be advised the 58 -2 Motion for Reconsideration submitted by MARCEL S. PRATT on 12/2/2024 is not filed pursuant to |

CM/ECF LIVE - U.S. District Court for the District of New Jersey

| | | |
|---|---|---|
| | | the Courts Transcript Policy. Only certified official court reporters or transcription agencies are permitted to electronically file official court transcripts. The Clerk's Office has sealed the transcript exhibit pursuant to the procedure of the Court and at the Courts direction. This message is for informational purposes. (sms2) (Entered: 12/02/2024) |
| 12/02/2024 | | Set Deadlines as to 58 MOTION for Reconsideration re 52 Order on Motion to Remand. Motion set for 1/6/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 12/02/2024) |
| 12/10/2024 | 59 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 60 | STIPULATION *(Amended) and Proposed Order Regarding Substitution of Parties* by THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS APPLICATIONS INC.. (BERRY, MICHAEL) (Entered: 12/10/2024) |
| 12/10/2024 | 61 | Corporate Disclosure Statement by PETER ANDREYEV, WILLIAM SULLIVAN, JANE DOE-1, JANE DOE-2, ATLAS DATA PRIVACY CORPORATION, EDWIN MALDONADO, PATRICK COLLIGAN, SCOTT MALONEY, JUSTYNA MALONEY identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/10/2024 | 62 | AMENDED STIPULATION AND ORDER REGARDING SUBSTITUTION OF PARTIES PURSUANT TO FED. R. CIV. P. 21. Signed by Judge Harvey Bartle (EDPA), III on 12/10/2024. (sms2) (Entered: 12/11/2024) |
| 12/12/2024 | 63 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 12/16/2024 | 64 | ORDER unsealing certain listed materials and maintaining other listed materials under seal until further Order of the Court. Signed by Judge Harvey Bartle (EDPA), III on 12/16/2024. (lm) (Entered: 12/17/2024) |
| 12/17/2024 | 65 | Exhibit to 38 Response in Opposition to Motion, *Ex. 1 redacting irrelevant material pursuant to Court Order* by THOMSON REUTERS ENTERPRISE CENTRE GMBH, WEST PUBLISHING CORPORATION. (BERRY, MICHAEL) (Entered: 12/17/2024) |
| 12/20/2024 | 66 | Corporate Disclosure Statement by THOMSON REUTERS ENTERPRISE CENTRE GMBH, WEST PUBLISHING CORPORATION identifying Thomson Reuters Corp. as Corporate Parent.. (BERRY, MICHAEL) (Entered: 12/20/2024) |
| 01/14/2025 | 67 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 68 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |

| 02/18/2025 | 69 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| --- | --- | --- |
| 02/25/2025 | 70 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/18/2025 | 71 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 72 | MOTION to Dismiss by THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS CORPORATION, THOMSON REUTERS ENTERPRISE CENTRE GMBH, WEST PUBLISHING CORPORATION. (Attachments: # 1 Brief, # 2 Text of Proposed Order)(PRATT, MARCEL) (Entered: 03/18/2025) |
| 03/18/2025 | 73 | Letter from Marcel S. Pratt. (PRATT, MARCEL) (Entered: 03/18/2025) |
| 03/18/2025 | | Set Deadlines as to 72 MOTION to Dismiss. Motion set for 4/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mag) (Entered: 03/19/2025) |
| 03/19/2025 | | USCA Filing fee: $ 605, receipt number CAM143154. (js) (Entered: 03/20/2025) |
| 03/20/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/20/2025) |
| 03/24/2025 | 74 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 75 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 76 | NOTICE OF APPEAL by THOMSON REUTERS APPLICATIONS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS CORPORATION, THOMSON REUTERS ENTERPRISE CENTRE GMBH, THOMSON REUTERS HOLDINGS INC., WEST PUBLISHING CORPORATION. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in |

|  |  | lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
|---|---|---|
| 03/31/2025 | 77 | USCA Case Number 25-1570 for 76 Notice of Appeal (USCA), filed by THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS ENTERPRISE CENTRE GMBH, THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS CORPORATION, WEST PUBLISHING CORPORATION, THOMSON REUTERS APPLICATIONS INC. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |
| 04/02/2025 | 78 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 79 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

|  | **PACER Service Center** |  |  |
|---|---|---|---|
|  | **Transaction Receipt** |  |  |
|  | 04/03/2025 12:33:11 |  |  |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04269-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |

JA285

<span style="color:green">APPEAL</span>

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04292-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION et al v. MELISSA DATA CORP. et al | Date Filed: 03/27/2024 |
| Assigned to: Judge Harvey Bartle (EDPA), III | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |

ATLAS DATA PRIVACY CORPORATION et al v. MELISSA DATA CORP. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases:  1:24-cv-11023-HB
                 1:24-cv-10600-HB
                 1:24-cv-11443-HB
                 1:25-cv-01535-HB
                 1:25-cv-00237-HB
                 1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01571
                 Superior Court of New Jersey Morris County, MRS-L-224-24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/27/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*AS ASSIGNEE OF INDIVIDUALS WHO ARE COVERED PERSON*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**                              represented by    **RAJIV D. PARIKH**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**
**JUSTYNA MALONEY**                            represented by    **RAJIV D. PARIKH**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**
**PATRICK COLLIGAN**                           represented by    **RAJIV D. PARIKH**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**
**PETER ANDREYEV**                             represented by    **RAJIV D. PARIKH**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

V.

**Defendant**
**MELISSA DATA CORP.**                         represented by    **DAVID M. STEWART**
                                                                 STEVENS & LEE
                                                                 669 RIVER DRIVE
                                                                 SUITE 201
                                                                 ELMWOOD PARK, NJ 07962
                                                                 201-857-6773
                                                                 Email: david.stewart@stevenslee.com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **OMAR MAROUF**
                                                                 Riker Danzig LLP
                                                                 One Speedwell Avenue
                                                                 Morristown, NJ 07962
                                                                 973-451-8465
                                                                 Email: omarouf@riker.com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **SARAH HEBA-ESCOBAR**
                                                                 Riker Danzig LLP
                                                                 One Speedwell Avenue
                                                                 Morristown, NJ 07962
                                                                 973-451-8541
                                                                 Email: sheba@riker.com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **MICHAEL P. O'MULLAN**
                                                                 RIKER, DANZIG, SCHERER, HYLAND

& PERRETTI, LLP
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981
(973) 538-0800
Email: momullan@riker.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown entities*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

| | |
|---|---|
| **ATTORNEY GENERAL OF NEW JERSEY** | represented by **KASHIF TARAQ CHAND**<br>NEW JERSEY DIVISION OF LAW<br>124 HALSEY STREET<br>5TH FLOOR<br>NEWARK, NJ 07101<br>908-705-3958<br>Email: kashif.chand@law.njoag.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2024 | 1 | NOTICE OF REMOVAL by ABC COMPANIES 1-10, FICTITIOUS NAMES OF UNKNOWN ENTITIES, Melissa Data Corp., RICHARD ROES 1-10, FICTITIOUS NAMES OF UNKNOWN INDIVIDUALS from Superior Court of New Jersey, Ocean County, Morris County, Morris County, case number MRS-L-000224-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15221571), filed by ABC COMPANIES 1-10, FICTITIOUS NAMES OF UNKNOWN ENTITIES, Melissa Data Corp., RICHARD ROES 1-10, FICTITIOUS NAMES OF UNKNOWN INDIVIDUALS. (Attachments: # 1 Civil Cover Sheet)(O'MULLAN, MICHAEL) (Entered: 03/27/2024) |
| 03/27/2024 | 2 | Corporate Disclosure Statement by ABC COMPANIES 1-10, FICTITIOUS NAMES OF UNKNOWN ENTITIES, Melissa Data Corp., RICHARD ROES 1-10, FICTITIOUS NAMES OF UNKNOWN INDIVIDUALS. (O'MULLAN, MICHAEL) (Entered: 03/27/2024) |
| 03/28/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Party Information. The Clerk's |

| | | Office has made the appropriate changes. Please refer to the Guide to Searching and Entering Parties located at https://www.njd.uscourts.gov/sites/njd/files/PartyNameGuideforAttorneys.pdf. (jr) (Entered: 03/28/2024) |
|---|---|---|
| 03/29/2024 | | Case assigned to Judge Evelyn Padin and Magistrate Judge Michael A. Hammer. (jr) (Entered: 03/29/2024) |
| 04/01/2024 | | **CLERK'S QUALITY CONTROL MESSAGE** - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (lag, ) (Entered: 04/01/2024) |
| 04/01/2024 | 3 | RECUSAL LETTER ORDER. Magistrate Judge Michael A. Hammer recused. Case reassigned to Magistrate Judge Jessica S. Allen for all further proceedings. Signed by Magistrate Judge Michael A. Hammer on 4/1/2024. (dam) (Entered: 04/01/2024) |
| 04/02/2024 | 4 | Diversity Disclosure Statement by ABC COMPANIES 1-10, MELISSA DATA CORP., RICHARD ROES 1-10. (O'MULLAN, MICHAEL) (Entered: 04/02/2024) |
| 04/02/2024 | 5 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 04/02/24. (aw, ) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Jessica S. Allen and Judge Evelyn Padin no longer assigned to case. (aw, ) (Entered: 04/02/2024) |
| 04/08/2024 | 6 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 7 | TEXT ORDER REALLOCATING CASE. Case Number 2:24-cv-4292 reallocated to Camden as 1:24-cv-4292. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (gxh) (Entered: 04/09/2024) |
| 04/10/2024 | 8 | NOTICE of Appearance by DAVID M. STEWART on behalf of MELISSA DATA CORP. (STEWART, DAVID) (Entered: 04/10/2024) |
| 04/18/2024 | 9 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/22/2024) |
| 04/18/2024 | 12 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24.. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |

| 04/22/2024 | 10 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
|---|---|---|
| 04/22/2024 | 11 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 05/07/2024 | 13 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 14 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 15 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/09/2024 | 16 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 06/03/2024 | 17 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/10/2024 | 18 | Letter from Michael P. O'Mullan to Court re joinder in Defendants' Consolidated Motion to Dismiss Plaintiff's Complaint. (O'MULLAN, MICHAEL) (Entered: 06/10/2024) |
| 06/13/2024 | 19 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital |

| | | |
|---|---|---|
| | | Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 06/14/2024 | 20 | Letter from Michael O'Mullan, Esq., joining in Supplemental Motion to Dismiss Complaint. (O'MULLAN, MICHAEL) (Entered: 06/14/2024) |
| 07/10/2024 | 21 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 22 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 23 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 24 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 22 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 25 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/13/2024 | 26 | Letter from Michael O'Mullan to Court dated 9-13-24 re Joinder to Whitepages Motion to dismiss reply. (O'MULLAN, MICHAEL) (Entered: 09/13/2024) |
| 09/13/2024 | 27 | Letter from Michael P. O'Mullan to Court dated 9-13-24 re Joinder to motion to dismiss reply. (O'MULLAN, MICHAEL) (Entered: 09/13/2024) |
| 09/16/2024 | 28 | Letter from Michael O'Mullan to Court dated 9-16-24. (O'MULLAN, MICHAEL) (Entered: 09/16/2024) |
| 10/01/2024 | 29 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 30 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/03/2024 | 31 | NOTICE of Appearance by SARAH HEBA-ESCOBAR on behalf of MELISSA DATA CORP. (HEBA-ESCOBAR, SARAH) (Entered: 10/03/2024) |
| 10/08/2024 | 32 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted |

| | | |
|---|---|---|
| | | Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
| 10/10/2024 | 33 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 10/11/2024 | 34 | Letter from Michael O'Mullan to Court dated 10-11-24 re Joinder in Supplemental Memo in Support of Motion to Dismiss. (O'MULLAN, MICHAEL) (Entered: 10/11/2024) |
| 11/26/2024 | 35 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 36 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 37 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 38 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 39 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 40 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 41 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 42 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 43 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 44 | ORDER (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 45 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1)** |

| | | |
|---|---|---|
| | | **REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (mag) (Entered: 02/18/2025) |
| 02/25/2025 | 46 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/13/2025 | 47 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 48 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 49 | Letter from Michael P. O'Mullan joining Consolidated Motions to Dismiss Plaintiffs' Complaint. (O'MULLAN, MICHAEL) (Entered: 03/18/2025) |
| 03/18/2025 | 50 | Supplemental MOTION to Dismiss for Lack of Jurisdiction by MELISSA DATA CORP.. (Attachments: # 1 Certification Certification of John Melissa Jr., # 2 Certificate of Service) (O'MULLAN, MICHAEL) (Entered: 03/18/2025) |
| 03/19/2025 | | USCA Filing fee: $605, receipt number CAM143153. (js) (Entered: 03/20/2025) |
| 03/20/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/20/2025) |
| 03/24/2025 | 51 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 52 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 53 | NOTICE OF APPEAL by MELISSA DATA CORP.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 54 | USCA Case Number 25-1571 for 53 Notice of Appeal (USCA), filed by MELISSA DATA CORP. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |
| 03/31/2025 | 55 | NOTICE of Appearance by OMAR MAROUF on behalf of MELISSA DATA CORP. (MAROUF, OMAR) (Entered: 03/31/2025) |

| 04/02/2025 | 56 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 57 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 12:34:46 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04292-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04324-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION v RESTORATION OF AMERICA | Date Filed: 03/28/2024 |
| Assigned to: Judge Harvey Bartle (EDPA), III | Jury Demand: None |
| Related Cases: 1:24-cv-11023-HB | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Diversity |

ATLAS DATA PRIVACY CORPORATION v RESTORATION OF AMERICA
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
1:24-cv-10600-HB
1:24-cv-11443-HB
1:25-cv-01535-HB
1:25-cv-00237-HB
1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01572
                     SUPERIOR COURT OF NEW JERSEY,
                     MONMOUTH COUNTY, MON L 000510 24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/28/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**POLICE OFFICER SCOTT MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**                    represented by  **RAJIV D. PARIKH**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                   represented by  **RAJIV D. PARIKH**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                   represented by  **RAJIV D. PARIKH**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RESTORATION OF AMERICA**             represented by  **JOHN E. MACDONALD**
                                                       CONSTANGY, BROOKS, SMITH &
                                                       PROPHETE, LLP.
                                                       3120 PRINCETON PIKE
                                                       SUITE 301
                                                       LAWRENCEVILLE, NJ 08648
                                                       609-357-1183
                                                       Fax: 609-844-1102
                                                       Email:
                                                       JMACDONALD@CONSTANGY.COM
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**VOTER REFERENCE FOUNDATION**         represented by  **JOHN E. MACDONALD**
**LLC**                                                (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**ROES 1-10,**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW**            represented by  **KASHIF TARAQ CHAND**
**JERSEY**                                             NEW JERSEY DIVISION OF LAW
                                                       124 HALSEY STREET
                                                       5TH FLOOR
                                                       NEWARK, NJ 07101

908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**GENOVA BURNS, LLC**                represented by   **JAMES M. BURNS**
GENOVA BURNS LLC
494 BROAD STREET
NEWARK, NJ 07102
973-535-7101
Email: jburns@genovaburns.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2024 | 1 | NOTICE OF REMOVAL by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC from Superior Court of Monmouth County, case number MON-L-000510-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15225663), filed by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC. (Attachments: # 1 Exhibit A (State Court Complaint), # 2 Declaration of John E. MacDonald, Esq., # 3 Exhibit 1-5 to Declaration of JEM)(MACDONALD, JOHN) (Entered: 03/28/2024) |
| 03/28/2024 | | Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni added. (kht) (Entered: 03/28/2024) |
| 03/28/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (kht) (Entered: 03/28/2024) |
| 03/28/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (kht) (Entered: 03/28/2024) |
| 03/29/2024 | 2 | Diversity Disclosure Statement by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC. (MACDONALD, JOHN) (Entered: 03/29/2024) |
| 04/01/2024 | 3 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendants Restoration of America and Voter Reference Foundation LLC. Attorney JOHN E. MACDONALD for RESTORATION OF AMERICA,JOHN E. MACDONALD for VOTER REFERENCE FOUNDATION LLC added. (MACDONALD, JOHN) (Entered: 04/01/2024) |

JA297

| 04/02/2024 | | Clerk`s Text Order - The document 3 Application for Clerk's Order to Ext Answer/Proposed Order, submitted by VOTER REFERENCE FOUNDATION LLC has been GRANTED. The answer due date has been set for 4/19/2024. (jal, ) (Entered: 04/02/2024) |
| --- | --- | --- |
| 04/02/2024 | 4 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024. (gxh) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Michael A. Shipp no longer assigned to case. (gxh) (Entered: 04/02/2024) |
| 04/08/2024 | 5 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 6 | TEXT ORDER REALLOCATING CASE. Case Number 3:24-cv-4324 reallocated to Camden as 1:24-cv-4324. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (eaj) (Entered: 04/10/2024) |
| 04/18/2024 | 7 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/22/2024) |
| 04/18/2024 | 10 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 04/22/2024 | 8 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/22/2024 | 9 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 05/08/2024 | 13 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/14/2024) |
| 05/09/2024 | 11 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |

| 05/09/2024 | 12 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 06/03/2024 | 14 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/13/2024 | 15 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 06/14/2024 | 16 | MOTION to Dismiss by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC. Responses due by 7/15/2024. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss, # 2 Text of Proposed Order)(MACDONALD, JOHN) (Entered: 06/14/2024) |
| 06/14/2024 | 17 | MOTION Judicial Notice re 16 MOTION to Dismiss by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC. (Attachments: # 1 Memorandum in Support of Motion for Judicial Notice, # 2 Certification of John E. MacDonald, Esq., # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Text of Proposed Order)(MACDONALD, JOHN) (Entered: 06/14/2024) |
| 06/14/2024 | 18 | MOTION for Joinder *to Consolidated Motion to Dismiss* by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC. (MACDONALD, JOHN) (Entered: 06/14/2024) |
| 06/17/2024 | | Set Deadlines as to 16 MOTION to Dismiss , 17 MOTION Judicial Notice re 16 MOTION to Dismiss , 18 MOTION for Joinder *to Consolidated Motion to Dismiss*. Motion set for 7/15/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 06/17/2024) |
| 06/17/2024 | 19 | Supplemental MOTION for Joinder *of Consolidated Motion to Dismiss* by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC. (MACDONALD, JOHN) (Entered: 06/17/2024) |
| 06/20/2024 | | Set Deadlines as to 19 Supplemental MOTION for Joinder *of Consolidated Motion to Dismiss*. Motion set for 7/15/2024 before Judge Harvey Bartle (EDPA) III. Unless |

| | | |
|---|---|---|
| | | otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 06/20/2024) |
| 07/10/2024 | 20 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 21 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 22 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 23 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 21 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 24 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/10/2024 | 25 | MOTION for Leave to Appear Pro Hac Vice *of David Yudelson, Esq.* by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC. (Attachments: # 1 Certification of John MacDonald, Esq. ISO Motion, # 2 Certification of David Yudelson, Esq. ISO Motion, # 3 Text of Proposed Order Granting Motion for Admission PHV) (MACDONALD, JOHN) (Entered: 09/10/2024) |
| 09/10/2024 | | Set Deadlines as to 25 MOTION for Leave to Appear Pro Hac Vice *of David Yudelson, Esq.* Motion set for 10/7/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mag) (Entered: 09/10/2024) |
| 09/10/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The Certification of David Yudelson, Esq. [25-2] submitted by JOHN MACDONALD on 9/10/2024 contains an improper signature. Only Registered Users are permitted to sign electronically filed documents with an s/. PLEASE RESUBMIT THE DOCUMENT ONLY WITH A PROPERLY SCANNED SIGNATURE. DO NOT refile the motion. This submission will remain on the docket unless otherwise ordered by the court. (mag) (Entered: 09/10/2024) |
| 09/11/2024 | 26 | ORDER Granting 25 Motion for Leave to Appear Pro Hac Vice as to David A. Yudelson, Esq. Signed by Judge Harvey Bartle (EDPA), III on 9/11/2024. (dmr) (Entered: 09/11/2024) |
| 09/12/2024 | 27 | AMENDED DOCUMENT by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC. Amendment to QC - Document contains an Electronic Signature of a Non-Attorney, *scanned signature of the Certification of David A. Yudelson in Support of Request for Admission to Practice Pro Hac Vice.* (MACDONALD, JOHN) (Entered: 09/12/2024) |

| 09/13/2024 | [28](#) | RESPONSE in Support filed by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC re [16](#) MOTION to Dismiss , [18](#) MOTION for Joinder *to Consolidated Motion to Dismiss*, [17](#) MOTION Judicial Notice re [16](#) MOTION to Dismiss (MACDONALD, JOHN) (Entered: 09/13/2024) |
|---|---|---|
| 09/17/2024 | | Pro Hac Vice fee received as to DAVID A. YUDELSON $ 250, receipt number TRE140428 (jal, ) (Entered: 09/17/2024) |
| 09/23/2024 | [29](#) | Amended MOTION to Amend/Correct [16](#) MOTION to Dismiss *(corrected)* by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC. (MACDONALD, JOHN) (Entered: 09/23/2024) |
| 09/23/2024 | | Set Deadlines as to [29](#) Amended MOTION to Amend/Correct [16](#) MOTION to Dismiss *(corrected)*. Motion set for 10/21/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (js) (Entered: 09/24/2024) |
| 10/01/2024 | [30](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | [31](#) | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | [32](#) | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
| 10/10/2024 | [33](#) | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | [34](#) | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | [35](#) | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | [36](#) | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |

| | | |
|---|---|---|
| 12/02/2024 | 37 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 38 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 39 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 40 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 41 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 42 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 43 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 44 | Transcript of Status Conference held on 1/14/2025, before Judge Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (js) (Entered: 02/18/2025) |
| 02/25/2025 | 45 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |

| 03/13/2025 | 46 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
|---|---|---|
| 03/18/2025 | 47 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/19/2025 | 48 | Letter from John E. MacDonald, Esq.. (MACDONALD, JOHN) (Entered: 03/19/2025) |
| 03/21/2025 |  | USCA Filing fee: $ 605, receipt number NEW51701. (js) (Entered: 03/21/2025) |
| 03/21/2025 |  | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/21/2025) |
| 03/24/2025 | 49 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 50 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 51 | NOTICE OF APPEAL by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bf, ) (Entered: 03/28/2025) |
| 03/31/2025 | 52 | USCA Case Number 25-1572 for 51 Notice of Appeal (USCA), filed by RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |
| 04/02/2025 | 53 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 54 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2025 12:35:58 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04324-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04345-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION et al v. i360, LLC et al | Date Filed: 03/28/2024 |
| Assigned to: Judge Harvey Bartle (EDPA), III | Jury Demand: None |
| Related Cases: 1:24-cv-11023-HB | Nature of Suit: 440 Civil Rights: Other |
|         1:24-cv-10600-HB | Jurisdiction: Diversity |
|         1:24-cv-11443-HB | |
|         1:25-cv-01535-HB | |
|         1:25-cv-00237-HB | |
|         1:25-cv-01517-HB | |

Case in other court:  Third Circuit, 25-01573
SUPERIOR COURT OF NEW JERSEY,
MERCER COUNTY, MER L 000297 24
Cause: 28:1332 Diversity-(Citizenship)

| | | |
|---|---|---|
| **Plaintiff** | | |
| **ATLAS DATA PRIVACY CORPORATION** *as assignee of individuals who are Coverd Persons* | represented by | **RAJIV D. PARIKH** PEM LAW LLP 1 BOLAND DRIVE SUITE 101 WEST ORANGE, NJ 07052 973-585-5330 Email: rparikh@pemlawfirm.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **JANE DOE-1** *a law enforcement officer* | represented by | **RAJIV D. PARIKH** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **JANE DOE-2** *a law enforcement officer* | represented by | **RAJIV D. PARIKH** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **EDWIN MALDONADO** | represented by | **RAJIV D. PARIKH** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

JA304

**SCOTT MALONEY**                        represented by **RAJIV D. PARIKH**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**JUSTYNA MALONEY**                      represented by **RAJIV D. PARIKH**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**PATRICK COLLIGAN**                     represented by **RAJIV D. PARIKH**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**PETER ANDREYEV**                       represented by **RAJIV D. PARIKH**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*


**Plaintiff**

**WILLIAM SULLIVAN**                     represented by **RAJIV D. PARIKH**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**i360, LLC**                            represented by **RICHARD JOSEPH LAMAR**
                                         **LOMUSCIO**
                                         STINSON LLP
                                         100 WALL STREET
                                         SUITE 201
                                         NEW YORK, NY 10005
                                         646-883-7475
                                         Fax: 646-883-7472
                                         Email: richard.lomuscio@stinson.com
                                         *ATTORNEY TO BE NOTICED*


**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictictious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**

represented by **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2024 | 1 | NOTICE OF REMOVAL by i360, LLC from Superior Court of New Jersey, Mercer County, case number MER L 000297 24. ( Filing and Admin fee $ 405 receipt number ANJDC-15227445), filed by i360, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(LOMUSCIO, RICHARD) (Entered: 03/28/2024) |
| 03/28/2024 | 2 | Corporate Disclosure Statement by i360, LLC identifying Koch Industries as Corporate Parent.. (LOMUSCIO, RICHARD) (Entered: 03/28/2024) |
| 03/28/2024 | 3 | Diversity Disclosure Statement by i360, LLC. (LOMUSCIO, RICHARD) (Entered: 03/28/2024) |
| 03/28/2024 | 4 | CERTIFICATE OF SERVICE by i360, LLC (LOMUSCIO, RICHARD) (Entered: 03/28/2024) |
| 03/28/2024 |  | CLERK'S QUALITY CONTROL MESSAGE - The State Court Complaint appears to have address information for Rajiv D. Parikh that does not match the court's records for this case. Please refer to the court's website at www.njd.uscourts.gov for information and instructions on maintaining your account. (jjc, ) (Entered: 03/28/2024) |
| 03/28/2024 |  | Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni added. (jjc, ) (Entered: 03/28/2024) |
| 04/01/2024 | 5 | Application and Proposed Order for Clerk's Order to extend time to answer as to Complaint. Attorney RICHARD LOMUSCIO for i360, LLC added. (LOMUSCIO, RICHARD) (Entered: 04/01/2024) |
| 04/02/2024 |  | Clerk`s Text Order - The document 5 Application for Clerk's Order to Ext Answer/Proposed Order submitted by i360, LLC has been GRANTED. The answer due date has been set for 4/18/2024. (jal, ) (Entered: 04/02/2024) |
| 04/02/2024 | 6 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024.(gxh) (Entered: 04/02/2024) |

| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Michael A. Shipp no longer assigned to case. (gxh) (Entered: 04/02/2024) |
|---|---|---|
| 04/08/2024 | 7 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 8 | TEXT ORDER REALLOCATING CASE. Case Number 3:24-cv-4345 reallocated to Camden as 1:24-cv-4345. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (eaj) (Entered: 04/09/2024) |
| 04/11/2024 | 9 | MOTION for Extension of Time to File Answer re 1 Notice of Removal, *re Plaintiffs' Complaint* by i360, LLC. (Attachments: # 1 Text of Proposed Order)(LOMUSCIO, RICHARD) (Entered: 04/11/2024) |
| 04/11/2024 | | Set Deadlines as to 9 MOTION for Extension of Time to File Answer re 1 Notice of Removal, *re Plaintiffs' Complaint*. Motion set for 5/6/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 04/11/2024) |
| 04/15/2024 | 10 | MOTION for Leave to Appear Pro Hac Vice by i360, LLC. (Attachments: # 1 Certification of Richard Lomuscio, # 2 Certification of Matthew Moderson, # 3 Text of Proposed Order) (LOMUSCIO, RICHARD) (Entered: 04/15/2024) |
| 04/16/2024 | | Set Deadlines as to 10 MOTION for Leave to Appear Pro Hac Vice . Motion set for 5/20/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jab) (Entered: 04/16/2024) |
| 04/17/2024 | 11 | ORDER granting 10 Motion for Leave to Appear Pro Hac Vice as to Matthew D. Moderson. Signed by Judge Harvey Bartle (EDPA), III on 4/17/2024. (lm) (Entered: 04/18/2024) |
| 04/18/2024 | 13 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) . (Entered: 04/22/2024) |
| 04/18/2024 | 16 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24.Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 04/18/2024 | 17 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 04/19/2024 | 12 | Notice of Request by Pro Hac Vice Matthew D. Moderson to receive Notices of Electronic Filings. (LOMUSCIO, RICHARD) (Entered: 04/19/2024) |
| 04/19/2024 | | Pro Hac Vice fee received as to Matthew D. Moderson: $ 250, receipt number 138159. (jdg) (Entered: 04/19/2024) |

| | | |
|---|---|---|
| 04/19/2024 | | Pro Hac Vice counsel, MATTHEW D. MODERSON, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (dmr) (Entered: 04/19/2024) |
| 04/22/2024 | 14 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/22/2024 | 15 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 05/07/2024 | 18 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/09/2024) |
| 05/08/2024 | 19 | ORDER setting deadlines for the filing of certain motions and briefs, and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/24. (ar1, ) (Entered: 05/10/2024) |
| 05/09/2024 | 20 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/10/2024) |
| 05/09/2024 | 21 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 06/03/2024 | 22 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/10/2024 | 23 | Letter from Richard Lomuscio re Joinder in Defendants' Consolidated Motion to Dismiss. (LOMUSCIO, RICHARD) (Entered: 06/10/2024) |
| 06/13/2024 | 24 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN** |

| | | |
|---|---|---|
| | | **TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 25 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 26 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 27 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 28 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 26 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 29 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/13/2024 | 30 | Letter from Richard Lomuscio re Joinder in Defendants' Consolidated Reply in Support of Motion to Dismiss. (LOMUSCIO, RICHARD) (Entered: 09/13/2024) |
| 10/01/2024 | 31 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 32 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 33 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
| 10/08/2024 | 34 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2)** |

| | | |
|---|---|---|
| | | **MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
| 10/09/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please note the Transcript attached to docket entry 34 filed by the Clerk's office on 10/8/2024 was docketed in error as duplicative. Please disregard. (tf, ) (Entered: 10/09/2024) |
| 10/10/2024 | 35 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 10/11/2024 | 36 | Letter from Richard Lomuscio re Joinder re Supplemental Brief in Support of Defendants' Motion to Dismiss. (LOMUSCIO, RICHARD) (Entered: 10/11/2024) |
| 11/26/2024 | 37 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 38 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 39 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 40 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 41 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 42 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 43 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 44 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 45 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |

| | | |
|---|---|---|
| 01/15/2025 | 46 | Corporate Disclosure Statement by i360, LLC identifying Koch, Inc. as Corporate Parent.. (LOMUSCIO, RICHARD) (Entered: 01/15/2025) |
| 01/22/2025 | 47 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 48 | Transcript of Status Conference held on 1/14/2025, before Judge Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (js) (Entered: 02/18/2025) |
| 02/25/2025 | 49 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/13/2025 | 50 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 51 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 52 | Letter from Richard Lomuscio re Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). (LOMUSCIO, RICHARD) (Entered: 03/18/2025) |
| 03/20/2025 | | USCA Filing fee: $ 605, receipt number TRE143172. (mag) (Entered: 03/20/2025) |
| 03/20/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (mag) (Entered: 03/20/2025) |
| 03/24/2025 | 53 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |

| 03/27/2025 | 54 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| --- | --- | --- |
| 03/27/2025 | 55 | MOTION for Leave to Appear Pro Hac Vice by i360, LLC. (Attachments: # 1 Certification of Richard J.L. Lomuscio in Support of Pro Hac Vice Admission, # 2 Certification of Nicole Khalouian in Support of Pro Hac Vice Admission, # 3 Text of Proposed Order Admitting Nicole Khalouian Pro Hac Vice)(LOMUSCIO, RICHARD) (Entered: 03/27/2025) |
| 03/28/2025 | | Set Deadlines as to 55 MOTION for Leave to Appear Pro Hac Vice. Motion set for 4/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 03/28/2025) |
| 03/28/2025 | 56 | NOTICE OF APPEAL by i360, LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 57 | USCA Case Number 25-1573 for 56 Notice of Appeal (USCA), filed by i360, LLC. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |
| 04/02/2025 | 58 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 59 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 04/03/2025 12:39:11 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04345-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

APPEAL

# U.S. District Court
# District of New Jersey [LIVE] (Camden)
# CIVIL DOCKET FOR CASE #: 1:24-cv-04380-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION et al v. GOHUNT, LLC et al | Date Filed: 03/29/2024 |
| Assigned to: Judge Harvey Bartle (EDPA), III | Jury Demand: None |
| Related Cases: 1:24-cv-11023-HB | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Diversity |

ATLAS DATA PRIVACY CORPORATION et al v. GOHUNT,
LLC et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
       1:24-cv-10600-HB
       1:24-cv-11443-HB
       1:25-cv-01535-HB
       1:25-cv-00237-HB
       1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01574
       Superior Court of New Jersey; Law Division,
       BER-L-870-24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/29/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY
CORPORATION**
*an assignee of individuals who are Covered
Persons*

**Plaintiff**

**PETER ANDREYEV**                    represented by **RAJIV D. PARIKH**
                                       PEM LAW LLP
                                       1 BOLAND DRIVE
                                       SUITE 101
                                       WEST ORANGE, NJ 07052
                                       973-585-5330
                                       Email: rparikh@pemlawfirm.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**                    represented by **RAJIV D. PARIKH**
*a law enforcement officer*          (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GOHUNT, LLC**                    represented by **AARON VAN NOSTRAND**
                                         GREENBERG TRAURIG LLP
                                         500 CAMPUS DRIVE
                                       SUITE 400

JA313

P.O. BOX 677
FLORHAM PARK, NJ 07932-0677
973.443.3557
Fax: 973.295.1321
Email: aaron.vannostrand@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DAVID E. SELLINGER**
GREENBERG TRAURIG LLP
500 Campus Drive
Suite 400
P.O. BOX 677
FLORHAM PARK, NJ 07932-0677
973 360-7900
Email: sellingerd@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**GOHUNT MANAGEMENT
HOLDINGS, LLC**

represented by **AARON VAN NOSTRAND**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DAVID E. SELLINGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GOHUNT MANAGEMENT HOLDINGS
II, LLC,**

represented by **AARON VAN NOSTRAND**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DAVID E. SELLINGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW
JERSEY**

represented by **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958

CM/ECF LIVE - U.S. District Court for the District of New Jersey

Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2024 | 1 | NOTICE OF REMOVAL by GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT, LLC, GOHUNT MANAGEMENT HOLDINGS II, LLC, from Superior Court of New Jersey; Law Division, case number BER-L-870-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15230601), filed by GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT, LLC, GOHUNT MANAGEMENT HOLDINGS II, LLC,. (Attachments: # 1 Civil Cover Sheet)(SELLINGER, DAVID) (Entered: 03/29/2024) |
| 03/29/2024 | 2 | Corporate Disclosure Statement by GOHUNT MANAGEMENT HOLDINGS II, LLC,, GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT, LLC. (SELLINGER, DAVID) (Entered: 03/29/2024) |
| 03/29/2024 | 3 | NOTICE of Appearance by AARON VAN NOSTRAND on behalf of All Defendants (VAN NOSTRAND, AARON) (Entered: 03/29/2024) |
| 03/29/2024 | | Case assigned to Judge Evelyn Padin and Magistrate Judge Michael A. Hammer. (jr) (Entered: 03/29/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Michael A. Hammer and Judge Evelyn Padin no longer assigned to case. (aw, ) (Entered: 04/02/2024) |
| 04/03/2024 | 4 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024.(aw, ) (Entered: 04/03/2024) |
| 04/04/2024 | 5 | Application and Proposed Order for Clerk's Order to extend time to answer as to all Defendants.. (VAN NOSTRAND, AARON) (Entered: 04/04/2024) |
| 04/08/2024 | | Clerk`s Text Order - The 5 Application for Clerk's Order to Ext Answer/Proposed Order submitted by GOHUNT, LLC, GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT MANAGEMENT HOLDINGS II, LLC, has been GRANTED. The answer due date has been set for 4/24/2024. (mxw, ) (Entered: 04/08/2024) |
| 04/08/2024 | 6 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 7 | TEXT ORDER REALLOCATING CASE. Case Number 2:24-cv-4380 reallocated to Camden as 1:24-cv-4380. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024.(jjc, ) (Entered: 04/10/2024) |

| | | |
|---|---|---|
| 04/18/2024 | 8 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/22/2024) |
| 04/18/2024 | 11 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 04/22/2024 | 9 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/22/2024 | 10 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 05/07/2024 | 12 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/10/2024) |
| 05/08/2024 | 13 | ORDER setting deadlines for filing certain motions & briefs and staying action until further order of the Court. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 14 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/09/2024 | 15 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 06/03/2024 | 16 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |

| 06/10/2024 | 17 | STATEMENT *of Joinder in Consolidated Motion to Dismiss* by GOHUNT MANAGEMENT HOLDINGS II, LLC,, GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT, LLC. (VAN NOSTRAND, AARON) (Entered: 06/10/2024) |
|---|---|---|
| 06/13/2024 | 18 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 19 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 20 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 21 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 22 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 20 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 23 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 10/01/2024 | 24 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 25 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 26 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted |

| | | Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
|---|---|---|
| 10/10/2024 | 27 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 28 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 29 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 30 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 31 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 32 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 33 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 34 | Corporate Disclosure Statement by JANE DOE-1, ATLAS DATA PRIVACY CORPORATION, PETER ANDREYEV identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 35 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 36 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 37 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 38 | Transcript of Status Conference held on 1/14/2025, before Judge Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, |

| | | or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (js) (Entered: 02/18/2025) |
|---|---|---|
| 02/25/2025 | [39](#) | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/13/2025 | [40](#) | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | [41](#) | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | [42](#) | Joint MOTION to Dismiss for Lack of Jurisdiction by GOHUNT MANAGEMENT HOLDINGS II, LLC,, GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT, LLC. (Attachments: # [1](#) Memorandum, # [2](#) Certification, # [3](#) Text of Proposed Order) (SELLINGER, DAVID) (Entered: 03/18/2025) |
| 03/18/2025 | [43](#) | Supplemental MOTION to Dismiss for Lack of Jurisdiction by GOHUNT MANAGEMENT HOLDINGS II, LLC,, GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT, LLC. (Attachments: # [1](#) Certification)(SELLINGER, DAVID) (Entered: 03/18/2025) |
| 03/18/2025 | [44](#) | Letter from Defendants re Joinder in Consolidated Motion to Dismiss. (VAN NOSTRAND, AARON) (Entered: 03/18/2025) |
| 03/19/2025 | | Set Deadlines as to [42](#) Joint MOTION to Dismiss for Lack of Jurisdiction . Motion set for 4/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 03/19/2025) |
| 03/20/2025 | [45](#) | NOTICE OF INTERLOCUTORY APPEAL as to [37](#) Order,, by GOHUNT MANAGEMENT HOLDINGS II, LLC,, GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT, LLC. Filing fee $ 605, receipt number ANJDC-16105698. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (SELLINGER, DAVID) (Entered: 03/20/2025) |
| 03/24/2025 | [46](#) | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | [47](#) | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |

| 03/31/2025 | [48](#) | USCA Case Number 25-1574 for [45](#) Notice of Interlocutory Appeal, filed by GOHUNT MANAGEMENT HOLDINGS II, LLC, GOHUNT MANAGEMENT HOLDINGS, LLC, GOHUNT, LLC. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |
| 04/02/2025 | [49](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | [50](#) | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 13:57:56 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04380-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04383-HB

ATLAS DATA PRIVACY CORPORATION et al v. ACCUZIP, INC. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
               1:24-cv-10600-HB
               1:24-cv-11443-HB
               1:25-cv-01535-HB
               1:25-cv-00237-HB
               1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01575
               SUPERIOR COURT OF NEW JERSEY,
               MONMOUTH COUNTY, MON L 554 24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/29/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

JA321

**Defendant**

**ACCUZIP, INC.**             represented by   **KELLY MAGNUS PURCARO**
GREENSPOON MARDER
1037 RAYMOND BLVD
SUITE 900
NEWARK, NJ 07102
732-456-8734
Fax: 212-524-5050
Email: Kelly.Purcaro@gmlaw.com
*ATTORNEY TO BE NOTICED*

**KORY ANN FERRO**
GREENSPOON MARDER, LLP
1037 RAYMOND BLVD.
SUITE 900
NEWARK, NJ 07102
732-494-4800
Email: KoryAnn.Ferro@gmlaw.com
*ATTORNEY TO BE NOTICED*

**MARKIANA JULCEUS**
LOWENSTEIN SANDLER LLP
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068
973-597-2500
Email: mjulceus@lowenstein.com
*ATTORNEY TO BE NOTICED*

**JENNIFER FIORICA DELGADO**
LOWENSTEIN SANDLER LLP
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068
973-597-6312
Email: jdelgado@lowenstein.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**      represented by   **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2024 | 1 | NOTICE OF REMOVAL by ACCUZIP, INC. from SUPERIOR COURT OF NEW JERSEY, MONMOUTH COUNTY, case number MON L 554 24. ( Filing and Admin fee $ 405 receipt number ANJDC-15230725), filed by ACCUZIP, INC.. (Attachments: # 1 Exhibit A - Superior Court Commencement Documents, # 2 Exhibit B - Superior Court Track Assignment Notice, # 3 Civil Cover Sheet)(DELGADO, JENNIFER) (Entered: 03/29/2024) |
| 03/29/2024 | 2 | Corporate Disclosure Statement by ACCUZIP, INC.. (DELGADO, JENNIFER) (Entered: 03/29/2024) |
| 03/29/2024 | 3 | CERTIFICATE OF SERVICE by ACCUZIP, INC. re 2 Corporate Disclosure Statement (aty), 1 Notice of Removal, (DELGADO, JENNIFER) (Entered: 03/29/2024) |
| 03/29/2024 | 4 | NOTICE of Appearance by MARKIANA JULCEUS on behalf of ACCUZIP, INC. (JULCEUS, MARKIANA) (Entered: 03/29/2024) |
| 03/30/2024 | | Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni added. (jjc, ) (Entered: 03/30/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (jdg, ) (Entered: 04/01/2024) |
| 04/01/2024 | 5 | Diversity Disclosure Statement by ACCUZIP, INC.. (DELGADO, JENNIFER) (Entered: 04/01/2024) |
| 04/02/2024 | 6 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024.(gxh) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Michael A. Shipp no longer assigned to case. (gxh) (Entered: 04/02/2024) |
| 04/08/2024 | 7 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey |

JA323

| | | |
|---|---|---|
| | | Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 8 | TEXT ORDER REALLOCATING CASE. Case Number 3:24-cv-4383 reallocated to Camden as 1:24-cv-4383. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (eaj) (Entered: 04/09/2024) |
| 04/18/2024 | 9 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (db, ) (Entered: 04/22/2024) |
| 04/18/2024 | 12 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 04/22/2024 | 10 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/22/2024 | 11 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 05/07/2024 | 13 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 14 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 15 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/09/2024 | 16 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |

| 06/03/2024 | 17 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
|---|---|---|
| 06/10/2024 | 18 | Letter from Markiana J. Julceus re Defendants' Consolidated Motion to Dismiss. (JULCEUS, MARKIANA) (Entered: 06/10/2024) |
| 06/13/2024 | 19 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 20 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 21 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 22 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 23 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 21 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 24 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 10/01/2024 | 25 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 26 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 27 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal |

| | | |
|---|---|---|
| | | utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
| 10/10/2024 | 28 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 29 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 30 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 31 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 32 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 33 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 34 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 35 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, EDWIN MALDONADO, PATRICK COLLIGAN, PETER ANDREYEV identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 36 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 37 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 38 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 39 | Transcript of Status Conference held on 1/14/2025, before Judge Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file |

| | | |
|---|---|---|
| | | with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (js) (Entered: 02/18/2025) |
| 02/25/2025 | 40 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/06/2025 | 41 | NOTICE of Appearance by KORY ANN FERRO on behalf of ACCUZIP, INC. (FERRO, KORY ANN) (Entered: 03/06/2025) |
| 03/06/2025 | 42 | NOTICE of Appearance by KELLY MAGNUS PURCARO on behalf of ACCUZIP, INC. (PURCARO, KELLY) (Entered: 03/06/2025) |
| 03/13/2025 | 43 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 44 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 45 | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 03/18/2025) |
| 03/21/2025 | | USCA Filing Fee: $ 605, receipt number NEW51688. (mag) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (mag) (Entered: 03/21/2025) |
| 03/24/2025 | 46 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 47 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 48 | NOTICE OF APPEAL by ACCUZIP, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 49 | USCA Case Number 25-1575 for 48 Notice of Appeal (USCA), filed by ACCUZIP, INC. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |
| 04/02/2025 | 50 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |

| 04/02/2025 | 51 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |
|---|---|---|

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 14:00:19 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04383-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

JA328

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04385-HB

ATLAS DATA PRIVACY CORPORATION et al v. SYNAPTIX TECHNOLOGY, LLC et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases:  1:24-cv-11023-HB
               1:24-cv-10600-HB
               1:24-cv-11443-HB
               1:25-cv-01535-HB
               1:25-cv-00237-HB
               1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01576
               SUPERIOR COURT OF NEW JERSEY,
               MERCER COUNTY, MER L 000288 24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/29/2024
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                              represented by  **RAJIV D. PARIKH**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                            represented by  **RAJIV D. PARIKH**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**                                  represented by  **RAJIV D. PARIKH**
*a law enforcement officer*                                     (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**                                  represented by  **RAJIV D. PARIKH**
*a law enforcement officer*                                     (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SYNAPTIX TECHNOLOGY, LLC**                    represented by  **BRIAN DEENEY**
                                                                Lewis Brisbois Bisgaard & Smith
                                                                One Riverfront Plaza
                                                                Ste 800
                                                                Newark, NJ 07102
                                                                973-792-8726
                                                                Email: brian.deeney@lewisbrisbois.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **THOMAS C. REGAN**
                                                                LECLAIRRYAN
                                                                ONE RIVERFRONT PLAZA
                                                                1037 RAYMOND BOULEVARD
                                                                16TH FLOOR
                                                                NEWARK, NJ 07102
                                                                973-491-3360
                                                                Fax: 973-491-3564
                                                                Email: Thomas.Regan@lewisbrisbois.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **MATTHEW STEPHEN AHKAO**
                                                                LEWIS BRISBOIS BISGAARD 7 SMITH
                                                                LLP
                                                                ONE RIVERFRONT PLAZA
                                                                SUITE 800

CM/ECF LIVE - U.S. District Court for the District of New Jersey

NEWARK, NJ 07102
973-792-8724
Email: matthew.ahkao@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**VOTERRECORDS.COM**

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**          represented by   **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2024 | 1 | NOTICE by SYNAPTIX TECHNOLOGY, LLC *Notice of Removal* (REGAN, THOMAS) (Entered: 03/29/2024) |
| 03/30/2024 | | Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni added. (jjc, ) (Entered: 03/30/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 1 "NOTICE OF REMOVAL" filed on 3/29/2024 appears to have address information as to Plaintiff's Counsel that does not match the court's records for this case. Please refer to the court's website at www.njd.uscourts.gov for information and instructions on maintaining your account. (mlh) (Entered: 04/01/2024) |
| 04/01/2024 | 2 | Clerk's Letter: Complaint not accompanied by the filing fee or application to proceed in forma pauperis. (jjc, ) (Entered: 04/01/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 1 "NOTICE OF REMOVAL" filed by THOMAS C. REGAN on 3/29/2024 was submitted incorrectly as a "NOTICE". PLEASE RESUBMIT THE 1 "NOTICE OF REMOVAL" USING THE EVENT: Civil Events -> Initial Pleadings and Service -> Complaints and Other Initiating Documents -> Notice of Removal. This submission will remain on the docket unless otherwise ordered by the court. (mlh) (Entered: 04/01/2024) |
| 04/02/2024 | 3 | NOTICE OF REMOVAL by SYNAPTIX TECHNOLOGY, LLC *Defendant* ( Filing and Admin fee $ 405 receipt number ANJDC-15239316), filed by SYNAPTIX TECHNOLOGY, LLC.(REGAN, THOMAS) (Entered: 04/02/2024) |

| 04/02/2024 | 4 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024. (gxh) (Entered: 04/02/2024) |
|---|---|---|
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Michael A. Shipp no longer assigned to case. (gxh) (Entered: 04/02/2024) |
| 04/08/2024 | 5 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 6 | TEXT ORDER REALLOCATING CASE. Case Number 3:24-cv-4385 reallocated to Camden as 1:24-cv-4385. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (eaj) (Entered: 04/09/2024) |
| 04/16/2024 | 7 | MOTION for Leave to Appear Pro Hac Vice by All Plaintiffs. (Attachments: # 1 Certification In support of PHV Motion, # 2 Text of Proposed Order)(PARIKH, RAJIV) (Entered: 04/16/2024) |
| 04/16/2024 | 8 | MOTION for Leave to Appear Pro Hac Vice by All Plaintiffs. (Attachments: # 1 Certification In support of PHV Motion, # 2 Text of Proposed Order)(PARIKH, RAJIV) (Entered: 04/16/2024) |
| 04/16/2024 | 9 | MOTION for Leave to Appear Pro Hac Vice by All Plaintiffs. (Attachments: # 1 Certification In support of PHV Motion, # 2 Text of Proposed Order)(PARIKH, RAJIV) (Entered: 04/16/2024) |
| 04/17/2024 | | Set Deadlines as to 9 MOTION for Leave to Appear Pro Hac Vice , 8 MOTION for Leave to Appear Pro Hac Vice , 7 MOTION for Leave to Appear Pro Hac Vice . Motion set for 5/20/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jab) (Entered: 04/17/2024) |
| 04/17/2024 | 10 | ORDER granting 7 Motion for Leave to Appear Pro Hac Vice as to James Shaw. Signed by Judge Harvey Bartle (EDPA), III on 4/17/2024. (lm) (Entered: 04/18/2024) |
| 04/17/2024 | 11 | ORDER granting 8 Motion for Leave to Appear Pro Hac Vice as to Hsaio (Mark) C. Mao. Signed by Judge Harvey Bartle (EDPA), III on 4/17/2024. (lm) (Entered: 04/18/2024) |
| 04/17/2024 | 12 | ORDER granting 9 Motion for Leave to Appear Pro Hac Vice as to Adam Shaw. Signed by Judge Harvey Bartle (EDPA), III on 4/17/2024. (lm) (Entered: 04/18/2024) |
| 04/18/2024 | 13 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/22/2024) |
| 04/18/2024 | 16 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |

| 04/22/2024 | 14 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
|---|---|---|
| 04/22/2024 | 15 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/25/2024 | | Pro Hac Vice fee: ADAM SHAW, JAMES LEE, and HSIAO (MARK) MAO $ 750, receipt number TRE138235. (mlh) (Entered: 04/25/2024) |
| 05/01/2024 | 17 | Notice of Request by Pro Hac Vice Adam R. Shaw, Esq. to receive Notices of Electronic Filings. (PARIKH, RAJIV) (Entered: 05/01/2024) |
| 05/01/2024 | | Pro Hac Vice counsel, ADAM R. SHAW, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (sms2) (Entered: 05/01/2024) |
| 05/07/2024 | 18 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 19 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court etc. Signed by Judge Harvey Bartle (EDPA), III. (db, ) (Entered: 05/13/2024) |
| 05/09/2024 | 22 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/09/2024 | 23 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/14/2024 | 20 | NOTICE of Appearance by MATTHEW STEPHEN AHKAO on behalf of SYNAPTIX TECHNOLOGY, LLC (AHKAO, MATTHEW) (Entered: 05/14/2024) |
| 05/14/2024 | 21 | NOTICE of Appearance by BRIAN DEENEY on behalf of SYNAPTIX TECHNOLOGY, LLC (DEENEY, BRIAN) (Entered: 05/14/2024) |

| | | |
|---|---|---|
| 06/03/2024 | [24](#) | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/10/2024 | [25](#) | Letter from Matthew S. AhKao, Esq.. (AHKAO, MATTHEW) (Entered: 06/10/2024) |
| 06/13/2024 | [26](#) | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | [27](#) | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | [28](#) | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # [1](#) Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | [29](#) | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | [30](#) | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re [28](#) Brief. (Attachments: # [1](#) Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | [31](#) | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 10/01/2024 | [32](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | [33](#) | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | [34](#) | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to |

| | | |
|---|---|---|
| | | Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
| 10/10/2024 | 35 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 36 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 37 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 38 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 39 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 44 | ORDER granting Pro Hac Vice as to JULIA BRONT. Motion for Pro Hac Vice not filed by Counsel in this case. Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (aji, ) (Entered: 12/13/2024) |
| 12/06/2024 | 40 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 41 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 42 | Corporate Disclosure Statement by JANE DOE-1, JANE DOE-2, ATLAS DATA PRIVACY CORPORATION, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 43 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 45 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 46 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |

| 02/18/2025 | 47 | Transcript of Status Conference held on 1/14/2025, before Judge Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (js) (Entered: 02/18/2025) |
| --- | --- | --- |
| 02/25/2025 | 48 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/18/2025 | 49 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 50 | Letter from Matthew S. AhKao, Esq.. (AHKAO, MATTHEW) (Entered: 03/18/2025) |
| 03/24/2025 | 51 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/26/2025 | | USCA Appeal Filing fee: $ 605.00, receipt number NEW51725 (dmw) (Entered: 03/26/2025) |
| 03/26/2025 | 52 | NOTICE OF APPEAL by SYNAPTIX TECHNOLOGY, LLC. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (dmw) (Entered: 03/26/2025) |
| 03/27/2025 | 53 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 54 | NOTICE OF APPEAL by SYNAPTIX TECHNOLOGY, LLC, VOTERRECORDS.COM. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 55 | USCA Case Number 25-1576 for 52 Notice of Appeal (USCA) filed by SYNAPTIX TECHNOLOGY, LLC. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |

| 04/02/2025 | 56 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 57 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 14:19:39 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04385-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04389-HB

ATLAS DATA PRIVACY CORPORATION et al v. JOY
ROCKWELL ENTERPRISES, INC. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases:  1:24-cv-11023-HB
                1:24-cv-10600-HB
                1:24-cv-11443-HB
                1:25-cv-01535-HB
                1:25-cv-00237-HB
                1:25-cv-01517-HB
Case in other court:  Third Circuit, 25-01577
                         Monmouth County Superior Court, MON-L-
                         000486-24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/29/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY**
**CORPORATION**

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**                                    represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**                                    represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                                    represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                                    represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                                    represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOY ROCKWELL ENTERPRISES,**
**INC.**                                    represented by    **KORY ANN FERRO**
*doing business as*                                    GREENSPOON MARDER, LLP
POSTCARDMANIA PCM LLC                                    1037 RAYMOND BLVD.
SUITE 900
NEWARK, NJ 07102
732-494-4800
Email: KoryAnn.Ferro@gmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KELLY MAGNUS PURCARO**
GREENSPOON MARDER
1037 RAYMOND BLVD
SUITE 900
NEWARK, NJ 07102
732-456-8734
Fax: 212-524-5050
Email: Kelly.Purcaro@gmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

JA339

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

<u>Defendant</u>

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

<u>Intervenor</u>

| | | |
|---|---|---|
| **ATTORNEY GENERAL OF NEW JERSEY** | represented by | **KASHIF TARAQ CHAND** |
| | | NEW JERSEY DIVISION OF LAW |
| | | 124 HALSEY STREET |
| | | 5TH FLOOR |
| | | NEWARK, NJ 07101 |
| | | 908-705-3958 |
| | | Email: kashif.chand@law.njoag.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2024 | 1 | NOTICE OF REMOVAL by JOY ROCKWELL ENTERPRISES, INC. d/b/a POSTCARDMANIA PCM, LLC from Superior Court New Jersey, Monmouth County, case number MON-L-000486-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15230909), filed by JOY ROCKWELL ENTERPRISES, INC. d/b/a POSTCARDMANIA PCM, LLC. (Attachments: # 1 Exhibit A - State Court File, # 2 Civil Cover Sheet) (PURCARO, KELLY) (Entered: 03/29/2024) |
| 03/30/2024 | | Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni added. (jjc, ) (Entered: 03/30/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Plaintiff Attorney Information, Party Information: Make sure to add ALL PLAINTIFFS AND DEFENDANTS as found on the state court complaint. . The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (amv) (Entered: 04/01/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (amv) (Entered: 04/01/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (amv) (Entered: 04/01/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - RAJIV D. PARIKH appears to have address information that does not match the court's records for this case. Please refer to the |

| | | |
|---|---|---|
| | | court's website at www.njd.uscourts.gov for information and instructions on maintaining your account. (amv) (Entered: 04/01/2024) |
| 04/01/2024 | 2 | Diversity Disclosure Statement by JOY ROCKWELL ENTERPRISES, INC.. (FERRO, KORY ANN) (Entered: 04/01/2024) |
| 04/01/2024 | 3 | NOTICE of Appearance by KORY ANN FERRO on behalf of JOY ROCKWELL ENTERPRISES, INC. (FERRO, KORY ANN) (Entered: 04/01/2024) |
| 04/01/2024 | 4 | Corporate Disclosure Statement by JOY ROCKWELL ENTERPRISES, INC.. (FERRO, KORY ANN) (Entered: 04/01/2024) |
| 04/02/2024 | 5 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024.(gxh) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Michael A. Shipp no longer assigned to case. (gxh) (Entered: 04/02/2024) |
| 04/04/2024 | 6 | Application and Proposed Order for Clerk's Order to extend time to answer as to EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS COMPLAINT PURSUANT TO L. CIV. R. 6.1(b).. (FERRO, KORY ANN) (Entered: 04/04/2024) |
| 04/05/2024 | | Clerk`s Text Order - The 6 Application for Clerk's Order Extending Time to Answer submitted by JOY ROCKWELL ENTERPRISES, INC. has been GRANTED. The answer due date has been set for 4/19/2024. (jdg) (Entered: 04/05/2024) |
| 04/08/2024 | 7 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 8 | TEXT ORDER REALLOCATING CASE. Case Number 3:24-cv-4389 reallocated to Camden as 1:24-cv-4389. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (eaj) (Entered: 04/09/2024) |
| 04/12/2024 | 9 | Letter re Update Answer Due Deadline, 7 Order,, Set Hearings,. (FERRO, KORY ANN) (Entered: 04/12/2024) |
| 04/18/2024 | 11 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/24. (db, ) (Entered: 04/23/2024) |
| 04/18/2024 | 12 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/24/2024) |
| 04/22/2024 | 10 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/22/2024 | 13 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2)** |

| | | |
|---|---|---|
| | | **MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/24/2024) |
| 05/07/2024 | 14 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 15 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 16 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/09/2024 | 17 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 06/03/2024 | 18 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/11/2024 | 19 | Letter. (PURCARO, KELLY) (Entered: 06/11/2024) |
| 06/13/2024 | 20 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 21 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 22 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) |

| | | (Entered: 08/06/2024) |
|---|---|---|
| 08/15/2024 | 23 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 24 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 22 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 25 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/16/2024 | 26 | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 09/16/2024) |
| 10/01/2024 | 27 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 28 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 29 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
| 10/10/2024 | 30 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 31 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 32 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 33 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |

| | | |
|---|---|---|
| 12/02/2024 | [34](#) | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | [35](#) | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | [36](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | [37](#) | Corporate Disclosure Statement by JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, ATLAS DATA PRIVACY CORPORATION, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | [38](#) | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | [39](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | [40](#) | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | [41](#) | Transcript of Status Conference held on 1/14/2025, before Judge Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (js) (Entered: 02/18/2025) |
| 02/25/2025 | [42](#) | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript |

| | | Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
|---|---|---|
| 03/18/2025 | 43 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 44 | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 03/18/2025) |
| 03/21/2025 | | USCA Filing Fee: $ 605, receipt number NEW51687. (mag) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (mag) (Entered: 03/21/2025) |
| 03/24/2025 | 45 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 46 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 47 | NOTICE OF APPEAL by JOY ROCKWELL ENTERPRISES, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 48 | USCA Case Number 25-1577 for 47 Notice of Appeal (USCA), filed by JOY ROCKWELL ENTERPRISES, INC. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |
| 04/02/2025 | 49 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 50 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2025 14:21:29 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04389-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

APPEAL,STAYED

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04390-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION et al v. FORTNOFF FINANCIAL, LLC et al | Date Filed: 03/29/2024 |
| Assigned to: Judge Harvey Bartle (EDPA), III | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |

Related Cases: 1:24-cv-11023-HB
                1:24-cv-10600-HB
                1:24-cv-11443-HB
                1:25-cv-01535-HB
                1:25-cv-00237-HB
                1:25-cv-01517-HB

Jurisdiction: Diversity

Case in other court:  Third Circuit, 25-01578
                        SUPERIOR COURT OF NEW JERSEY,
                        MERCER COUNTY, MER L 000284 24

Cause: 28:1332 Diversity-(Citizenship)

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**                          represented by  **RAJIV D. PARIKH**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**                        represented by  **RAJIV D. PARIKH**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COOLIGAN**                       represented by  **RAJIV D. PARIKH**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                       represented by  **RAJIV D. PARIKH**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FORTNOFF FINANCIAL, LLC**                represented by  **JOHN TIMOTHY MCDONALD**
                                                          THOMPSON HINE LLP
                                                          TWO ALLIANCE CENTER
                                                          3560 LENOX ROAD
                                                          SUITE 1600
                                                          ATLANTA, GA 30326
                                                          404-541-2900
                                                          Email: tim.mcdonald@thompsonhine.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**

**Defendant**

**ABC COMPANIES 1-10**
*FICTITIOUS NAMES OF UNKNOWN*
*ENTITIES*

**Intervenor**

**ATTORNEY GENERAL OF NEW**                represented by  **KASHIF TARAQ CHAND**
**JERSEY**                                                NEW JERSEY DIVISION OF LAW
                                                          124 HALSEY STREET
                                                          5TH FLOOR
                                                          NEWARK, NJ 07101
                                                          908-705-3958
                                                          Email: kashif.chand@law.njoag.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2024 | 1 | NOTICE OF REMOVAL by FORTNOFF FINANCIAL, LLC from Superior Court of New Jersey, Law Division Mercer County, case number MER-L-000284-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15230917), filed by FORTNOFF FINANCIAL, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Civil Cover Sheet)(MCDONALD, JOHN) (Entered: 03/29/2024) |
| 03/30/2024 | | Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni added. (jjc, ) (Entered: 03/30/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (jdg, ) (Entered: 04/01/2024) |
| 04/01/2024 | 2 | Diversity Disclosure Statement by FORTNOFF FINANCIAL, LLC. (MCDONALD, JOHN) (Entered: 04/01/2024) |
| 04/02/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 2 Diversity Disclosure Statement submitted by John McDonald on 4/1/2024 did not contain a proper electronic signature (s/). PLEASE RESUBMIT THE DOCUMENT WITH THE PROPER ELECTRONIC SIGNATURE (s/ Attorney's Name.) This submission will remain on the docket unless otherwise ordered by the court. (kht) (Entered: 04/02/2024) |
| 04/02/2024 | 3 | Diversity Disclosure Statement by FORTNOFF FINANCIAL, LLC. (MCDONALD, JOHN) (Entered: 04/02/2024) |
| 04/02/2024 | 4 | Corporate Disclosure Statement by FORTNOFF FINANCIAL, LLC. (MCDONALD, JOHN) (Entered: 04/02/2024) |
| 04/02/2024 | 5 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024.(gxh) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Michael A. Shipp no longer assigned to case. (gxh) (Entered: 04/02/2024) |

| 04/03/2024 | 6 | MOTION for Extension of Time to File Answer *Move, or Otherwise Reply Pursuant to Local Rule 6.1(b)* by FORTNOFF FINANCIAL, LLC. (MCDONALD, JOHN) (Entered: 04/03/2024) |
|---|---|---|
| 04/04/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The Application 6 filed by JOHN MCDONALD on 4/3/24 was submitted incorrectly as a Motion. The Clerk's Office has terminated the Motion. PLEASE RESUBMIT THE APPLICATION USING *APPLICATION FOR CLERK ORDER TO EXT ANSWER/PROPOSED ORDER*. This submission will remain on the docket unless otherwise ordered by the court. (amv) (Entered: 04/04/2024) |
| 04/04/2024 | 7 | Application and Proposed Order for Clerk's Order to extend time to answer as to Extension of Time to Answer, move or Otherwise Reply Pursuant to Local Rule 5.1(b).. (MCDONALD, JOHN) (Entered: 04/04/2024) |
| 04/05/2024 | | Clerk`s Text Order - The 7 Application for Clerk's Order Extending Time to Answer submitted by FORTNOFF FINANCIAL, LLC has been GRANTED. The answer due date has been set for 4/19/2024. (jdg) (Entered: 04/05/2024) |
| 04/08/2024 | 8 | MOTION for Leave to Appear Pro Hac Vice *for Jennifer A. Adler* by FORTNOFF FINANCIAL, LLC. (Attachments: # 1 Certification J. Timothy McDonald, # 2 Certification Jennifer A. Adler, # 3 Text of Proposed Order)(MCDONALD, JOHN) (Entered: 04/08/2024) |
| 04/08/2024 | 9 | MOTION for Leave to Appear Pro Hac Vice *for Steven G. Stransky* by FORTNOFF FINANCIAL, LLC. (Attachments: # 1 Certification J. Timothy McDonald, # 2 Certification Steven G. Stransky, # 3 Text of Proposed Order)(MCDONALD, JOHN) (Entered: 04/08/2024) |
| 04/08/2024 | 10 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | | Set Deadlines as to 9 MOTION for Leave to Appear Pro Hac Vice *for Steven G. Stransky*, 8 MOTION for Leave to Appear Pro Hac Vice *for Jennifer A. Adler*. Motion set for 5/6/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 04/09/2024) |
| 04/09/2024 | 11 | TEXT ORDER REALLOCATING CASE. Case Number 3:24-cv-4390 reallocated to Camden as 1:24-cv-4390. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (eaj). (Entered: 04/09/2024) |
| 04/10/2024 | 12 | ORDER granting 8 Motion for Leave to Appear Pro Hac Vice as to JENNIFER A. ADLER. Signed by Judge Harvey Bartle (EDPA), III on 4/10/2024. (sms2) (Entered: 04/16/2024) |
| 04/10/2024 | 13 | ORDER granting 9 Motion for Leave to Appear Pro Hac Vice as to STEVEN G. STRANSKY. Signed by Judge Harvey Bartle (EDPA), III on 4/10/2024. (sms2) (Entered: 04/16/2024) |
| 04/18/2024 | | Pro Hac Vice fee received as to JENNIFER A. ADLER: $ 250, receipt number CAM14985 (sms2) (Entered: 04/19/2024) |
| 04/18/2024 | | Pro Hac Vice fee received as to STEVEN G. STRANSKY: $ 250, receipt number CAM14986 (sms2) (Entered: 04/19/2024) |

| 04/18/2024 | [14](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # [1](#) Attorney List) (db, ) . (Entered: 04/22/2024) |
| --- | --- | --- |
| 04/18/2024 | [19](#) | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 04/22/2024 | [15](#) | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/22/2024 | [16](#) | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 04/23/2024 | [17](#) | Notice of Request by Pro Hac Vice Jennifer A. Adler to receive Notices of Electronic Filings. (MCDONALD, JOHN) (Entered: 04/23/2024) |
| 04/23/2024 | [18](#) | Notice of Request by Pro Hac Vice Steven G. Stransky to receive Notices of Electronic Filings. (MCDONALD, JOHN) (Entered: 04/23/2024) |
| 05/06/2024 |  | Pro Hac Vice counsel, STEVEN G. STRANSKY and JENNIFER A. ADLER, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (tf, ) (Entered: 05/06/2024) |
| 05/07/2024 | [20](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # [1](#) Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | [21](#) | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court etc. Signed by Judge Harvey Bartle (EDPA), III (db, ) (Entered: 05/13/2024) |
| 05/09/2024 | [22](#) | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/09/2024 | [23](#) | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to |

| | | |
|---|---|---|
| | | Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 06/03/2024 | 24 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/10/2024 | 25 | Letter from Tim McDonald. (MCDONALD, JOHN) (Entered: 06/10/2024) |
| 06/13/2024 | 26 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 27 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 28 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 29 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 30 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 28 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 31 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/30/2024 | 32 | MOTION to Withdraw as Attorney *Jennifer A. Adler* by FORTNOFF FINANCIAL, LLC. (MCDONALD, JOHN) (Entered: 09/30/2024) |
| 09/30/2024 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE - The MOTION to Withdraw as Attorney 32 filed by JOHN TIMOTHY MCDONALD. ESQ. on 9/30/2024 was submitted incorrectly as a "Motion". PLEASE RESUBMIT THE Notice to Withdraw USING Notice to Withdraw from NEF as to Case, found under "Notices". This submission will remain on the docket unless otherwise ordered by the court. (js) (Entered: 10/01/2024) |
| 10/01/2024 | 33 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |

| 10/02/2024 | 34 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
|---|---|---|
| 10/02/2024 | 35 | NOTICE by FORTNOFF FINANCIAL, LLC *of Withdrawal of Appearance of Jennifer A. Adler, admitted PHV* (MCDONALD, JOHN) (Entered: 10/02/2024) |
| 10/08/2024 | 36 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
| 10/10/2024 | 37 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 10/15/2024 | 38 | MOTION for Joinder *to the Supplemental Memorandum of Law in Further Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* by FORTNOFF FINANCIAL, LLC. (MCDONALD, JOHN) (Entered: 10/15/2024) |
| 10/15/2024 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE - The Letter 38 filed by JOHN TIMOTHY MCDONALD, ESQ. on 10/15/2024 was submitted incorrectly as a Motion. The Motion has been Terminated. This submission will remain on the docket unless otherwise ordered by the court. This message is for informational purposes only. (js) (Entered: 10/15/2024) |
| 10/15/2024 | 39 | Letter from J. Timothy McDonald Joining the Supplemental Memorandum of Law in Further Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint. (MCDONALD, JOHN) (Entered: 10/15/2024) |
| 11/26/2024 | 40 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 41 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 42 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 43 | ORDER: Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/06/2024 | 44 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |

| 12/10/2024 | 45 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
|---|---|---|
| 12/10/2024 | 46 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COOLIGAN, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 47 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 48 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 49 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss what steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 50 | Transcript of Status Conference held on 1/14/2025, before Judge Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (js) (Entered: 02/18/2025) |
| 02/25/2025 | 51 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/12/2025 | 52 | Joint MOTION to Stay *All Deadlines* by FORTNOFF FINANCIAL, LLC. (Attachments: # 1 Text of Proposed Order)(MCDONALD, JOHN) (Entered: 03/12/2025) |
| 03/12/2025 | | Set Deadlines as to 52 Joint MOTION to Stay *All Deadlines*. Motion set for 4/7/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an |

| | | automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 03/12/2025) |
|---|---|---|
| 03/13/2025 | 53 | ORDER granting 52 Joint Motion to Stay. Signed by Judge Harvey Bartle (EDPA), III on 3/13/2025. (lm) (Entered: 03/13/2025) |
| 03/13/2025 | 54 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 55 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/24/2025 | | USCA Filing fee: $ 605, receipt number TRE143193. (js) (Entered: 03/24/2025) |
| 03/24/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/24/2025) |
| 03/28/2025 | 56 | NOTICE OF APPEAL by FORTNOFF FINANCIAL, LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 57 | USCA Case Number 25-1578 for 56 Notice of Appeal (USCA), filed by FORTNOFF FINANCIAL, LLC. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 14:23:25 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04390-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

APPEAL,STAYED

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04392-HB

ATLAS DATA PRIVACY CORPORATION et al v.
MYHERITAGE, LTD. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
              1:24-cv-10600-HB
              1:24-cv-11443-HB
              1:25-cv-01535-HB
              1:25-cv-00237-HB
              1:25-cv-01517-HB
Case in other court:  Third Circuit, 25-01579
              SUPERIOR COURT OF NEW JERSEY,
              MERCER COUNTY, MER L 000282 24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 03/29/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JA355

**JUSTYNA MALONEY**                    represented by  **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                    represented by  **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                    represented by  **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MYHERITAGE LTD.**                    represented by  **NICHOLAS KORD LAGEMANN**
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 MT. KEMBLE AVE
PO BOX 2075
MORRISTOWN, NJ 07962
973-425-8210
Email: nlagemann@mdmc-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MYHERITAGE (USA), INC.**                    represented by  **NICHOLAS KORD LAGEMANN**
*TERMINATED: 11/21/2024*                    (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW**                    represented by  **KASHIF TARAQ CHAND**
**JERSEY**                    NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2024 | 1 | NOTICE OF REMOVAL by MYHERITAGE (USA), INC. from NJ Superior Court, Mercer County, case number MER-L-000282-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15230936), filed by MYHERITAGE (USA), INC.. (Attachments: # 1 Exhibit NJ State Court Complaint, # 2 Exhibit Process Served, # 3 Exhibit Notice of Motion to Consolidate, # 4 Exhibit Adjournment Letter Request, # 5 Exhibit Civil Cover Sheet)(LAGEMANN, NICHOLAS) (Entered: 03/29/2024) |
| 03/29/2024 | 2 | MOTION for Extension of Time to File Answer by MYHERITAGE (USA), INC.. (LAGEMANN, NICHOLAS) (Entered: 03/29/2024) |
| 03/29/2024 | 3 | Diversity Disclosure Statement by MYHERITAGE (USA), INC.. (LAGEMANN, NICHOLAS) (Entered: 03/29/2024) |
| 03/29/2024 | 4 | Corporate Disclosure Statement by MYHERITAGE (USA), INC., MYHERITAGE, LTD. identifying MYHERITAGE LTD. as Corporate Parent.. (LAGEMANN, NICHOLAS) (Entered: 03/29/2024) |
| 03/30/2024 | | Judge Michael A. Shipp and Magistrate Judge Tonianne J. Bongiovanni added. (jjc, ) (Entered: 03/30/2024) |
| 03/30/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 2 Application for Clerk Order to Ext Answer/Proposed Order filed by NICHOLAS KORD LAGEMANN on 3/29/2024 was submitted incorrectly as a Motion. The Motion has been terminated. PLEASE RESUBMIT THE Application for Clerk Order to Ext Answer/Proposed Order USING the event Application for Clerk Order to Ext Answer/Proposed Order. This submission will remain on the docket unless otherwise ordered by the court. (jjc, ) (Entered: 03/30/2024) |
| 04/01/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 1 "NOTICE OF REMOVAL" filed on 3/29/2024 appears to have address information as to Plaintiff's Counsel that does not match the court's records for this case. Please refer to the court's website at www.njd.uscourts.gov for information and instructions on maintaining your account. (mlh) (Entered: 04/01/2024) |
| 04/01/2024 | 5 | Application and Proposed Order for Clerk's Order to extend time to answer as to MYHERITAGE, LTD and MYHERITAGE (USA) INC.. Attorney NICHOLAS KORD LAGEMANN for MYHERITAGE LTD. added. (LAGEMANN, NICHOLAS) (Entered: 04/01/2024) |
| 04/01/2024 | 6 | MOTION for Leave to Appear Pro Hac Vice *by MYHERITAGE LTD. and* by MYHERITAGE (USA), INC.. (Attachments: # 1 Exhibit Nicholas K. Lagemann Declaration, # 2 Exhibit Alan C. Raul Declaration, # 3 Exhibit Proposed Order) (LAGEMANN, NICHOLAS) (Entered: 04/01/2024) |
| 04/01/2024 | 7 | MOTION for Leave to Appear Pro Hac Vice by MYHERITAGE (USA), INC., MYHERITAGE LTD.. (Attachments: # 1 Exhibit Nicholas K. Lagemann Declaration, # 2 Exhibit Jacquelyn E. Fradette Declaration, # 3 Exhibit Proposed Order)(LAGEMANN, NICHOLAS) (Entered: 04/01/2024) |
| 04/02/2024 | | Clerk`s Text Order - The document 5 Application for Clerk's Order to Ext Answer/Proposed Order submitted by MYHERITAGE (USA), INC., MYHERITAGE LTD. has been GRANTED. The answer due date has been set for 4/19/2024. (jal, ) (Entered: 04/02/2024) |

| | | |
|---|---|---|
| 04/02/2024 | | Set Deadlines as to 7 MOTION for Leave to Appear Pro Hac Vice , 6 MOTION for Leave to Appear Pro Hac Vice *by MYHERITAGE LTD. and*. Motion set for 5/6/2024 before Magistrate Judge Tonianne J. Bongiovanni. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances be required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 04/02/2024) |
| 04/02/2024 | 8 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024.(gxh) (Entered: 04/02/2024) |
| 04/02/2024 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Michael A. Shipp no longer assigned to case. (gxh) (Entered: 04/02/2024) |
| 04/08/2024 | 10 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 9 | MOTION for Leave to Appear Pro Hac Vice *of Tyler J. Domino, Esq.* by MYHERITAGE (USA), INC., MYHERITAGE LTD.. (Attachments: # 1 Exhibit Declaration of Nicholas K. Lagemann, # 2 Exhibit Declaration of Tyler J. Domino, # 3 Text of Proposed Order) (LAGEMANN, NICHOLAS) (Entered: 04/09/2024) |
| 04/09/2024 | 11 | TEXT ORDER REALLOCATING CASE. Case Number 3:24-cv-4392 reallocated to Camden as 1:24-cv-4392.. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024. (eaj, ) (Entered: 04/09/2024) |
| 04/10/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 9 Motion for Leave to Appear Pro Hac Vice submitted by NICHOLAS KORD LAGEMANN on 4/9/2024 contains an improper signature. Only the filing user is permitted to sign electronically filed documents with an s/. PLEASE RESUBMIT THE Declaration of Tyler J. Domino ONLY WITH A SCANNED SIGNATURE. This submission will remain on the docket unless otherwise ordered by the court. (sms2) (Entered: 04/10/2024) |
| 04/10/2024 | | Set Deadlines as to 9 MOTION for Leave to Appear Pro Hac Vice *of Tyler J. Domino, Esq.*. Motion set for 5/6/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 04/10/2024) |
| 04/11/2024 | 12 | Exhibit to QC - Electronic signature does not match e-filer, *Scanned signature of Declaration of Tyler J. Domino* by MYHERITAGE (USA), INC., MYHERITAGE LTD.. (LAGEMANN, NICHOLAS) (Entered: 04/11/2024) |
| 04/12/2024 | 13 | ORDER granting 6 Motion for Leave to Appear Pro Hac Vice as to Alan C. Raul. Signed by Judge Harvey Bartle (EDPA), III on 4/10/2024. (lm) Modified on 4/16/2024 (lm). (Entered: 04/12/2024) |
| 04/12/2024 | 14 | ORDER granting 7 Motion for Leave to Appear Pro Hac Vice as to Jacquelyn E. Fradette. Signed by Judge Harvey Bartle (EDPA), III on 4/10/2024. (lm) Modified on 4/16/2024 (lm). (Entered: 04/12/2024) |
| 04/12/2024 | 15 | ORDER granting 9 Motion for Leave to Appear Pro Hac Vice as to Tyler J. Domino. Signed by Judge Harvey Bartle (EDPA), III on 4/10/2024. (lm) Modified on 4/16/2024 (lm). (Entered: 04/12/2024) |

| 04/18/2024 | 16 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/22/2024) |
|---|---|---|
| 04/18/2024 | 19 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 04/19/2024 | | Pro Hac Vice fee as to ALAN C. RAUL: $ 250, receipt number TRE138152. (amv) (Entered: 04/19/2024) |
| 04/19/2024 | | Pro Hac Vice fee as to JACQUELYN E. FRADETTE: $ 250, receipt number TRE138154. (amv) (Entered: 04/19/2024) |
| 04/19/2024 | | Pro Hac Vice fee as to TYLER J. DOMINO: $ 250, receipt number TRE138158. (amv) (Entered: 04/19/2024) |
| 04/22/2024 | 17 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/22/2024 | 18 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/22/2024) |
| 05/03/2024 | 20 | MOTION to Remand *(consolidated)* by All Plaintiffs. (Attachments: # 1 Brief, # 2 Certification of Rajiv D. Parikh, # 3 Exhibit A - F to certification, # 4 Certification pursuant to L. Civ. R. 11.2, # 5 Text of Proposed Order)(PARIKH, RAJIV) (Entered: 05/03/2024) |
| 05/07/2024 | | Set Deadlines as to 20 MOTION to Remand *(consolidated)*. Motion set for 6/3/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jab) (Entered: 05/07/2024) |
| 05/07/2024 | 21 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 22 | ORDER setting deadlines for filing certain motions & briefs and staying action until further order of the Court. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 24 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2)** |

| | | **MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
|---|---|---|
| 05/14/2024 | 23 | ORDER: The Court will conduct a Status Conference on 6/3/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 5/13/2024. (eh, ) (Entered: 05/14/2024) |
| 06/03/2024 | 25 | Letter from Rajiv D. Parikh, Esq. regarding Subject Matter Jurisdiction Discovery Disputes. (Attachments: # 1 Text of Proposed Order regarding Jurisdiction Discovery) (PARIKH, RAJIV) (Entered: 06/03/2024) |
| 06/03/2024 | 26 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 6/3/2024. Order to be entered. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 06/03/2024) |
| 06/03/2024 | 27 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/03/2024 | 28 | ORDER setting deadlines for production of certain documents, parties to meet and briefs to be filed. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/05/2024) |
| 06/11/2024 | 29 | Letter from Nicholas K. Lagemann. (LAGEMANN, NICHOLAS`) (Entered: 06/11/2024) |
| 06/13/2024 | 30 | ORDER directing parties to report status of discussions regarding pltfs.' production of a privilege log on or before 6/20/24. Signed by Judge Harvey Bartle (EDPA), III on 6/13/2024. (bf, ) (Entered: 06/13/2024) |
| 06/13/2024 | 31 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 06/20/2024 | 32 | ORDER directing pltfs. to produce a privilege log to defts. on or before 7/31/2024 purs. to terms set forth in letter dated 6/19/24. Signed by Judge Harvey Bartle (EDPA), III on 6/20/2024. (db, ) (Entered: 06/20/2024) |
| 07/10/2024 | 33 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 07/24/2024 | 34 | ORDER vacating 6/3/2024 Order re: discovery & subject matter jurisdiction briefing; setting briefing schedule for opposition to motion for remand, etc. Signed by Judge Harvey |

| | | |
|---|---|---|
| | | Bartle (EDPA), III on 7/24/2024. (lm, ) (Entered: 07/24/2024) |
| 08/06/2024 | 35 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 36 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 37 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 35 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 38 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/10/2024 | 39 | Letter. (LAGEMANN, NICHOLAS) (Entered: 09/10/2024) |
| 09/16/2024 | 40 | Letter from Nicholas K. Lagemann. (LAGEMANN, NICHOLAS) (Entered: 09/16/2024) |
| 09/16/2024 | 41 | BRIEF in Opposition filed by MYHERITAGE (USA), INC., MYHERITAGE LTD. re 20 MOTION to Remand *(consolidated)* (Attachments: # 1 Declaration Declaration of Michael Stangel)(LAGEMANN, NICHOLAS) (Entered: 09/16/2024) |
| 09/17/2024 | 42 | Letter from Nicholas K. Lagemann. (LAGEMANN, NICHOLAS) (Entered: 09/17/2024) |
| 09/26/2024 | 43 | ORDER, The Court will hold Oral Argument on Tuesday, October 22, 2024 at 10:00 a.m. in Courtroom No. 1 in the United States Courthouse in Camden, New Jersey regarding the motions of Plaintiffs to remand the above actions to the Superior Court of New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 09/26/24. (db, ) (Entered: 09/26/2024) |
| 10/01/2024 | 44 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 45 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 46 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
| 10/10/2024 | 47 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |

| 10/10/2024 | 48 | RESPONSE in Support filed by All Plaintiffs re 20 MOTION to Remand *(consolidated)* (Attachments: # 1 Certification of Rajiv Parikh, # 2 Exhibit A, # 3 Certificate of Service) (PARIKH, RAJIV) (Entered: 10/10/2024) |
|---|---|---|
| 10/14/2024 | 49 | Letter from Nicholas K. Lagemann to the Honorable Harvey Bartle III. (LAGEMANN, NICHOLAS) (Entered: 10/14/2024) |
| 10/22/2024 | 50 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Motion Hearing held on 10/22/2024 re 20 MOTION to Remand *(consolidated)* filed by JANE DOE-1, ATLAS DATA PRIVACY CORPORATION, PATRICK COLLIGAN, EDWIN MALDONADO, WILLIAM SULLIVAN, JANE DOE-2, JUSTYNA MALONEY. Motion taken under advisement. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 Attorney List) (db, ) (Entered: 10/22/2024) |
| 10/28/2024 | 51 | Transcript of Motion Hearing held on 10/22/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 11/18/2024. Redacted Transcript Deadline set for 12/2/2024. Release of Transcript Restriction set for 1/27/2025. (lm) (Entered: 10/29/2024) |
| 11/20/2024 | 52 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/20/2024. (tf, ) (Entered: 11/21/2024) |
| 11/20/2024 | 53 | ORDER denying 20 Motion to Remand; MyHeritage (USA), Inc. is DISMISSED as a defendant. Signed by Judge Harvey Bartle (EDPA), III on 11/20/2024. (tf, ) (Entered: 11/21/2024) |
| 11/26/2024 | 54 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 55 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm) (Entered: 11/27/2024) |
| 12/02/2024 | 56 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 57 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/06/2024 | 58 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 59 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |

| 12/10/2024 | 60 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, JUSTYNA MALONEY, PATRICK COLLIGAN, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
|---|---|---|
| 12/12/2024 | 61 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 62 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 63 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 64 | Transcript of Status Conference held on 1/14/2025, before Judge Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (js) (Entered: 02/18/2025) |
| 02/25/2025 | 65 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/17/2025 | 66 | Joint MOTION to Stay *All Deadlines* by MYHERITAGE LTD.. (Attachments: # 1 Text of Proposed Order Proposed Order Staying All Deadlines)(LAGEMANN, NICHOLAS) (Entered: 03/17/2025) |
| 03/18/2025 | | Set Deadlines as to 66 Joint MOTION to Stay *All Deadlines*. Motion set for 4/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 03/18/2025) |

| 03/18/2025 | 67 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
|---|---|---|
| 03/20/2025 | 68 | ORDER granting 66 Joint Motion to Stay All Deadlines: Defendant MyHeritage Ltd.'s deadline to respond to the Complaint is stayed until May 17, 2025; and should settlement not be achieved by May 17, 2025, Defendant MyHeritage Ltd. shall answer or otherwise respond to the Complaint on or before June 6, 2025. Signed by Judge Harvey Bartle, III on 3/20/2025. (lm, ) (Entered: 03/20/2025) |
| 03/24/2025 | | Filing fee: $605, receipt number NEW51704. (sms2) (Entered: 03/24/2025) |
| 03/24/2025 | | Notice to Court of Appeals re Filing Fee Received. (sms2) (Entered: 03/24/2025) |
| 03/28/2025 | 69 | NOTICE OF APPEAL by MYHERITAGE LTD.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 70 | USCA Case Number 25-1579 for 69 Notice of Appeal (USCA), filed by MYHERITAGE LTD. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 14:25:09 | | |
| **PACER Login:** chuderem | **Client Code:** 544877.010130 | |
| **Description:** Docket Report | **Search Criteria:** 1:24-cv-04392-HB Start date: 1/1/1980 End date: 4/3/2025 | |
| **Billable Pages:** 9 | **Cost:** 0.90 | |

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04434-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION v. E-MERGES.COM INC. | Date Filed: 04/01/2024 |
| Assigned to: Judge Harvey Bartle (EDPA), III | Jury Demand: None |
| Related Cases: 1:24-cv-11023-HB | Nature of Suit: 440 Civil Rights: Other |
| 1:24-cv-10600-HB | Jurisdiction: Diversity |
| 1:24-cv-11443-HB | |
| 1:25-cv-01535-HB | |
| 1:25-cv-00237-HB | |
| 1:25-cv-01517-HB | |

Case in other court: Third Circuit, 25-01580
Superior Court of New Jersey, Bergen County, BER-L-000854-24

Cause: 28:1332 Diversity-(Citizenship)

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**             represented by   **KATHLEEN BARNETT EINHORN**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
908-413-3074
Email: keinhorn@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**E-MERGES.COM INC.**                           represented by   **STACEY TORRES**
RKW Law Group
10075 Red Run Blvd.
Suite 401
Owings Mills, MD 21117
443-379-8941
Fax: 443-379-4023
Email: storres@rkwlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**              represented by   **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR

CM/ECF LIVE - U.S. District Court for the District of New Jersey

NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2024 | 1 | NOTICE OF REMOVAL by E-MERGES.COM INC. from Bergen County Superior Court, case number BER-L-000854-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15237011), filed by E-MERGES.COM INC.. (Attachments: # 1 Supplement 1, # 2 Supplement 2, # 3 Supplement 3, # 4 Civil Cover Sheet)(TORRES, STACEY) (Entered: 04/01/2024) |
| 04/01/2024 | 2 | Corporate Disclosure Statement by E-MERGES.COM INC. identifying E-MERGES.COM, INC. as Corporate Parent.. (TORRES, STACEY) (Entered: 04/01/2024) |
| 04/02/2024 | 3 | MOTION for Extension of Time to File Answer by E-MERGES.COM INC.. (Attachments: # 1 Text of Proposed Order)(TORRES, STACEY) (Entered: 04/02/2024) |
| 04/03/2024 | | Judge Harvey Bartle (EDPA), III added. (ps) (Entered: 04/03/2024) |
| 04/03/2024 | 4 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024. (aw, ) (Entered: 04/03/2024) |
| 04/04/2024 | | Clerk`s Text Order - The document 3 Application for Extension of Time to File Answer submitted by E-MERGES.COM INC. has been GRANTED. The answer due date has been set for 4/22/2024. (ld, ) (Entered: 04/04/2024) |
| 04/08/2024 | 5 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 6 | TEXT ORDER REALLOCATING CASE. Case Number 2:24-cv-4434 reallocated to Camden as 1:24-cv-4434. So Ordered by Chief Judge Renee Marie Bumb on 4/9/2024.(jjc, ) (Entered: 04/10/2024) |
| 04/15/2024 | 7 | MOTION for Leave to Appear Pro Hac Vice *of H. Mark Stichel* by E-MERGES.COM INC.. (Attachments: # 1 Certification of H. Mark Stichel, # 2 Certification of Stacey Torres, # 3 Text of Proposed Order)(TORRES, STACEY) (Entered: 04/15/2024) |
| 04/16/2024 | | Set Deadlines as to 7 MOTION for Leave to Appear Pro Hac Vice *of H. Mark Stichel*. Motion set for 5/20/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and |

| | | |
|---|---|---|
| | | does not supersede any previous or subsequent orders from the Court. (jab) (Entered: 04/16/2024) |
| 04/18/2024 | 10 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/23/2024) |
| 04/18/2024 | 12 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/24. (db, ) (Entered: 04/23/2024) |
| 04/19/2024 | 8 | Amended MOTION for Leave to Appear Pro Hac Vice by E-MERGES.COM INC.. (Attachments: # 1 Certification by H. Mark Stichel, # 2 Certification by Stacey Torres, # 3 Text of Proposed Order)(TORRES, STACEY) (Entered: 04/19/2024) |
| 04/19/2024 | | Set Deadlines as to 8 Amended MOTION for Leave to Appear Pro Hac Vice . Motion set for 5/20/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 04/19/2024) |
| 04/22/2024 | 9 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/22/2024 | 13 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/24/2024) |
| 04/23/2024 | 11 | ORDER granting 8 Motion for Leave to Appear Pro Hac Vice as to H. MARK STITCHEL. Signed by Judge Harvey Bartle (EDPA), III on 4/23/2024. (sms2) (Entered: 04/23/2024) |
| 05/02/2024 | 14 | Notice of Request by Pro Hac Vice H. Mark Stichel to receive Notices of Electronic Filings. (TORRES, STACEY) (Entered: 05/02/2024) |
| 05/03/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised that the Request for Electronic Notification of Pro Hac Vice Counsel submitted by Stacey Torres on behalf of H. Mark Stichel on 5/2/2024 cannot be processed until pro hac counsel has been admitted and the application fee paid. Please review the Electronic Notification for Pro Hac Vice instructions on our website. Counsel is advised to resubmit the Request for Electronic Notification of Pro Hac Vice Counsel once payment has been recorded. This message is for informational purposes only. (dmr) (Entered: 05/03/2024) |
| 05/06/2024 | 15 | Notice of Request by Pro Hac Vice H. Mark Stichel to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15342550.) (Attachments: # 1 Order admitting Pro Hac Vice)(TORRES, STACEY) (Entered: 05/06/2024) |

| 05/06/2024 | | Pro Hac Vice counsel, H. MARK STICHEL, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (dmr) (Entered: 05/06/2024) |
|---|---|---|
| 05/07/2024 | 16 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 17 | ORDER setting deadlines for filing certain motions & briefs and staying action until further order of the Court. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 18 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/09/2024 | 19 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 06/03/2024 | 20 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on or before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/10/2024 | 21 | MOTION to Dismiss by E-MERGES.COM INC.. Responses due by 7/15/2024. (TORRES, STACEY) (Entered: 06/10/2024) |
| 06/12/2024 | | Set Deadlines as to 21 MOTION to Dismiss. Motion set for 7/15/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 06/12/2024) |
| 06/13/2024 | 22 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 06/17/2024 | 23 | Supplemental MOTION to Dismiss *filed 06.14.2024 incorporated herein* by E-MERGES.COM INC.. (TORRES, STACEY) (Entered: 06/17/2024) |

| | | |
|---|---|---|
| 06/17/2024 | | <span style="color:red">CLERK'S QUALITY CONTROL MESSAGE</span> - The 23 Letter filed by STACEY TORRES was incorrectly filed as a motion. Please be advised to use the motion event ONLY when filing a formal motion. The Clerk's Office has terminated entry 23 . This message is for informational purposes only. (sms2) (Entered: 06/17/2024) |
| 06/17/2024 | 24 | MEMORANDUM in Support filed by E-MERGES.COM INC. re 21 MOTION to Dismiss (TORRES, STACEY) (Entered: 06/17/2024) |
| 07/10/2024 | 25 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 26 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 27 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 28 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 26 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 29 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/16/2024 | 30 | Letter. (TORRES, STACEY) (Entered: 09/16/2024) |
| 10/01/2024 | 31 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 32 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 33 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (db, ) (Entered: 10/09/2024) |
| 10/10/2024 | 34 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 10/14/2024 | 35 | Supplemental MOTION for Joinder *of Supplemental Memorandum of Law in Further Support Defendants' Consolidated Motion to Dismiss* by E-MERGES.COM INC.. |

| | | |
|---|---|---|
| | | (TORRES, STACEY) (Entered: 10/14/2024) |
| 10/15/2024 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE - The Letter 35 filed by STACEY TORRES, ESQ. on 10/14/2024 was submitted incorrectly as a Motion. The motion has been terminated. This submission will remain on the docket unless otherwise ordered by the court. This message is for informational purposes only. (js) (Entered: 10/15/2024) |
| 11/26/2024 | 36 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 11/26/2024 | 37 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 12/02/2024 | 38 | ORDER pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/02/2024 | 39 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/06/2024 | 40 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 41 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 42 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 43 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 44 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 45 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 46 | Transcript of Status Conference held on 1/14/2025, before Judge Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with |

| | | |
|---|---|---|
| | | Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (js) (Entered: 02/18/2025) |
| 02/25/2025 | 47 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/13/2025 | 48 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 49 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 50 | MOTION to Dismiss by E-MERGES.COM INC.. Responses due by 4/1/2025. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Shawn Harmon)(TORRES, STACEY) (Entered: 03/18/2025) |
| 03/18/2025 | | Set Deadlines as to 50 MOTION to Dismiss. Motion set for 4/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mag) (Entered: 03/19/2025) |
| 03/19/2025 | 51 | MEMORANDUM in Support filed by E-MERGES.COM INC. re 50 MOTION to Dismiss *Updated* (TORRES, STACEY) (Entered: 03/19/2025) |
| 03/20/2025 | 52 | NOTICE OF INTERLOCUTORY APPEAL by E-MERGES.COM INC.. Filing fee $ 605, receipt number ANJDC-16105805. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. Appeal Record due by 4/1/2025. (TORRES, STACEY) (Entered: 03/20/2025) |
| 03/24/2025 | 53 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 54 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/31/2025 | 55 | USCA Case Number 25-1580 for 52 Notice of Interlocutory Appeal, filed by E-MERGES.COM INC. USCA Case Manager Laurie (LMR) (Document Restricted - Court Only). (ca3cjg) (Entered: 03/31/2025) |
| 04/02/2025 | 56 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) |

| | | (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
|---|---|---|
| 04/02/2025 | 57 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

|  PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 14:26:36 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04434-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

JA372

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04609-HB

ATLAS DATA PRIVACY CORPORATION et al v. NUWBER, INC. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
               1:24-cv-10600-HB
               1:24-cv-11443-HB
               1:25-cv-01535-HB
               1:25-cv-00237-HB
               1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01581
               SUPERIOR COURT OF NEW JERSEY,
               MORRIS COUNTY, MRS L 000225 24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 04/07/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*As assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JA373

**WILLIAM SULLIVAN**                    represented by    **RAJIV D. PARIKH**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1, A LAW ENFORCEMENT**       represented by    **RAJIV D. PARIKH**
**OFFICER**                                               (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2, A LAW ENFORCEMENT**       represented by    **RAJIV D. PARIKH**
**OFFICER**                                               (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**                          represented by    **RAJIV D. PARIKH**
*A law enforcement officer*                               (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**                          represented by    **RAJIV D. PARIKH**
*A law enforcement officer*                               (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**NUWBER, INC.**                        represented by    **CLAIR ELIZABETH WISCHUSEN**
                                                          GORDON & REES
                                                          18 COLUMBIA TURNPIKE
                                                          SUITE 220
                                                          FLORHAM PARK, NJ 07932
                                                          973-549-2500
                                                          Email: cwischusen@grsm.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**

**Defendant**

**ABC COMPANIES**

**Intervenor**

**ATTORNEY GENERAL OF NEW**             represented by    **KASHIF TARAQ CHAND**
**JERSEY**                                                NEW JERSEY DIVISION OF LAW
                                                          124 HALSEY STREET
                                                          5TH FLOOR

JA374

NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2024 | 1 | NOTICE OF REMOVAL by NUWBER, INC. from Superior Court of New Jersey Morris County, case number MRS L-000225-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15256879), filed by NUWBER, INC.. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(WISCHUSEN, CLAIR) (Entered: 04/07/2024) |
| 04/07/2024 | 2 | Corporate Disclosure Statement by NUWBER, INC.. (WISCHUSEN, CLAIR) (Entered: 04/07/2024) |
| 04/07/2024 | 3 | Corporate Disclosure Statement by NUWBER, INC.. (WISCHUSEN, CLAIR) (Entered: 04/07/2024) |
| 04/07/2024 | 4 | Diversity Disclosure Statement by NUWBER, INC.. (WISCHUSEN, CLAIR) (Entered: 04/07/2024) |
| 04/08/2024 |  | Judge Harvey Bartle (EDPA), III added. (dmw) (Entered: 04/08/2024) |
| 04/08/2024 | 5 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III, (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/2024. (dmw) (Entered: 04/08/2024) |
| 04/08/2024 |  | CLERK'S QUALITY CONTROL MESSAGE - The 1 NOTICE OF REMOVAL submitted by CLAIR ELIZABETH WISCHUSEN on 4/7/2024 appears to have address information for RAJIV D. PARIKH that does not match the court's records for this case. Please refer to the court's website at www.njd.uscourts.gov for information and instructions on maintaining your account. (sms2) (Entered: 04/08/2024) |
| 04/08/2024 |  | CLERK'S QUALITY CONTROL MESSAGE - RAJIV D. PARIKH, does not have a correct e-mail address listed with the court and is not receiving his/her notices of electronic filing in this case. Pursuant to local rule 10.1 and court procedures, counsel and unrepresented parties are required to notify the court of any mailing or e-mail address changes. Attorneys should review the ECF link on our web site for information on maintaining your account and unrepresented parties, or those attorneys without access to maintaining their account, should notice the Clerk. (sms2, n.m.) (Entered: 04/08/2024) |
| 04/08/2024 |  | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Party Information; Parties listed in complaint were not included on the docket. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (sms2) (Entered: 04/08/2024) |

| 04/08/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 2 DIVERSITY DISCLOSURE STATEMENT filed by CLAIR ELIZABETH WISCHUSEN on 4/7/2024 was submitted incorrectly as a Corporate Disclosure Statement. This submission will remain on the docket unless otherwise ordered by the court. (sms2) (Entered: 04/08/2024) |
|---|---|---|
| 04/08/2024 | 8 | ORDER setting status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/09/2024) |
| 04/09/2024 | 6 | APPLICATION/PETITION for Extension of Time Pursuant to Local Rule 6.1(B) for by NUWBER, INC.. (WISCHUSEN, CLAIR) (Entered: 04/09/2024) |
| 04/09/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The Application 6 filed by CLAIR WISCHUSEN on 4/9/2024 was submitted incorrectly as an Application/Petition. PLEASE RESUBMIT THE Application USING the correct event, *Application for Clerk Order to Ext Answer/Proposed Order*. This submission will remain on the docket unless otherwise ordered by the court. (mag) (Entered: 04/09/2024) |
| 04/09/2024 | 7 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendant Nuwber, Inc.'s time to answer, move or otherwise respond to Complaint. Attorney CLAIR ELIZABETH WISCHUSEN for NUWBER, INC. added. (WISCHUSEN, CLAIR) (Entered: 04/09/2024) |
| 04/10/2024 | | Clerk's Text Order - The document 7 Application for Clerk's Order to Ext Answer/Proposed Order submitted by NUWBER, INC. has been GRANTED. The answer due date has been set for 4/29/2024. (dmr) (Entered: 04/10/2024) |
| 04/10/2024 | 9 | MOTION for Leave to Appear Pro Hac Vice by NUWBER, INC.. (Attachments: # 1 Certification of Counsel, # 2 Certificate of Service, # 3 Exhibit A - Certified Statement of Applicant, # 4 Exhibit B - Proposed Order)(WISCHUSEN, CLAIR) (Entered: 04/10/2024) |
| 04/10/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 9 Motion for Leave to Appear Pro Hac Vice submitted by CLAIR ELIZABETH WISCHUSEN on 4/10/2024 contains an improper signature. Only the filing user is permitted to sign electronically filed documents with an s/. PLEASE RESUBMIT THE Declaration of BIANCA EVANS ONLY WITH A SCANNED SIGNATURE. This submission will remain on the docket unless otherwise ordered by the court. (sms2) (Entered: 04/10/2024) |
| 04/10/2024 | | Set Deadlines as to 9 MOTION for Leave to Appear Pro Hac Vice . Motion set for 5/6/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 04/10/2024) |
| 04/10/2024 | 10 | CERTIFICATION in Support filed by NUWBER, INC. re 9 MOTION for Leave to Appear Pro Hac Vice (WISCHUSEN, CLAIR) (Entered: 04/10/2024) |
| 04/12/2024 | 11 | ORDER granting 9 Motion for Leave to Appear Pro Hac Vice as to Bianca C. Evans. Signed by Judge Harvey Bartle (EDPA), III on 4/10/2024. (lm) Modified on 4/16/2024 (lm). (Entered: 04/12/2024) |
| 04/18/2024 | 13 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/23/2024) |
| 04/18/2024 | 14 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons |

| | | |
|---|---|---|
| | | under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 04/22/2024 | 12 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/22/2024 | 15 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/24/2024) |
| 04/24/2024 | 16 | Notice of Request by Pro Hac Vice Bianca C. Evans to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15313974.) (WISCHUSEN, CLAIR) (Entered: 04/24/2024) |
| 04/26/2024 | | Pro Hac Vice counsel, BIANCA C. EVANS, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (sms2) (Entered: 04/26/2024) |
| 05/07/2024 | 17 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 18 | ORDER setting deadlines for filing certain motions & briefs and staying action until further order of the Court. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 20 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/14/2024 | 19 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |

| 06/03/2024 | 21 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
|---|---|---|
| 06/12/2024 | 22 | Letter from Clair E. Wischusen. (WISCHUSEN, CLAIR) (Entered: 06/12/2024) |
| 06/13/2024 | 23 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 24 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 25 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 26 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 27 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 25 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 28 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 10/01/2024 | 29 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 30 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 31 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to |

| | | Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (tf, ) (Entered: 10/09/2024) |
|---|---|---|
| 10/10/2024 | 32 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 33 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 11/26/2024 | 34 | ORDER the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 12/02/2024 | 35 | ORDER pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/02/2024 | 36 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/06/2024 | 37 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 38 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 39 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, EDWIN MALDONADO, JANE DOE-1, JANE DOE-2, PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN, JANE DOE-1, A LAW ENFORCEMENT OFFICER, JANE DOE-2, A LAW ENFORCEMENT OFFICER identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 40 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 41 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 42 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 43 | Transcript of Status Conference held on 1/14/2025, before Judge Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2)** |

CM/ECF LIVE - U.S. District Court for the District of New Jersey

| | | |
|---|---|---|
| | | **MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (js) (Entered: 02/18/2025) |
| 02/25/2025 | 44 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/13/2025 | 45 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 46 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 47 | MOTION to Dismiss for Lack of Jurisdiction by NUWBER, INC.. (Attachments: # 1 Declaration Declaration of Tatiana Borodina)(WISCHUSEN, CLAIR) (Entered: 03/18/2025) |
| 03/18/2025 | 48 | Letter from Clair Wischusen re 47 MOTION to Dismiss for Lack of Jurisdiction . (WISCHUSEN, CLAIR) (Entered: 03/18/2025) |
| 03/24/2025 | 49 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/26/2025 | | Notice of Appeal Filing fee: $ 605, receipt number TRE143259 paid by Ronald Giller. (jal, ) Modified on 3/26/2025 (jal, ). (Entered: 03/26/2025) |
| 03/26/2025 | | Notice to Court of Appeals re Filing Fee Received. (jal, ) (Entered: 03/26/2025) |
| 03/27/2025 | 50 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 51 | NOTICE OF APPEAL by NUWBER, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 52 | USCA Case Number 25-1581 for 51 Notice of Appeal (USCA), filed by NUWBER, INC.. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch) (Entered: 03/31/2025) |

| 04/02/2025 | 53 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 54 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

**PACER Service Center**

**Transaction Receipt**

04/03/2025 14:28:52

| PACER Login: | chuderem | Client Code: | 544877.010130 |
| --- | --- | --- | --- |
| Description: | Docket Report | Search Criteria: | 1:24-cv-04609-HB Start date: 1/1/1980 End date: 4/3/2025 |
| Billable Pages: | 8 | Cost: | 0.80 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04664-HB

ATLAS DATA PRIVACY CORPORATION et al v.
ROCKETREACH LLC et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
     1:24-cv-10600-HB
     1:24-cv-11443-HB
     1:25-cv-01535-HB
     1:25-cv-00237-HB
     1:25-cv-01517-HB
Case in other court:  Third Circuit, 25-01582
     SUPERIOR COURT OF NEW JERSEY,
     BERGEN COUNTY, BER L 000873 24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 04/08/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                           represented by  **RAJIV D. PARIKH**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ROCKETREACH LLC**                          represented by  **MELISSA ANNE CHUDEREWICZ**
                                             TROUTMAN PEPPER LOCKE LLP
                                             301 CARNEGIE CENTER BOULEVARD
                                             SUITE 4000
                                             PRINCETON, NJ 08543
                                             609-951-4118
                                             Fax: 609-452-1147
                                             Email: melissa.chuderewicz@troutman.com
                                             *ATTORNEY TO BE NOTICED*

                                             **STEPHANIE L. JONAITIS**
                                             TROUTMAN PEPPER LOCKE LLP
                                             301 CARNEGIE CENTER
                                             SUITE 400
                                             PRINCETON, NJ 08543
                                             609-951-4212
                                             Email: stephanie.jonaitis@troutman.com
                                             *ATTORNEY TO BE NOTICED*

                                             **ANGELO A. STIO , III**
                                             TROUTMAN PEPPER LOCKE LLP
                                             301 CARNEGIE CENTER
                                             STE 400
                                             PRINCETON, NJ 08648
                                             609-452-0808
                                             Fax: 609-451-1147
                                             Email: angelo.stio@troutman.com
                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW**                  represented by  **KASHIF TARAQ CHAND**
**JERSEY**                                   NEW JERSEY DIVISION OF LAW
                                             124 HALSEY STREET
                                             5TH FLOOR
                                             NEWARK, NJ 07101
                                             908-705-3958
                                             Email: kashif.chand@law.njoag.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2024 | 1 | NOTICE OF REMOVAL by ROCKETREACH LLC from Superior Court of New Jersey - Bergen County, case number BER-L-000873-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15262251), filed by ROCKETREACH LLC. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(STIO, ANGELO) (Entered: 04/08/2024) |
| 04/08/2024 | 2 | DECLARATION of Angelo A. Stio III re 1 Notice of Removal, by ROCKETREACH LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(STIO, ANGELO) (Entered: 04/08/2024) |
| 04/08/2024 | 3 | Diversity Disclosure Statement by ROCKETREACH LLC. (STIO, ANGELO) (Entered: 04/08/2024) |
| 04/08/2024 | 4 | Corporate Disclosure Statement by ROCKETREACH LLC identifying None as Corporate Parent.. (STIO, ANGELO) (Entered: 04/08/2024) |
| 04/08/2024 | | Judge Harvey Bartle (EDPA), III added. (dmw) (Entered: 04/09/2024) |
| 04/08/2024 | 5 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III, (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/2024. (dmw) (Entered: 04/09/2024) |
| 04/08/2024 | 7 | ORDER scheduling status conference and staying matter through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 8, 2024. (bf, ) (Entered: 04/10/2024) |
| 04/09/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 1 Notice of Removal submitted by ANGELO A. STIO, III on 4/8/2024 appears to have address information for RAJIV D. PARIKH that does not match the court's records for this case. Please refer to the court's website at www.njd.uscourts.gov for information and instructions on maintaining your account. (sms2, n.m.) (Entered: 04/09/2024) |
| 04/09/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Party Information; Parties should be listed the exact way they appear on the complaint. Removal-Other Court Information; Format of State Court case number should appear as close to the original as possible. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (sms2) (Entered: 04/09/2024) |
| 04/10/2024 | 6 | NOTICE of Appearance by MELISSA ANNE CHUDEREWICZ on behalf of ROCKETREACH LLC (CHUDEREWICZ, MELISSA) (Entered: 04/10/2024) |

| 04/11/2024 | 8 | ORDER scheduling status conference and staying action through 4/18/2024, ( Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on April 11, 2024. (bf, ) (Entered: 04/11/2024) |
| 04/11/2024 | 9 | Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Ronald Raether to Appear Pro Hac Vice)* by ROCKETREACH LLC. (Attachments: # 1 Declaration of A Stio, # 2 Declaration of R. Raether, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 04/11/2024) |
| 04/12/2024 | | Set Deadlines as to 9 Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Ronald Raether to Appear Pro Hac Vice)*. Motion set for 5/6/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 04/12/2024) |
| 04/12/2024 | 10 | Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Alan Wingfield to Appear Pro Hac Vice)* by ROCKETREACH LLC. (Attachments: # 1 Declaration of A Stio, # 2 Declaration of A. Wingfield, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 04/12/2024) |
| 04/15/2024 | | Set Deadlines as to 10 Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Alan Wingfield to Appear Pro Hac Vice)*. Motion set for 5/6/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jab) (Entered: 04/15/2024) |
| 04/16/2024 | 11 | ORDER Granting 9 Motion for Leave to Appear Pro Hac Vice as to Ronald I. Raether, Jr. Signed by Judge Harvey Bartle (EDPA), III on 4/15/2024. (js) (Entered: 04/16/2024) |
| 04/16/2024 | 12 | ORDER Granting 10 Motion for Leave to Appear Pro Hac Vice as to Alan D. Wingfield. Signed by Judge Harvey Bartle (EDPA), III on 4/15/2024. (js) (Entered: 04/16/2024) |
| 04/17/2024 | 13 | Letter from Signatory Defendants regarding CMC. (STIO, ANGELO) (Entered: 04/17/2024) |
| 04/17/2024 | 14 | Notice of Request by Pro Hac Vice Tambry L. Bradford to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15292976.) (STIO, ANGELO) (Entered: 04/17/2024) |
| 04/18/2024 | | CLERK'S QUALITY CONTROL MESSAGE - PLEASE DISREGARD the 14 Notice of Request by Pro Hac Vice Tambry L. Bradford to receive Notices of Electronic Filings. This notice was entered in error. (dmr) (Entered: 04/18/2024) |
| 04/18/2024 | 15 | Letter from Angelo A. Stio III re 14 Notice of Pro Hac Vice to Receive NEF. (STIO, ANGELO) (Entered: 04/18/2024) |
| 04/18/2024 | 16 | Notice of Request by Pro Hac Vice Alan D. Wingfield to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15294564.) (STIO, ANGELO) (Entered: 04/18/2024) |
| 04/18/2024 | 17 | Notice of Request by Pro Hac Vice Ronald I Raether to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15295241.) (STIO, ANGELO) (Entered: 04/18/2024) |
| 04/18/2024 | | Pro Hac Vice counsel, RONALD I. RAETHER and ALAN D. WINGFIELD, have been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local |

| | | |
|---|---|---|
| | | counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (dmw) (Entered: 04/18/2024) |
| 04/18/2024 | 21 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/23/2024) |
| 04/18/2024 | 22 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/24. (db, ) (Entered: 04/23/2024) |
| 04/19/2024 | 18 | Application for Refund of Fees from Angelo re 14 Notice of Pro Hac Vice to Receive NEF (finance notified).. (STIO, ANGELO) (Entered: 04/19/2024) |
| 04/19/2024 | 19 | Order to Refund Fees (Finance notified). Signed by Melissa Connolly, Management Analyst on 04/19/2024. (mls) (Entered: 04/19/2024) |
| 04/22/2024 | 20 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/22/2024 | 23 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/24/2024) |
| 05/06/2024 | 24 | Letter from Angelo Stio to the Honorable Harvey Bartle III regarding May 7, 2024 Case Management Conference. (STIO, ANGELO) (Entered: 05/06/2024) |
| 05/07/2024 | 25 | Letter from Rajiv D. Parikh regarding status and case management. (PARIKH, RAJIV) (Entered: 05/07/2024) |
| 05/08/2024 | 30 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/14/2024) |
| 05/09/2024 | 26 | Letter from Angelo Stio to the Honorable Harvey Bartle III regarding Joint Request to Extend Time to Submit Requests for Production of Documents and Rule 30(B)(6) Notice. (STIO, ANGELO) (Entered: 05/09/2024) |
| 05/09/2024 | 29 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to |

CM/ECF LIVE - U.S. District Court for the District of New Jersey

| | | |
|---|---|---|
| | | Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/10/2024 | 27 | Letter from Angelo Stio to the Honorable Harvey Bartle III regarding Jurisdictional Discovery. (STIO, ANGELO) (Entered: 05/10/2024) |
| 05/14/2024 | 28 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/31/2024 | 31 | Letter from Angelo A. Stio, III. (Attachments: # 1 Exhibit A to letter, # 2 Exhibit B to letter, # 3 Exhibit C to letter, # 4 Index D to letter)(STIO, ANGELO) (Entered: 05/31/2024) |
| 06/03/2024 | 32 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/10/2024 | 33 | Letter from Angelo Stio - Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint. (STIO, ANGELO) (Entered: 06/10/2024) |
| 06/13/2024 | 34 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 35 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 07/26/2024 | 36 | NOTICE of Appearance by STEPHANIE L. JONAITIS on behalf of ROCKETREACH LLC (JONAITIS, STEPHANIE) (Entered: 07/26/2024) |
| 08/06/2024 | 37 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/09/2024 | 38 | Letter from Angelo A. Stio, III. (STIO, ANGELO) (Entered: 08/09/2024) |
| 08/15/2024 | 39 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 40 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 37 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 41 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. |

| | | |
|---|---|---|
| | | Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 10/01/2024 | 42 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 43 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 44 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (tf, ) (Entered: 10/09/2024) |
| 10/10/2024 | 45 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/15/2024 | 46 | Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Tambry Bradford to Appear Pro Hac Vice)* by ROCKETREACH LLC. (Attachments: # 1 Declaration of A Stio, # 2 Declaration of T. Bradford, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 11/15/2024) |
| 11/18/2024 | | Set Deadlines as to 46 Consent MOTION for Leave to Appear Pro Hac Vice *(Consent Application of Tambry Bradford to Appear Pro Hac Vice)*. Motion set for 12/16/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mag) (Entered: 11/18/2024) |
| 11/26/2024 | 47 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 11/26/2024 | 48 | ORDER the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 12/02/2024 | 49 | ORDER pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/02/2024 | 50 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |

| 12/06/2024 | 51 | Consent MOTION for Leave to Appear Pro Hac Vice *of Tambry L. Bradford* by ROCKETREACH LLC. (Attachments: # 1 Declaration of A Stio, # 2 Declaration of T. Bradford, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 12/06/2024) |
|---|---|---|
| 12/06/2024 | | Set Deadlines as to 51 Consent MOTION for Leave to Appear Pro Hac Vice *of Tambry L. Bradford*. Motion set for 1/6/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (js) (Entered: 12/06/2024) |
| 12/06/2024 | 52 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 53 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 54 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, PETER ANDREYEV identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 55 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 12/12/2024 | 56 | ORDER granting 51 Motion for Leave to Appear Pro Hac Vice as to Tambry L. Bradford, Esq.. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (aji, ) (Entered: 12/12/2024) |
| 12/13/2024 | 57 | Notice of Request by Pro Hac Vice Tambry L. Bradford to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15875957.) (STIO, ANGELO) (Entered: 12/13/2024) |
| 12/13/2024 | | Pro Hac Vice counsel, TAMBRY L. BRADFORD, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (mag) (Entered: 12/13/2024) |
| 12/19/2024 | 58 | NOTICE by ROCKETREACH LLC *withdrawal of appearance, including electronic notification, of Pro Hac Vice counsel Alan D. Wingfield* (STIO, ANGELO) (Entered: 12/19/2024) |
| 01/14/2025 | 59 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 60 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm) (Entered: 01/22/2025) |

| 02/18/2025 | 61 | Transcript of Status Conference held on 1/14/2025, before Judge Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (js) (Entered: 02/18/2025) |
| 02/25/2025 | 62 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/13/2025 | 63 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 64 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 65 | Letter from Angelo A. Stio III. (STIO, ANGELO) (Entered: 03/18/2025) |
| 03/20/2025 | | USCA Filing fee: $ 605, receipt number NEW51679. (js) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/21/2025) |
| 03/24/2025 | 66 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 67 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 68 | NOTICE OF APPEAL by ROCKETREACH LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 69 | USCA Case Number 25-1582 for 68 Notice of Appeal (USCA), filed by ROCKETREACH LLC. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch) (Entered: 03/31/2025) |
| 04/02/2025 | 70 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |

| 04/02/2025 | 71 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 14:31:12 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-04664-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

JA391

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-04949-HB

ATLAS DATA PRIVACY CORPORATION et al v. BELLES CAMP COMMUNICATIONS, INC. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
               1:24-cv-10600-HB
               1:24-cv-11443-HB
               1:25-cv-01535-HB
               1:25-cv-00237-HB
               1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01583
               SUPERIOR COURT OF NEW JERSEY,
               MONMOUTH COUNTY, MON L 000508 24
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 04/15/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JA392

**PATRICK COLLIGAN**                    represented by **RAJIV D. PARIKH**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**WILLIAM SULLIVAN**                    represented by **RAJIV D. PARIKH**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**JANE DOE-1**                          represented by **RAJIV D. PARIKH**
*a law enforcement officer*             (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**JANE DOE-2**                          represented by **RAJIV D. PARIKH**
*a law enforcement officer*             (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**BELLES CAMP**                         represented by **GREGORY A. BAILEY**
**COMMUNICATIONS, INC.**                Blank Rome LLP
                                        130 N. 18th Street
                                        One Logan Square
                                        Philadelphia, PA 19103-6998
                                        215-569-5512
                                        Fax: 215-689-1991
                                        Email: gregory.bailey@blankrome.com
                                        *TERMINATED: 08/21/2024*
                                        *LEAD ATTORNEY*

                                        **PHILIP N. YANNELLA**
                                        BLANK ROME LLP
                                        130 N. 18TH STREET
                                        ONE LOGAN SQUARE
                                        PHILADELPHIA, PA 19103-6998
                                        215-569-5506
                                        Fax: 215-832-5792
                                        Email: philip.yannella@blankrome.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **THOMAS P. CIALINO**
                                        BLANK ROME LLP
                                        ONE LOGAN SQUARE
                                        130 N. 18TH STREET
                                        PHILADELPHIA, PA 19103

215-569-5668
Email: tcialino@blankrome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEPHEN M. ORLOFSKY**
BLANK, ROME LLP
300 CARNEGIE CENTER, SUITE 220
PRINCETON, NJ 08540
609-750-2646
Fax: 609-897-7286
Email:
STEPHEN.ORLOFSKY@BLANKROME.COM
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

<u>Defendant</u>

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

<u>Intervenor</u>

**ATTORNEY GENERAL OF NEW**        represented by  **KASHIF TARAQ CHAND**
**JERSEY**                                          NEW JERSEY DIVISION OF LAW
                                                    124 HALSEY STREET
                                                    5TH FLOOR
                                                    NEWARK, NJ 07101
                                                    908-705-3958
                                                    Email: kashif.chand@law.njoag.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

V.

<u>Interested Party</u>

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/15/2024 | 1 | NOTICE OF REMOVAL by BELLES CAMP COMMUNICATIONS, INC. from NJ Superior Court, Monmouth County, Law Division, case number MON-L-000508-24. ( Filing and Admin fee $ 405 receipt number CNJDC-15282972), filed by BELLES CAMP COMMUNICATIONS, INC.. (Attachments: # 1 Civil Cover Sheet)(ORLOFSKY, STEPHEN) (Entered: 04/15/2024) |
| 04/15/2024 |   | Judge Harvey Bartle (EDPA), III added. (dmw) (Entered: 04/16/2024) |

| 04/15/2024 | 2 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III, (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/2024. (dmw) (Entered: 04/16/2024) |
|---|---|---|
| 04/16/2024 | 3 | ORDER scheduling status conference and staying action through 4/18/24, (Status Conference set for 4/18/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on April 16, 2024. (bf, ) (Entered: 04/16/2024) |
| 04/16/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (sms2) (Entered: 04/16/2024) |
| 04/16/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (sms2) (Entered: 04/16/2024) |
| 04/16/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Attorney Information; Plaintiff's Counsel from Superior Court Complaint was not added to the docket. Caption; Parties should be listed the exact way they appear on the complaint. Failure to do so will result in the caption generating incorrectly. Party Information; Alias information should be entered in the alias field. . The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (sms2) (Entered: 04/16/2024) |
| 04/17/2024 | 4 | NOTICE of Appearance by GREGORY A. BAILEY on behalf of BELLES CAMP COMMUNICATIONS, INC. (BAILEY, GREGORY) (Entered: 04/17/2024) |
| 04/17/2024 | 5 | NOTICE of Appearance by THOMAS P. CIALINO on behalf of BELLES CAMP COMMUNICATIONS, INC. (CIALINO, THOMAS) (Entered: 04/17/2024) |
| 04/17/2024 | 6 | Corporate Disclosure Statement by BELLES CAMP COMMUNICATIONS, INC.. (ORLOFSKY, STEPHEN) (Entered: 04/17/2024) |
| 04/17/2024 | 7 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by BELLES CAMP COMMUNICATIONS, INC.. (ORLOFSKY, STEPHEN) (Entered: 04/17/2024) |
| 04/17/2024 | 8 | Diversity Disclosure Statement by BELLES CAMP COMMUNICATIONS, INC.. (ORLOFSKY, STEPHEN) (Entered: 04/17/2024) |
| 04/18/2024 | 10 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/18/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney List) (db, ) (Entered: 04/23/2024) |
| 04/18/2024 | 11 | ORDER directing plaintiffs to file any motions to remand and any supporting briefs on or before by 5/3/24 and plaintiffs shall provide to each defendant a list of Covered persons under Daniel's Law who requested deletion of any privacy information, etc. on or before |

| | | |
|---|---|---|
| | | 5/17/24. Signed by Judge Harvey Bartle (EDPA), III on 4/18/2024. (db, ) (Entered: 04/23/2024) |
| 04/22/2024 | 9 | ORDER scheduling status conference and staying actions through 5/7/24 except pltfs' motions to remand, ( Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on 4/22/24. (ar1, ) (Entered: 04/22/2024) |
| 04/22/2024 | 12 | Transcript of Status Conference held on 4/18/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/13/2024. Redacted Transcript Deadline set for 5/23/2024. Release of Transcript Restriction set for 7/22/2024. (js) (Entered: 04/24/2024) |
| 05/07/2024 | 13 | NOTICE of Appearance by PHILIP N. YANNELLA on behalf of BELLES CAMP COMMUNICATIONS, INC. (YANNELLA, PHILIP) (Entered: 05/07/2024) |
| 05/07/2024 | 14 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 15 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court etc. Signed by Judge Harvey Bartle (EDPA), III. (db, ) (Entered: 05/13/2024) |
| 05/09/2024 | 17 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/14/2024 | 16 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 06/03/2024 | 18 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/10/2024 | 19 | MOTION for Joinder *in Defendants' Consolidated Motion to Dismiss Plaintiffs Complaint* by BELLES CAMP COMMUNICATIONS, INC.. (ORLOFSKY, STEPHEN) (Entered: 06/10/2024) |
| 06/11/2024 | | Set Deadlines as to 19 MOTION for Joinder *in Defendants' Consolidated Motion to Dismiss Plaintiffs Complaint*. Motion set for 7/15/2024 before Judge Harvey Bartle |

| | | |
|---|---|---|
| | | (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 06/11/2024) |
| 06/13/2024 | 20 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS and (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 21 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 22 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 23 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 24 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 22 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/21/2024 | 25 | Notice to be terminated and withdraw from Notices of Electronic filing as to case. Attorney GREGORY A. BAILEY terminated. (BAILEY, GREGORY) (Entered: 08/21/2024) |
| 08/27/2024 | 26 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/16/2024 | 27 | Letter from Belles Joinder in Defendants Consolidated Reply Brief. (ORLOFSKY, STEPHEN) (Entered: 09/16/2024) |
| 10/01/2024 | 28 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 29 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 30 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file |

| | | |
|---|---|---|
| | | with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (tf, ) (Entered: 10/09/2024) |
| 10/10/2024 | 31 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 10/14/2024 | 32 | MOTION for Joinder *TO SUPPLEMENTAL MEMORANDUM OF LAW* by BELLES CAMP COMMUNICATIONS, INC.. (ORLOFSKY, STEPHEN) (Entered: 10/14/2024) |
| 10/15/2024 | | Set Deadlines as to 32 MOTION for Joinder *TO SUPPLEMENTAL MEMORANDUM OF LAW*. Motion set for 11/18/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mag) (Entered: 10/15/2024) |
| 10/15/2024 | 33 | Letter from Belles Camp Comm. Inc.. (ORLOFSKY, STEPHEN) (Entered: 10/15/2024) |
| 11/26/2024 | 34 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 11/26/2024 | 35 | ORDER The consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 12/02/2024 | 36 | ORDER pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/02/2024 | 37 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/06/2024 | 38 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 39 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 40 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, WILLIAM SULLIVAN, JANE DOE-1, JANE DOE-2 identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 41 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 42 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: |

| | | |
|---|---|---|
| | | # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 43 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/18/2025 | 44 | Transcript of Status Conference held on 1/14/2025, before Judge Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Release of Transcript Restriction set for 5/19/2025. (js) (Entered: 02/18/2025) |
| 02/25/2025 | 45 | Transcript of Status Conference held on 12/10/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8700). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (mag) (Entered: 02/25/2025) |
| 03/13/2025 | 46 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 47 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 48 | MOTION for Joinder *in Defendants' Consolidated Motions to Dismiss Complaint* by BELLES CAMP COMMUNICATIONS, INC.. (ORLOFSKY, STEPHEN) (Entered: 03/18/2025) |
| 03/18/2025 | 49 | BRIEF in Support filed by BELLES CAMP COMMUNICATIONS, INC. re 48 MOTION for Joinder *in Defendants' Consolidated Motions to Dismiss Complaint* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ORLOFSKY, STEPHEN) (Entered: 03/18/2025) |
| 03/18/2025 | 50 | DECLARATION of Paul Kulas re 49 Brief in Support of Motion *to dismiss Plaintiffs Complaint* by BELLES CAMP COMMUNICATIONS, INC.. (ORLOFSKY, STEPHEN) (Entered: 03/18/2025) |
| 03/21/2025 | | USCA Filing fee: $ 605, receipt number TRE143191. (js) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/21/2025) |
| 03/24/2025 | 51 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on |

| | | March 24, 2025. (bf, ) (Entered: 03/24/2025) |
|---|---|---|
| 03/27/2025 | 52 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 53 | NOTICE OF APPEAL by BELLES CAMP COMMUNICATIONS, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 54 | USCA Case Number 25-1583 for 53 Notice of Appeal (USCA), filed by BELLES CAMP COMMUNICATIONS, INC.. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch) (Entered: 03/31/2025) |
| 04/02/2025 | 55 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 56 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/03/2025 14:32:50 | | | |
| PACER Login: | chuderem | Client Code: | 544877.010130 |
| Description: | Docket Report | Search Criteria: | 1:24-cv-04949-HB Start date: 1/1/1980 End date: 4/3/2025 |
| Billable Pages: | 8 | Cost: | 0.80 |

<span style="color:green">APPEAL</span>

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-05600-HB

ATLAS DATA PRIVACY CORPORATION et al v. PROPERTYRADAR, INC. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
               1:24-cv-10600-HB
               1:24-cv-11443-HB
               1:25-cv-01535-HB
               1:25-cv-00237-HB
               1:25-cv-01517-HB
Case in other court:  Third Circuit, 25-01584
               SUPERIOR COURT OF NEW JERSEY,
               MERCER COUNTY, MER L 000293 24
Cause: 28:1441 Notice of Removal

Date Filed: 04/24/2024
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JA401

**POLICE OFFICER SCOTT MALONEY**            represented by   **RAJIV D. PARIKH**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**
**JUSTYNA MALONEY**                          represented by   **RAJIV D. PARIKH**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**
**PATRICK COLLIGAN**                         represented by   **RAJIV D. PARIKH**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**
**PETER ANDREYEV**                           represented by   **RAJIV D. PARIKH**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PROPERTYRADAR, INC.**                      represented by   **MELISSA ANNE CHUDEREWICZ**
                                                             TROUTMAN PEPPER LOCKE LLP
                                                             301 CARNEIGIE CENTER BOULEVARD
                                                             SUITE 4000
                                                             PRINCETON, NJ 08543
                                                             609-951-4118
                                                             Fax: 609-452-1147
                                                             Email: melissa.chuderewicz@troutman.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **STEPHANIE L. JONAITIS**
                                                             TROUTMAN PEPPER LOCKE LLP
                                                             301 CARNEGIE CENTER
                                                             SUITE 400
                                                             PRINCETON, NJ 08543
                                                             609-951-4212
                                                             Email: stephanie.jonaitis@troutman.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **ANGELO A. STIO , III**
                                                             TROUTMAN PEPPER LOCKE LLP
                                                             301 CARNEGIE CENTER
                                                             STE 400
                                                             PRINCETON, NJ 08648
                                                             609-452-0808
                                                             Fax: 609-451-1147

Email: angelo.stio@troutman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**          represented by **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2024 | 1 | NOTICE OF REMOVAL by PROPERTYRADAR, INC. from Superior Court of New Jersey - Mercer County, case number MER-L-00293-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15314499), filed by PROPERTYRADAR, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(STIO, ANGELO) (Entered: 04/24/2024) |
| 04/24/2024 | 2 | DECLARATION of Angelo A. Stio III re 1 Notice of Removal, by PROPERTYRADAR, INC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(STIO, ANGELO) (Entered: 04/24/2024) |
| 04/24/2024 | 3 | Diversity Disclosure Statement by PROPERTYRADAR, INC.. (STIO, ANGELO) (Entered: 04/24/2024) |
| 04/24/2024 | 4 | Corporate Disclosure Statement by PROPERTYRADAR, INC. identifying None as Corporate Parent.. (STIO, ANGELO) (Entered: 04/24/2024) |
| 04/25/2024 | 5 | NOTICE of Appearance by MELISSA ANNE CHUDEREWICZ on behalf of PROPERTYRADAR, INC. (CHUDEREWICZ, MELISSA) (Entered: 04/25/2024) |
| 04/25/2024 | | Judge Harvey Bartle (EDPA), III added. (mmb, ) (Entered: 04/25/2024) |
| 04/25/2024 | 6 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III, (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/2024. (mmb, ) (Entered: 04/25/2024) |
| 04/25/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Attorney Information: Plaintiff's Counsel from Superior Court Complaint was not added to the docket. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (sms2) (Entered: 04/25/2024) |

| 04/25/2024 | 7 | ORDER That Plaintiffs, on or before May 3, 2024, shall file any motions to remand and any supporting briefs. Plaintiffs, on or before May 17, 2024, shall provide to each Defendant and said Defendant's counsel a list of Covered Persons under Daniel's Law who requested deletion of any privacy information by that defendant and sample forms of Atlas Data Privacy Corporation's Terms of Service. This information shall not be otherwise disclosed until further order of this Court. Signed by Judge Harvey Bartle (EDPA), III on 4/25/2024. (jab) (Entered: 04/25/2024) |
|---|---|---|
| 04/25/2024 | 8 | ORDER That the Court will hold a status conference on Tuesday, May 7, 2024 at 2:00 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey before Judge Harvey Bartle (EDPA) III. The above action is stayed through May 7, 2024, except as to any motions of Plaintiffs to remand and supporting briefs. Signed by Judge Harvey Bartle (EDPA), III on 4/25/2024. (jab) (Entered: 04/25/2024) |
| 05/06/2024 | 9 | Letter from Angelo Stio to the Honorable Harvey Bartle III regarding May 7, 2024 Case Management Conference. (STIO, ANGELO) (Entered: 05/06/2024) |
| 05/07/2024 | 10 | Letter from Rajiv D. Parikh regarding status and case management. (PARIKH, RAJIV) (Entered: 05/07/2024) |
| 05/07/2024 | 12 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/10/2024) |
| 05/08/2024 | 13 | ORDER setting deadlines for the filing of certain motions and briefs, and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/24. Signed by Judge Harvey Bartle (EDPA), III on 5/8/24. (ar1, ) (Entered: 05/10/2024) |
| 05/09/2024 | 11 | Letter from Angelo Stio to the Honorable Harvey Bartle III regarding Joint Request to Extend Time to Submit Requests for Production of Documents and Rule 30(B)(6) Notice. (STIO, ANGELO) (Entered: 05/09/2024) |
| 05/09/2024 | 14 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/10/2024) |
| 05/10/2024 | 15 | Letter from Angelo Stio to the Honorable Harvey Bartle III regarding Jurisdictional Discovery. (STIO, ANGELO) (Entered: 05/10/2024) |
| 05/14/2024 | 16 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 05/22/2024 | 17 | Consent MOTION for Leave to Appear Pro Hac Vice *(of Ronald Raether)* by PROPERTYRADAR, INC.. (Attachments: # 1 Declaration of A Stio, # 2 Declaration of R. Raether, # 3 Text of Proposed Order, # 4 Certificate of Service)(STIO, ANGELO) (Entered: 05/22/2024) |
| 05/23/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 17 LETTER filed by Angelo A. Stio, III on 5/22/2024 was submitted incorrectly as a Motion. The calendar event created by use |

| | | |
|---|---|---|
| | | of this event has been terminated. IN THE FUTURE PLEASE SUBMIT LETTERS USING the event Letter. The event Motion should be used for formal motions only. This submission will remain on the docket unless otherwise ordered by the court. (jjc, ) (Entered: 05/23/2024) |
| 05/31/2024 | 18 | Letter from Angelo A. Stio, III. (Attachments: # 1 Exhibit A to letter, # 2 Exhibit B to letter, # 3 Exhibit C to letter, # 4 Exhibit D to letter)(STIO, ANGELO) (Entered: 05/31/2024) |
| 06/03/2024 | 19 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/10/2024 | 20 | Letter from Angelo Stio - Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint. (STIO, ANGELO) (Entered: 06/10/2024) |
| 06/13/2024 | 21 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 22 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 07/26/2024 | 23 | NOTICE of Appearance by STEPHANIE L. JONAITIS on behalf of PROPERTYRADAR, INC. (JONAITIS, STEPHANIE) (Entered: 07/26/2024) |
| 08/06/2024 | 24 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/09/2024 | 25 | Letter from Angelo A. Stio, III. (STIO, ANGELO) (Entered: 08/09/2024) |
| 08/15/2024 | 26 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 27 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 24 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 28 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 10/01/2024 | 29 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion |

|  |  | taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
|---|---|---|
| 10/02/2024 | 30 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 31 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (tf, ) (Entered: 10/09/2024) |
| 10/10/2024 | 32 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 33 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 11/26/2024 | 34 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 12/02/2024 | 35 | ORDER pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/02/2024 | 36 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/06/2024 | 37 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 38 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 39 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 40 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |

| 01/14/2025 | 41 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
|---|---|---|
| 01/22/2025 | 42 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/19/2025 | 43 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/12/2025. Redacted Transcript Deadline set for 3/24/2025. Release of Transcript Restriction set for 5/20/2025. (mag) (Main Document 43 replaced on 2/19/2025) (mag). (Entered: 02/19/2025) |
| 03/18/2025 | 44 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 45 | Letter from Angelo A. Stio III. (STIO, ANGELO) (Entered: 03/18/2025) |
| 03/20/2025 | | USCA Filing fee: $ 605, receipt number NEW51680. (js) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/21/2025) |
| 03/24/2025 | 46 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 47 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 48 | NOTICE OF APPEAL by PROPERTYRADAR, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 49 | USCA Case Number 25-1584 for 48 Notice of Appeal (USCA), filed by PROPERTYRADAR, INC.. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch) (Entered: 03/31/2025) |
| 04/02/2025 | 50 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |

| 04/02/2025 | 51 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2025 14:34:44 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-05600-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

JA408

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-05656-HB

ATLAS DATA PRIVACY CORPORATION et al v. THE ALESCO GROUP, L.L.C.
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
                    1:24-cv-10600-HB
                    1:24-cv-11443-HB
                    1:25-cv-01535-HB
                    1:25-cv-00237-HB
                    1:25-cv-01517-HB
Case in other court:  Third Circuit, 25-01585
                    SUPERIOR COURT OF NEW JERSEY,
                    BERGEN COUNTY, BER L 000969 24
Cause: 28:1442 Notice of Removal

Date Filed: 04/26/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JA409

**JUSTYNA MALONEY**                    represented by   **RAJIV D. PARIKH**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                   represented by   **RAJIV D. PARIKH**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**THE ALESCO GROUP, L.L.C.**           represented by   **KORY ANN FERRO**
                                                        GREENSPOON MARDER, LLP
                                                        1037 RAYMOND BLVD.
                                                        SUITE 900
                                                        NEWARK, NJ 07102
                                                        732-494-4800
                                                        Email: KoryAnn.Ferro@gmlaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **KELLY MAGNUS PURCARO**
                                                        GREENSPOON MARDER
                                                        1037 RAYMOND BLVD
                                                        SUITE 900
                                                        NEWARK, NJ 07102
                                                        732-456-8734
                                                        Fax: 212-524-5050
                                                        Email: Kelly.Purcaro@gmlaw.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**ALESCO AI, LLC**

**Defendant**

**ALESCO MARKETING SOLUTIONS,
L.L.C.**

**Defendant**

**STAT RESOURCE GROUP INC.**

**Defendant**

**RESPONSE SOLUTIONS GROUP, LLC**

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

| | | |
|---|---|---|
| **ATTORNEY GENERAL OF NEW JERSEY** | represented by | **KASHIF TARAQ CHAND** |
| | | NEW JERSEY DIVISION OF LAW |
| | | 124 HALSEY STREET |
| | | 5TH FLOOR |
| | | NEWARK, NJ 07101 |
| | | 908-705-3958 |
| | | Email: kashif.chand@law.njoag.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2024 | 1 | NOTICE OF REMOVAL by The Alesco Group, L.L.C. from Superior Court New Jersey, Bergen County, case number BER-L-000969-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15320207), filed by The Alesco Group, L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(PURCARO, KELLY) (Entered: 04/26/2024) |
| 04/26/2024 | | Judge Harvey Bartle (EDPA), III added. (mmb, ) (Entered: 04/26/2024) |
| 04/26/2024 | 2 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/2024. (mmb, ) (Entered: 04/26/2024) |
| 04/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Caption; Parties should be listed the exact way they appear on the complaint. Failure to do so will result in the caption generating incorrectly. Party Information; Parties listed in complaint were not included on the docket. Parties should be listed the exact way they appear on the complaint. Alias information should be entered in the alias field. Parties should be entered in all caps. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (sms2) (Entered: 04/26/2024) |
| 04/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (sms2) (Entered: 04/26/2024) |

| 04/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (sms2) (Entered: 04/26/2024) |
| 04/29/2024 | 3 | ORDER directing Plaintiffs to file any motions to remand and any supporting briefs by 5/17/2024; ORDERED that Plaintiffs shall provide to each Defendant and said Defendant's counsel a list of Covered Persons under Daniel's Law who requested deletion of any privacy information by that defendant and sample forms of Atlas Data Privacy Corporation's Terms of Service on or before 5/24/2024. Signed by Judge Harvey Bartle (EDPA), III on 4/29/2024. (dmr) (Entered: 04/29/2024) |
| 04/29/2024 | 4 | ORDER scheduling a Status Conference for 5/7/2024 at 2:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III; ORDREED that the actions are stayed through 5/7/2024, except as to any motions of Plaintiffs to remand and supporting briefs. Signed by Judge Harvey Bartle (EDPA), III on 4/29/2024. (dmr) (Entered: 04/29/2024) |
| 04/30/2024 | 5 | NOTICE of Appearance by KORY ANN FERRO on behalf of THE ALESCO GROUP, L.L.C. (FERRO, KORY ANN) (Entered: 04/30/2024) |
| 04/30/2024 | 6 | Corporate Disclosure Statement by THE ALESCO GROUP, L.L.C.. (FERRO, KORY ANN) (Entered: 04/30/2024) |
| 04/30/2024 | 7 | Diversity Disclosure Statement by THE ALESCO GROUP, L.L.C.. (FERRO, KORY ANN) (Entered: 04/30/2024) |
| 05/07/2024 | 8 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 9 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 11 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/14/2024 | 10 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 06/03/2024 | 12 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/11/2024 | 13 | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 06/11/2024) |

| 06/13/2024 | [14](#) | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| --- | --- | --- |
| 07/10/2024 | [15](#) | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | [16](#) | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # [1](#) Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | [17](#) | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | [18](#) | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re [16](#) Brief. (Attachments: # [1](#) Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | [19](#) | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/16/2024 | [20](#) | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 09/16/2024) |
| 10/01/2024 | [21](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | [22](#) | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | [23](#) | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (tf, ) (Entered: 10/09/2024) |

| | | |
|---|---|---|
| 10/10/2024 | 24 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 25 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 11/26/2024 | 26 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 12/02/2024 | 27 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 28 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/06/2024 | 29 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 30 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 31 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, SCOTT MALONEY, JUSTYNA MALONEY, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 32 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 33 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 34 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/19/2025 | 35 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal |

| | | |
|---|---|---|
| | | utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/12/2025. Redacted Transcript Deadline set for 3/24/2025. Release of Transcript Restriction set for 5/20/2025. (mag) (Entered: 02/19/2025) |
| 02/25/2025 | 36 | Transcript of Status Conference held on 12/10/2024, before Judge Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (js) (Entered: 02/25/2025) |
| 03/13/2025 | 37 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 38 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 39 | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 03/18/2025) |
| 03/21/2025 | | Filing fee: $605, receipt number NEW51690. (sms2) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals re Filing Fee Received. (sms2) (Entered: 03/21/2025) |
| 03/24/2025 | 40 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 41 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 42 | NOTICE OF APPEAL by ALESCO AI, LLC, ALESCO MARKETING SOLUTIONS, L.L.C., RESPONSE SOLUTIONS GROUP, LLC, STAT RESOURCE GROUP INC., THE ALESCO GROUP, L.L.C.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 43 | USCA Case Number 25-1585 for 42 Notice of Appeal (USCA), filed by ALESCO MARKETING SOLUTIONS, L.L.C., THE ALESCO GROUP, L.L.C., STAT RESOURCE GROUP INC., RESPONSE SOLUTIONS GROUP, LLC, ALESCO AI, LLC. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch) (Entered: 03/31/2025) |
| 04/02/2025 | 44 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 45 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

<strong style="color:red">PACER Service Center</strong>

CM/ECF LIVE - U.S. District Court for the District of New Jersey

| Transaction Receipt | | | |
|---|---|---|---|
| 04/03/2025 14:36:13 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-05656-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

JA416

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-05658-HB

ATLAS DATA PRIVACY CORPORATION et al v. SEARCHBUG, INC. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
              1:24-cv-10600-HB
              1:24-cv-11443-HB
              1:25-cv-01535-HB
              1:25-cv-00237-HB
              1:25-cv-01517-HB
Case in other court:  Third Circuit, 25-01586
              SUPERIOR COURT OF NEW JERSEY,
              MIDDLESEX COUNTY, MID L 000904 24
Cause: 28:1441 Notice of Removal

Date Filed: 04/26/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**                    represented by  **RAJIV D. PARIKH**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**                  represented by  **RAJIV D. PARIKH**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                 represented by  **RAJIV D. PARIKH**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                   represented by  **RAJIV D. PARIKH**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                 represented by  **RAJIV D. PARIKH**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SEARCHBUG, INC.**                  represented by  **KORY ANN FERRO**
                                                    GREENSPOON MARDER, LLP
                                                    1037 RAYMOND BLVD.
                                                    SUITE 900
                                                    NEWARK, NJ 07102
                                                    732-494-4800
                                                    Email: KoryAnn.Ferro@gmlaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **KELLY MAGNUS PURCARO**
                                                    GREENSPOON MARDER
                                                    1037 RAYMOND BLVD
                                                    SUITE 900
                                                    NEWARK, NJ 07102
                                                    732-456-8734
                                                    Fax: 212-524-5050
                                                    Email: Kelly.Purcaro@gmlaw.com
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**                  represented by  **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2024 | 1 | NOTICE OF REMOVAL by SEARCHBUG, INC. from Superior Court New Jersey, Middlesex County, case number MID-L-000904-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15320612), filed by SEARCHBUG, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(PURCARO, KELLY) (Entered: 04/26/2024) |
| 04/26/2024 | | Judge Harvey Bartle (EDPA), III added. (mmb, ) (Entered: 04/26/2024) |
| 04/26/2024 | 2 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/2024. (mmb, ) (Entered: 04/26/2024) |
| 04/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Party Information; Parties listed in complaint were not included on the docket. Alias information should be entered in the alias field. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (sms2) (Entered: 04/26/2024) |
| 04/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (sms2) (Entered: 04/26/2024) |
| 04/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (sms2) (Entered: 04/26/2024) |

| | | |
|---|---|---|
| 04/29/2024 | 3 | ORDER directing Plaintiffs to file any motions to remand and any supporting briefs by 5/17/2024; ORDERED that Plaintiffs shall provide to each Defendant and said Defendant's counsel a list of Covered Persons under Daniel's Law who requested deletion of any privacy information by that defendant and sample forms of Atlas Data Privacy Corporation's Terms of Service on or before 5/24/2024. Signed by Judge Harvey Bartle (EDPA), III on 4/29/2024. (dmr) (Entered: 04/29/2024) |
| 04/29/2024 | 4 | ORDER scheduling a Status Conference for 5/7/2024 at 2:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III; ORDREED that the actions are stayed through 5/7/2024, except as to any motions to remand and supporting briefs. Signed by Judge Harvey Bartle (EDPA), III on 4/29/2024. (dmr) (Entered: 04/29/2024) |
| 04/30/2024 | 5 | NOTICE of Appearance by KORY ANN FERRO on behalf of SEARCHBUG, INC. (FERRO, KORY ANN) (Entered: 04/30/2024) |
| 04/30/2024 | 6 | Corporate Disclosure Statement by SEARCHBUG, INC.. (FERRO, KORY ANN) (Entered: 04/30/2024) |
| 04/30/2024 | 7 | Diversity Disclosure Statement by SEARCHBUG, INC.. (FERRO, KORY ANN) (Entered: 04/30/2024) |
| 05/07/2024 | 8 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 9 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 11 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/14/2024 | 10 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 06/03/2024 | 12 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/11/2024 | 13 | Letter. (PURCARO, KELLY) (Entered: 06/11/2024) |
| 06/13/2024 | 14 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to |

| | | |
|---|---|---|
| | | redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 15 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 16 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 17 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 18 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 16 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 19 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/16/2024 | 20 | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 09/16/2024) |
| 10/01/2024 | 21 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 22 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 23 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (tf, ) (Entered: 10/09/2024) |
| 10/10/2024 | 24 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 25 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 11/26/2024 | 26 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is |

| | | |
|---|---|---|
| | | unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 12/02/2024 | 27 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 28 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/06/2024 | 29 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 30 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 31 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 32 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 33 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 34 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/19/2025 | 35 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/12/2025. Redacted Transcript Deadline set for 3/24/2025. Release of Transcript Restriction set for 5/20/2025. (mag) (Entered: 02/19/2025) |
| 02/25/2025 | 36 | Transcript of Status Conference held on 12/10/2024, before Judge Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1)** |

| | | |
|---|---|---|
| | | **REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (js) (Entered: 02/25/2025) |
| 03/18/2025 | 37 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 38 | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 03/18/2025) |
| 03/21/2025 | | Filing fee: $ 605, receipt number NEW51691. (sms2) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals re Filing Fee Received. (sms2) (Entered: 03/21/2025) |
| 03/24/2025 | 39 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 40 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 41 | NOTICE OF APPEAL by SEARCHBUG, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 42 | USCA Case Number 25-1586 for 41 Notice of Appeal (USCA), filed by SEARCHBUG, INC.. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch, ) (Entered: 03/31/2025) |
| 04/02/2025 | 43 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 44 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 14:37:44 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-05658-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-05775-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION et al v. AMERILIST, INC. et al<br>Assigned to: Judge Harvey Bartle (EDPA), III<br>Related Cases: 1:24-cv-11023-HB<br>　　　　　　　　1:24-cv-10600-HB<br>　　　　　　　　1:24-cv-11443-HB<br>　　　　　　　　1:25-cv-01535-HB<br>　　　　　　　　1:25-cv-00237-HB<br>　　　　　　　　1:25-cv-01517-HB<br>Case in other court: Third Circuit, 25-01587<br>　　　　　　　　SUPERIOR COURT OF NEW JERSEY,<br>　　　　　　　　MIDDLESEX COUNTY, MID L 001052 24<br>Cause: 28:1332 Diversity-Notice of Removal | Date Filed: 05/01/2024<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **ATLAS DATA PRIVACY CORPORATION**<br>*as assignee of individuals who are Covered Persons* | represented by | **RAJIV D. PARIKH**<br>PEM LAW LLP<br>1 BOLAND DRIVE<br>SUITE 101<br>WEST ORANGE, NJ 07052<br>973-585-5330<br>Email: rparikh@pemlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **JANE DOE-1**<br>*a law enforcement officer* | represented by | **RAJIV D. PARIKH**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **JANE DOE-2**<br>*a law enforcement officer* | represented by | **RAJIV D. PARIKH**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **EDWIN MALDONADO** | represented by | **RAJIV D. PARIKH**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**POLICE OFFICER SCOTT MALONEY**                 represented by   **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**                              represented by   **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                             represented by   **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                               represented by   **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                             represented by   **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AMERILIST, INC.**                              represented by   **KORY ANN FERRO**
GREENSPOON MARDER, LLP
1037 RAYMOND BLVD.
SUITE 900
NEWARK, NJ 07102
732-494-4800
Email: KoryAnn.Ferro@gmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KELLY MAGNUS PURCARO**
GREENSPOON MARDER
1037 RAYMOND BLVD
SUITE 900
NEWARK, NJ 07102
732-456-8734
Fax: 212-524-5050
Email: Kelly.Purcaro@gmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious entities*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Intervenor**

| | | |
|---|---|---|
| **ATTORNEY GENERAL OF NEW JERSEY** | represented by | **KASHIF TARAQ CHAND**<br>NEW JERSEY DIVISION OF LAW<br>124 HALSEY STREET<br>5TH FLOOR<br>NEWARK, NJ 07101<br>908-705-3958<br>Email: kashif.chand@law.njoag.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2024 | 1 | NOTICE OF REMOVAL by AMERILIST, INC. from Superior Court New Jersey, Middlesex County, case number MID-L-001052-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15333605), filed by AMERILIST, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(PURCARO, KELLY) (Entered: 05/01/2024) |
| 05/01/2024 | 2 | NOTICE of Appearance by KORY ANN FERRO on behalf of AMERILIST, INC. (FERRO, KORY ANN) (Entered: 05/01/2024) |
| 05/01/2024 | 3 | Corporate Disclosure Statement by AMERILIST, INC.. (FERRO, KORY ANN) (Entered: 05/01/2024) |
| 05/01/2024 | 4 | Diversity Disclosure Statement by AMERILIST, INC.. (FERRO, KORY ANN) (Entered: 05/01/2024) |
| 05/01/2024 | | Judge Harvey Bartle (EDPA), III added. (dmw) (Entered: 05/02/2024) |
| 05/01/2024 | 5 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III, (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/2024. (dmw) (Entered: 05/02/2024) |
| 05/02/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Party Information; Parties should be listed the exact way they appear on the complaint. Alias information should be entered in the alias field. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (sms2) (Entered: 05/02/2024) |
| 05/02/2024 | 6 | ORDER scheduling a Status Conference set for 5/7/2024 at 2:00 PM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. This action is stayed through May 7, 2024, except as to any motions of Plaintiffs to remand and supporting briefs. Signed by Judge Harvey Bartle (EDPA), III on 5/2/2024. (dmr) (Entered: 05/02/2024) |
| 05/02/2024 | 7 | ORDER directing Plaintiffs to file any motions to remand and any supporting briefs on or before 5/7/2024; Plaintiffs, on or before 5/24/2024, shall provide to each Defendant and said Defendant's counsel a list of Covered Persons under Daniel's Law who requested |

| | | deletion of any privacy information by that defendant. Signed by Judge Harvey Bartle (EDPA), III on 5/2/2024. (dmr) (Entered: 05/02/2024) |
|---|---|---|
| 05/07/2024 | 8 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 5/7/2024. (Court Reporter, Ann Marie Mitchell (856-576-7018)) (Attachments: # 1 Attorney Sign-In Sheet) (bf, ) (Entered: 05/13/2024) |
| 05/08/2024 | 9 | ORDER setting deadlines for filing of certain motions & briefs and staying action until further order of the Court, etc. Signed by Judge Harvey Bartle, III on 5/8/2024. (lm) (Entered: 05/13/2024) |
| 05/09/2024 | 11 | Transcript of Status Conference held on 5/7/2024, before Judge Bartle. Court Reporter/Transcriber Ann Marie Mitchell (856-576-7018). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 5/30/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/7/2024. (js) (Entered: 05/14/2024) |
| 05/14/2024 | 10 | ORDER CONCERNING NOTICE AND CERTIFICATION PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE. Signed by Judge Harvey Bartle (EDPA), III on 5/9/2024. (dmw) (Entered: 05/14/2024) |
| 06/03/2024 | 12 | ORDER: Any entity seeking to file an amicus brief regarding the facial challenge to the constitutionality of Daniel's Law, N.J. Stat. Ann. §§ 47:1-A, et seq., and 58:8-166.1, shall file on before June 15, 2024 a petition to do so together with said amicus brief. Signed by Judge Harvey Bartle (EDPA), III on 6/3/2024. (lm) (Entered: 06/03/2024) |
| 06/11/2024 | 13 | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 06/11/2024) |
| 06/13/2024 | 14 | Transcript of Proceedings Status Conference held on 06/03/2024, before Judge Harvey Bartle III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 7/8/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/11/2024. (db, ) (Entered: 06/13/2024) |
| 07/10/2024 | 15 | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | 16 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 17 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |

| 08/20/2024 | 18 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 16 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
|---|---|---|
| 08/27/2024 | 19 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/16/2024 | 20 | Letter. (PURCARO, KELLY) (Entered: 09/16/2024) |
| 10/01/2024 | 21 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 22 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 23 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (tf, ) (Entered: 10/09/2024) |
| 10/10/2024 | 24 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 25 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 11/26/2024 | 26 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 12/02/2024 | 27 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 28 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/06/2024 | 29 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |

| 12/10/2024 | 30 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
|---|---|---|
| 12/10/2024 | 31 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 32 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 33 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 34 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/19/2025 | 35 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/12/2025. Redacted Transcript Deadline set for 3/24/2025. Release of Transcript Restriction set for 5/20/2025. (mag) (Entered: 02/19/2025) |
| 02/25/2025 | 36 | Transcript of Status Conference held on 12/10/2024, before Judge Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (js) (Entered: 02/25/2025) |
| 03/18/2025 | 37 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 38 | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 03/18/2025) |
| 03/21/2025 | | USCA Filing Fee: $ 605, receipt number NEW51692. (mag) (Entered: 03/21/2025) |

| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (mag) (Entered: 03/21/2025) |
|---|---|---|
| 03/24/2025 | 39 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 40 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 41 | NOTICE OF APPEAL by AMERILIST, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 42 | USCA Case Number 25-1587 for 41 Notice of Appeal (USCA), filed by AMERILIST, INC.. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch) (Entered: 03/31/2025) |
| 04/02/2025 | 43 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 44 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 14:39:13 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-05775-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-07324-HB

ATLAS DATA PRIVACY CORPORATION et al v. US DATA CORPORATION et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
                1:24-cv-10600-HB
                1:24-cv-11443-HB
                1:25-cv-01535-HB
                1:25-cv-00237-HB
                1:25-cv-01517-HB
Case in other court:  Third Circuit, 25-01588
                Superior Court of New Jersey, Morris County,
                MRS-L-000323-24
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 06/27/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**                                represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**                              represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                             represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                               represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                             represented by    **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**US DATA CORPORATION**                          represented by    **KORY ANN FERRO**
GREENSPOON MARDER, LLP
1037 RAYMOND BLVD.
SUITE 900
NEWARK, NJ 07102
732-494-4800
Email: KoryAnn.Ferro@gmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KELLY MAGNUS PURCARO**
GREENSPOON MARDER
1037 RAYMOND BLVD
SUITE 900
NEWARK, NJ 07102
732-456-8734
Fax: 212-524-5050
Email: Kelly.Purcaro@gmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

<u>Defendant</u>

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

<u>Intervenor</u>

| | | |
|---|---|---|
| **ATTORNEY GENERAL OF NEW JERSEY** | represented by | **KASHIF TARAQ CHAND**<br>NEW JERSEY DIVISION OF LAW<br>124 HALSEY STREET<br>5TH FLOOR<br>NEWARK, NJ 07101<br>908-705-3958<br>Email: kashif.chand@law.njoag.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2024 | 1 | NOTICE OF REMOVAL by US DATA CORPORATION from Superior Court New Jersey, Morris County, case number MRS-L-000323-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15477784), filed by US DATA CORPORATION. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(PURCARO, KELLY) (Entered: 06/27/2024) |
| 06/27/2024 | 2 | NOTICE of Appearance by KORY ANN FERRO on behalf of US DATA CORPORATION (FERRO, KORY ANN) (Entered: 06/27/2024) |
| 06/27/2024 | 3 | Corporate Disclosure Statement by US DATA CORPORATION. (FERRO, KORY ANN) (Entered: 06/27/2024) |
| 06/27/2024 | 4 | Diversity Disclosure Statement by US DATA CORPORATION. (FERRO, KORY ANN) (Entered: 06/27/2024) |
| 06/27/2024 | | Judge Harvey Bartle (EDPA), III added. (mmb, ) (Entered: 06/27/2024) |
| 06/27/2024 | 5 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/2024.(mmb ) (Entered: 06/27/2024) |
| 06/28/2024 | 6 | Letter. (PURCARO, KELLY) (Entered: 06/28/2024) |
| 06/28/2024 | 7 | ORDER permitting Defendant US Data Corporation to join in the Consolidated Motion to Dismiss Brief which was filed in Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al., Civil Action No. 24-4105 (Doc. #27). This action is stayed pending further order of the court. Signed by Judge Harvey Bartle (EDPA), III on 6/28/2024. (dmr) (Entered: 06/28/2024) |
| 06/28/2024 | 8 | ORDER Plaintiff Atlas Data Privacy Corporation shall file on or before 7/12/2024 on the docket a notice as to whether it intends to file a motion to remand this action. Signed by Judge Harvey Bartle (EDPA), III on 6/28/2024. (dmw) (Entered: 07/01/2024) |
| 07/09/2024 | 9 | NOTICE by ATLAS DATA PRIVACY CORPORATION (PARIKH, RAJIV) (Entered: 07/09/2024) |

| 07/10/2024 | [10](#) | ORDER re: Facial Challenge Scheduling and vacating Court's orders of May 8, 2024 & June 3, 2024. Signed by Judge Harvey Bartle (EDPA), III on 7/10/2024. (lm, ) (Entered: 07/10/2024) |
| 08/06/2024 | [11](#) | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # [1](#) Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | [12](#) | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | [13](#) | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re [11](#) Brief. (Attachments: # [1](#) Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion) (PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | [14](#) | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/16/2024 | [15](#) | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 09/16/2024) |
| 10/01/2024 | [16](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | [17](#) | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | [18](#) | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (tf, ) (Entered: 10/09/2024) |
| 10/10/2024 | [19](#) | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | [20](#) | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 11/26/2024 | [21](#) | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b) (6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 12/02/2024 | [22](#) | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial |

| | | |
|---|---|---|
| | | ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 23 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/06/2024 | 24 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 25 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 26 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 27 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm, ) (Entered: 12/12/2024) |
| 01/14/2025 | 28 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 29 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/19/2025 | 30 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/12/2025. Redacted Transcript Deadline set for 3/24/2025. Release of Transcript Restriction set for 5/20/2025. (mag) (Entered: 02/19/2025) |
| 02/25/2025 | 31 | Transcript of Status Conference held on 12/10/2024, before Judge Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal |

| | | utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (js) (Entered: 02/25/2025) |
|---|---|---|
| 03/18/2025 | 32 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 33 | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 03/18/2025) |
| 03/21/2025 | | USCA Filing fee: $605, receipt number NEW51693. (sms2) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals re Filing Fee Received. (sms2) (Entered: 03/21/2025) |
| 03/24/2025 | 34 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 35 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 36 | NOTICE OF APPEAL by US DATA CORPORATION. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 03/31/2025 | 37 | USCA Case Number 25-1588 for 36 Notice of Appeal (USCA), filed by US DATA CORPORATION. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch) (Entered: 03/31/2025) |
| 04/02/2025 | 38 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 39 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 14:40:37 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-07324-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-08075-HB

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION et al v. SMARTY, LLC et al | Date Filed: 07/26/2024 |
| Assigned to: Judge Harvey Bartle (EDPA), III | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |

ATLAS DATA PRIVACY CORPORATION et al v. SMARTY, LLC et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
              1:24-cv-10600-HB
              1:24-cv-11443-HB
              1:25-cv-01535-HB
              1:25-cv-00237-HB
              1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01589
              SUPERIOR COURT OF NEW JERSEY,
              MERCER COUNTY, MER L 000310 24
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 07/26/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY CORPORATION**
*as assignee of individuals who are Covered Persons*

represented by **JESSICA A MEREJO**
PEM LAW LLP
1 BOLAND DRIVE
STE 101
WEST ORANGE, NJ 07052
973-577-5500
Email: jmerejo@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**                    represented by   **JESSICA A MEREJO**
*a law enforcement officer*                        (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **RAJIV D. PARIKH**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**               represented by   **JESSICA A MEREJO**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **RAJIV D. PARIKH**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**                 represented by   **JESSICA A MEREJO**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **RAJIV D. PARIKH**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**               represented by   **JESSICA A MEREJO**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **RAJIV D. PARIKH**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                represented by   **JESSICA A MEREJO**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **RAJIV D. PARIKH**
                                                   (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                    represented by   **JESSICA A MEREJO**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **RAJIV D. PARIKH**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SMARTY, LLC**                         represented by   **MATTHEW F. BRUNO**
                                                        MANATT, PHELPS & PHILLIPS, LLP
                                                        7 TIMES SQ
                                                        NEW YORK, NY 10036
                                                        212-790-4500
                                                        Email: mbruno@manatt.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **KENNETH D. FRIEDMAN**
                                                        MANATT, PHELPS, & PHILLIPS, LLP
                                                        7 TIMES SQUARE
                                                        NEW YORK, NY 10036
                                                        (212) 790-4500
                                                        Fax: (212) 790-4545
                                                        Email: kfriedman@manatt.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**SMARTYSTREETS, LLC**                  represented by   **MATTHEW F. BRUNO**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **KENNETH D. FRIEDMAN**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individual*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**

represented by **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2024 | 1 | NOTICE OF REMOVAL by SMARTY, LLC D/B/A SMARTYSTREETS, LLC from Superior Court of New Jersey - Mercer County, case number MER-L-000314-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15547545), filed by SMARTY, LLC D/B/A SMARTYSTREETS, LLC. (Attachments: # 1 Exhibit State Court Papers, # 2 Declaration of Lori Kirkham, # 3 Civil Cover Sheet)(FRIEDMAN, KENNETH) (Entered: 07/26/2024) |
| 07/26/2024 | 2 | Corporate Disclosure Statement by SMARTY, LLC D/B/A SMARTYSTREETS, LLC identifying Smarty, LLC as Corporate Parent.. (FRIEDMAN, KENNETH) (Entered: 07/26/2024) |
| 07/26/2024 | | Judge Harvey Bartle (EDPA), III added. (dmw) (Entered: 07/29/2024) |
| 07/26/2024 | 3 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III, (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/2024. (dmw) (Entered: 07/29/2024) |
| 07/30/2024 | 4 | Important NOTICE of Hearing: Telephone Conference set for 7/31/2024 at 3:30 PM before Judge Harvey Bartle (EDPA) III. (dmr) (Entered: 07/30/2024) |
| 07/30/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (sms2) (Entered: 07/30/2024) |
| 07/30/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Attorney Information; Plaintiffs' Counsel from Superior Court Complaint was not added to the docket. Party Information; Parties listed in complaint were not included on the docket. Parties should be listed the exact way they appear on the complaint. Alias information should be entered in the alias field. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (sms2) (Entered: 07/30/2024) |
| 07/31/2024 | 5 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Telephonic Status Conference held on 7/31/2024. (Court Reporter, N/A) (sms2) (Entered: 07/31/2024) |
| 08/01/2024 | 6 | Letter from Kenneth D. Friedman. (FRIEDMAN, KENNETH) (Entered: 08/01/2024) |

| | | |
|---|---|---|
| 08/06/2024 | 7 | BRIEF *in Opposition to MOTION to Dismiss / Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint* (Attachments: # 1 Certificate of Service)(PARIKH, RAJIV) (Entered: 08/06/2024) |
| 08/15/2024 | 8 | ORDER vacating Court's Order of 7/10/24; setting schedule for facial challenging; and staying actions pending further Order of the Court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/15/24. (ar1, ) (Entered: 08/15/2024) |
| 08/20/2024 | 9 | Letter from Rajiv D. Parikh, Esq. regarding Notice of Supplemental Submission re 7 Brief. (Attachments: # 1 Exhibit Green v. U.S. Dept. of Justice -D.C. Cir. Opinion)(PARIKH, RAJIV) (Entered: 08/20/2024) |
| 08/27/2024 | 10 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 09/05/2024 | 11 | MOTION for Leave to Appear Pro Hac Vice *of Brandon P. Reilly and Kayla LaRosa* by SMARTY, LLC. (Attachments: # 1 Declaration of Kenneth D. Friedman in Support of Motion to Admit Brandon P. Reilly and Kayla LaRosa Pro Hac Vice, # 2 Declaration of Brandon P. Reilly in Support of Motion for Admission Pro Hac Vice, # 3 Declaration of Kayla LaRosa in Support of Motion for Admission Pro Hac Vice, # 4 Text of Proposed Order)(FRIEDMAN, KENNETH) (Entered: 09/05/2024) |
| 09/05/2024 | | Set Deadlines as to 11 MOTION for Leave to Appear Pro Hac Vice *of Brandon P. Reilly and Kayla LaRosa*. Motion set for 10/7/2024 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (js) (Entered: 09/05/2024) |
| 09/05/2024 | 12 | ORDER Granting 11 Motion for Leave to Appear Pro Hac Vice as to Kayla LaRosa and Brandon P. Reilly. Signed by Judge Harvey Bartle (EDPA), III on 9/5/2024. (dmr) (Entered: 09/05/2024) |
| 09/11/2024 | 13 | Notice of Request by Pro Hac Vice Kayla LaRosa to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15654897.) (FRIEDMAN, KENNETH) (Entered: 09/11/2024) |
| 09/11/2024 | 14 | Notice of Request by Pro Hac Vice Brandon P. Reilly to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15654964.) (FRIEDMAN, KENNETH) (Entered: 09/11/2024) |
| 09/11/2024 | | Pro Hac Vice counsel, KAYLA LAROSA and BRANDON P. REILLY, have been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (js) (Entered: 09/12/2024) |
| 09/17/2024 | 15 | Letter from Kenneth D. Friedman. (FRIEDMAN, KENNETH) (Entered: 09/17/2024) |
| 10/01/2024 | 16 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 17 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. |

JA441

| | | |
|---|---|---|
| | | Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/08/2024 | 18 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (tf, ) (Entered: 10/09/2024) |
| 10/10/2024 | 19 | Third Party Litigation Funding disclosure statement pursuant to L.Civ.R 7.1.1(a)(1-3) filed by All Plaintiffs. (PARIKH, RAJIV) (Entered: 10/10/2024) |
| 11/26/2024 | 20 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (db, ) (Entered: 11/27/2024) |
| 11/26/2024 | 23 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 12/04/2024) |
| 12/02/2024 | 21 | ORDER: pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/2/2024. (lm, ) (Entered: 12/02/2024) |
| 12/02/2024 | 22 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db) (Entered: 12/02/2024) |
| 12/06/2024 | 24 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 25 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |
| 12/10/2024 | 26 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, WILLIAM SULLIVAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 27 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 28 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 29 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 |

| | | |
|---|---|---|
| | | or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/19/2025 | 30 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/12/2025. Redacted Transcript Deadline set for 3/24/2025. Release of Transcript Restriction set for 5/20/2025. (mag) (Entered: 02/19/2025) |
| 02/25/2025 | 31 | Transcript of Status Conference held on 12/10/2024, before Judge Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (js) (Entered: 02/25/2025) |
| 03/12/2025 | 32 | NOTICE of Appearance by MATTHEW F. BRUNO on behalf of SMARTY, LLC, SMARTYSTREETS, LLC (BRUNO, MATTHEW) (Entered: 03/12/2025) |
| 03/18/2025 | 33 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 34 | MOTION to Dismiss *Plaintiffs' Complaint* by SMARTY, LLC, SMARTYSTREETS, LLC. (Attachments: # 1 Memorandum of Law, # 2 Declaration of Kenneth D. Friedman, # 3 Exhibit A to Friedman Decl., # 4 Exhibit B to Friedman Decl., # 5 Exhibit C to Friedman Decl., # 6 Exhibit D to Friedman Decl., # 7 Text of Proposed Order)(FRIEDMAN, KENNETH) (Entered: 03/18/2025) |
| 03/19/2025 | | Set Deadlines as to 34 MOTION to Dismiss *Plaintiffs' Complaint*. Motion set for 4/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2, (Entered: 03/19/2025) |
| 03/20/2025 | 35 | NOTICE of Appearance by JESSICA A MEREJO on behalf of All Plaintiffs (MEREJO, JESSICA) (Entered: 03/20/2025) |
| 03/20/2025 | 36 | NOTICE OF INTERLOCUTORY APPEAL as to 20 Order, by SMARTY, LLC. Filing fee $ 605, receipt number ANJDC-16107441. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (FRIEDMAN, KENNETH) (Entered: 03/20/2025) |
| 03/24/2025 | 37 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on |

| | | March 24, 2025. (bf, ) (Entered: 03/24/2025) |
|---|---|---|
| 03/27/2025 | 38 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/31/2025 | 39 | USCA Case Number 25-1589 for 36 Notice of Interlocutory Appeal, filed by SMARTY, LLC. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch) (Entered: 03/31/2025) |
| 04/02/2025 | 40 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 41 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2025 14:42:46 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-08075-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

<span style="color:green">APPEAL</span>

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-08451-HB

ATLAS DATA PRIVACY CORPORATION v. COMPACT
INFORMATION SYSTEMS, LLC et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-11023-HB
               1:24-cv-10600-HB
               1:24-cv-11443-HB
               1:25-cv-01535-HB
               1:25-cv-00237-HB
               1:25-cv-01517-HB
Case in other court: Third Circuit, 25-01590
               SUPERIOR COURT OF NEW JERSEY,
               MONMOUTH COUNTY, MON L 00534 24
Cause: 28:1446 Notice of Removal

Date Filed: 08/13/2024
Jury Demand: None
Nature of Suit: 950 Constitutional - State
Statute
Jurisdiction: Diversity

**Plaintiff**

**ATLAS DATA PRIVACY**
**CORPORATION**
*as assignee of individuals who are Covered*
*Persons*

represented by **RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**

represented by **RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                    represented by    **RAJIV D. PARIKH**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                    represented by    **RAJIV D. PARIKH**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

**Plaintiff**

**PATRICK COLLIGAN**                    represented by    **RAJIV D. PARIKH**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**COMPACT INFORMATION SYSTEMS,**       represented by    **JACQUELINE MURPHY**
**LLC**                                                 WOOD SMITH HENNING AND
                                                        BERMAN, LLP
                                                        685 THIRD AVENUE, 18TH FLOOR
                                                        NEW YORK, NY 10017
                                                        212-999-7100
                                                        Fax: 212-999-7139
                                                        Email: jmurphy@wshblaw.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **JARED K. LEVY**
                                                        WOOD, SMITH, HENNING & BERMAN
                                                        5 WALLER AVENUE
                                                        SUITE 200
                                                        WHITE PLAINS, NY 10601
                                                        856-986-4433
                                                        Email: jlevy@wshblaw.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**ACCUDATA INTEGRATED**                represented by    **JACQUELINE MURPHY**
**MARKETING, INC.**                                     (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **JARED K. LEVY**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ALUMNIFINDER**                    represented by  **JACQUELINE MURPHY**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

                                    **JARED K. LEVY**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**ASL MARKETING, INC.**              represented by  **JACQUELINE MURPHY**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

                                    **JARED K. LEVY**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**COLLEGE BOUND SELECTION**          represented by  **JACQUELINE MURPHY**
**SERVICE**                         (See above for address)
                                    *ATTORNEY TO BE NOTICED*

                                    **JARED K. LEVY**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**DEEPSYNC LABS**                    represented by  **JACQUELINE MURPHY**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

                                    **JARED K. LEVY**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**HOMEDATA**                         represented by  **JACQUELINE MURPHY**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

                                    **JARED K. LEVY**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**STUDENT RESEARCH GROUP**           represented by  **JACQUELINE MURPHY**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**JARED K. LEVY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2024 | 1 | NOTICE OF REMOVAL by DEEPSYNC LABS, ALUMNIFINDER, HOMEDATA, ACCUDATA INTEGRATED MARKETING, INC., STUDENT RESEARCH GROUP, ASL MARKETING, INC., COMPACT INFORMATION SYSTEMS, LLC, COLLEGE BOUND SELECTION SERVICE from SUPERIOR COURT OF NEW JERSEY, case number MON-L-00534-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15587376), filed by DEEPSYNC LABS, ALUMNIFINDER, HOMEDATA, ACCUDATA INTEGRATED MARKETING, INC., STUDENT RESEARCH GROUP, ASL MARKETING, INC., COMPACT INFORMATION SYSTEMS, LLC, COLLEGE BOUND SELECTION SERVICE. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet) (LEVY, JARED) (Entered: 08/13/2024) |
| 08/13/2024 | | Judge Georgette Castner and Magistrate Judge Justin T. Quinn added. (mlh) (Entered: 08/14/2024) |
| 08/14/2024 | | Notice of Judicial Preferences. Click here for the Judge's Individual Procedure Requirements. (mlh) (Entered: 08/14/2024) |
| 08/14/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 1 "NOTICE OF REMOVAL" submitted by JARED K. LEVY on 8/13/2024 appears to have address information that does not match the court's records for this case. Please refer to the court's website at www.njd.uscourts.gov for information and instructions on maintaining your account. (mlh) (Entered: 08/14/2024) |
| 08/14/2024 | | CLERK'S QUALITY CONTROL MESSAGE - A copy of the "STATE COURT COMPLAINT" was not submitted with the 1 "NOTICE OF REMOVAL" submitted by JARED K. LEVY on 8/13/2024. PLEASE SUBMIT THE MISSING DOCUMENT(S) ONLY USING THE EVENT: Civil Events -> Other Filings -> Other Documents -. Exhibit (to Document). (mlh) (Entered: 08/14/2024) |
| 08/14/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, |

| | | |
|---|---|---|
| | | petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event: Civil Events -> Other Filings -> Other Documents -> Diversity Disclosure Statement. (mlh) (Entered: 08/14/2024) |
| 08/14/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (mlh) (Entered: 08/14/2024) |
| 08/14/2024 | 2 | Exhibit to 1 Notice of Removal,, by ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, COMPACT INFORMATION SYSTEMS, LLC, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP. (LEVY, JARED) (Entered: 08/14/2024) |
| 08/19/2024 | | CLERK'S QUALITY CONTROL MESSAGE - This case was incorrectly assigned to Judge Castner and Judge Quinn in Trenton. The case has been transferred to Camden for assignment to Judge Bartle. The new case number is 1:24-cv-08451. This message is for informational purposes only. (jjc, ) (Entered: 08/19/2024) |
| 08/19/2024 | | Judge Harvey Bartle (EDPA), III added. (dmw) (Entered: 08/19/2024) |
| 08/19/2024 | 3 | ORDER OF DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. The Honorable Harvey Bartle, III of the United States District Court for the Eastern District of Pennsylvania designated. Signed by Chief Judge Michael A. Chagares (USCA) on 4/2/2024 (dmw) (Entered: 08/19/2024) |
| 08/20/2024 | 4 | Corporate Disclosure Statement by ACCUDATA INTEGRATED MARKETING, INC. identifying Compact Information Systems, LLC d/b/a Deep Sync as Corporate Parent.. (LEVY, JARED) (Entered: 08/20/2024) |
| 08/20/2024 | 5 | Corporate Disclosure Statement by ALUMNIFINDER identifying Accudata Integrated Marketing, Inc. as Corporate Parent.. (LEVY, JARED) (Entered: 08/20/2024) |
| 08/20/2024 | 6 | Corporate Disclosure Statement by ASL MARKETING, INC. identifying Compact Information Systems, LLC d/b/a Deep Sync as Corporate Parent.. (LEVY, JARED) (Entered: 08/20/2024) |
| 08/20/2024 | 7 | Corporate Disclosure Statement by COLLEGE BOUND SELECTION SERVICE identifying ASL Marketing, Inc. as Corporate Parent.. (LEVY, JARED) (Entered: 08/20/2024) |
| 08/20/2024 | 8 | Corporate Disclosure Statement by COMPACT INFORMATION SYSTEMS, LLC. (LEVY, JARED) (Entered: 08/20/2024) |
| 08/20/2024 | 9 | Corporate Disclosure Statement by DEEPSYNC LABS identifying Compact Information Systems, LLC d/b/a Deep Sync as Corporate Parent.. (LEVY, JARED) (Entered: 08/20/2024) |
| 08/20/2024 | 10 | Corporate Disclosure Statement by HOMEDATA identifying Compact Information Systems, LLC d/b/a Deep Sync as Corporate Parent.. (LEVY, JARED) (Entered: 08/20/2024) |
| 08/20/2024 | 11 | Corporate Disclosure Statement by STUDENT RESEARCH GROUP identifying Compact Information Systems, LLC d/b/a Deep Sync as Corporate Parent.. (LEVY, JARED) (Entered: 08/20/2024) |
| 08/20/2024 | 12 | Diversity Disclosure Statement by ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION |

| | | |
|---|---|---|
| | | SERVICE, COMPACT INFORMATION SYSTEMS, LLC, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP. (LEVY, JARED) (Entered: 08/20/2024) |
| 08/21/2024 | 13 | Letter from Jared K. Levy. (LEVY, JARED) (Entered: 08/21/2024) |
| 08/22/2024 | 14 | ORDER: Defendants may join in the Consolidated Motion to Dismiss Brief which was filed in Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al., Civil Action No. 24-4105 (Doc. #27); further ORDERED action is stayed pending further order of the court, etc. Signed by Judge Harvey Bartle (EDPA), III on 8/22/2024. (lm) (Entered: 08/22/2024) |
| 08/27/2024 | 15 | ORDER: the Court will hold oral argument on Tuesday, October 1, 2024 at 1:30PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey regarding the Motions of Defendants to dismiss the above actions on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1 is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 8/27/2024. (lm) (Entered: 08/27/2024) |
| 08/29/2024 | 16 | MOTION for Leave to Appear Pro Hac Vice *Christopher Seusing* by ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, COMPACT INFORMATION SYSTEMS, LLC, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP. (LEVY, JARED) (Entered: 08/29/2024) |
| 08/29/2024 | 17 | MOTION for Leave to Appear Pro Hac Vice *Sean V. Patel* by ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, COMPACT INFORMATION SYSTEMS, LLC, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP. (LEVY, JARED) (Entered: 08/29/2024) |
| 08/30/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The 16 Certification of Christopher Seusing and 17 Certification of Sean V. Patel submitted by JARED K. LEVY on 8/29/2024 contains an improper signature. Only the filing user is permitted to sign electronically filed documents with an s/. PLEASE RESUBMIT THE CERTIFICATIONS ONLY WITH A SCANNED SIGNATURE. This submission will remain on the docket unless otherwise ordered by the court. (sms2) (Entered: 08/30/2024) |
| 09/03/2024 | 18 | ORDER granting 16 Motion for Leave to Appear Pro Hac Vice as to Christopher J. Seusing, Esquire, etc. Signed by Judge Harvey Bartle (EDPA), III on 9/3/2024. (lm) (Entered: 09/03/2024) |
| 09/03/2024 | 19 | ORDER granting 17 Motion for Leave to Appear Pro Hac Vice as to Sean V. Patel, Esquire, etc. Signed by Judge Harvey Bartle (EDPA), III on 9/3/2024. (lm) (Entered: 09/03/2024) |
| 09/11/2024 | 20 | Notice of Request by Pro Hac Vice Sean V. Patel to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15655154.) (LEVY, JARED) (Entered: 09/11/2024) |
| 09/11/2024 | 21 | Notice of Request by Pro Hac Vice Christopher J. Seusing to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 250 receipt number ANJDC-15655180.) (LEVY, JARED) (Entered: 09/11/2024) |
| 09/12/2024 | | Pro Hac Vice counsel, SEAN V. PATEL and CHRISTOPHER J. SEUSING, have been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (mag) (Entered: 09/12/2024) |
| 09/19/2024 | 22 | Exhibit to QC - Electronic signature does not match e-filer, *Certification of Christopher Seusing* by ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL |

|  |  | MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, COMPACT INFORMATION SYSTEMS, LLC, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP. (LEVY, JARED) (Entered: 09/19/2024) |
|---|---|---|
| 09/19/2024 | 23 | Exhibit to QC - Electronic signature does not match e-filer, *Sean V. Patel* by ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, COMPACT INFORMATION SYSTEMS, LLC, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP. (LEVY, JARED) (Entered: 09/19/2024) |
| 10/01/2024 | 24 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Hearing on Defendants' Consolidated Motion to Dismiss held on the record on 10/1/2024. Motion taken under advisement. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm) (Entered: 10/02/2024) |
| 10/02/2024 | 25 | ORDER: The court will hold a discovery status conference on Thursday, October 3, 2024 at 1:30 PM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 10/2/2024. (lm, ) (Entered: 10/02/2024) |
| 10/03/2024 | 26 | NOTICE of Appearance by JACQUELINE MURPHY on behalf of ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, COMPACT INFORMATION SYSTEMS, LLC, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP (MURPHY, JACQUELINE) (Entered: 10/03/2024) |
| 10/08/2024 | 27 | Transcript of Proceedings held on 10/1/2024, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 10/29/2024. Redacted Transcript Deadline set for 11/8/2024. Release of Transcript Restriction set for 1/6/2025. (tf, ) (Entered: 10/09/2024) |
| 11/26/2024 | 28 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 29 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024.(lm, ) (Entered: 11/27/2024) |
| 12/02/2024 | 30 | ORDER pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/02/2024 | 31 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/10/2024 | 32 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |

| | | |
|---|---|---|
| 12/10/2024 | 33 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, WILLIAM SULLIVAN, JANE DOE-1, JANE DOE-2, PATRICK COLLIGAN identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/12/2024 | 34 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 01/14/2025 | 35 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 36 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/19/2025 | 37 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/12/2025. Redacted Transcript Deadline set for 3/24/2025. Release of Transcript Restriction set for 5/20/2025. (mag) (Entered: 02/19/2025) |
| 02/25/2025 | 38 | Transcript of Status Conference held on 12/10/2024, before Judge Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (js) (Entered: 02/25/2025) |
| 03/13/2025 | 39 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 40 | NOTICE by ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, COMPACT INFORMATION SYSTEMS, LLC, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP *OF INTENT TO JOIN CONSOLIDATED RULE 12(b)(6) Motion to Dismiss* (LEVY, JARED) (Entered: 03/18/2025) |
| 03/18/2025 | 41 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |

| 03/21/2025 | | USCA Filing fee: $ 605, receipt number NEW51696. (js) (Entered: 03/21/2025) |
|---|---|---|
| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/21/2025) |
| 03/24/2025 | 42 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 43 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 44 | NOTICE OF APPEAL by ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, COMPACT INFORMATION SYSTEMS, LLC, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 04/01/2025 | 45 | USCA Case Number 25-1590 for 44 Notice of Appeal (USCA), filed by ALUMNIFINDER, STUDENT RESEARCH GROUP, COMPACT INFORMATION SYSTEMS, LLC, ACCUDATA INTEGRATED MARKETING, INC., HOMEDATA, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, DEEPSYNC LABS. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch) (Entered: 04/01/2025) |
| 04/02/2025 | 46 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 47 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 14:44:08 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-08451-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-10600-HB

ATLAS DATA PRIVACY CORPORATION et al v. DARKOWL, LLC et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-04609-HB
        1:24-cv-04566-HB
        1:24-cv-04664-HB
        1:24-cv-04392-HB
        1:24-cv-04390-HB
        1:24-cv-04141-HB
        1:24-cv-04389-HB
        1:24-cv-04385-HB
        1:24-cv-04383-HB
        1:24-cv-04345-HB
        1:24-cv-04380-HB
        1:24-cv-04434-HB
        1:24-cv-04292-HB
        1:24-cv-04143-HB
        1:24-cv-04176-HB
        1:24-cv-04324-HB
        1:24-cv-04261-HB
        1:24-cv-04178-HB
        1:24-cv-04160-HB
        1:24-cv-04174-HB
        1:24-cv-04037-HB
        1:24-cv-04096-HB
        1:24-cv-04098-HB
        1:24-cv-04103-HB
        1:24-cv-04075-HB
        1:24-cv-04080-HB
        1:24-cv-04041-HB
        1:24-cv-04045-HB
        1:24-cv-04949-HB
        1:24-cv-05600-HB
        1:24-cv-05656-HB
        1:24-cv-05658-HB
        1:24-cv-05775-HB
        1:24-cv-07324-HB
        1:24-cv-08075-HB
        1:24-cv-08451-HB
        1:25-cv-01535-HB
        1:24-cv-11443-HB

Date Filed: 11/20/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

CM/ECF LIVE - U.S. District Court for the District of New Jersey

1:24-cv-11023-HB
1:25-cv-01517-HB
1:25-cv-00237-HB

Case in other court:  Third Circuit, 25-01591
                         Superior Court of New Jersey, Essex County,
                         ESX-L-007210-24

Cause: 28:1332 Diversity-Notice of Removal

**Plaintiff**

**ATLAS DATA PRIVACY**              represented by   **JESSICA A MEREJO**
**CORPORATION**                                      PEM LAW LLP
*as assignee for individuals who are Covered*          1 BOLAND DRIVE
*Persons*                                             STE 101
                                                  WEST ORANGE, NJ 07052
                                                  973-577-5500
                                                  Email: jmerejo@pemlawfirm.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **RAJIV D. PARIKH**
                                                  PEM LAW LLP
                                                  1 BOLAND DRIVE
                                                  SUITE 101
                                                  WEST ORANGE, NJ 07052
                                                  973-585-5330
                                                  Email: rparikh@pemlawfirm.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                 represented by   **JESSICA A MEREJO**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **RAJIV D. PARIKH**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                  represented by   **JESSICA A MEREJO**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **RAJIV D. PARIKH**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DARKOWL, LLC**

represented by **KORY ANN FERRO**
GREENSPOON MARDER, LLP
1037 RAYMOND BLVD.
SUITE 900
NEWARK, NJ 07102
732-494-4800
Email: KoryAnn.Ferro@gmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KELLY MAGNUS PURCARO**
GREENSPOON MARDER
1037 RAYMOND BLVD
SUITE 900
NEWARK, NJ 07102
732-456-8734
Fax: 212-524-5050
Email: Kelly.Purcaro@gmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Intervenor**

**ATTORNEY GENERAL OF NEW JERSEY**

represented by **KASHIF TARAQ CHAND**
NEW JERSEY DIVISION OF LAW
124 HALSEY STREET
5TH FLOOR
NEWARK, NJ 07101
908-705-3958
Email: kashif.chand@law.njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street
Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/20/2024 | 1 | NOTICE OF REMOVAL by DARKOWL, LLC from Superior Court New Jersey, Essex County, case number ESX-L-007210-24. ( Filing and Admin fee $ 405 receipt number |

| | | ANJDC-15820178), filed by DARKOWL, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(PURCARO, KELLY) (Entered: 11/20/2024) |
|---|---|---|
| 11/20/2024 | 2 | Exhibit to 1 Notice of Removal, *Civil Coversheet* by DARKOWL, LLC. (PURCARO, KELLY) (Entered: 11/20/2024) |
| 11/20/2024 | 3 | Corporate Disclosure Statement by DARKOWL, LLC. (PURCARO, KELLY) (Entered: 11/20/2024) |
| 11/20/2024 | 4 | Diversity Disclosure Statement by DARKOWL, LLC. (PURCARO, KELLY) (Main Document 4 replaced on 11/20/2024) (mag). (Entered: 11/20/2024) |
| 11/20/2024 | 5 | NOTICE of Appearance by KORY ANN FERRO on behalf of DARKOWL, LLC (FERRO, KORY ANN) (Entered: 11/20/2024) |
| 11/20/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The Diversity Disclosure Statement 4 filed by DARKOWL, LLC on 11/20/2024 was uploaded prior to being flattened. Before uploading fillable forms to ECF you must flatten the file to prevent other users from manipulating or editing the information. The easiest way to flatten a PDF form is by selecting Print to PDF and saving the flattened form, other PDF software may differ. Please visit our website under Flattening PDF Forms for guidance. Your document has been corrected. This message is for informational purposes only. (mag) (Entered: 11/20/2024) |
| 11/20/2024 | | Judge Harvey Bartle (EDPA), III added. (dmw) (Entered: 11/20/2024) |
| 11/20/2024 | 6 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III, (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/24. (dmw) (Entered: 11/20/2024) |
| 11/21/2024 | 7 | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 11/21/2024) |
| 11/26/2024 | 8 | MEMORANDUM. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024. (lm, ) (Entered: 11/27/2024) |
| 11/26/2024 | 9 | ORDER: the consolidated motion of defendants to dismiss these actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Daniel's Law is unconstitutional on its face is DENIED. Signed by Judge Harvey Bartle (EDPA), III on 11/26/2024.(lm, ) (Entered: 11/27/2024) |
| 11/27/2024 | 10 | Letter. (PURCARO, KELLY) (Entered: 11/27/2024) |
| 12/02/2024 | 11 | ORDER pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that its Order dated November 26, 2024 involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/02/2024 | 12 | ORDER, ( Status Conference set for 12/10/2024 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on 12/02/2024. (db, ) (Entered: 12/02/2024) |
| 12/06/2024 | 13 | NOTICE of Appearance by KASHIF TARAQ CHAND on behalf of ATTORNEY GENERAL OF NEW JERSEY (CHAND, KASHIF) (Entered: 12/06/2024) |
| 12/10/2024 | 14 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 12/10/2024. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 12/10/2024) |

| | | |
|---|---|---|
| 12/10/2024 | 15 | Corporate Disclosure Statement by ATLAS DATA PRIVACY CORPORATION, PATRICK COLLIGAN, PETER ANDREYEV identifying Atlas Data Privacy Corporation as Corporate Parent.. (PARIKH, RAJIV) (Entered: 12/10/2024) |
| 12/11/2024 | 16 | MOTION for Leave to Appear Pro Hac Vice *(Kiran Raj)* by DARKOWL, LLC. (Attachments: # 1 Text of Proposed Order Permitting Admission Pro Hac Vice, # 2 Statement As To Why No Brief Is Necessary, # 3 Certification Of Kelly Purcaro, # 4 Certification Of Kiran Raj)(PURCARO, KELLY) (Entered: 12/11/2024) |
| 12/11/2024 | 17 | MOTION for Leave to Appear Pro Hac Vice *(Ryan Scott Ferber)* by DARKOWL, LLC. (Attachments: # 1 Text of Proposed Order Permitting Admission Pro Hac Vice, # 2 Statement As To Why No Brief Is Necessary, # 3 Certification Of Kelly Purcaro, # 4 Certification Of Ryan Scott Ferber)(PURCARO, KELLY) (Entered: 12/11/2024) |
| 12/11/2024 | | Set Deadlines as to 17 MOTION for Leave to Appear Pro Hac Vice *(Ryan Scott Ferber)* and 16 MOTION for Leave to Appear Pro Hac Vice *(Kiran Raj)*. Motions set for 1/6/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, these motions will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (js) (Entered: 12/12/2024) |
| 12/12/2024 | 18 | ORDER STAYING CASE: Status Conference set for 1/14/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (lm) (Entered: 12/12/2024) |
| 12/12/2024 | 19 | ORDER granting 17 Motion for Leave to Appear Pro Hac Vice as to Ryan Scott Ferber, Esq.. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (aji, ) (Entered: 12/12/2024) |
| 12/12/2024 | 20 | ORDER granting 16 Motion for Leave to Appear Pro Hac Vice as to Kiran Raj, Esq.. Signed by Judge Harvey Bartle (EDPA), III on 12/12/2024. (aji, ) (Entered: 12/12/2024) |
| 12/18/2024 | | Pro Hac Vice fee: $500.00, receipt number NEW51240 as to RYAN SCOTT FERBER & KIRAN RAJ. (ps) (Entered: 12/18/2024) |
| 12/18/2024 | 21 | Notice of Request by Pro Hac Vice Kiran Raj to receive Notices of Electronic Filings. (PURCARO, KELLY) (Entered: 12/18/2024) |
| 12/18/2024 | 22 | Notice of Request by Pro Hac Vice Ryan Scott Ferber to receive Notices of Electronic Filings. (PURCARO, KELLY) (Entered: 12/18/2024) |
| 12/19/2024 | | Pro Hac Vice counsel, KIRAN RAJ and RYAN SCOTT FERBER, have been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (dmr) (Entered: 12/19/2024) |
| 01/09/2025 | 23 | MOTION for Leave to Appear Pro Hac Vice *Elliot C. Harvey Schatmeier, Esq.* by ATLAS DATA PRIVACY CORPORATION, PATRICK COLLIGAN, PETER ANDREYEV. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Certification Certification of Elliot C. Harvey, # 3 Certification Certification of Jessica A. Merejo)(MEREJO, JESSICA) (Entered: 01/09/2025) |
| 01/09/2025 | 24 | MOTION for Leave to Appear Pro Hac Vice *Ekwan E. Rhow* by ATLAS DATA PRIVACY CORPORATION, PATRICK COLLIGAN, PETER ANDREYEV. (Attachments: # 1 Certification Ekwan E. Rhow, # 2 Certification Jessica A. Merejo, # 3 Text of Proposed Order)(MEREJO, JESSICA) (Entered: 01/09/2025) |
| 01/09/2025 | 25 | MOTION for Leave to Appear Pro Hac Vice *Bill L. Clawges* by ATLAS DATA PRIVACY CORPORATION, PATRICK COLLIGAN, PETER ANDREYEV. (Attachments: # 1 Text |

CM/ECF LIVE - U.S. District Court for the District of New Jersey

| | | |
|---|---|---|
| | | of Proposed Order, # 2 Certification Bill Clawges, # 3 Certification Jessica A. Merejo) (MEREJO, JESSICA) (Entered: 01/09/2025) |
| 01/10/2025 | | CLERK'S QUALITY CONTROL MESSAGE - The 23 , 24 and 25 Certifications of Elliot C. Harvey, Ekwan E. Rhow, and Bill L. Clawges submitted by JESSICA A MEREJO on 1/9/2025 contains improper signatures. Only the filing user is permitted to sign electronically filed documents with a s/. PLEASE RESUBMIT THE CERTIFICATIONS ONLY WITH A SCANNED SIGNATURE, using the event *EXHIBIT (TO DOCUMENT)* found under the *OTHER DOCUMENTS* menu. This submission will remain on the docket unless otherwise ordered by the court. (sms2) (Entered: 01/10/2025) |
| 01/10/2025 | | Set Deadlines as to 25 MOTION for Leave to Appear Pro Hac Vice *Bill L. Clawges*, 24 MOTION for Leave to Appear Pro Hac Vice *Ekwan E. Rhow*, 23 MOTION for Leave to Appear Pro Hac Vice *Elliot C. Harvey Schatmeier, Esq.*. Motion set for 2/3/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sms2) (Entered: 01/10/2025) |
| 01/14/2025 | 26 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 01/14/2025) |
| 01/22/2025 | 27 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/19/2025 | 28 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/12/2025. Redacted Transcript Deadline set for 3/24/2025. Release of Transcript Restriction set for 5/20/2025. (mag) (Entered: 02/19/2025) |
| 02/25/2025 | 29 | Transcript of Status Conference held on 12/10/2024, before Judge Bartle, III. Court Reporter/Transcriber Sharon Ricci (267-249-8780). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/18/2025. Redacted Transcript Deadline set for 3/28/2025. Release of Transcript Restriction set for 5/27/2025. (js) (Entered: 02/25/2025) |

| 03/13/2025 | 30 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
|---|---|---|
| 03/18/2025 | 31 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 32 | Letter from Kelly Purcaro. (PURCARO, KELLY) (Entered: 03/18/2025) |
| 03/21/2025 |  | Filing fee: $605, receipt number NEW51689. (sms2) (Entered: 03/21/2025) |
| 03/21/2025 |  | Notice to Court of Appeals re Filing Fee Received. (sms2) (Entered: 03/21/2025) |
| 03/24/2025 | 33 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 34 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 35 | NOTICE OF APPEAL by DARKOWL, LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 04/01/2025 | 36 | USCA Case Number 25-1591 for 35 Notice of Appeal (USCA), filed by DARKOWL, LLC. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch) (Entered: 04/01/2025) |
| 04/02/2025 | 37 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 38 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2025 14:47:02 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-10600-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-11023-HB

ATLAS DATA PRIVACY CORPORATION v. SPY DIALER, INC.     Date Filed: 12/10/2024
Assigned to: Judge Harvey Bartle (EDPA), III            Jury Demand: None
Related Cases: 1:24-cv-04609-HB                          Nature of Suit: 440 Civil Rights: Other
               1:24-cv-04566-HB                          Jurisdiction: Diversity
               1:24-cv-04664-HB
               1:24-cv-04392-HB
               1:24-cv-04390-HB
               1:24-cv-04141-HB
               1:24-cv-04389-HB
               1:24-cv-04385-HB
               1:24-cv-04383-HB
               1:24-cv-04345-HB
               1:24-cv-04380-HB
               1:24-cv-04434-HB
               1:24-cv-04269-HB
               1:24-cv-04292-HB
               1:24-cv-04143-HB
               1:24-cv-04176-HB
               1:24-cv-04324-HB
               1:24-cv-04261-HB
               1:24-cv-04178-HB
               1:24-cv-04256-HB
               1:24-cv-04160-HB
               1:24-cv-04174-HB
               1:24-cv-04037-HB
               1:24-cv-04096-HB
               1:24-cv-04098-HB
               1:24-cv-04103-HB
               1:24-cv-04075-HB
               1:24-cv-04080-HB
               1:24-cv-04041-HB
               1:24-cv-04045-HB
               1:24-cv-04949-HB
               1:24-cv-05600-HB
               1:24-cv-05656-HB
               1:24-cv-05658-HB
               1:24-cv-05775-HB
               1:24-cv-07324-HB
               1:24-cv-08075-HB
               1:24-cv-08451-HB
               1:24-cv-10600-HB

1:24-cv-11443-HB
1:25-cv-01535-HB
1:25-cv-00237-HB
1:25-cv-01517-HB

Case in other court: Third Circuit, 25-01592
                     SUPERIOR COURT OF NEW JERSEY,
                     MORRIS COUNTY, MRS L 000259 24

Cause: 28:1332 Diversity-Notice of Removal

**Plaintiff**

**ATLAS DATA PRIVACY**                    represented by   **RAJIV D. PARIKH**
**CORPORATION**                                            PEM LAW LLP
*as assignee of individuals who are Covered*              1 BOLAND DRIVE
*Persons*                                                  SUITE 101
                                                           WEST ORANGE, NJ 07052
                                                           973-585-5330
                                                           Email: rparikh@pemlawfirm.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWIN MALDONADO**

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

**Plaintiff**

**SCOTT MALONEY**

**Plaintiff**

**JUSTYNA MALONEY**


V.

**Defendant**

**SPY DIALER, INC.**                      represented by   **CHRISTOPHER NUCIFORA**
                                                           KAUFMAN DOLOWICH & VOLUCK,
                                                           LLP
                                                           MANAGING PARTNER, NEW JERSEY
                                                           25 MAIN STREET
                                                           COURT PLAZA NORTH
                                                           SUITE 500
                                                           HACKENSACK, NJ 07601
                                                           201-708-8207
                                                           Fax: 201-488-6652
                                                           Email: cnucifora@kdvlaw.com
                                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**TIMOTHY MARK ORTOLANI**
KAUFMAN DOLOWICH LLP
COURT PLAZA NORTH
25 MAIN STREET
STE 500
HACKENSACK, NJ 07601
201-708-8244
Fax: 201-488-6652
Email: tortolani@kaufmandolowich.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**
**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/10/2024 | 1 | NOTICE OF REMOVAL by Spy Dialer, Inc. from Superior Court of New Jersey, Morris Vicinage, case number MRS-L-259-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15866925), filed by Spy Dialer, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (ORTOLANI, TIMOTHY) (Entered: 12/10/2024) |
| 12/10/2024 | | Judge Harvey Bartle (EDPA), III added. (dmw) (Entered: 12/11/2024) |
| 12/10/2024 | 2 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III, (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/2024. (dmw) (Entered: 12/11/2024) |
| 12/11/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed did not include a Civil Cover Sheet (JS-44), which is required to be submitted along with the initial pleading, as indicated in the Attorney Case Opening Guide. Please complete and file a Civil Cover Sheet using the event Exhibit (to Document) found under Civil/Other Filings/Other Documents. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (dmw, ) (Entered: 12/11/2024) |
| 12/11/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Caption; Parties should be listed the exact way they appear on the complaint. Failure to do so will result in the caption generating incorrectly. Cause of Action; Incorrect Cause of Action selected. Nature of Suit; Incorrect Nature of Suit selected. Party Information; Parties listed in complaint were not included on the docket. Party Information is to be entered in CAPITAL LETTERS. DO NOT select a party if it is not in CAPITAL LETTERS or if it does not reflect the EXACT name as is found in the pleading, create a new party. Parties should be listed the exact way they appear on the complaint. Alias information should be entered in the alias field. Removal-Other Court Information; Format of State Court case number should appear as close to the original as possible. Be sure to include every digit, even the 0s. Do NOT |

| | | include the dashes. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (sms2) (Entered: 12/11/2024) |
|---|---|---|
| 12/11/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (sms2) (Entered: 12/11/2024) |
| 12/11/2024 | 3 | Exhibit to 1 Notice of Removal, *Civil Cover Sheet (Form JS-44)* by SPY DIALER, INC.. (ORTOLANI, TIMOTHY) (Entered: 12/11/2024) |
| 12/11/2024 | 4 | Diversity Disclosure Statement by SPY DIALER, INC.. (ORTOLANI, TIMOTHY) (Entered: 12/11/2024) |
| 12/12/2024 | 5 | NOTICE OF TELEPHONE CONFERENCE: Telephone Conference set for 12/17/2024 at 11:00 AM before Judge Harvey Bartle (EDPA) III. Plaintiffs' counsel is instructed to get all counsel on the telephone and then call in to Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.(sms2) (Entered: 12/12/2024) |
| 12/17/2024 | 6 | ORDER: Defendants shall promptly file any motion to dismiss on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1, is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on 12/17/2024. (lm) (Entered: 12/17/2024) |
| 12/20/2024 | 7 | First MOTION to Dismiss by SPY DIALER, INC.. Responses due by 1/7/2025. (ORTOLANI, TIMOTHY) (Entered: 12/20/2024) |
| 12/20/2024 | | Set Deadlines as to 7 First MOTION to Dismiss . Motion set for 1/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (js) (Entered: 12/23/2024) |
| 01/03/2025 | 8 | ORDER denying 7 Motion to Dismiss. Signed by Judge Harvey Bartle (EDPA), III on 1/3/2025. (lm) (Entered: 01/03/2025) |
| 01/03/2025 | 9 | ORDER STAYING CASE: this action is stayed pending further order of the Court. Signed by Judge Harvey Bartle (EDPA), III on 1/3/2025. (lm) (Entered: 01/03/2025) |
| 01/14/2025 | 11 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (lm) (Entered: 02/19/2025) |
| 01/22/2025 | 10 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |

| 02/19/2025 | 12 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/12/2025. Redacted Transcript Deadline set for 3/24/2025. Release of Transcript Restriction set for 5/20/2025. (mag) (Entered: 02/19/2025) |
| --- | --- | --- |
| 03/18/2025 | 13 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 14 | Letter from Christoper Nucifora, Esq. Joining in Motion to Dismiss, Pursuant to FRCP 12(b)(6). (NUCIFORA, CHRISTOPHER) (Entered: 03/18/2025) |
| 03/18/2025 | 15 | First MOTION to Dismiss for Lack of Jurisdiction by SPY DIALER, INC.. (Attachments: # 1 Declaration of Christopher Nucifora, Esq., # 2 Exhibit A to Nucifora Decl., # 3 Declaration of Robert Scott, # 4 Certificate of Service)(NUCIFORA, CHRISTOPHER) (Entered: 03/18/2025) |
| 03/21/2025 | | USCA APPEAL Filing fee: $605, receipt number TRE143192. (sms2) Modified on 3/26/2025 (dmw, ). (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals re Filing Fee Received. (sms2) (Entered: 03/21/2025) |
| 03/24/2025 | 16 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 17 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 18 | NOTICE OF APPEAL by SPY DIALER, INC.. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 04/01/2025 | 19 | USCA Case Number 25-1592 for 18 Notice of Appeal (USCA), filed by SPY DIALER, INC.. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch) (Entered: 04/01/2025) |
| 04/02/2025 | 20 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 21 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

**PACER Service Center**

**Transaction Receipt**

| 04/03/2025 14:48:28 | | | |
|---|---|---|---|
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-11023-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

JA466

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:24-cv-11443-HB

ATLAS DATA PRIVACY CORPORATION et al v. LIGHTHOUSE LIST COMPANY, LLC et al
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-04609-HB
                1:24-cv-04566-HB
                1:24-cv-04664-HB
                1:24-cv-04392-HB
                1:24-cv-04390-HB
                1:24-cv-04141-HB
                1:24-cv-04389-HB
                1:24-cv-04385-HB
                1:24-cv-04383-HB
                1:24-cv-04345-HB
                1:24-cv-04380-HB
                1:24-cv-04434-HB
                1:24-cv-04292-HB
                1:24-cv-04143-HB
                1:24-cv-04176-HB
                1:24-cv-04324-HB
                1:24-cv-04261-HB
                1:24-cv-04178-HB
                1:24-cv-04160-HB
                1:24-cv-04174-HB
                1:24-cv-04037-HB
                1:24-cv-04096-HB
                1:24-cv-04098-HB
                1:24-cv-04103-HB
                1:24-cv-04075-HB
                1:24-cv-04080-HB
                1:24-cv-04041-HB
                1:24-cv-04045-HB
                1:24-cv-04949-HB
                1:24-cv-05600-HB
                1:24-cv-05656-HB
                1:24-cv-05658-HB
                1:24-cv-05775-HB
                1:24-cv-07324-HB
                1:24-cv-08075-HB
                1:24-cv-08451-HB
                1:24-cv-10600-HB
                1:24-cv-11023-HB

Date Filed: 12/23/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

Case in other court: Third Circuit, 25-01593
                    Superior Court of New Jersey, Middlesex
                    County, MID-L-001221-24
Cause: 28:1441 Notice of Removal- Civil Rights Act

**Plaintiff**

**ATLAS DATA PRIVACY**                  represented by **RAJIV D. PARIKH**
**CORPORATION**                                        PEM LAW LLP
*as an assignee of individuals who are*                1 BOLAND DRIVE
*Covered Persons*                                      SUITE 101
                                                       WEST ORANGE, NJ 07052
                                                       973-585-5330
                                                       Email: rparikh@pemlawfirm.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                    represented by **RAJIV D. PARIKH**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**
*a law enforcement officer*

**Plaintiff**

**JANE DOE-2**
*a law enforcement officer*

V.

**Defendant**

**LIGHTHOUSE LIST COMPANY, LLC**        represented by **RONALD L. DAVISON**
                                                       STARR, GERN, DAVISON & RUBIN, PC
                                                       105 EISENHOWER PARKWAY
                                                       ROSELAND, NJ 07068
                                                       (973) 403-9200
                                                       Email: rdavison@starrgern.com
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1-10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

**Interested Party**

**GENOVA BURNS, LLC**
494 Broad Street

Newark, NJ 07102
9735357101

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2024 | 1 | NOTICE OF REMOVAL by LIGHTHOUSE LIST COMPANY, LLC from Superior Court of New Jersey, Middlesex County, case number MID-L-1221-24. ( Filing and Admin fee $ 405 receipt number ANJDC-15899862), filed by LIGHTHOUSE LIST COMPANY, LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Amended Complaint, # 3 Exhibit B - Joint Letter & Consent Order, # 4 Exhibit C - Second Amended Complaint, # 5 Exhibit D - Declaration of Mark Traverso in Support of Notice of Removal)(DAVISON, RONALD) (Entered: 12/23/2024) |
| 12/23/2024 | 2 | Corporate Disclosure Statement by LIGHTHOUSE LIST COMPANY, LLC. (DAVISON, RONALD) (Entered: 12/23/2024) |
| 12/23/2024 | | Judge Harvey Bartle (EDPA), III added. (dmw) (Entered: 12/26/2024) |
| 12/23/2024 | 3 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III, (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/24. (dmw) (Entered: 12/26/2024) |
| 12/26/2024 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer. (DAVISON, RONALD) (Entered: 12/26/2024) |
| 12/26/2024 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Cause of Action: Incorrect Cause of Action selected. Party Information: Parties listed in complaint were not included on the docket; Parties should be listed the exact way they appear on the complaint. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (mag) (Entered: 12/26/2024) |
| 12/26/2024 | | Clerk`s Text Order - The 4 Application for Clerk's Order Extending Time to Answer submitted by LIGHTHOUSE LIST COMPANY, LLC on 12/26/2024 has been GRANTED. The answer due date has been set for 1/13/2025. (mag) Modified date on 12/27/2024 (mag). (Entered: 12/26/2024) |
| 12/30/2024 | | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (mag) (Entered: 12/30/2024) |
| 01/02/2025 | 5 | NOTICE OF TELEPHONE CONFERENCE: A TELEPHONE CONFERENCE in the above matter has been scheduled for January 3, 2025 at 11:00 a.m. (EST) with the Honorable Harvey Bartle III of the United States Courthouse, 601 Market Street, Philadelphia, PA 19106. Plaintiffs' counsel is instructed to get all counsel on the telephone and then call in to Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.(lm, ) (Entered: 01/02/2025) |
| 01/03/2025 | 6 | ORDER STAYING CASE: It is hereby ORDERED that:(1) Defendants shall promptly file any motion to dismiss on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., |

JA469

|  |  | and 56:8-166.1, is unconstitutional on its face; (2) Defendants may rely on the legal arguments previously raised in related cases; and (3) Defendants are not deemed by filing such motion to have waived any other ground for dismissal of the Complaint, including but not limited to a challenge to the constitutionality of Daniel's Law as applied, personal jurisdiction, venue, and arbitrability; and(4) Except as outlined herein, this action is stayed pending further order of the Court. Signed by Judge Harvey Bartle (EDPA), III on 1/3/2025. (lm) (Entered: 01/03/2025) |
|---|---|---|
| 01/08/2025 | 7 | MOTION to Dismiss *Plaintiffs' Complaint* by LIGHTHOUSE LIST COMPANY, LLC. Responses due by 1/21/2025. (Attachments: # 1 Text of Proposed Order)(DAVISON, RONALD) (Entered: 01/08/2025) |
| 01/08/2025 | 8 | ORDER denying 7 Motion to Dismiss action under Rule 12(b)(6) of F.R.C.P. on the ground that Daniel's Law is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on January 8, 2025. (bf, ) (Entered: 01/08/2025) |
| 01/13/2025 | 9 | MOTION for Leave to Appear Pro Hac Vice *of Jacob Sommer, Esq.* by LIGHTHOUSE LIST COMPANY, LLC. (Attachments: # 1 Declaration Declaration of J. Sommer, # 2 Text of Proposed Order Proposed order)(DAVISON, RONALD) (Entered: 01/13/2025) |
| 01/13/2025 | 10 | MOTION for Leave to Appear Pro Hac Vice *of Sudhir Rao, Esq.* by LIGHTHOUSE LIST COMPANY, LLC. (Attachments: # 1 Declaration Declaration of Sudhir Rao, # 2 Text of Proposed Order Proposed order)(DAVISON, RONALD) (Entered: 01/13/2025) |
| 01/13/2025 |  | Set Deadlines as to 9 MOTION for Leave to Appear Pro Hac Vice *of Jacob Sommer, Esq.*, 10 MOTION for Leave to Appear Pro Hac Vice *of Sudhir Rao, Esq.*. Motion set for 2/18/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr) (Entered: 01/13/2025) |
| 01/14/2025 | 13 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 1/14/2025. (Court Reporter, John Kurz (856-576-7094)) (lm) (Entered: 02/19/2025) |
| 01/21/2025 | 11 | Diversity Disclosure Statement by LIGHTHOUSE LIST COMPANY, LLC. (DAVISON, RONALD) (Entered: 01/21/2025) |
| 01/22/2025 | 12 | ORDER: (1) All previous orders of this court staying these actions are vacated;(2) Defendants in these actions shall file on or before March 18, 2025, an answer or any pre-trial motions together with supporting briefs. No supporting brief in a single action or consolidated brief in 9 or fewer actions shall exceed 30 pages. No consolidated brief in 10 or more actions shall exceed 60 pages; (3) After the filing of pretrial motions with supporting briefs the court will schedule a status conference to discuss the next steps to be taken; and(4) These actions are stayed pending further order of court, except as set forth in this order. Signed by Judge Harvey Bartle (EDPA), III on 1/22/2025. (lm, ) (Entered: 01/22/2025) |
| 02/19/2025 | 14 | Transcript of Status Conference held on 1/14/2025, before Judge Harvey Bartle, III. Court Reporter/Transcriber John Kurz (856-576-7094). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Court Reporter/Transcription Agency due, but not filed, by 3/12/2025. Redacted Transcript |

| | | Deadline set for 3/24/2025. Release of Transcript Restriction set for 5/20/2025. (mag) (Entered: 02/19/2025) |
|---|---|---|
| 03/13/2025 | 15 | NOTICE by GENOVA BURNS, LLC (BURNS, JAMES) (Entered: 03/13/2025) |
| 03/18/2025 | 16 | ORDER of USCA granting Petition for Leave of Appeal (ca3pdb, ) (Entered: 03/18/2025) |
| 03/18/2025 | 17 | MOTION to Dismiss *(Pursuant to Doc. 12)* by LIGHTHOUSE LIST COMPANY, LLC. (Attachments: # 1 Brief Supplemental Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction, # 2 Declaration of Mark Traverso)(DAVISON, RONALD) (Entered: 03/18/2025) |
| 03/20/2025 | | USCA Filing fee: $ 605, receipt number NEW51675. (js) (Entered: 03/21/2025) |
| 03/21/2025 | | Notice to Court of Appeals, Re: USCA Filing Fee Received. (js) (Entered: 03/21/2025) |
| 03/24/2025 | 18 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/27/2025 | 19 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 03/28/2025 | 20 | NOTICE OF APPEAL by LIGHTHOUSE LIST COMPANY, LLC. Filing fee $ 605. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (lm, ) (Entered: 03/28/2025) |
| 04/01/2025 | 21 | USCA Case Number 25-1593 for 20 Notice of Appeal (USCA), filed by LIGHTHOUSE LIST COMPANY, LLC. USCA Case Manager Laurie (Document Restricted - Court Only) (ca3gch) (Entered: 04/01/2025) |
| 04/02/2025 | 22 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 23 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2025 14:52:06 | | |
| **PACER Login:** | chuderem | **Client Code:** | 544877.010130 |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-11443-HB Start date: 1/1/1980 End date: 4/3/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

APPEAL

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
### CIVIL DOCKET FOR CASE #: 1:25-cv-01480-HB

ATLAS DATA PRIVACY CORPORATION et al v. FIRST
DIRECT, INC. et al
Assigned to: Judge Harvey Bartle (EDPA), III
Case in other court:  SUPERIOR COURT OF NEW JERSEY
                      MERCER COUNTY, MER L 000328 24
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 02/25/2025
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Diversity

### Plaintiff

**ATLAS DATA PRIVACY
CORPORATION**
*as assignee of individuals who are Covered
Persons*

represented by **JESSICA A MEREJO**
PEM LAW LLP
1 BOLAND DRIVE
STE 101
WEST ORANGE, NJ 07052
973-577-5500
Email: jmerejo@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
PEM LAW LLP
1 BOLAND DRIVE
SUITE 101
WEST ORANGE, NJ 07052
973-585-5330
Email: rparikh@pemlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**JANE DOE-1**
*a law enforcement officer*

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**JANE DOE-2**
*a law enforcement officer*

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**EDWIN MALDONATO**

represented by **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT MALONEY**                    represented by    **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTYNA MALONEY**                    represented by    **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                    represented by    **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                    represented by    **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM SULLIVAN**                    represented by    **JESSICA A MEREJO**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FIRST DIRECT, INC.**                    represented by   **WILLIAM WENDELL CHENEY , III**
                                                            FREEMAN MATHIS & GARY, LLP
                                                            3 EXECUTIVE CAMPUS
                                                            SUITE 350
                                                            CHERRY HILL, NJ 08002
                                                            484-678-4221
                                                            Email: WCheney@fmglaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **ANDREW W. SHEPPARD**
                                                            Freeman Mathis & Gary, LLP
                                                            3 Executive Campus
                                                            Suite 350
                                                            Cherry Hill, NJ 08002
                                                            856-406-1262
                                                            Fax: 833-229-3538
                                                            Email: andrew.sheppard@fmglaw.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD ROES 1- 10**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/25/2025 | 1 | NOTICE OF REMOVAL by FIRST DIRECT, INC. from MERCER COUNTY SUPERIOR COURT, case number MER-L-328-24. ( Filing and Admin fee $ 405 receipt number ANJDC-16045230), filed by FIRST DIRECT, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(SHEPPARD, ANDREW) (Entered: 02/25/2025) |
| 02/25/2025 |   | Judge Georgette Castner and Magistrate Judge Tonianne J. Bongiovanni added. (dmr3) (Entered: 02/26/2025) |
| 02/26/2025 | 2 | Corporate Disclosure Statement by FIRST DIRECT, INC. identifying First Direct, Inc. as Corporate Parent.. (CHENEY, WILLIAM) (Entered: 02/26/2025) |
| 02/26/2025 |   | CLERK'S QUALITY CONTROL MESSAGE - Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, |

| | | |
|---|---|---|
| | | in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (dmr3) (Entered: 02/26/2025) |
| 02/26/2025 | | Notice of Judicial Preferences. Click here for the Judge's Individual Procedure Requirements. (dmr3) (Entered: 02/26/2025) |
| 02/26/2025 | 3 | Diversity Disclosure Statement by FIRST DIRECT, INC.. (CHENEY, WILLIAM) (Entered: 02/26/2025) |
| 03/05/2025 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendant First Direct, Inc.. Attorney WILLIAM WENDELL CHENEY, III for FIRST DIRECT, INC. added. (CHENEY, WILLIAM) (Entered: 03/05/2025) |
| 03/05/2025 | 5 | ORDER SCHEDULING CONFERENCE: Scheduling Conference set for 4/16/2025 at 10:00 AM in Trenton - Courtroom 6E before Magistrate Judge Tonianne J. Bongiovanni. Signed by Magistrate Judge Tonianne J. Bongiovanni on 3/05/2025. (jem) (Entered: 03/05/2025) |
| 03/06/2025 | | Clerk`s Text Order - The document 4 Application for Clerk's Order to Ext Answer/Proposed Order submitted by FIRST DIRECT, INC. has been DENIED. (jal, ) (Entered: 03/06/2025) |
| 03/06/2025 | 6 | NOTICE of Appearance by JESSICA A MEREJO on behalf of All Plaintiffs (MEREJO, JESSICA) (Entered: 03/06/2025) |
| 03/10/2025 | | Judge Harvey Bartle (EDPA), III added. Magistrate Judge Tonianne J. Bongiovanni and Judge Georgette Castner no longer assigned to case. (dmw) (Entered: 03/11/2025) |
| 03/10/2025 | 7 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III, (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/2024. (dmw) (Entered: 03/11/2025) |
| 03/11/2025 | 8 | NOTICE of Telephone Conference to be held March 13, 2025 @ 11:30 AM. (EST) (bf, ) (Entered: 03/11/2025) |
| 03/13/2025 | 9 | ORDER: Defendants shall promptly file any motion to dismiss on the ground that Daniel's Law, N.J. Stat. Ann. §§ 47:1A-1, et seq., and 56:8-166.1, is unconstitutional on its face; staying action pending further order of the court. Signed by Judge Harvey Bartle (EDPA), III on 3/13/2025. (lm) (Entered: 03/13/2025) |
| 03/19/2025 | 10 | MOTION to Dismiss by FIRST DIRECT, INC.. Responses due by 4/7/2025. (Attachments: # 1 Text of Proposed Order)(CHENEY, WILLIAM) (Entered: 03/19/2025) |
| 03/20/2025 | 11 | ORDER denying 10 Motion to Dismiss; and pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that this Order involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 3/20/2025. (lm) (Entered: 03/20/2025) |
| 03/24/2025 | 12 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.) Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |

| 03/27/2025 | [13](#) | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| --- | --- | --- |
| 04/02/2025 | [14](#) | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # [1](#) ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | [15](#) | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |
| 04/04/2025 | [16](#) | ORDER of USCA granting Petition for Leave of Appeal(lr) (Entered: 04/04/2025) |
| 04/07/2025 | 17 | NOTICE OF APPEAL by FIRST DIRECT, INC. Filing fee $ 605, receipt number TRE143392. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (js) Modified on 4/7/2025 (js). (Entered: 04/07/2025) |

<table>
<tr><td colspan="4" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4" align="center">04/09/2025 11:48:33</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>chuderem</td><td><strong>Client Code:</strong></td><td>261348.000001</td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>1:25-cv-01480-HB Start date: 1/1/1980 End date: 4/9/2025</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>4</td><td><strong>Cost:</strong></td><td>0.40</td></tr>
</table>

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:25-cv-01517-HB

ATLAS DATA PRIVACY CORPORATION, et al v
GREENFLIGHT VENTURE CORP.
Assigned to: Judge Harvey Bartle (EDPA), III
Related Cases: 1:24-cv-04609-HB
1:24-cv-04566-HB
1:24-cv-04664-HB
1:24-cv-04392-HB
1:24-cv-04390-HB
1:24-cv-04141-HB
1:24-cv-04389-HB
1:24-cv-04385-HB
1:24-cv-04383-HB
1:24-cv-04345-HB
1:24-cv-04380-HB
1:24-cv-04434-HB
1:24-cv-04292-HB
1:24-cv-04143-HB
1:24-cv-04176-HB
1:24-cv-04324-HB
1:24-cv-04261-HB
1:24-cv-04178-HB
1:24-cv-04160-HB
1:24-cv-04174-HB
1:24-cv-04037-HB
1:24-cv-04096-HB
1:24-cv-04098-HB
1:24-cv-04103-HB
1:24-cv-04075-HB
1:24-cv-04080-HB
1:24-cv-04041-HB
1:24-cv-04045-HB
1:24-cv-04949-HB
1:24-cv-05600-HB
1:24-cv-05656-HB
1:24-cv-05658-HB
1:24-cv-05775-HB
1:24-cv-07324-HB
1:24-cv-08075-HB
1:24-cv-08451-HB
1:24-cv-10600-HB
1:24-cv-11023-HB

Date Filed: 02/27/2025
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

1:25-cv-00237-HB
1:25-cv-01535-HB

Case in other court: Bergen County Courthouse, BER-L-000811-
24

Cause: 28:1442 Notice of Removal

**Plaintiff**

**ATLAS DATA PRIVACY**                     represented by  **JESSICA A MEREJO**
**CORPORATION**                                            PEM LAW LLP
*as assignee of individuals who are Covered*               1 BOLAND DRIVE
*Persons*                                                  STE 101
                                                           WEST ORANGE, NJ 07052
                                                           973-577-5500
                                                           Email: jmerejo@pemlawfirm.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **RAJIV D. PARIKH**
                                                           PEM LAW LLP
                                                           1 BOLAND DRIVE
                                                           SUITE 101
                                                           WEST ORANGE, NJ 07052
                                                           973-585-5330
                                                           Email: rparikh@pemlawfirm.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-1**                             represented by  **JESSICA A MEREJO**
*a law enforcement officer*                                (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **RAJIV D. PARIKH**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE-2**                             represented by  **JESSICA A MEREJO**
*a law enforcement officer*                                (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **RAJIV D. PARIKH**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLIGAN**                       represented by  **JESSICA A MEREJO**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ANDREYEV**                    represented by    **JESSICA A MEREJO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAJIV D. PARIKH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GREENFLIGHT VENTURE CORP.**         represented by    **JARED WICHNOVITZ**
LAW OFFICES OF JARED M.
WICHNOVITZ, P.C.
50 HARRISON STREET, SUITE 206
P.O. BOX 631
HOBOKEN, NJ 07030
732-765-2157
Email: Jared@WichnovitzLaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD 1-10 ROES**
*fictitious names of unknown individuals*

**Defendant**

**ABC COMPANIES 1-10**
*fictitious names of unknown entities*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2025 | 1 | NOTICE OF REMOVAL by GREENFLIGHT VENTURE CORP. *et. al.* from Bergen County Courthouse, case number BER-L-000811-24. ( Filing and Admin fee $ 405 receipt number ANJDC-16050179), filed by GREENFLIGHT VENTURE CORP. (WICHNOVITZ, JARED) (Entered: 02/27/2025) |
| 02/27/2025 | | Judge Harvey Bartle (EDPA), III added. (dmw) (Entered: 02/27/2025) |
| 02/27/2025 | 2 | ORDER DESIGNATING A DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Case assigned to Judge Harvey Bartle, III, (EDPA) for all further proceedings. Signed by Chief Judge Michael A. Chagares (USCA for the Third Circuit) on 4/2/2024.(dmw) (Entered: 02/27/2025) |

| 02/28/2025 | 3 | NOTICE of Telephone Conference scheduled for 3/4/2025 @ 11:30 a.m. (bf, ) (Entered: 02/28/2025) |
|---|---|---|
| 03/04/2025 | 4 | ORDER directing defendants to promptly file any motion to dismiss on the ground that Daniel's Law is unconstitutional on its face. Signed by Judge Harvey Bartle (EDPA), III on March 4, 2025. (bf, ) (Entered: 03/04/2025) |
| 03/17/2025 | 5 | First MOTION to Dismiss by GREENFLIGHT VENTURE CORP.. (WICHNOVITZ, JARED) (Entered: 03/17/2025) |
| 03/17/2025 | | Set Deadlines as to 5 First MOTION to Dismiss. Motion set for 4/21/2025 before Judge Harvey Bartle (EDPA) III. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mag) (Entered: 03/18/2025) |
| 03/20/2025 | 6 | ORDER denying 5 Motion to Dismiss; and, pursuant to 28 U.S.C. § 1292(b), it is the opinion of the court that paragraph (1) of this Order involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation. Signed by Judge Harvey Bartle (EDPA), III on 3/20/2025. (lm) (Entered: 03/20/2025) |
| 03/24/2025 | 7 | ORDER setting Status Conference for 4/2/2025 at 10:00 AM in Camden - Courtroom 1 before Judge Harvey Bartle (EDPA) III.). Signed by Judge Harvey Bartle (EDPA), III on March 24, 2025. (bf, ) (Entered: 03/24/2025) |
| 03/24/2025 | 8 | First MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. 12(b)(2)* by GREENFLIGHT VENTURE CORP.. Responses due by 4/7/2025. (Attachments: # 1 Memorandum Supplemental Memorandum of Law, # 2 Affidavit Affidavit in Support, # 3 Text of Proposed Order Proposed Order)(WICHNOVITZ, JARED) (Entered: 03/24/2025) |
| 03/25/2025 | 9 | NOTICE of Appearance by JESSICA A MEREJO on behalf of All Plaintiffs (MEREJO, JESSICA) (Entered: 03/25/2025) |
| 03/25/2025 | 10 | ORDER granting 8 Motion to to Join the Consolidated Motion to Dismiss. Signed by Judge Harvey Bartle (EDPA), III on 3/25/2025. (lm) (Entered: 03/25/2025) |
| 03/27/2025 | 11 | ORDER: the Order of this court dated March 24, 2025 scheduling a status conference in the above actions for "Tuesday, April 2, 2025" is VACATED; and(2) the Court will hold a status conference in the above actions on Wednesday, April 2, 2025 at 10:00 AM in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey. Signed by Judge Harvey Bartle (EDPA), III on 3/27/2025. (lm, ) (Entered: 03/27/2025) |
| 04/02/2025 | 12 | Minute Entry for proceedings held before Judge Harvey Bartle (EDPA), III: Status Conference held on 4/2/2025. (Court Reporter, Sharon Ricci (267-249-8780)) (Attachments: # 1 ATTORNEY SIGN-IN SHEET) (lm, ) (Entered: 04/02/2025) |
| 04/02/2025 | 13 | ORDER setting deadlines for remaining motions. Signed by Judge Harvey Bartle (EDPA), III on 4/2/2025. (lm, ) (Entered: 04/02/2025) |
| 04/04/2025 | 14 | ORDER of USCA granting Petition for Leave of Appeal (lr) (Entered: 04/04/2025) |
| 04/08/2025 | | USCA Filing fee: $ 605.00, receipt number TRN143468 (dmw) (Entered: 04/08/2025) |
| 04/08/2025 | | NOTICE OF APPEAL Per Order 14 by GREENFLIGHT VENTURE CORP.. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (dmw) (Entered: 04/08/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/09/2025 11:45:12 | | | |
| **PACER Login:** | chuderem | **Client Code:** | 260143.000006 |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-01517-HB Start date: 1/1/1980 End date: 4/9/2025 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |