OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 15, 2025

Michael L. Berry
Marcel S. Pratt
Ballard Spahr
1735 Market Street
51st Floor
Philadelphia, PA 19103

Anna Kaul
Ballard Spahr
80 S 8th Street
2000 IDS Center
Minneapolis, MN 55402

RE: Atlas Data Privacy Corp, et al v. Thomson Reuters Corp, et al
Case Number: 25-1570
District Court Case Number: 1:24-cv-04269

Dear Counsel:

Pursuant to our docketing letter dated **March 31, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Disclosure Statement** - Thomson Reuters Holdings Inc & Thomson Reuters Applications Inc

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Laurie
Case Manager
267-299-4936
cc: David Boies, Esq.
Kashif T. Chand, Esq.
Liza B. Fleming, Esq.
Mark C. Mao, Esq.
Eric M. Palmer, Esq.
Rajiv D. Parikh, Esq.
Samantha D. Parrish, Esq.
Adam R. Shaw, Esq.
Michael L. Zuckerman, Esq.