UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-1570**

Atlas Data Privacy Corp. v. Thomson Reuters Corp.

**ORDER**

This lawsuit originally named four defendants. In December, two defendants were dismissed from the case and two new defendants were added. To clarify that the dismissed defendants are not appellants, the caption for this appeal is hereby amended to read as follows:

> ATLAS DATA PRIVACY CORPORATION as assignee of individuals who are Covered Persons; JANE DOE-1, a law enforcement officer; JANE DOE-2, a law enforcement officer; EDWIN MALDONADO; SCOTT MALONEY; JUSTYNA MALONEY; PATRICK COLLIGAN; PETER ANDREYEV; WILLIAM SULLIVAN
>
> v.
>
> THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS APPLICATIONS INC., THOMSON REUTERS ENTERPRISE CENTRE GMBH, and WEST PUBLISHING CORPORATION
>
>> THOMSON REUTERS CORPORATION, THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS ENTERPRISE CENTRE GMBH, and WEST PUBLISHING CORPORATION
>
>> Appellants

If the dismissed defendants intend to participate in this appeal (as appellees), they must file the case-opening forms required by the Clerk's letters.

For the Court,

 s/ Patricia S. Dodszuweit 
Clerk

Dated: April 15, 2025
Lmr/cc: All Counsel of Record