Nos. 25-1555 through 25-1578; 25-1580 through 25-1593; 25-1676; and 25-1677 (Consolidated)

# In the United States Court of Appeals for the Third Circuit

ATLAS DATA PRIVACY CORP., as assignee of individuals who are Covered Persons, *et al.*,

*Plaintiffs-Appellees*,

*v.*

WE INFORM LLC, *et al.*,

*Defendants-Appellants*.

On Appeal from the Order and Memorandum of the United States District Court for the District of New Jersey, dated November 26, 2024

**MOTION OF FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION AND REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE***

ARLEIGH P. HELFER
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
arleigh.helfer@thefire.org

*Counsel for* Amici Curiae

# RULE 26.1 DISCLOSURE STATEMENT

*Amici Curiae* Foundation for Individual Rights and Expression (FIRE) and Reporters Committee for Freedom of the Press (RCFP), nonprofit organizations, state that they have no parent companies, subsidiaries, or affiliates, and do not issue shares to the public.

## MOTION FOR LEAVE TO PARTICIPATE AS AMICI CURIAE

Foundation for Individual Rights and Expression (FIRE) and Reporters Committee for Freedom of the Press (RCFP) (collectively *Amici*) respectfully move the Court under Federal Rule of Appellate Procedure 29(a)(2) for an order granting them leave to participate as *amici curiae*. In support of this motion, *Amici* state the following:

1. FIRE is a nonpartisan nonprofit that defends the individual rights of all Americans to free speech and free thought—the essential qualities of liberty.

2. Since 1999, FIRE has successfully defended the rights of individuals through public advocacy, strategic litigation, and participation as *amicus curiae* in cases that implicate expressive rights under the First Amendment. In 2022, FIRE expanded its public advocacy beyond the university setting and now defends First Amendment rights both on campus and in society at large. *See, e.g.*, *Texas A&M Queer Empowerment Council v. Mahomes*, Civ. A. No. 25-992, 2025 WL 895836 (S.D. Tex. Mar. 24, 2025); *Flores v. Bennett*, No. 22-16762, 2023 WL 4946605 (9th Cir. Aug. 3, 2023).

Case: 25-1570  Document: 42  Page: 4  Date Filed: 04/21/2025

3. In doing so, FIRE represents speakers without regard to their political views in lawsuits across the United States, including in matters involving government attempts to regulate speech in the name of personal safety or privacy. *See, e.g.*, *NetChoice, LLC v. Bonta*, 113 F.4th 1101 (9th Cir. 2024); *Volokh v. James*, 656 F. Supp. 3d 431 (S.D.N.Y. 2023).

4. The Reporters Committee for Freedom of the Press is an unincorporated nonprofit association. The Reporters Committee was founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources. Today, its attorneys provide pro bono legal representation, *amicus curiae* support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists.

5. *Amici* have a strong interest in preserving the robust protection for freedom of expression secured by the United States Supreme Court's First Amendment jurisprudence, even when the government invokes personal safety or privacy interests.

6. *Amici* seek leave to file their proposed brief in support of Appellants because in rejecting strict scrutiny, the decision below fails to

adhere to the "strict categorical rules" that "keep[] the starch in the standards" protecting our freedom of speech. *Denver Area Educ. Telecomms. Consortium, Inc. v. FCC*, 518 U.S. 727, 774 (1996) (Souter, J., concurring).

7.  The proposed brief is desirable because it addresses the misguided sentiment that asserted government interests in privacy can allow content-based laws to receive lesser scrutiny, which threatens to erode the firm protections the First Amendment provides.

8.  *Amici* reached out for consent of the parties to file their brief. The Defendants-Appellants consented, as did Intervenor-Appellee New Jersey Office of Attorney General. *Amici* did not hear back from counsel for Plaintiffs-Appellees and, therefore, file this motion requesting leave of the Court.

WHEREFORE, FIRE and RCFP respectfully request that the Court enter an order granting them leave to participate as *amici curiae* and to file their proposed brief.

Dated: April 21, 2025　　　　　　　　　/s/ *Arleigh P. Helfer*

ARLEIGH P. HELFER
*Counsel of Record*
FOUNDATION FOR INDIVIDUAL
　RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
arleigh.helfer@thefire.org

*Counsel for* Amici Curiae

4

# CERTIFICATE OF SERVICE

I certify that on this date, I am causing this Motion for Leave to Participate as *Amici Curiae* to be filed electronically via this Court's CM/ECF system. All participants are registered CM/ECF users and service will be accomplished using the CM/ECF system.

| | |
|---|---|
| Dated: April 21, 2025 | /s/ *Arleigh P. Helfer* |
| | ARLEIGH P. HELFER |
| | *Counsel of Record* |
| | FOUNDATION FOR INDIVIDUAL |
| |    RIGHTS AND EXPRESSION |
| | 510 Walnut Street, Suite 900 |
| | Philadelphia, PA 19106 |
| | Tel: (215) 717-3473 |
| | arleigh.helfer@thefire.org |
| | |
| | *Counsel for* Amici Curiae |