Nos. 25-1555 through 25-1578; 25-1580 through 25-1593; 25-1676; and 25-1677
(Consolidated)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

ATLAS DATA PRIVACY CORP., AS ASSIGNEE OF INDIVIDUALS WHO ARE COVERED PERSONS; JANE DOE 1, A LAW ENFORCEMENT OFFICER; JANE DOE 2, A LAW ENFORCEMENT OFFICER; EDWINMAL DONADO; SCOTT MALONEY; JUSTYNA MALONEY; PATRICK COLLIGAN; PETER ANDREYEV; AND WILLIAM SULLIVAN,

PLAINTIFFS / APPELLEES,

*v.*

WE INFORM LLC, ET AL.

DEFENDANTS / APPELLANTS.

On Appeal from the United States District Court
for the District of New Jersey

**APPELLEES' RESPONSE TO
MOTION TO REFER CASE TO MEDIATION**

<div style="column-count:2">

**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
One Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Emails: rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jmerejo@pemlawfirm.com

**BOIES SCHILLER FLEXNER LLP**
Adam Shaw
30 South Pearl Street, 12th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Email: ashaw@bsfllp.com

Mark C. Mao
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Email: mmao@bsfllp.com

Eric Palmer
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 377-4250
Email: epalmer@bsfllp.com

Samantha Parrish
2029 Century Park East
Suite 1520
Los Angeles, CA 90067
Telephone: (213) 995-5715
Email: sparrish@bsfllp.com

**MORGAN & MORGAN, P.A.**
Ryan J. McGee
John A. Yanchunis
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Email: rmcgee@forthepeople.com
jyanchunis@forthepeople.com

*Attorneys for Appellee*

</div>

On May 5, 2025 certain Appellants jointly moved this Court for an Order to Refer the cases in the consolidated appeals[1] to mediation. As Appellees advised Appellants prior to the motion, Appellees do not oppose the motion as long as the expedited appeals are not stayed or adjourned.

Appellants wrongfully disclosed the home addresses and unlisted phone numbers of law enforcement officials and their families. Many are still doing so today. If a mediation can forge a way to stop those harmful practices for good, then Appellees are interested in doing so.

Of course, the purpose of Appellants' appeal is to nullify the statute and allow disclosures.

Mediation efforts need not slow down the judicial resolution of the Appeals.

Date: May 7, 2025

Respectfully submitted,

Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
**PEM LAW LLP**
One Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Emails: rparikh@pemlawfirm.com
         keinhorn@pemlawfirm.com
         jmerejo@pemlawfirm.com

---

[1] Docket Nos. 25-1555, 25-1556, 25-1557, 25-1558, 25-1559, 25-1560, 25-1561, 25-1562, 25-1563, 25-1564, 25-1565, 25-1567, 25-1568, 25-1569, 25-1570, 25-1571, 25-1572, 25-1573, 25-1574, 25-1575, 25-1576, 25-1577, 25-1578, 25-1580, 25-1581, 25-1582, 25-1583, 25-1584, 25-1585, 25-1586, 25-1587, 25-1588, 25-1589, 25-1590, 25-1591, 25-1592, 25-1676, and 25-1677

1

**BOIES SCHILLER FLEXNER LLP**
Adam Shaw
30 South Pearl Street, 12th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Email: ashaw@bsfllp.com

Mark C. Mao
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Email: mmao@bsfllp.com

Eric Palmer
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 377-4250
Email: epalmer@bsfllp.com

Samantha Parrish
2029 Century Park East
Suite 1520
Los Angeles, CA 90067
Telephone: (213) 995-5715
Email: sparrish@bsfllp.com

**MORGAN & MORGAN, P.A.**
Ryan J. McGee
John A. Yanchunis
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Email:rmcgee@forthepeople.com
          jyanchunis@forthepeople.com

*Attorneys for Appellee*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, and Local Appellate Rule 31.1, I hereby certify that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B), because, according to the word count of the word-processing system used to prepare this document, the relevant portion of the document contains 160 words;

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in 14-point Times New Roman font;

3. The text of this PDF document is definitive, because no paper copy is required to be filed with the Court; and

4. The PDF file of this response has undergone a virus check using Huntress, Version 0.14.22 (last updated 04/22/2025), and no virus was detected.

Dated: May 7, 2025                                *s/ Rajiv D. Parikh*
                                                                 Rajiv D. Parikh

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system on May 7, 2025.

Dated: May 7, 2025                              */s/ Rajiv D. Parikh*
                                                            Rajiv D. Parikh